# United States District Court

DISTRICT OF ____GUAM USA____

HENRY S. DACANAY
and LAURA LYNN V. DACANAY,

  Plaintiffs,

  V.

GOVERNMENT OF GUAM,

  Defendant.

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: **05-00017**

**FILED**
DISTRICT COURT OF GUAM
JUN 14 2005
MARY L.M. MORAN
CLERK OF COURT

TO: (Name and Address of Defendant)   GOVERNMENT OF GUAM

### YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)   Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagatna, Guam USA 96910
Telephone: (671) 477-3637
Facsimile: (671) 472-1584

an answer to the complaint which is herewith served upon you, within __TWENTY (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**MARY L. M. MORAN**
Clerk Of Court

JUN -8 2005

CLERK                                                  DATE

BY DEPUTY CLERK

**ORIGINAL**

AO 440 (Rev.1/90) Summons in a Civil Action

# RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE 6/10/05 |
|---|---|
| NAME OF SERVER (PRINT) _Gregory C. Hall_ | TITLE _Investigator_ |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: _Attorney General's Office_

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _Gloria Taitano_

☐ Returned unexecuted: _____

_____

☐ Other (specify): _____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _6/10/05_
_Date_

Signature of Server _C. Hall_

_P.O. Box 23964, Barrigada, GU_
Address of Server

AO 440 (Rev.1/90) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE JUNE 10, 2005 | |
| NAME OF SERVER (PRINT) GREGORY C. HALL | TITLE INVESTIGATOR | |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: ATTORNEY GENERAL'S OFFICE IN HAGATNA, GUAM

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Gloria Taitano / PARA LEGAL

☐ Returned unexecuted: _____

_____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6/10/05
Date

Signature of Server _Gregory C. Hall_

P.O. BOX 23964, BARRIGADA
Address of Server

6.10.05 10:40 a.m.

# RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE JUNE 10,2005 |
|---|---|
| NAME OF SERVER (PRINT) GREGORY C. HALL | TITLE INVESTIGATOR |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: _DEPARTMENT OF REVENUE AND TAXATION / DIRECTION'S OFFICE IN TIYAN_

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _CHRISTINE W. BORJA_ _(SECRETARY TYPIST I)_

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __6/10/05__        _____ C. Hall _____
                *Date*          *Signature of Server*

__P.O. BOX 23964__
*Address of Server*



RECEIVED
JUN 1 0 2005
DEPT.
DIRECT.
INITIAL CWB