

Office of the Attorney General
**Douglas B. Moylan**
Attorney General of Guam
Solicitors Division
287 West O'Brien Drive
Hagåtña, Guam 96910 • USA
(671) 475-3324 • (671) 477-3390 (Fax)
www.guamattorneygeneral.com
guamattorneygeneral@hotmail.com

**Attorneys for Defendant**



FILED
DISTRICT COURT OF GUAM
JUN 30 2005
MARY L.M. MORAN
CLERK OF COURT



# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| HENRY S. DACANAY and LAURA LYNN V. DACANAY, | Civil Case No. CV05-00017 |
| Plaintiffs, | **DEFENDANT'S MOTION UNDER FRCP 12(b)(1) & (6) TO DISMISS COMPLAINT** |
| vs. | |
| GOVERNMENT OF GUAM, | |
| Defendant. | |

**PURSUANT** to Rule 12(b)(1) & (6) of the Federal Rules of Civil Procedure, Defendant Government of Guam moves to dismiss the Complaint for lack of jurisdiction over the subject matter and for failure to state a claim upon which relief can be granted. This motion is based upon Defendant's Memorandum of Points and Authorities submitted concurrently herewith.

**DATED:** June 30, 2005.

**DOUGLAS B. MOYLAN**
Attorney General of Guam

*/s/ Douglas B. Moylan*
DOUGLAS B. MOYLAN
Attorney General

Page 1 of 1
*Defendant's Motion under FRCP 12(b)(1)&(6) to Dismiss Complaint*
District of Guam Civil Case No. CV05-00017

**ORIGINAL**

Case 1:05-cv-00017   Document 3   Filed 06/30/2005   Page 1 of 1