
Office of the Attorney General
Douglas B. Moylan
Attorney General of Guam
Solicitors Division
287 West O'Brien Drive
Hagåtña, Guam 96910 • USA
(671) 475-3324 • (671) 477-3390 (Fax)
www.guamattorneygeneral.com
guamattorneygeneral@hotmail.com

Attorneys for Defendant



DISTRICT COURT OF GUAM

JUL -8 2005

MARY L.M. MORAN
CLERK OF COURT



# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| HENRY S. DACANAY and LAURA LYNN V. DACANAY, <br><br> Plaintiffs, <br><br> vs. <br><br> GOVERNMENT OF GUAM, <br><br> Defendant. | Civil Case No. CV05-00017 <br><br> **ERRATA STATEMENT RE DEFENDANT'S MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT OF MOTION TO DISMISS COMPLAINT UNDER FRCP 12(b)(1) & (6)** |

**DEFENDANT** notes and corrects the following error in Defendant's Memorandum of Points and Authorities in Support of Motion to Dismiss Complaint under FRCP 12(b)(1) & (6), filed June 30, 2005:

(a) The description of the document in the caption should read "Defendant's Memorandum of Points and Authorities in Support of Motion to Dismiss

Page 1 of 2
*Errata Statement re Defendant's Memorandum of Points & Authorities in Support of Motion to Dismiss Complaint under FRCP 12(b)(1) & (6)*
District of Guam Civil Case No. CV05-00017

Case 1:05-cv-00017   Document 5   Filed 07/08/2005   Page 1 of 2

Complaint under FRCP 12(b)(1) & (6)".

**DATED:** July 8, 2005.

OFFICE OF THE ATTORNEY GENERAL
**Douglas B. Moylan, Attorney General**

_____
JOSEPH A. GUTHRIE
Deputy Attorney General

Page 2 of 2
*Errata Statement re Defendant's Memorandum of Points & Authorities in Support of Motion to Dismiss Complaint under FRCP 12(b)(1) & (6)*
District of Guam Civil Case No. CV05-00017

Case 1:05-cv-00017    Document 5    Filed 07/08/2005    Page 2 of 2