```
Steven Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam 96910
Telephone:   (671) 477-3637
Facsimile :  (671) 472-1584


Attorney for Plaintiffs Henry S. Dacanay
and Laura Lynn V. Dacanay
and All Others Similarly Situated
```



# UNITED STATES DISTRICT COURT
# DISTRICT OF GUAM

| | |
|---|---|
| HENRY S. DACANAY and LAURA LYNN DACANAY, | CIVIL CASE NO. CIV05-00017 |
| Plaintiffs, | |
| vs. | AGREEMENT OF HEARING DATE |
| GOVERNMENT OF GUAM, | |
| Defendant. | |

Pursuant to Local Rule 7.1, the parties hereby acknowledge the following:

1.   I, Steven A. Zamsky, Esq. of the Zamsky Law Firm, am the attorney for Plaintiffs Henry S. Dacanay and Laura Lynn V. Dacanay herein. I contacted the Office of the Attorney General, who are the attorneys for Defendant Government of Guam and we agreed upon a date of oral argument of their Motion Under FRCP 12(b)(1) & (6) to Dismiss Complaint.

2.   The Attorneys for the opposing party is the Office of the Attorney General.



Page 2
Agreement of Hearing Date
Henry S. Dacanay, et al. v. Government of Guam
District Court of Guam Civil Case No. CIV05-00017

3. We agreed that the hearing on the Motion Under FRCP 12(b)(1) & (6) to Dismiss Complaint be held **September 2, 2005** at the hour of **10:30 a.m.**.

4. I contacted the Deputy Clerk to ensure that the Court is available on the above date.

Dated this **13th** day of **July 2005**.

ZAMSKY LAW FIRM
Attorneys for Plaintiffs
Henry S. Dacanay and Laura Lynn V. Dacanay

By: _____
STEVEN A. ZAMSKY

SO AGREED:

DOUGLAS B. MOYLAN
Attorney General
OFFICE OF THE ATTORNEY GENERAL
Attorneys for Defendant Government of Guam

By: _____
JOSEPH A. GUTHERIE
Assistant Attorney General

Dated: 7/14/05

Z8(0512.00)\PLD\P#2336