Steven Zamsky
Zamsky Law Firm
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam 96910
Telephone: (671) 477-3637
Facsimile: (671) 472-1584

Attorney for Plaintiffs Henry S. Dacaney
and Laura Lynn Dacanay
and all others similarly situated

FILED
DISTRICT COURT OF GUAM
AUG - 1 2005
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT

# DISTRICT OF GUAM

| | |
|---|---|
| HENRY S. DACANAY and LAURA LYNN DACANAY, <br><br> Plaintiffs, <br><br> v. <br><br> GOVERNMENT OF GUAM, <br><br> Defendant. | Case No. CV 05-00017 <br><br> **APPLICATION OF ROBERT M. CHURELLA FOR ADMISSION *PRO HAC VICE*** |

I, ROBERT M. CHURELLA, hereby declare that:

1. I am hereby applying to this Court for admission *pro hac vice* in this action pursuant to General Rule 17.1(d).

2. My residence address is:

    2206B Curtis Ave.

    Redondo Beach, CA 90278

3. My office address is:

    Kirtland & Packard LLP

    2361 Rosecrans Ave.,

    4th Floor,

    El Segundo, CA 90245

4. I have been admitted to practice before the following courts on the following

dates:

| Court | Date | |
|---|---|---|
| Supreme Court of California | 1/8/78 | SBN 73319 |
| United States District Courts: | | |
|     Central District California | 2/24/78 | |
|     Northern District California | 6/19/80 | |
|     Southern District California | 5/12/83 | |
|     Eastern District California | 4/5/84 | |
| US Ninth Circuit Court of Appeal | 2/20/79 | |
| US Supreme Court: | 5/23/83 | |

5. I am in good standing and eligible to practice before all of those courts.

6. I have never been suspended or disbarred in any other court.

7. I have made no prior applications for admission *pro hac vice* to this court.

8. I designate Steven Zamsky as the active member in good standing of this court with whom the Court and opposing counsel may readily communicate regarding the conduct of this case and on whom papers shall be served.

I declare under penalty of perjury under the laws of the United States that the foregoing is true, and that this application was executed on June 7, 2005, at El Segundo, California.

_____
Robert M. Churella