Steven Zamsky
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam 96910
Telephone: (671) 477-3637
Facsimile: (671) 472-1584

Attorney for Plaintiffs Henry S. Dacanay
and Laura Lynn V. Dacanay
and All Others Similarly Situated

FILED
DISTRICT COURT OF GUAM
AUG -1 2005
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT
## DISTRICT OF GUAM

| | |
|---|---|
| HENRY S. DACANAY and LAURA LYNN DACANAY,<br><br>Plaintiffs,<br><br>vs.<br><br>GOVERNMENT OF GUAM,<br><br>Defendant. | CIVIL CASE NO. CIV05-00017<br><br>CONSENT TO ACT AS<br>LOCAL COUNSEL FOR<br>MICHAEL L. KELLY |

I, Steven A. Zamsky, Esq., of the Zamsky Law Firm, Suite 805, GCIC Building, 414 West Soledad Avenue, Hagåtña, Guam USA 96910 and telephone number is (671) 477-3637 do hereby consent to act as Local Counsel for Michael L. Kelly, Esq., of Kirtland & Packard, LLP.

Dated this 12 day of **June 2005**.

_____
STEVEN A. ZAMSKY

Z8(0512.00)\PLD\P#2333

Consent to Act as Local Counsel
for Michael L. Kelly
Page 1 of 1

Case 1:05-cv-00017   Document 10   Filed 08/01/2005   Page 1 of 1

ORIGINAL