Steven Zamsky
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam 96910
Telephone: (671) 477-3637
Facsimile : (671) 472-1584

Attorney for Plaintiffs Henry S. Dacanay
and Laura Lynn V. Dacanay
and All Others Similarly Situated

**FILED**
DISTRICT COURT OF GUAM

AUG - 3 2005

MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT
# DISTRICT OF GUAM

| | | |
|---|---|---|
| HENRY S. DACANAY and LAURA LYNN DACANAY, | ) ) ) | CIVIL CASE NO. CIV05-00017 |
| Plaintiffs, | ) ) | [PROPOSED] *my* ORDER ADMITTING |
| vs. | ) ) | ROBERT M. CHURELLA *PRO HAC VICE* |
| GOVERNMENT OF GUAM, | ) ) | |
| Defendant. | ) ) | |

This matter having come before this court without hearing upon the Application for Robert M. Churella for Admission *Pro Hac Vice* and good cause showing;

**IT IS HEREBY ORDERED** that Robert M. Churella is hereby granted admission *Pro Hac Vice* in the above entitled action.

SO ORDERED this 3rd day of August 2005.

_____
HONORABLE JOAQUIN V.E. MANIBUSAN, JR.
U. S. MAGISTRATE JUDGE

RECEIVED
AUG - 1 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

(00)\PLD\P#2330

Order Admitting Robert M. Churella *Pro Hac Vice* — Page 1 of 1

Case 1:05-cv-00017  Document 12  Filed 08/03/2005  Page 1 of 1

**ORIGINAL**