Steven Zamsky
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam 96910
Telephone: (671) 477-3637
Facsimile : (671) 472-1584

Attorney for Plaintiffs Henry S. Dacanay
and Laura Lynn V. Dacanay
and All Others Similarly Situated

FILED
DISTRICT COURT OF GUAM
AUG - 3 2005
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT
## DISTRICT OF GUAM

| | | |
|---|---|---|
| HENRY S. DACANAY and LAURA LYNN DACANAY, <br><br> Plaintiffs, <br><br> vs. <br><br> GOVERNMENT OF GUAM, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) | CIVIL CASE NO. CIV05-00017 <br><br> [~~PROPOSED~~] *only* <br> ORDER ADMITTING <br> MICHAEL L. KELLY <br> *PRO HAC VICE* |

This matter having come before this court without hearing upon the Application for Michael L. Kelly for Admission *Pro Hac Vice* and good cause showing;

**IT IS HEREBY ORDERED** that Michael L. Kelly is hereby granted admission *Pro Hac Vice* in the above entitled action.

**SO ORDERED** this 3rd day of August 2005.

_____
HONORABLE JOAQUIN V.E. MANIBUSAN, JR.
U.S. MAGISTRATE JUDGE

RECEIVED
AUG - 1 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

ORIGINAL