Steven Zamsky
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam 96910
Telephone: (671) 477-3637
Facsimile : (671) 472-1584


Michael L. Kelly, Esq.
Robert M. Churella, Esq.
KIRTLAND & PACKARD LLP
4th Floor
2361 Rosecrans Avenue
El Segundo, California 90245


Attorney for Plaintiffs Henry S. Dacanay
and Laura Lynn V. Dacanay
and All Others Similarly Situated

FILED
DISTRICT COURT OF GUAM
AUG 19 2005
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT
DISTRICT OF GUAM

| | |
|---|---|
| HENRY S. DACANAY and LAURA LYNN DACANAY, <br><br> Plaintiffs, <br><br> vs. <br><br> GOVERNMENT OF GUAM, <br><br> Defendant. | CIVIL CASE NO. CIV05-00017 <br><br> CERTIFICATE OF SERVICE |

///

///

I, **Steven A. Zamsky**, hereby certify that on the **19th** day of **August 2005**, will caused to served by hand delivery true and correct copies of the following:

1. **Plaintiffs' Memorandum of Points and Authorities in Opposition to Defendant's Motion to Dismiss Complaint**

2. **Certificate of Service**

upon **Joseph A. Gutherie, Assistant Attorney General, OFFICE OF THE ATTORNEY GENERAL OF GUAM**, 237 West O'Brien Drive, Hagåtña, Guam USA 96910, **Attorneys for Defendant Government of Guam**.

Dated this 19 day of **August 2005**.

_____
STEVEN A. ZAMSKY

Z8(0512.00)\PLD\P#2364