

FILED
DISTRICT COURT OF GUAM
SEP 02 2005
MARY L.M. MORAN
CLERK OF COURT

CASE NO. 05-00017                    DATE: September 2, 2005

CAPTION: **DACANAY - vs - GOVERNMENT OF GUAM**

***

HON. S. JAMES OTERO, Designated Judge, Presiding
Official Court Reporter: Wanda Miles
Hearing Electronically Recorded: 10:30:42 - 11:29:50

Law Clerk: NONE PRESENT
Courtroom Deputy: Leilani Toves Hernandez
CSO: L. GOGO

*********** APPEARANCES ***********

**COUNSEL FOR PLAINTIFF(s):**
STEVE ZAMSKY

**COUNSEL FOR DEFENDANT(s):**
MARIANNE WOLOSCHUK

**PROCEEDINGS:    MOTION TO DISMISS COMPLAINT**

( ) MOTION (S) ARGUED BY   ( ) PLAINTIFF   ( ) DEFENDANT

( X ) MOTION(s)   ___Granted   ___Denied   ___Settled   ___Withdrawn   _X_ Under Advisement

( ) ORDER SUBMITTED   ___Approved   ___Disapproved

( X ) ORDER to be Prepared By: Court

( ) PROCEEDINGS CONTINUED TO: _____ at _____

NOTES:

The Court heard arguments by parties and took the matter under submission.

The Court also stated that a written order will be issued shortly.

COURTROOM DEPUTY: _____