# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
## CIVIL MINUTES - GENERAL



**FILED**
DISTRICT COURT OF GUAM
SEP - 6 2005
MARY L.M. MORAN
CLERK OF COURT

**CASE NO.** 05-00017  **DATE:** September 6, 2005

**CAPTION:** <u>DACANAY - vs - GOVERNMENT OF GUAM</u>

*******************************************************************************

HON. S. JAMES OTERO, Designated Judge, Presiding  
Official Court Reporter: Wanda Miles  
Hearing Electronically Recorded: 9:41:39 - 9:50:40  

Law Clerk: NONE PRESENT  
Courtroom Deputy: Virginia T. Kilgore  
CSO: B. Pereda  

*********************************** APPEARANCES ***********************************

**COUNSEL FOR PLAINTIFF(s):**

STEVE ZAMSKY

**COUNSEL FOR DEFENDANT(s):**

MARIANNE WOLOSCHUK

*******************************************************************************

**PROCEEDINGS:** SCHEDULING CONFERENCE

( ) MOTION (S) ARGUED BY    ( ) PLAINTIFF    ( ) DEFENDANT

( ) MOTION(s) ____Granted ____Denied ____Settled ____Withdrawn ____ Under Advisement

( ) ORDER SUBMITTED ____Approved ____Disapproved

( ) ORDER to be Prepared By:

( ) PROCEEDINGS CONTINUED TO: _____ at _____

**NOTES:**

<u>The Court stated that it had received counsel's proposed scheduling order, however, the order did not include a proposed date for class certification. The Court instructed counsel to meet and confer to discuss a proposed date for class certification and to submit a revised scheduling order on or before October 6, 2005. The Court set a continued Scheduling Conference for Friday, October 7, 2005 at 10:00 A.M.</u>

COURTROOM DEPUTY: _____