# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam  96910**

|  |  |
|---|---|
| Henry S. Dacanay, et al., | Case No. 1:05-cv-00017 |
| Plaintiffs, | |
| vs. | |
| Government of Guam, | **AMENDED** |
| | **CERTIFICATE OF SERVICE** |
| Defendant. | |

The following office(s)/individual(s) acknowledged receipt of the *Order to the Motion to Dismiss filed September 9, 2005* on the dates indicated below:

| *Office of the Attorney General* | *Zamsky Law Firm* | *Zamsky Law Firm* |
|---|---|---|
| *9/9/2005* | *9/12/2005* | *9/13/2005* |

I, Shirlene A. Ishizu, declare under the penalty of perjury that on the above listed date(s) the:

*Order to the Motion to Dismiss filed September 9, 2005*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: September 14, 2005                           /s/ Shirlene A. Ishizu
                                                                     Deputy Clerk