FILED
DISTRICT COURT OF GUAM
SEP 29 2005
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| HENRY S. DACANAY and LAURA LYNN DACANAY,<br><br>Plaintiffs,<br><br>vs.<br><br>GOVERNMENT OF GUAM,<br><br>Defendant. | Civil Case No. 05-00017<br><br><br><br>ORDER |

On September 9, 2005, the Honorable S. James Otero dismissed the Complaint herein without prejudice to filing the same after the appropriate administrative remedies have been exhausted. Order (Docket No. 19) at 15. In the alternative, the Complaint was dismissed with leave to amend within 30 days. Id.

The Plaintiffs have until October 9, 2005 to file an amended complaint. Accordingly, the Court hereby vacates the October 7, 2005 Scheduling Conference because holding a Scheduling Conference prior to the filing of an amended complaint would not be productive. The Court will reset said date after the Defendant has had an opportunity to respond to the amended complaint, if filed.

SO ORDERED this 29th day of September 2005.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge