# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| Henry S. Dacanay, et al., <br><br> Plaintiff, <br><br> vs. <br><br> Government of Guam, <br><br> Defendant. | Case No. 1:05-cv-00017 <br><br><br> **CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the ***Order re Order conditionally granting Motion to Dismiss filed September 29, 2005***, on the dates indicated below:

*Office of the Attorney General*      *Zamsky's Law Firm*
*September 30, 2005*                  *October 3, 2005*

I, Rosita P. San Nicolas, declare under the penalty of perjury that on the above listed date(s) the:

***Order re Order conditionally granting Motion to Dismiss filed September 29, 2005***

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: October 3, 2005                          /s/ Rosita P. San Nicolas
                                                Chief Deputy Clerk