Steven Zamsky
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam 96910
Telephone:  (671) 477-3637
Facsimile :  (671) 472-1584


Michael L. Kelly, Esq.
Robert M. Churella, Esq.
KIRTLAND & PACKARD LLP
4th Floor
2361 Rosecrans Avenue
El Segundo, California 90245


Attorney for Plaintiffs Henry S. Dacanay
and Laura Lynn V. Dacanay
and All Others Similarly Situated

FILED
DISTRICT COURT OF GUAM
OCT 11 2005
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT
## DISTRICT OF GUAM

| | |
|---|---|
| HENRY S. DACANAY and LAURA LYNN DACANAY, ) ) ) | CIVIL CASE NO. CIV05-00017 |
| Plaintiffs, ) ) | CERTIFICATE OF SERVICE |
| vs. ) ) | |
| GOVERNMENT OF GUAM, ) ) | |
| Defendant. ) | |

///

///

I, **Steven A. Zamsky**, hereby certify that on the **7th** day of **October 2005**, caused to serve by hand delivery a true and correct copy of the **Amended Complaint for Individual and Class-Action Damages and Injunctive Relief** upon **Joseph A. Gutherie, Assistant Attorney General, OFFICE OF THE ATTORNEY GENERAL OF GUAM**, 237 West O'Brien Drive, Hagåtña, Guam USA 96910, **Attorneys for Defendant Government of Guam**.

Dated this __7__ day of **October 2005**.

_____
STEVEN A. ZAMSKY

Z8(0512.00)\PLD\P#2375