Office of the Attorney General
Douglas B. Moylan
Attorney General of Guam
Solicitors Division
The Justice Building
287 West O'Brien Drive
Hagåtña, Guam 96910    USA
(671) 475-3324    (671) 477-3390 (Fax)
www.guamattorneygeneral.com
guamattorneygeneral@hotmail.com

**Attorneys for Defendant**

FILED
DISTRICT COURT OF GUAM
OCT 3 1 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| HENRY S. DACANAY and LAURA LYNN V. DACANAY, <br><br> Plaintiffs, <br><br> vs. <br><br> GOVERNMENT OF GUAM, <br><br> Defendant. | Civil Case No. CV05-00017 <br><br> **ANSWER TO AMENDED COMPLAINT** |

Defendant, by and through its undersigned attorney, for Answer to the Amended Complaint does hereby admit, deny, and allege as follows:

### I. NATURE OF THE CASE

1.  Answering Paragraph 1 of the Amended Complaint, Defendant admits that Plaintiffs paid income taxes but is without sufficient knowledge as to the remaining allegations and therefore denies the same.

2.  Answering Paragraph 2 of the Amended Complaint, Defendant is without sufficient knowledge and therefore denies the same.

3.  Answering Paragraph 3 of the Amended Complaint, Defendant is without

sufficient knowledge and therefore denies the same.

4. Answering Paragraph 4 of the Amended Complaint, Defendant admits only that Plaintiffs take the position set forth therein, but otherwise denies the same.

5. Answering Paragraph 5 of the Amended Complaint, Defendant admits only that Plaintiffs take the position set forth therein, but otherwise denies the same.

## II. JURISDICTION AND VENUE

6. Answering Paragraph 6 of the Amended Complaint, admits only that the Court has jurisdiction pursuant to 48 U.S.C. §§ 1421i(h) and 1424, but otherwise denies Paragraph 7.

## III. PARTIES

7. Answering Paragraph 7 of the Amended Complaint, Defendant admits the same.

8. Answering Paragraph 8 of the Amended Complaint, Defendant admits the same.

## IV. FACTUAL ALLEGATIONS

**A. NOTICES OF DEFICIENCY**

9. Answering Paragraph 9 of the Amended Complaint, Defendant admits the same.

10. Answering Paragraph 10 of the Amended Complaint, Defendant admits the same.

11. Answering Paragraph 11 of the Amended Complaint, Defendant admits the same.

12. Answering Paragraph 12 of the Amended Complaint, Defendant states that Paragraph 12 contains Plaintiffs' legal conclusions and is not an allegation of fact to which an answer is required. To the extent an answer is deemed required, Defendant denies the same.

13. Answering Paragraph 13 of the Amended Complaint, Defendant states that Paragraph 13 contains Plaintiffs' legal conclusions and is not an allegation of fact to which an answer is required. To the extent an answer is deemed required, Defendant denies the same.

14. Answering Paragraph 14 of the Amended Complaint, Defendant states that Paragraph 14 contains Plaintiffs' legal conclusions and is not an allegation of fact to which an answer is required. To the extent an answer is deemed required, Defendant denies the same.

15. Answering Paragraph 15 of the Amended Complaint, Defendant states that Paragraph 15 contains Plaintiffs' legal conclusions and is not an allegation of fact to which an answer is required. To the extent an answer is deemed required, Defendant denies the same.

16. Answering Paragraph 16 of the Amended Complaint, Defendant states that Paragraph 16 contains Plaintiffs' legal conclusions and is not an allegation of fact to which an answer is required. To the extent an answer is deemed required, Defendant denies the same.

17. Answering Paragraph 17 of the Amended Complaint, Defendant denies the same.

18. Answering Paragraph 18 of the Amended Complaint, Defendant states that Paragraph 18 contains Plaintiffs' legal conclusions and is not an allegation of fact to which an answer is required. To the extent an answer is deemed required, Defendant denies the same.

19. Answering Paragraph 19 of the Amended Complaint, Defendant is without sufficient knowledge and therefore denies the same.

20. Answering Paragraph 20 of the Amended Complaint, Defendant is without sufficient knowledge and therefore denies the same.

21. Answering Paragraph 21 of the Amended Complaint, Defendant admits that it established the taxpayer advocate office on or about January 2005. Defendant states that the remainder of Paragraph 21 contains Plaintiffs' legal conclusions and is not an allegation of fact to which an answer is required. To the extent an answer is deemed required, Defendant denies the same.

22. Answering Paragraph 22 of the Amended Complaint, Defendant is without

sufficient knowledge and therefore denies the same.

23. Answering Paragraph 23 of the Amended Complaint, Defendant states that Paragraph 23 contains Plaintiffs' legal conclusions and is not an allegation of fact to which an answer is required. To the extent an answer is deemed required, Defendant denies the same.

24. Answering Paragraph 24 of the Amended Complaint, Defendant states that Paragraph 24 contains Plaintiffs' legal conclusions and is not an allegation of fact to which an answer is required. To the extent an answer is deemed required, Defendant denies the same.

25. Answering Paragraph 25 of the Amended Complaint, Defendant is without sufficient knowledge and therefore denies the same.

26. Answering Paragraph 26 of the Amended Complaint, Defendant denies the same.

27. Answering Paragraph 27 of the Amended Complaint, Defendant admits that taxes were assessed against Plaintiffs and as to the remainder Defendant denies the same.

**B. NOTICES OF LIEN**

28. Answering Paragraph 28 of the Amended Complaint, Defendant is without sufficient knowledge and denies the same.

29. Answering Paragraph 29 of the Amended Complaint, Defendant admits the same.

30. Answering Paragraph 30 of the Amended Complaint, Defendant admits the same.

31. Answering Paragraph 31 of the Amended Complaint, Defendant admits the same.

32. Answering Paragraph 32 of the Amended Complaint, Defendant admits the same.

33. Answering Paragraph 33 of the Amended Complaint, Defendant states that Paragraph 33 contains Plaintiffs' legal conclusions and is not an allegation of fact to which an answer is required. To the extent an answer is deemed required, Defendant denies the same.

34. Answering Paragraph 34 of the Amended Complaint, Defendant states that Paragraph 34 contains Plaintiffs' legal conclusions and is not an allegation of fact to which an answer is required. To the extent an answer is deemed required, Defendant denies the same.

35. Answering Paragraph 35 of the Amended Complaint, Defendant states that Paragraph 35 contains Plaintiffs' legal conclusions and is not an allegation of fact to which an answer is required. To the extent an answer is deemed required, Defendant denies the same.

36. Answering Paragraph 36 of the Amended Complaint, Defendant states that Paragraph 36 contains Plaintiffs' legal conclusions and is not an allegation of fact to which an answer is required. To the extent an answer is deemed required, Defendant denies the same.

37. Answering Paragraph 37 of the Amended Complaint, Defendant states that Paragraph 37 contains Plaintiffs' legal conclusions and is not an allegation of fact to which an answer is required. To the extent an answer is deemed required, Defendant denies the same.

38. Answering Paragraph 38 of the Amended Complaint, Defendant denies the same.

39. Answering Paragraph 39 of the Amended Complaint, Defendant states that Paragraph 37 contains Plaintiffs' legal conclusions and is not an allegation of fact to which an answer is required. To the extent an answer is deemed required, Defendant denies the same.

40. Answering Paragraph 40 of the Amended Complaint, Defendant admits that it filed a tax lien but is without sufficient knowledge as to the remaining allegations and therefore denies the same.

41. Answering Paragraph 41 of the Amended Complaint, Defendant is without

sufficient knowledge and therefore denies the same.

42. Answering Paragraph 42 of the Amended Complaint, Defendant is without sufficient knowledge and therefore denies the same.

43. Answering Paragraph 43 of the Amended Complaint, Defendant is without sufficient knowledge and therefore denies the same.

44. Answering Paragraph 44 of the Amended Complaint, Defendant is without sufficient knowledge and therefore denies the same.

45. Answering Paragraph 45 of the Amended Complaint, Defendant denies the same.

**C. FINAL NOTICES/NOTICES OF INTENT TO LEVY**

46. Answering Paragraph 46 of the Amended Complaint, Defendant admits that it filed a lien against Plaintiffs but is without sufficient knowledge as to the remainder and therefore denies the same.

47. Answering Paragraph 47 of the Amended Complaint, Defendant admits the same.

48. Answering Paragraph 48 of the Amended Complaint, Defendant admits the same.

49. Answering Paragraph 49 of the Amended Complaint, Defendant admits the same.

50. Answering Paragraph 50 of the Amended Complaint, Defendant states that Paragraph 50 contains Plaintiffs' legal conclusions and is not an allegation of fact to which an answer is required. To the extent an answer is deemed required, Defendant denies the same.

51. Answering Paragraph 51 of the Amended Complaint, Defendant states that Paragraph 51 contains Plaintiffs' legal conclusions and is not an allegation of fact to which an

Page 6 of 12
*Answer to Amended Complaint*
District of Guam Civil Case No. CV05-00017

Case 1:05-cv-00017   Document 26   Filed 10/31/2005   Page 6 of 12

answer is required. To the extent an answer is deemed required, Defendant denies the same.

52. Answering Paragraph 52 of the Amended Complaint, Defendant states that Paragraph 52 contains Plaintiffs' legal conclusions and is not an allegation of fact to which an answer is required. To the extent an answer is deemed required, Defendant denies the same.

53. Answering Paragraph 53 of the Amended Complaint, Defendant is without sufficient knowledge and therefore denies the same.

54. Answering Paragraph 54 of the Amended Complaint, Defendant denies the same.

55. Answering Paragraph 55 of the Amended Complaint, Defendant is without sufficient knowledge and therefore denies the same.

56. Answering Paragraph 56 of the Amended Complaint, Defendant states that Paragraph 56 contains Plaintiffs' legal conclusions and is not an allegation of fact to which an answer is required. To the extent an answer is deemed required, Defendant denies the same.

57. Answering Paragraph 57 of the Amended Complaint, Defendant admits sending Plaintiffs Final Notice but is without sufficient knowledge as to the remainder and therefore denies the same.

58. Answering Paragraph 58 of the Amended Complaint, Defendant is without sufficient knowledge and therefore denies the same.

59. Answering Paragraph 59 of the Amended Complaint, Defendant denies the same.

60. Answering Paragraph 60 of the Amended Complaint, Defendant admits Plaintiffs paid taxes but is without sufficient knowledge as to the remainder and therefore denies the same.

61. Answering Paragraph 61 of the Amended Complaint, Defendant is without

sufficient knowledge and therefore denies the same.

**D. TOLLING OF AND/OR ESTOPPEL TO ASSERT THE STATUTE OF LIMITATIONS**

62. Answering Paragraph 62 of the Amended Complaint, Defendant states that Paragraph 62 contains Plaintiffs' legal conclusions and is not an allegation of fact to which an answer is required. To the extent an answer is deemed required, Defendant denies the same.

63. Answering Paragraph 63 of the Amended Complaint, Defendant denies the same.

64. Answering Paragraph 64 of the Amended Complaint, Defendant states that Paragraph 64 contains Plaintiffs' legal conclusions and is not an allegation of fact to which an answer is required. To the extent an answer is deemed required, Defendant denies the same.

65. Answering Paragraph 65 of the Amended Complaint, Defendant states that Paragraph 65 contains Plaintiffs' legal conclusions and is not an allegation of fact to which an answer is required. To the extent an answer is deemed required, Defendant denies the same.

**V. CLASS ACTION ALLEGATIONS**

66. Answering Paragraph 66 of the Amended Complaint, Defendant admits only that Plaintiffs take the position set forth therein, but otherwise denies the same.

67. Answering Paragraph 67 of the Amended Complaint, Defendant is without sufficient knowledge and therefore denies the same.

68. Answering Paragraph 68 of the Amended Complaint, Defendant is without sufficient knowledge and therefore denies the same.

69. Answering Paragraph 69 of the Amended Complaint, Defendant states that Paragraph 69 contains Plaintiffs' legal conclusions and is not an allegation of fact to which an answer is required. To the extent an answer is deemed required, Defendant denies the same.

70. Answering Paragraph 70 of the Amended Complaint, Defendant is without

sufficient knowledge and therefore denies the same.

71. Answering Paragraph 71 of the Amended Complaint, Defendant is without sufficient knowledge and therefore denies the same.

72. Answering Paragraph 72 of the Amended Complaint, Defendant is without sufficient knowledge and therefore denies the same.

73. Answering Paragraph 73 of the Amended Complaint, Defendant is without sufficient knowledge and therefore denies the same.

74. Answering Paragraph 74 of the Amended Complaint, Defendant is without sufficient knowledge and therefore denies the same.

75. Answering Paragraph 75 of the Amended Complaint, Defendant is without sufficient knowledge and therefore denies the same.

## VI. CLAIMS FOR RELIEF

**A. FIRST CLAIM FOR RELIEF (REFUND OF TAXES PAID)**

76. Answering Paragraph 76 of the Amended Complaint, Defendant admits and denies the same in the identical manner that Defendant admitted and denied the previous allegations of the Amended Complaint.

77. Answering Paragraph 77 of the Amended Complaint, Defendant is without sufficient knowledge and therefore denies the same.

78. Answering Paragraph 78 of the Amended Complaint, Defendant denies the same.

**B. SECOND CLAIM FOR RELIEF (DECLARATORY RELIEF)**

79. Answering Paragraph 79 of the Amended Complaint, Defendant admits and denies the same in the identical manner that Defendant admitted and denied the previous allegations of the Amended Complaint.

80. Answering Paragraph 80 of the Amended Complaint, Defendant is without sufficient knowledge and therefore denies the same.

81. Answering Paragraph 81 of the Amended Complaint, Defendant denies the same.

## C. THIRD CLAIM FOR RELIEF (INJUNCTIVE RELIEF)

82. Answering Paragraph 82 of the Amended Complaint, Defendant admits and denies the same in the identical manner that Defendant admitted and denied the previous allegations of the Amended Complaint.

83. Answering Paragraph 83 of the Amended Complaint, Defendant is without sufficient knowledge and therefore denies the same.

84. Answering Paragraph 84 of the Amended Complaint, Defendant is without sufficient knowledge and therefore denies the same.

85. Answering Paragraph 85 of the Amended Complaint, Defendant denies the same.

## VII. AFFIRMATIVE DEFENSES

For affirmative defenses to the Amended Complaint, Defendant asserts as follows:

86. Sovereign immunity.

87. Failure to exhaust administrative remedies.

88. Statute of limitations.

89. Laches.

90. Failure to state a claim upon which relief can be granted because class actions are not allowed in income tax refund suits.

## VIII. COUNTERCLAIMS

For counterclaims, Defendant states as follows:

91. Defendant reserves the right to assert counterclaims against Plaintiffs for any delinquent income taxes that may be determined to be due and owing, for any deficiencies in income taxes for which Plaintiffs may be found liable, for any amounts determined to be subject to the tax intercept program, and for any other amounts found to be due Defendant.

92. In the event the court should grant Plaintiffs' request for class certification, Defendant reserves the right to assert counterclaims against any member of any class for any delinquent income taxes that may be determined to be due and owing, for any deficiencies in income taxes for which class members may be found liable, for any amounts determined to be subject to the tax intercept program, and for any other amounts found to be due Defendant.

## IX. PRAYER FOR RELIEF

WHEREFORE, Defendant pray as follows:

(a) That the Amended Complaint be dismissed with prejudice;

(b) That Defendant be awarded such relief under any counterclaims as is proper;

(c) That Defendant be awarded its costs and attorneys fees; and

(d) That Defendant be awarded such other or additional relief as may be determined to be appropriate under the circumstances.

**DATED:** October 27, 2005.

OFFICE OF THE ATTORNEY GENERAL
**Douglas B. Moylan, Attorney General**

*[signature]*

JOSEPH A. GUTHRIE
Deputy Attorney General
Attorney for Defendant Government of Guam

# CERTIFICATE OF SERVICE

I, Joseph A. Guthrie, certify that I caused a copy of the foregoing to be served on the following on October 31, 2005, via first class mail, postage prepaid, or hand delivery to:

Counsel for Plaintiffs
Michael L. Kelly
Kirtland & Packard
2361 Rosecrans Avenue
Fourth Floor
El Segundo, CA 90245

Counsel for Plaintiffs
StevenZamsky
Zamsky Law Firm
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam 96910

_____
JOSEPH A. GUTHRIE
Deputy Attorney General