FILED
DISTRICT COURT OF GUAM
NOV - 7 2005
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| HENRY S. DACANAY and LAURA LYNN DACANAY,<br><br>Plaintiffs,<br><br>vs.<br><br>GOVERNMENT OF GUAM,<br><br>Defendant. | Civil Case No. 05-00017<br><br><br>ORDER |

The Plaintiff having filed an Amended Complaint on October 7, 2005, and the Defendant having answered the Amended Complaint on October 31, 2005, the Court now sets this matter for a scheduling conference on Monday, November 14, 2005 at 9:30 a.m. in the chambers of the below-signed judge.

SO ORDERED this 7th day of November 2005.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge

ORIGINAL