
FILED
DISTRICT COURT OF GUAM
NOV 15 2005
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| HENRY S. DACANAY and<br>LAURA LYNN DACANAY,<br><br>　　Plaintiffs,<br><br>　　vs.<br><br>GOVERNMENT OF GUAM,<br><br>　　Defendant. | Civil Case No. 05-00017<br><br><br><br>**MINUTES** |

(√) SCHEDULING CONFERENCE　　　( ) PRELIMINARY PRETRIAL CONFERENCE
(November 14, 2005 at 9:45 a.m.)

( ) FINAL PRETRIAL CONFERENCE　( ) STATUS CONFERENCE

**Notes**: Attorney Steven Zamsky appeared on behalf of the Plaintiffs. Assistant Attorney General Joseph Guthrie appeared on behalf of the Defendant.

　　Judge Manibusan advised counsel that their submission was not in compliance with the Local Rules of Practice for the District Court of Guam regarding scheduling orders and discovery plans. The Court then proceeded to discuss several changes to the proposed Scheduling Order and Discovery Plan. Without objection from either party, Judge Manibusan made the following amendments to the proposed Scheduling Order:

- Scheduling Conference (¶6): changed date from November 8, 2005, to **November 14, 2005;**

///

///

- Discovery Cut-off (¶7): no change to date, but the word "only" at the end of the first sentence was deleted and replaced with "and the merits of the Plaintiffs' claims." Furthermore, the second sentence of this paragraph was deleted;

- Anticipated Dispositive Motions (¶10): delete "to be filed following Court's ruling on Motion for Class Certification."

- Dispositive Motions Cut-off (¶11): delete "date to be set following Court's decision on Motion for Class Certification" and replace with **April 14, 2006**;

- Preliminary Pretrial Conference (¶13): delete "a date to be determined after the Court determines the Motion for Class Certification" and replace with **May 16, 2006, at 10:30 a.m.**;

- Submission of Pretrial Order and Pretrial Materials (¶¶14-15): delete "a date to be determined after the Court decides the Motion for Class Certification" and replace with **May 23, 2006**;

- Final Pretrial Conference (¶16): delete "a date to be determined after the Court decides the Motion for Class Certification" and replace with **May 30, 2006, at 10:30 a.m.**; and

- Trial (¶17): delete "The Pretrial Conference shall be held on a date to be determined following the Court's decision on the Motion for Class Certification" and replace with "**The trial shall commence on June 6, 2006.**"

To keep consistent with the dates in the Scheduling Order, the Court also amended ¶6 of the proposed Discovery Plan to reflect a date of **February 28, 2006**, for the filing of the Motion for Class Certification. Additionally, ¶5 of the proposed Discovery Plan was amended by deleting the first sentence and changed to read as follows: "Discovery on class certification issues **and the merits of plaintiffs' claims** will be conducted as follows:"

Judge Manibusan told counsel that the above dates were based on the present state of the case and advised them that the local rules permit changes if reasonable and based on good cause.

Mr. Zamsky stated that he may be filing a motion to compel shortly as the Defendant still has not provided him with certain discovery requested. Mr. Guthrie stated that it was the government's position that the Plaintiffs' discovery requests were contingent on the original complaint which has since been dismissed. Nevertheless, in lieu of filing a motion to compel, Mr. Guthrie offered to provide the requested discovery within 30 days of today and explained that the continuance was necessary because the Department of Revenue & Taxation was in the process of relocating its office. Mr. Zamsky said he would have to discuss the matter with his

Henry S. Dacanay and Lynn Dacanay v. Government of Guam, Civil Case No. 05-00017
Scheduling Conference Minutes

off-island co-counsel.

The conference concluded at 10:15 a.m.

Dated: November 14, 2005.

_____
JUDITH P. HATTORI
Law Clerk

-3-

Case 1:05-cv-00017    Document 29    Filed 11/15/2005    Page 3 of 3