Steven Zamsky
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam 96910
Telephone:  (671) 477-3637
Facsimile :  (671) 472-1584


Michael L. Kelly, Esq.
Robert M. Churella, Esq.
KIRTLAND & PACKARD LLP
4th Floor
2361 Rosecrans Avenue
El Segundo, California 90245


Attorney for Plaintiffs Henry S. Dacanay
and Laura Lynn V. Dacanay
and All Others Similarly Situated

UNITED STATES DISTRICT COURT
DISTRICT OF GUAM

| | | |
|---|---|---|
| HENRY S. DACANAY and LAURA LYNN DACANAY, | ) ) ) | CIVIL CASE NO. CIV05-00017 |
| Plaintiffs, | ) ) | [PROPOSED] SCHEDULING ORDER |
| vs. | ) ) | |
| GOVERNMENT OF GUAM, | ) ) | |
| Defendant. | ) ) | |

///

///

Pursuant to Rules 16 and 26 (f) of the Federal Rules of Civil Procedure, and Local Rule 16.1 for the District Court of Guam, the parties hereby submit the following Scheduling Order:

1. The nature of the case is as follows: This is a class action seeking the recovery of taxes paid by Guam taxpayers pursuant to Notices of Deficiency that did not comply with the requirements of 26 U.S.C. §§ 6212(a) and 6213(a), Notices of Lien which did not comply with the requirements of 26 U.S.C. § 6320, Final Notices/Notices of Intent to Levy which did not comply with the requirements of 26 U.S.C. § 6330, and declaratory and injunctive relief aiding that recovery.

2. The posture of the case is as follows: None.

    a) the following motions are on file: Motion to Dismiss filed by Defendant.

    b) The following motions have been resolved: . Motion to Dismiss filed by Defendant was granted with leave to amend. An Amended Complaint has been filed.

    c) The following discovery has been initiated: Plaintiffs have propounded Interrogatories and made Requests for Production.

3. All motions to add parties and claims shall be filed on or before: **February 28, 2006**.

4. All motions to amend pleadings shall be filed on or before: **February 28, 2006**.

///

///

///

5. Status of Discovery: The Discovery Plan attached hereto is adopted and incorporated as part of this Scheduling Order.

6. The Parties shall appear before the District Court on November 14, 2005 at the hour of **9:30 a.m.** for the Scheduling Conference.

7. The discovery cut-off date (defined as the last day to file responses to discovery) is **February 1, 2006** (class certification issues and the merits of the Plaintiffs' claims).

8. The anticipated discovery motions are: None.

9. All discovery motions shall be filed on or before: **February 15, 2006**.

10. The anticipated dispositive motions are: Motion for Summary Judgment.

11. All dispositive motions shall be filed on or before: April 14, 2006.

12. The prospects for settlement are: Unknown.

13. The preliminary Pretrial Conference shall be held on May 16, 2006, at 10:30 a.m. (no later than twenty-one days prior to trial date).

///

///

///

14. The parties' pretrial materials, discovery material, witness lists, designations and exhibit lists shall be filed on or before ~~a date to be determined after the Court decides the Motion for Class Certification~~ May 23, 2006 *my* (no later fourteen (14) days prior to trial).

15. The Proposed Pretrial Order shall be filed on or before ~~a date to be determined after the Court decides the Motion for Class Certification~~ May 23, 2006 *my*.

16. The Final Pretrial Conference shall be held on ~~a date to be determined after the Court decides the Motion for Class Certification~~ May 30, 2006, at 10:30 a.m. *my*

17. *my* The trial shall commence on June 6, 2006 at 9:00 a.m. ~~The Pretrial Conference shall be held on a date to be determined following the Court's decision on the Motion for Class Certification~~ *my* (in no event shall the trial be later than 18 months after the complaint if filed, unless the Court otherwise allows).

18. The trial is a jury trial.

19. It is anticipated that it will take 10 days to try this case.

20. The names of counsel on this case are: Steven Zamsky, Michael L. Kelly, Robert M. Churella (Counsel for Plaintiffs), Douglas Moylan (Counsel for Defendant).

21. The parties do wish to submit this case to a settlement conference.

22. The parties present the following suggestions for shortening trial:

///

///

///

///

23. The following issues will also affect the status or management of the case: Whether or not the case is certified as a class action. Pursuant to the Manual for Complex Litigation, this issue should be resolved as soon as practicable, and prior to resolution of any issues concerning the merits of the action.

Dated this 15th day of November 2005.

_____
HONORABLE JOAQUIN V.E. MANIBUSAN, JR.
U. S. Magistrate Judge, District Court of Guam

APPROVED AS TO FORM AND CONTENT:

ZAMSKY LAW FIRM
Attorneys for Plaintiff
Henry S. Dacanay and Laura Lynn V. Dacanay

By: _____
    STEVEN A. ZAMSKY

Dated: October 25, 2005


Douglas B. Moylan
Attorney General of Guam
OFFICE OF THE ATTORNEY GENERAL
Attorneys for Defendant Government of Guam

By: _____
    JOSEPH A. GUTHERIE
    Assistant Attorney General

Dated: October 29, 2005



RECEIVED
OCT 3 1 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

## DISCOVERY PLAN

1. The disclosures required under Federal Rules of Civil Procedure 26(a) have been completed.

2. Whether expert testimony will be required cannot be determined until after the Court rules on Plaintiffs' Motion for Class Certification, as the issues will not be determined until that time.

3. The document exchange required under Local Rule 16.2(a)(1) has been made by Plaintiff.

4. The pretrial disclosures required by Federal Rules of Civil Procedure 26(a)(3) shall be made on or before a date to be determined after the Court's decision on whether to certify this action as a class action.

5. Discovery will be conducted in two phases, first on class certification issues and after the Court's decision on whether to certify this action as a class action, on the merits. Discovery on class certification issues *and the merits of plaintiffs' claims* will be conducted as follows:

    a) Written discovery will be completed by **January 2, 2006**;

    b) Depositions will be completed by **February 1, 2006**;

6. Plaintiffs' Motion for Class Certification will be filed by ~~March 15, 2006~~ **February 28, 2006**.

Z8(0512.00)\PLD\P#2379