Steven Zamsky
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam 96910
Telephone: (671) 477-3637
Facsimile: (671) 472-1584

Michael L. Kelly, Esq.
Robert M. Churella, Esq.
KIRTLAND & PACKARD LLP
2361 Rosecrans Ave., 4th Floor
El Segundo, CA 90245

Attorney for Plaintiffs Henry S. Dacanay
and Laura Lynn Dacanay
and all others similarly situated

UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| HENRY S. DACANAY and LAURA LYNN DACANAY, Plaintiffs, vs. GOVERNMENT OF GUAM, Defendant. | CIVIL CASE NO. CIV05-00017 STIPULATION ~~AND~~ ~~(Proposed)~~ ORDER AMENDING SCHEDULING ORDER |

On November 15, 2005, the Court entered its Scheduling Order in this action which, among other items, established a discovery cutoff of February 1, 2006. Plaintiffs served written discovery on Defendant GOVERNMENT OF GUAM which included Requests for Production of Documents and Interrogatories. Defendant GOVERNMENT OF GUAM determined that it would have to have custom computer programs written to obtain some of the information necessary to respond to the written discovery, and promptly initiated the process of preparing the programs and obtaining the data. However, due to unforeseen and unavoidable delays in this process, Defendant GOVERNMENT OF GUAM has as of yet been unable to provide full responses to this written discovery, but anticipates doing so by the end of January 2006. Because of this delay, Plaintiffs have been unable to conduct followup depositions, and will be unable to do so prior to the current

discovery cutoff date of February 1, 2006. In order to allow Plaintiffs to conduct followup discovery, and then accomplish the matters set forth in the Scheduling Order,

IT IS HEREBY STIPULATED BY AND BETWEEN counsel for Plaintiffs and Defendant GOVERNMENT OF GUAM that all dates set forth in the Scheduling Order be continued for 30 days.

Dated: January 25, 2006

ZAMSKY LAW FIRM

By: _____
STEVEN ZAMSKY
Attorney for Plaintiffs Henry S. Dacanay and Laura Lynn Dacanay and all others similarly situated

Dated: January ___, 2006

OFFICE OF THE ATTORNEY GENERAL

By: _____
LEWIS LITTLEPAGE
Attorneys for Defendant
GOVERNMENT OF GUAM

IT IS SO ORDERED.
Dated: _____

_____
HON. JOAQUIN V. E. MANIBUSAN, JR.
U.S. Magistrate Judge
District Court of Guam

RECEIVED
FEB - 8 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

02078-00001  0103709.01

-2-

STIPULATION AND (PROPOSED ORDER) AMENDING SCHEDULING CONFERENCE ORDER

Case 1:05-cv-00017  Document 31  Filed 02/08/2006  Page 2 of 2