

Office of the Attorney General
Douglas B. Moylan
Attorney General of Guam
Civil Division
The Justice Building
287 West O'Brien Drive
Hagåtña, Guam 96910 • USA
(671) 475-3324 • (671) 472-2493 (Fax)
www.guamattorneygeneral.com • guamattorneygeneral@hotmail.com

Attorneys for the Government of Guam

**FILED**
DISTRICT COURT OF GUAM
FEB 23 2006
MARY L.M. MORAN
CLERK OF COURT

# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | | |
|---|---|---|
| HENRY S. DACANAY AND LAURA LYNN DACANAY, | ) ) ) | Civil Case No. CIV05-00017 |
| Plaintiffs, | ) ) | |
| vs. | ) ) | **DECLARATION OF SERVICE** |
| GOVERNMENT OF GUAM | ) ) ) | |
| Defendants. | ) ) ) | |

**I, SHARON C. RODRIGUEZ,** declare:

I am an employee of the Attorney General's Office, over the age of eighteen, and not a party in interest in the above-entitled case. I served a copy of the **SECOND RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS** by delivering to:

/ / / /

/ / / /

/ / / /

/ / / /

Page 1
*Declaration of Service*
District Court of Guam Civil Case No. CIV05-00017

| NAME | WHERE SERVED | DATE & TIME |
|---|---|---|
| Steven A. Zamsky | at his place of Residence Tamuning, Guam | 02/21/06 @ 5:15pm |

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 23rd day of February 2006.

*Sharon C. Rodriguez* (signature)
SHARON C. RODRIGUEZ