ORIGINAL


FILED
DISTRICT COURT OF GUAM
FEB 28 2006
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| HENRY S. DACANAY and LAURA LYNN DACANAY, Plaintiffs, vs. GOVERNMENT OF GUAM, Defendant. | Civil Case No. 05-00017 ORDER |

On February 8, 2006, the Plaintiffs filed a stipulation between the parties agreeing to continue all dates set forth in the Scheduling Order for 30 days. (Docket No. 31.) The parties asserted that the discovery could not be completed prior to the cutoff date of February 1, 2006, since the Defendant was unable to provide full responses to the Plaintiffs' discovery requests because a custom computer programs had to be written. For good cause shown and because this is the parties' first request for a continuance, the Court hereby modifies in part the November 15, 2005 Scheduling Order and Discovery Plan (Docket No. 30) as follows:

- All motions to amend the pleadings, including motions to add parties and claims, shall be filed no later than March 30, 2006;
- The discovery cut-off date, defined as the last day to file responses to discovery, shall be March 3, 2006;
- All discovery motions shall be filed no later than March 17, 2006; and
- Plaintiffs' motion for class certification shall be filed by March 30, 2006.

1     All other dates and deadlines established in the Scheduling Order and Discovery Plan
2 shall remain in full force and effect.

3     SO ORDERED this 28th day of February 2006.

/s/ Joaquin V.E. Manibusan, Jr.
JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge