# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam  96910**

| | |
|---|---|
| Henry S. Dacanay, et al., | Case No. 1:05-cv-00017 |
| Plaintiffs, | |
| vs. | |
| Government of Guam, | **CERTIFICATE OF SERVICE** |
| Defendant. | |

The following office(s)/individual(s) acknowledged receipt of the Order Granting Stipulation to Amend Scheduling Order on the dates indicated below:

Zamsky Law Firm          Office of the Attorney General
March 2, 2006            March 1, 2006

I, Renee M. Martinez, declare under the penalty of perjury that on the above listed date(s) the:

 Order Granting Stipulation to Amend Scheduling Order

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: March 2, 2006                          /s/ Renee M. Martinez
                                                     Deputy Clerk