

FILED
DISTRICT COURT OF GUAM
MAR 10 2006
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| HENRY S. DACANAY and LAURA LYNN DACANAY,<br><br>Plaintiffs,<br><br>vs.<br><br>GOVERNMENT OF GUAM,<br><br>Defendant. | Civil Case No. 05-00017<br><br><br><br>ORDER |

On March 6, 2006, the Plaintiffs filed a Motion to Compel Responses to Interrogatories and for Sanctions. (Docket No. 35.) In light of the impending pretrial deadlines, the Defendant shall file a response to the motion no later than Friday, March 17, 2006, at 12 noon. The Plaintiffs shall file a copy of the interrogatories at issue no later than Wednesday, March 15, 2006. Additionally, if the Defendant files a response to the motion to compel, the Plaintiffs shall file a reply thereto no later than Tuesday, March 21, 2006. A hearing on the matter shall be set for Friday, March 24, 2006, at 10:30 a.m.

SO ORDERED this 10th day of February 2006.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge

**ORIGINAL**