Steven A Zamsky
ZAMSKY LAW FIRM
PMB 231
275-G Farenholt Ave.
Tamuning, Guam 96913
Telephone: (671) 482-0247
Facsimile: (671) 649-5829

Michael L. Kelly, Esq.
Robert M. Churella, Esq.
KIRTLAND & PACKARD LLP
2361 Rosecrans Ave., 4th Floor
El Segundo, CA 90245

Attorney for Plaintiffs Henry S. Dacanay
and Laura Lynn Dacanay
and all others similarly situated

**FILED**
DISTRICT COURT OF GUAM
MAR 15 2006
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

HENRY S. DACANAY
and LAURA LYNN DACANAY,

Plaintiffs,

vs.

GOVERNMENT OF GUAM,

Defendant.

) CIVIL CASE NO. CIV05-00017
)
)
) STATEMENT
)   OF
) INTERROGATORIES
)   AT
) ISSUE
)
)
)
)

The following Interrogatories have not been following fully and completely answered.:

<u>INTERROGATORY NO. 1:</u>

How many taxpayers, since July 22, 1998, have paid INCOME TAXES anytime after having been issued a Final Notice/Notice of Intent to Levy, which did not include in simple and nontechnical terms:

(A) the amount of unpaid tax; and

(B) the right of the person to request a hearing during the 30-day period under paragraph (2): and

(C) the proposed action by the Secretary and the rights of the person with respect to such action, including a brief statement which sets forth–

(i) the provisions of [the Internal Revenue Code] relating to levy and sale of properly; and

(ii) the procedures applicable to the levy and sale of the property under [the Internal Revenue Code]; and

(iii) the administrative appeals available to the taxpayer with respect to such levy and sale and the procedures relating to such appeals; and

(iv) the alternatives available to taxpayers which could prevent levy on property (including installment agreements under [Internal Revenue code] section 6159); and

(v) the provisions of [the Internal Revenue Code] and procedures relating to redemption of property and release of liens on property.

**INTERROGATORY NO. 2:**

How many taxpayers, since July 22, 1998, have PAID INCOME TAXES anytime after having a Tax Lien asserted against their assets, who were not issued:

a Notice of Lien that specified:

(1) the amount of unpaid tax; and

(2) the right of the person ro request a hearing during the 30-day period beginning the on day after the 5-day period described in paragraph (2); and

(3) the administrative appeals available to the taxpayer with respect to such lien and the procedures relating to such appeals: and

(4) the provisions of this title and procedures relating to the release of liens on property.

or,

a Notice of Deficiency which included a notice to the taxpayer of the taxpayer's right to contact a local office of the taxpayer advocate and the location and phone number of the appropriate office.

**INTERROGATORY NO. 4:**

How many taxpayers, since July 22, 1998, have PAID INCOME TAXES anytime after having been issued a Notice of Deficiency which did not included a notice to the taxpayer of the taxpayer's right to contact a local office of the taxpayer advocate and the location and phone number of the appropriate office.

**INTERROGATORY NO. 5:**

How many taxpayers, since July 22, 1998, have PAID INCOME TAXES anytime after any collection action was taken against them, which taxpayer(s) did were not issued a Notice of Deficiency which included a notice to the taxpayer of the taxpayer's right to contact a local office of the taxpayer advocate and the location and phone number of the appropriate office.

**INTERROGATORY NO. 9:**

What is the total amount of INCOME TAXES PAID by taxpayers, who, since July 22, 1998, PAID the taxes after having been issued a Notice of Deficiency which did not included a notice to the taxpayer of the taxpayer's right to contact a local office of the taxpayer advocate and the location and phone number of the appropriate office.

**INTERROGATORY NO. 10:**

What is the total amount of INCOME TAXES PAID by taxpayers, who, since July 22, 1998, have PAID the taxes after any collection action was taken against them, which taxpayer(s) did were not issued a Notice of Deficiency which included a notice to the taxpayer of the taxpayer's right to contact a local office of the taxpayer advocate and the location and phone number of the appropriate office

**INTERROGATORY NO. 12:**

When, if ever, did Guam begin including a notice to the taxpayer of the taxpayer's right to contact a local office of the taxpayer advocate in it's Notice of Deficiency?

**INTERROGATORY NO. 13:**

When, if ever, did Guam begin including in its Notice of Lien all of the below:

(1) the amount of unpaid tax; and

(2) the right of the person ro request a hearing during the 30-day period beginning the on day after the 5-day period described in paragraph (2); and

(5) the administrative appeals available to the taxpayer with respect to such lien and the procedures relating to such appeals: and

(6) the provisions of [the Internal Revenue Code] and procedures relating to the release of liens on property.

**INTERROGATORY NO. 21**

How many taxpayers, since July 22, 1998, were issued a Notice of Lien that specified:

(1) the amount of unpaid tax; and

(2) the right of the person to request a hearing during the 30-day period beginning the on day after the 5-day period described in paragraph (2); and

(7) the administrative appeals available to the taxpayer with respect to such lien and the procedures relating to such appeals: and

(8) the provisions of this title and procedures relating to the release of liens on property.

Dated this 15th day of March, 2006.

_____
Steven A Zamsky
Zamsky Law Firm