

Office of the Attorney General
**Douglas B. Moylan**
Attorney General of Guam
Solicitor Division
The Justice Building
287 West O'Brien Drive
Hagåtña, Guam 96910 • USA
(671) 475-3324 • (671) 472-2493 (Fax)
www.guamattorneygeneral.com • guamattorneygeneral@hotmail.com

**Attorneys for the People of Guam**


DISTRICT COURT OF GUAM

MAR 21 2006

MARY L.M. MORAN
CLERK OF COURT



# UNITED STATES DISTRICT COURT
# DISTRICT OF GUAM

| | |
|---|---|
| HENRY S. DACANAY and LAURA LYNN DACANAY, <br><br> Plaintiffs, <br><br> vs. <br><br> GOVERNMENT OF GUAM, <br><br> Defendant. | CIVIL CASE NO. 05-00017 <br><br><br><br><br> **DECLARATION OF NON-SERVICE** |

**I, FRANCISCO M. SANTOS**, declare:

I am an employee of the Attorney General's Office, over the age of eighteen, and not a party in interest in the above-entitled case, and in no way disqualified from testifying as a witness. That on the date indicated below, I attempted to serve the **SECOND SET OF ANSWERS TO PLAINTIFF'S INTEROGATORIES TO DEFENDANT, SET NO. 1 and DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO COMPEL RESPONSES TO PLAINTIFF'S INTERROGATORIES SET NO. 1 AND FOR SANCTIONS**, in the above-entitled action as herein set forth and was unable to effect service.

////

---

Page 1
*Declaration of Non-Service*
District Court Case No. 05-00017

| | DATE & TIME | ACTION AND RESULT |
|---|---|---|
| 1 | | |
| 2 | 03/17/06 @ 2:30pm | at his place of residence in |
|   | 03/17/06 @ 4:35pm | Tamuning, Guam |
| 3 | | unit no. 6, 3rd floor |

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 20th day of March, 2006.

_____
FRANCISCO M. SANTOS
Special Process Server/SP0 NO. SP0211-89

Page 2
*Declaration of Non-Service*
District Court Case No. 05-00017

Case 1:05-cv-00017   Document 40   Filed 03/21/2006   Page 2 of 2