

Office of the Attorney General
Douglas B. Moylan
Attorney General of Guam
Solicitor Division
The Justice Building
287 West O'Brien Drive
Hagåtña, Guam 96910 • USA
(671) 475-3324 • (671) 472-2493 (Fax)
www.guamattorneygeneral.com • guamatttorneygeneral@hotmail.com

Attorneys for the People of Guam

**FILED**
DISTRICT COURT OF GUAM
MAR 21 2006
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT
# DISTRICT OF GUAM

| | |
|---|---|
| HENRY S. DACANAY and LAURA LYNN DACANAY, <br><br> Plaintiffs, <br><br> vs. <br><br> GOVERNMENT OF GUAM, <br><br> Defendant. | CIVIL CASE NO. 05-00017 <br><br><br><br><br><br> DECLARATION OF SERVICE |

I, **FRANCISCO M. SANTOS**, declare:

I am an employee of the Attorney General's Office, over the age of eighteen, and not a party in interest in the above-entitled case. I served a copy of the **SECOND SET OF ANSWERS TO PLAINTIFF'S INTEROGATORIES TO DEFENDANT, SET NO. 1 and DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO COMPEL RESPONSES TO PLAINTIFF'S INTERROGATORIES SET NO. 1 AND FOR SANCTIONS** by delivering to:

/ / / /

/ / / /



Page 1
*Declaration of Service*
District Court Case No. 05-00017

Case 1:05-cv-00017   Document 41   Filed 03/21/2006   Page 1 of 2

| | NAME | WHERE SERVED | DATE & TIME |
|---|---|---|---|
| 1 | | | |
| 2 | Steven Zamsky | at his place of residence Tamuning, Guam | 03/18/06 @ 9:30am |
| 3 | | | |

4  I declare under penalty of perjury that the foregoing is true and correct.

5  Dated this 20th day of March, 2006.

*[signature]*

FRANCISCO M. SANTOS
Process Server
Special Process Server/SP0 NO. SP0211-89

Page 2
*Declaration of Service*
District Court Case No. 05-00017