Office of the Attorney General
Douglas B. Moylan
Attorney General of Guam
Solicitor Division
The Justice Building
287 West O'Brien Drive
Hagåtña, Guam 96910 • USA
(671) 475-3324 • (671) 472-2493 (Fax)
www.guamattorneygeneral.com • guamattorneygeneral@hotmail.com

Attorneys for the People of Guam

FILED
DISTRICT COURT OF GUAM
MAR 21 2006
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT
# DISTRICT OF GUAM

| | |
|---|---|
| HENRY S. DACANAY and LAURA LYNN DACANAY,<br><br>               Plaintiffs,<br><br>vs.<br><br>GOVERNMENT OF GUAM,<br><br>               Defendant. | CIVIL CASE NO. 05-00017<br><br><br><br><br><br>**DECLARATION OF SERVICE** |

**I, FRANCISCO M. SANTOS**, declare:

I am an employee of the Attorney General's Office, over the age of eighteen, and not a party in interest in the above-entitled case. I served a copy of the **DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO COMPEL RESPONSES TO PLAINTIFF'S INTERROGATORIES SET NO. 1 AND FOR SANCTIONS,** by delivering to:

/ / / /

/ / / /

| NAME | WHERE SERVED | DATE & TIME |
|---|---|---|
| Steven Zamsky | at his place of residence in Tamuning, Guam unit no. 6, 3rd floor | 03/18/06 @ 9:30am |

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 21ST day of March, 2006.

_____
FRANCISCO M. SANTOS
Special Process Server/SP0 NO. SP0211-89