Steven A Zamsky
ZAMSKY LAW FIRM
PMB 231
275-G Farenholt Ave.
Tamuning, Guam 96913
Telephone: (671) 482-0247
Facsimile: (671) 649-5829

Michael L. Kelly, Esq.
Robert M. Churella, Esq.
KIRTLAND & PACKARD LLP
2361 Rosecrans Ave., 4th Floor
El Segundo, CA 90245

Attorney for Plaintiffs Henry S. Dacanay
and Laura Lynn Dacanay
and all others similarly situated

UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| HENRY S. DACANAY<br>and LAURA LYNN DACANAY,<br><br>Plaintiffs,<br><br>vs.<br><br>GOVERNMENT OF GUAM,<br><br>Defendant. | CIVIL CASE NO. CIV05-00017<br><br>REPLY TO<br>DEFENDANT'S RESPONSE TO<br>MOTION TO COMPEL |

The Second Set of Responses were finally filed. However they are incomplete in that they do not indicate the time frames covered. This is particularly troubling because I had previously been informed that in the case of the Final Notice/Notice of Intent to Levy, that the numbers only went to September, 1999. Plaintiff requests that the Response be amended to set fort those dates.

As set forth in the Declaration of Steven A. Zamsky, filed herewith, the Attorneys fees requested by him because of the difficulty and time spent in attempting to contact the

////
////

Attorney General, Mr. Littlepage, who was assigned to this case.

Respectfully submitted, March 21, 2006.

Steven A. Zamsky
ZAMSKY LAW FIRM