Steven A Zamsky
ZAMSKY LAW FIRM
PMB 231
275-G Farenholt Ave.
Tamuning, Guam 96913
Telephone: (671) 482-0247
Facsimile: (671) 649-5829

Michael L. Kelly, Esq.
Robert M. Churella, Esq.
KIRTLAND & PACKARD LLP
2361 Rosecrans Ave., 4th Floor
El Segundo, CA 90245

Attorney for Plaintiffs Henry S. Dacanay
and Laura Lynn Dacanay
and all others similarly situated

FILED
DISTRICT COURT OF GUAM
MAR 22 2006
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| HENRY S. DACANAY and LAURA LYNN DACANAY,<br><br>Plaintiffs,<br><br>vs.<br><br>GOVERNMENT OF GUAM,<br><br>Defendant. | ) CIVIL CASE NO. CIV05-00017<br>)<br>) DECLARATION OF<br>) STEVEN A. ZAMSKY<br>)<br>)<br>)<br>)<br>)<br>) |

I, Steven A. Zamsky make the following Declaration in support of Plaintiff's Reply to Defendant's Response to Plaintiffs' Motion to Compel:

At no time did I ever tell Mr. Littlepage that he could have until mid-March to respond with complete answers to the Interrogatories. In fact, as demonstrated by the attached time entries, I called repeatedly, mostly getting no answer, to request that they be filed. When I was able to speak to him, I was assured that he would talk with the Defendant to get the Responses under way. We did not receive them until after filing the motion to compel.

The attached exhibit also demonstrates that the fees requested are justified. Each call to the Attorney General's office takes at least 20 minutes or more. Their switchboard bounces you from one receptionist to another, even when he is unavailable.

Under penalty of perjury under the laws of the United States, I swear that the foregoing is true and correct.

Dated March 21, 2006.

_____
Steven A. Zamsky
ZAMSKY LAW FIRM

DECLARATION OF STEVEN A. ZAMSKY Page 2 of 2
Case 1:05-cv-00017   Document 45   Filed 03/22/2006   Page 2 of 3

| Date | Description | Hours |
|---|---|---|
| 12-Jan | tct LL re incomplete | 0.8 |
| 16-Jan | tctLL re supp | 0.7 |
| 18-Jan | tctll re supp | 0.4 |
| 20-Jan | tct LL | 0.4 |
| 24-Jan | tctLL re supp | 0.6 |
| 26-Jan | tct LL | 0.4 |
| 30-Jan | tct LL | 0.4 |
| 2-Feb | tct LL | 0.5 |
| 2/6/06 | tct | 0.4 |
| 8-Feb | | 0.8 |
| 10-Feb | | 0.8 |
| 13-Feb | | 0.8 |
| 15-Feb | | 0.6 |
| 16-Feb | | 0.8 |
| 17-Feb | | 0.8 |
| 21-Feb | | 0.6 |
| 23-Feb | | 0.8 |
| 24-Feb | | 0.7 |
| 27-Feb | | 0.8 |
| 1-Mar | | 0.7 |
| 2-Mar | | 0.8 |
| 1-24 | dct LL email LL | 1 |
| 7-Feb | email LL | 0.3 |
| 14-Feb | rmail to and fromLL | 0.9 |
| 16-Feb | email ll | 0.3 |
| 22-Feb | rev. add'l docs, email ll | 1.4 |
| 23-Feb | email LL | 0.3 |
| 3-Mar | email ll | 0.8 |
| 1-6 | email to keelly | 0.2 |
| 24-Jan | tct Kelly | 0.5 |
| 3-Feb | email to Kelly | 0.3 |
| 9-Feb | email to Kelly | 0.4 |
| 22-Feb | email to Kelly | 0.5 |
| 24-Feb | email Kelly | 0.2 |
| 4-Mar | review and revise motion | 4 |
| | | 24.7 |

*Exhibit 1*