
Office of the Attorney General
Douglas B. Moylan
Attorney General of Guam
Solicitors Division
The Justice Building
287 West O'Brien Drive
Hagåtña, Guam 96910 • USA
(671) 475-3324 • (671) 472-2493 (Fax)
www.guamattorneygeneral.com • guamattorneygeneral@hotmail

**FILED**
DISTRICT COURT OF GUAM
MAR 23 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM
## HAGÅTÑA, GUAM

HENRY S. DACANAY and LAURA LYNN DACANAY,

   Plaintiffs,

vs.

GOVERNMENT OF GUAM,

   Defendant.

CIVIL CASE NO. 05-00017

**REQUEST FOR CONTINUANCE**

  Comes now the Office of the Attorney General of Guam and request a continuance in the Motion Hearing scheduled for March 24, 2006, at 10:30 A.M. This request is due to the conflict that has arisen that requires withdrawal of the Office of the Attorney General of Guam from representation of the Government of Guam, specifically the Department of Revenue and Taxation, in this matter.

  The Office of the Attorney General has attempted to contact plaintiff's counsel, Steven Zamsky, via telephone but was unable to reach him. Service of this will be attempted at his residence..

1     Wherefore the Office of the Attorney General of Guam requests a continuance in the
2 Motion Hearing scheduled for March 24, 2006 due to conflict that requires that it withdraw
3 from this case.

    Dated this 23rd day of March, 2006.

                                OFFICE OF THE ATTORNEY GENERAL
                                **Douglas B. Moylan, Attorney General**

                                *[signature]*
                                JOSEPH A. GUTHRIE
                                Deputy Attorney General
                                Solicitors Division