

Office of the Attorney General
Douglas B. Moylan
Attorney General of Guam
Solicitors Division
The Justice Building
287 West O'Brien Drive
Hagåtña, Guam 96910 • USA
(671) 475-3324 • (671) 472-2493 (Fax)
www.guamattorneygeneral.com • guamattorneygeneral@hotmail

**FILED**
DISTRICT COURT OF GUAM
MAR 24 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM
## HAGÅTÑA, GUAM

| | |
|---|---|
| HENRY S. DACANAY and LAURA LYNN DACANAY,<br><br>Plaintiffs,<br>vs.<br><br>GOVERNMENT OF GUAM,<br><br>Defendant. | CIVIL CASE NO. 05-00017<br><br>SUPPLEMENTAL RESPONSE TO PLAINTIFF'S MOTION TO COMPEL RESPONSES TO PLAINTIFF'S INTERROGATORIES SET NO. 1 AND FOR SANCTIONS |

Comes now the Government of Guam, by and through Deputy Attorney General Joseph Guthrie, and does submit this Supplemental Response to Plaintiff's Motion to Compel Responses to Plaintiff's Interrogatories Set No. 1 and For Sanctions. The Court's Order filed February 28 (attached as Exhibit A) in this case noted the stipulation between the parties to continue all dates in the Scheduling Order. The discovery cut-off date was continued by this Order to March 3, 2006. The summary provided in the Declaration of Steven A. Zamsky notes the March 2, 2006, telephone call to Assistant Attorney General Lewis Littlepage which Mr. Littlepage referred to in his Declaration just prior to the discovery cutoff date. The court record and the records of Mr. Zamsky support the position that sanctions are unwarranted in

Page 1
*Supplemental Response to Plaintiff's Motion to Compel Responses to Plaintiff's Interrogatories*
Civil Case No. CV05-00017

Case 1:05-cv-00017    Document 48    Filed 03/24/2006    Page 1 of 4

this case. The summary provided in the Declaration of Steven A. Zamsky lists only one (1) action after the discovery cut-off, on March 4, 2006, for 0.4 hours.

The requests for sanctions should be denied as plaintiff has suffered no harm and has received all requested discovery. Mr. Zamsky, while acting as a zealous advocate for his client, is not entitled to ask for sanctions for time within the period allowed by the Court. Plaintiff's requests for sanctions should be denied. In the alternative, the sanction cannot exceed attorney fees for 0.4 hours, the time claimed by Mr. Zamsky after the discovery cut-off date.

Dated this 24th day of March, 2006.

OFFICE OF THE ATTORNEY GENERAL
**Douglas B. Moylan, Attorney General**

JOSEPH A. GUTHRIE
Deputy Attorney General
Solicitors Division

Page 2
*Supplemental Response to Plaintiff's Motion to Compel Responses to Plaintiff's Interrogatories*
Civil Case No. CV05-00017

Case 1:05-cv-00017    Document 48    Filed 03/24/2006    Page 2 of 4




MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM
TERRITORY OF GUAM

| | |
|---|---|
| HENRY S. DACANAY and<br>LAURA LYNN DACANAY,<br><br>Plaintiffs,<br><br>vs.<br><br>GOVERNMENT OF GUAM,<br><br>Defendant. | Civil Case No. 05-00017<br><br><br><br>ORDER |

On February 8, 2006, the Plaintiffs filed a stipulation between the parties agreeing to continue all dates set forth in the Scheduling Order for 30 days. (Docket No. 31.) The parties asserted that the discovery could not be completed prior to the cutoff date of February 1, 2006, since the Defendant was unable to provide full responses to the Plaintiffs' discovery requests because a custom computer programs had to be written. For good cause shown and because this is the parties' first request for a continuance, the Court hereby modifies in part the November 15, 2005 Scheduling Order and Discovery Plan (Docket No. 30) as follows:

- All motions to amend the pleadings, including motions to add parties and claims, shall be filed no later than March 30, 2006;
- The discovery cut-off date, defined as the last day to file responses to discovery, shall be March 3, 2006;
- All discovery motions shall be filed no later than March 17, 2006; and
- Plaintiffs' motion for class certification shall be filed by March 30, 2006.

EXHIBIT "A"

All other dates and deadlines established in the Scheduling Order and Discovery Plan shall remain in full force and effect.

SO ORDERED this 28th day of February 2006.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge