# DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
### CIVIL MINUTES - GENERAL



**FILED**
DISTRICT COURT OF GUAM
MAR 24 2006
MARY L.M. MORAN
CLERK OF COURT

CASE NO. 05-00017                     DATE: March 24, 2006

CAPTION: DACANAY - vs - GOVERNMENT OF GUAM

***

HON. JOAQUIN V. E. MANIBUSAN, JR., U.S. Magistrate Judge         Law Clerk: J. Hattori
Official Court Reporter: Wanda Miles                              Courtroom Deputy: Marilyn Alcon
Hearing Electronically Recorded: 10:34:53 - 11:16:43              CSO: B. Benavente/J. Lizama

*********************** APPEARANCES ***********************

COUNSEL FOR PLAINTIFF(s):                     COUNSEL FOR DEFENDANT(s):

STEVEN ZAMSKY                                 JOSEPH GUTHRIE and LEWIS LITTLEPAGE

***

PROCEEDINGS: MOTION TO COMPEL RESPONSES TO PLAINTIFFS INTERROGATORIES SET NUMBER ONE AND MOTION FOR SANCTIONS

( X ) MOTION (S) ARGUED BY  ( X ) PLAINTIFF  ( X ) DEFENDANT

(  ) MOTION(s)  ___Granted  ___Denied  ___Settled  ___Withdrawn  ___Under Advisement

(  ) ORDER SUBMITTED  ___Approved  ___Disapproved

(  ) ORDER to be Prepared By:

( X ) MOTIONS CONTINUED TO: Monday, March 27, 2006 at 10:30 a.m.

NOTES: The Court addressed the motions filed by the Government:

REQUEST FOR CONTINUANCE - DENIED. No further written order will be forthcoming.

REQUEST TO WITHDRAW AS COUNSEL - Government argued his position. Mr. Zamsky opposed the motion and argued his position. The Court took no action on the matter and allowed the Government to submit additional supporting documents In Camera.

COURTROOM DEPUTY: _nba_