

Office of the Attorney General
Douglas B. Moylan
Attorney General of Guam
Solicitor Division
The Justice Building
287 West O'Brien Drive
Hagåtña, Guam 96910 • USA
(671) 475-3324 • (671) 472-2493 (Fax)
www.guamattorneygeneral.com • guamatttorneygeneral@hotmail.com

**Attorneys for the People of Guam**

**FILED**
DISTRICT COURT OF GUAM
MAR 24 2006
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT
# DISTRICT OF GUAM

| | |
|---|---|
| HENRY S. DACANAY and LAURA LYNN DACANAY,<br><br>Plaintiffs,<br><br>vs.<br><br>GOVERNMENT OF GUAM,<br><br>Defendant. | CIVIL CASE NO. 05-00017<br><br><br><br>**DECLARATION OF SERVICE** |

**I, FRANCISCO M. SANTOS**, declare:

I am an employee of the Attorney General's Office, over the age of eighteen, and not a party in interest in the above-entitled case. I served a copy of the **REQUEST FOR CONTINUANCE and REQUEST TO WITHDRAW AS COUNSEL,** by delivering to:

/ / / /

/ / / /

/ / / /

/ / / /

| NAME | WHERE SERVED | DATE & TIME |
|---|---|---|
| Steven Zamsky | at his place of residence Enacia Condo, Unit #6 Enacia Street, Tamuning, Guam | 03/2/06 @ 3:45pm |

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 24th day of March, 2006.

*[signature]*
FRANCISCO M. SANTOS
Process Server/SP0 NO. SP0211-89