

**FILED**
DISTRICT COURT OF GUAM
MAR 27 2006
MARY L.M. MORAN
CLERK OF COURT

CASE NO. CV-05-00017                    DATE: 03/27/2006

CAPTION: **DACANAY - vs - GOVERNMENT OF GUAM**

***

HON. JOAQUIN V. E. MANIBUSAN, JR., U.S. Magistrate Judge     Law Clerk: J. Hattori
Official Court Reporter: Wanda Miles                          Courtroom Deputy: Virginia T. Kilgore
Hearing Electronically Recorded: 10:38:34 - 10:54:10          CSO: B. Benavente

***APPEARANCES***

COUNSEL FOR PLAINTIFF(s):                COUNSEL FOR DEFENDANT(s):

STEVEN ZAMSKY                            JOSEPH GUTHRIE

***

PROCEEDINGS:  CONTINUED MOTION TO COMPEL RESPONSES TO PLAINTIFFS INTERROGATORIES SET NUMBER ONE AND MOTION FOR SANCTIONS

( X ) MOTION (S) ARGUED BY   ( X ) PLAINTIFF   ( X ) DEFENDANT

(  ) MOTION(s)  ____Granted  ____Denied  ____Settled  ____Withdrawn  ____ Under Advisement

(  ) ORDER SUBMITTED  ____Approved  ____Disapproved

(  ) ORDER to be Prepared By:

(  ) MOTIONS CONTINUED TO: _____ at _____

NOTES:

The Court ruled on the following motions. No further written order will be forthcoming.

▸ **MOTION TO COMPEL** - The Court found that the defendant responded to the interrogatories on March 17 and although the plaintiffs are unsatisfied with the response the Court cannot compel the defendant to provide a different answer. The motion is denied as MOOT.

▸ **MOTION FOR SANCTIONS** - The Court found that the deadline was not met, the defendant did not act in bad faith and therefore DENIED the motion for sanctions.

COURTROOM DEPUTY: _____