Steven Zamsky, Esq.
Zamsky Law Firm
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam 96910
Telephone: (671) 477-3637
Facsimile: (671) 472-1584

Michael L. Kelly, Esq. - State Bar No. 82063
Robert M. Churella, Esq. - State Bar No. 73319
KIRTLAND & PACKARD LLP
2361 Rosecrans Ave.
4th Floor
El Segundo, CA 90245

Attorney for Plaintiffs Henry S. Dacanay
and Laura Lynn Dacanay
and all others similarly situated

FILED
DISTRICT COURT OF GUAM
MAR 30 2006
MARY L.M. MORAN
CLERK OF COURT

## UNITED STATES DISTRICT COURT

## TERRITORY OF GUAM

| | |
|---|---|
| HENRY S. DACANAY and LAURA LYNN DACANAY,<br><br>Plaintiffs,<br><br>v.<br><br>GOVERNMENT OF GUAM,<br><br>Defendant. | Case No. CV 05-00017<br><br>**PLAINTIFFS' MOTION FOR LEAVE TO FILE MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL IN EXCESS OF TWENTY PAGES; MEMORANDUM OF POINTS AND AUTHORITIES** |

### ** MOTION FOR LEAVE TO EXCEED TWENTY PAGES **

COME NOW Plaintiffs Henry S. Dacanay and Laura Lynn Dacanay, through their counsel, The Zamsky Law Firm, by Steven Zamsky and Kirtland & Packard, LLP, by Michael L. Kelly, and respectfully move this Court for leave to file Plaintiffs' Motion for Class Certification and Appointment of Class Counsel in excess of twenty (20) pages, pursuant to District Court of Guam Local Court Rule LR 7.1(g). This motion is supported by the following memorandum of points and authorities, the documents and pleadings on file, and such other further evidence as would please the Court to allow for submission.

//

ORIGINAL

# MEMORANDUM OF POINTS AND AUTHORITIES

Plaintiffs seek to move this Court for class certification and appointment of class counsel pursuant to Federal Rule of Civil Procedure Rule 23, in their suit to afford redress to thousands of Guam citizens for improperly collected income taxes. However, the intricate and technical nature of the tax and administrative issues involved in the motion for class certification and appointment of class counsel require a developed analysis which strains the ability to contain them within twenty pages. Additionally, there are multitudinous relevant facts spanning an eight-year period which equally require a thorough narration for purposes of the motion for class certification. Plaintiffs submit this Court would be assisted by a complete offering of facts and legal analysis, to which a limit of twenty pages would not lend a full and cohesive understanding. Plaintiffs humbly request they may be permitted to file with this Court a memorandum portion of a motion for class certification no longer than 25 pages in length.

Respectfully submitted this 30 day of March, 2006.

ZAMSKY LAW FIRM

By: _____
STEVEN ZAMSKY
Attorney for Plaintiffs, Henry S. Dacanay
and Laura Lynn Dacanay
and all others similarly situated