Steven Zamsky, Esq.
ZAMSKY LAW FIRM
PMB 231
275-G Farenholt Avenue
Tamuning, Guam 96913
Telephone: (671) 482-0247
Facsimile: (671) 649-5829

Michael L. Kelly, Esq.
Robert M. Churella, Esq.
KIRTLAND & PACKARD LLP
2361 Rosecrans Ave.
4th Floor
El Segundo, CA 90245

Attorney for Plaintiffs Henry S. Dacanay
and Laura Lynn Dacanay
and all others similarly situated

**UNITED STATES DISTRICT COURT**

**TERRITORY OF GUAM**

| | |
|---|---|
| HENRY S. DACANAY and LAURA LYNN DACANAY,<br><br>Plaintiffs,<br><br>v.<br><br>GOVERNMENT OF GUAM,<br><br>Defendant. | Case No. CV 05-00017<br><br>**DECLARATION OF MICHAEL L. KELLY IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL**<br><br>(Fed. R. Civ. P. 23) |

I, MICHAEL L. KELLY, declare and state as follows:

1.  I am a senior partner in the law firm of Kirtland & Packard LLP, and am admitted to practice before this Court *pro hac vice* as counsel for plaintiffs in this action. The following is set forth on my own knowledge.

2.  Attached hereto as Exhibit "A" is a true and correct copy of Kirtland & Packard LLP's firm resume.

3.  I have been admitted to the following State Bars and Courts:

    California State Bar, 1978

California Supreme Court, 1978

Colorado State Bar, 1987

United States Supreme Court, 1987

U.S. District Court, Central District of California, 1979

U.S. District Court, Northern District of California, 1981

U.S. District Court, Eastern District of California, 1980

U.S. Trust Territory of the Pacific Islands, 1987

4. I hold or have held memberships in the following organizations:

Association of Trial Lawyers of America

Consumer Attorneys of California

Association of Business Trial Lawyers American Bar Association

Los Angeles County Superior Court Settlement Programs

Lawyer-Pilot's Bar Association

Los Angeles County Bar Association

South Bay Bar Association

5. I have spent my entire twenty-six years of practice with Kirtland & Packard LLP. I have tried numerous court and jury trials to verdict, in the state and federal courts of California, as well as in other states throughout the United States.

6. I have handled class action claims for most of my 26 years of practice, and have specialized in plaintiff class actions for the last six years.

7. I have acted as lead, worldwide and national supervising litigation counsel for several Fortune 500 companies during my 25 years of practice. This aspect of my practice has me to direct, supervise and participate in litigation in most of the 50 states, and to coordinate and direct various types of national claims involving a wide variety of lawyers and experts. I have interviewed, retained, prepared, presented trial testimony by and cross-examined experts from numerous fields, including scientific, business, financial, actuarial, legal, medical and various aspects of the standard of care in the field of insurance.

8. I have acted as lead class counsel in numerous class actions, several of which have settled with substantial benefits to the class members with the last six months:

   a) *Simons v. Hewlett Packard Co.*, Orange County Superior Court Case No. 04CC09646, which involved prosecution of a class action claim against HP for wrongful collection of California State Sales Tax. We were able to reach a successful settlement of the matter which resulted in final approval by the Court, and a successful consummation of refunds to the class.

   b) *Opperman, et al. v. Cellco Partnership, Verizon Wireless Messaging Services, LLC, et al.*, Los Angeles County Superior Court Case No. BC326764, which resulted in a court approved settlement in which subscribers to the Verizon cell phone network who had purchased a certain model phone were able to obtain refunds of the costs of the phones, accessories and other fees involved in the purchase and use of the phones. The total value of the refunds claimed to date is nearly $17 million.

   c) *The Great Escape Promotion Cases*, Coordination Proceeding Special Title (Rule 1550(b), Los Angeles Superior Court Case No. JCCP NO. 4343. I was selected, by co-counsel, as co-liaison/lead counsel in this matter, a proceeding involving 17 class action lawsuits throughout the State of California which were ordered consolidated and coordinated by the California Judicial Counsel. A proposed settlement in this matter has received preliminary approval by the court, and will provide up to $44 million dollars in groceries to participants in a grocery store promotion in which participation dwarfed the amount of rewards that had been made available.

9. Kirtland & Packard LLP has represented parties in such notable complex litigation matters as: *In re San Juan Dupont Plaza Hotel Fire Litigation*, MDL-721 (multiple wrongful death, personal injury and property damage lawsuits arising from hotel fire); *In re MGM Hotel Fire Litigation*, MDL-721 (multiple wrongful death, personal injury and property damage lawsuit arising from hotel fire); and *Austin v. Stringfellow* and *Newman v. Stringfellow*, California Superior Court for the County of Riverside (over 5,000

individuals claiming bodily injury as a result of chemicals and the Stringfellow acid pits).

10. Kirtland & Packard LLP has generated in excess of 172 published, and 12 unpublished, opinions over its 71 year history, including one before the U.S. Supreme Court.

11. Kirtland & Packard LLP is AV rated by Martindale-Hubbell and its partners are accomplished trial attorneys who are members of such prestigious groups as the American Board of Trial Advocates (ABOTA).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and that this declaration was executed this 23rd day of March 2006 at El Segundo, California.

_____
Michael L. Kelly

**ATTACHMENT EXHIBIT "A" NOT AVAILABLE FOR VIEWING EXCEEDS SCAN LIMIT**

**PLEASE REFER TO CASE FILE**