Steven A Zamsky
ZAMSKY LAW FIRM
PMB 231
275-G Farenholt Ave.
Tamuning, Guam 96913
Telephone: (671) 482-0247
Facsimile: (671) 649-5829

Michael L. Kelly, Esq.
Robert M. Churella, Esq.
KIRTLAND & PACKARD LLP
2361 Rosecrans Ave., 4th Floor
El Segundo, CA 90245

Attorney for Plaintiffs Henry S. Dacanay
and Laura Lynn Dacanay
and all others similarly situated

**FILED**
DISTRICT COURT OF GUAM
MAR 30 2006
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| HENRY S. DACANAY and LAURA LYNN DACANAY, <br><br> Plaintiffs, <br><br> vs. <br><br> GOVERNMENT OF GUAM, <br><br> Defendant. | CIVIL CASE NO. CIV05-00017 <br><br> NOTICE OF HEARING <br> AND <br> STATEMENT OF UNAGREED <br> HEARING DATE |

Please take Notice that on June 9, 2006 at the hour of 9:30 a hearing will be held on the Motion for Class Certification filed and served herewith. Counsel for the Defendant has been unwilling to agree to a hearing date. I have confirmed the availability of the date with the Court.

Dated March 30, 2006.

_____
Steven A. Zamsky
ZAMSKY LAW FIRM

ORIGINAL