Steven A Zamsky
ZAMSKY LAW FIRM
PMB 231
275-G Farenholt Ave.
Tamuning, Guam 96913
Telephone: (671) 482-0247
Facsimile: (671) 649-5829

Michael L. Kelly, Esq.
Robert M. Churella, Esq.
KIRTLAND & PACKARD LLP
2361 Rosecrans Ave., 4th Floor
El Segundo, CA 90245

Attorney for Plaintiffs Henry S. Dacanay
and Laura Lynn Dacanay
and all others similarly situated

FILED
DISTRICT COURT OF GUAM

MAR 31 2006

MARY L.M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| HENRY S. DACANAY and LAURA LYNN DACANAY,<br><br>Plaintiffs,<br><br>vs.<br><br>GOVERNMENT OF GUAM,<br><br>Defendant. | CIVIL CASE NO. CIV05-00017<br><br>STATEMENT OF No HEARING DATE REQUESTED RE LEAVE TO FILE MOTION IN EXCESS OF TWENTY PAGES |

Plaintiff hereby states that no hearing is requested with regard to its Motion for Leave to file a Motion for Class Certification and Appointment of Class Counsel in Excess of Twenty Pages.

Dated March 31, 2006.

_____
Steven A. Zamsky
ZAMSKY LAW FIRM

ORIGINAL

Case 1:05-cv-00017   Document 57   Filed 03/31/2006   Page 1 of 1