Steven Zamsky, Esq.
ZAMSKY LAW FIRM
PMB 231
275-G Farenholt Avenue
Tamuning, Guam 96913
Telephone: (671) 482-0247
Facsimile: (671) 649-5829

Michael L. Kelly, Esq.
Robert M. Churella, Esq.
KIRTLAND & PACKARD LLP
2361 Rosecrans Ave.
4th Floor
El Segundo, CA 90245

Attorney for Plaintiffs Henry S. Dacanay
and Laura Lynn Dacanay
and all others similarly situated

**FILED**
DISTRICT COURT OF GUAM
MAR 3 1 2006
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT

## TERRITORY OF GUAM

| | |
|---|---|
| HENRY S. DACANAY and LAURA LYNN DACANAY, <br><br> Plaintiffs, <br><br> v. <br><br> GOVERNMENT OF GUAM, <br><br> Defendant. | Case No. CV 05-00017 <br><br> **DECLARATION OF STEVEN ZAMSKY IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL** <br><br> (Fed. R. Civ. P. 23) |

I, STEVEN ZAMSKY, declare and state as follows:

1. I am an attorney admitted to practice before this Court, and am counsel for plaintiffs in this action.

2. Attached hereto as Exhibit "A" is a true and correct copy of Defendant Government of Guam's Responses to Plaintiff's Interrogatory Nos. 11 and 12.

3. Attached hereto as Exhibit "B" is a true and correct copy of Defendant Government of Guam's Responses to Plaintiff's Interrogatory Nos. 2 and 3.

4. Attached hereto as Exhibit "C" is a true and correct copy of Defendant Government of Guam's Responses to Plaintiff's Interrogatory No. 1.

| | |
|---|---|
| 1 | I declare under penalty of perjury under the laws of the United States that the |
| 2 | foregoing is true and that this declaration was executed this _30_ day of March 2006 at |
| 3 | Tamuning, Guam . |

_____
Steven Zamsky

## INTERROGATORY NO. 9:

What is the total amount of INCOME TAXES PAID by taxpayers, who, since July 22, 1998, PAID the taxes after having been issued a Notice of Deficiency which did not include a notice to the taxpayer of the taxpayer's right to contact a local office of the taxpayer advocate and the location and phone number of the appropriate office.

*ANSWER:* **$4,271,742.58**

## INTERROGATORY NO. 10:

What is the total amount of INCOME TAXES PAID by taxpayers, who, since July 22, 1998, have PAID the taxes after collection action was taken against them, which taxpayer(s) did were not issued a Notice of Deficiency which included a notice to the taxpayer of the taxpayer's right to contact a local office of the taxpayer advocate and the location and phone number of the appropriate office.

*ANSWER:* **$1,835,586.33**

## INTERROGATORY NO. 11:

When, if ever, did Guam establish a local office of the taxpayer advocate?

*ANSWER:* **10/05/04**

## INTERROGATORY NO. 12:

When, if ever, did Guam begin including a notice to the taxpayer of the taxpayer's right to contact a local office of the taxpayer advocate in its Notice of Deficiency?

*ANSWER:* **01/10/05**

## INTERROGATORY NO. 2:

How many taxpayers, since July 22, 1998, have PAID INCOME TAXES anytime after having a Tax Lien asserted against their assets, who were not issued:

a. a Notice of Lien that specified:

(1) the amount of unpaid tax; and

(2) the right of the person to request a hearing during the 30-day period beginning the on day after the 5-day period described in paragraph (2); and

(3) the administrative appeals available to the taxpayer with respect to such lien and the procedures relating to such appeals; and

(4) the provisions of this title and procedures relating to the release of liens on property.

or,

*ANSWER*: **2,054 Taxpayers**

b. a Notice of Deficiency which included a notice to the taxpayer of the taxpayer's right to contact a local office of the taxpayer advocate and the location and phone number of the appropriate office.

*ANSWER:* **0 Taxpayers**

## INTERROGATORY NO. 3:

How many taxpayers, since July 22, 1998, have PAID INCOME TAXES anytime after having a Tax Lien asserted against their assets, who were not issued:

a. a Notice of Lien that did not specify:

(1) the amount of unpaid tax; and

(2) the right of the person to request a hearing during the 30-day period beginning the on day after the 5-day period described in paragraph (2); and

(3) the administrative appeals available to the taxpayer with respect to such lien and the procedures relating to such appeals; and

(4) the provisions of this title and procedures relating to the release of liens on property.

or,

**ANSWER: 2,054 Taxpayers**

b. a Notice of Deficiency which included a notice to the taxpayer of the taxpayer's right to contact a local office of the taxpayer advocate and the location and phone number of the appropriate office.

**ANSWER: 1 Taxpayer**

### INTERROGATORY NO. 4:

How many taxpayers, since July 22, 1998, have PAID INCOME TAXES anytime after having been issued a Notice of Deficiency which did not include a notice to the taxpayer of the taxpayer's right to contact a local office of the taxpayer advocate and the location and phone number of the appropriate office.

**ANSWER: 115 Taxpayers**

## INTERROGATORY NO. 1:

How many taxpayers, since July 22, 1998, have paid INCOME TAXES anytime after having been issued a Final Notice/Notice of Intent to Levy, which did not include in simple and nontechnical terms:

(A) the amount of unpaid tax; and

(B) the right of the person to request a hearing during the 30-day period under paragraph (2): and

(C) the proposed action by the Secretary and the rights of the person with respect to such action, including a brief statement which set forth-

    (i) the provisions of [the Internal Revenue Code] relating to levy and sale of property; and

    (ii) the procedures applicable to the levy and sale of the property under [the Internal Revenue Code]; and

    (iii) the administrative appeals available to the taxpayer with respect to such levy and sale and the procedures relating to such appeals; and

    (iv) the alternatives available to taxpayers which could prevent levy on property (including installment agreements under [Internal Revenue Code] Section 6159; and

    (v) the provisions of [the Internal Revenue Code] and procedures relating to redemption of property and release of liens on property.

*ANSWER:* **555 Taxpayers**