Steven A Zamsky
ZAMSKY LAW FIRM
PMB 231
275-G Farenholt Ave.
Tamuning, Guam 96913
Telephone: (671) 482-0247
Facsimile: (671) 649-5829

Michael L. Kelly, Esq.
Robert M. Churella, Esq.
KIRTLAND & PACKARD LLP
2361 Rosecrans Ave., 4th Floor
El Segundo, CA 90245

Attorney for Plaintiffs Henry S. Dacanay
and Laura Lynn Dacanay
and all others similarly situated

FILED
DISTRICT COURT OF GUAM
MAR 3 1 2006
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| HENRY S. DACANAY and LAURA LYNN DACANAY, <br><br>Plaintiffs, <br><br>vs. <br><br>GOVERNMENT OF GUAM, <br><br>Defendant. | CIVIL CASE NO. CIV05-00017 <br><br> ORDER GRANTING LEAVE TO FILE A MOTION IN EXCESS OF TWENTY PAGES |

This matter having come before the Court upon Motion by the Plaintiffs to File a Motion for Class Certification and Appoint of Class Counsel in Excess of Twenty Pages, and the Court being fully advised in the premises,

It is hereby Ordered that Plaintiff may file such a Motion, up to 25 pages.

Dated March 31, 2006.

Joaquin V. E. Manibusan, Jr.
U.S. Magistrate Judge

RECEIVED
MAR 3 1 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM