
FILED
DISTRICT COURT OF GUAM
APR -5 2006
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| HENRY S. DACANAY and<br>LAURA LYNN DACANAY,<br><br>Plaintiffs,<br><br>vs.<br><br>GOVERNMENT OF GUAM,<br><br>Defendant. | Civil Case No. 05-00017<br><br><br><br>ORDER |

On March 23, 2006, the Office of the Attorney General of Guam (the "Attorney General") filed a motion to withdraw as counsel for the defendant Government of Guam. (Docket No. 47.) At a hearing held on March 24, 2006, the Court denied the Attorney General's motion because the moving papers did not provide a basis for the request to be relieved as counsel. Assistant Attorney General Joseph Guthrie requested that the Attorney General be permitted to file *in camera* additional support for its request to withdraw, and the Court agreed. To date, however, no further justification for the motion has been submitted to the Court. Accordingly, the Court hereby denies the Attorney General's motion to withdraw at this time. The Court may reconsider this ruling if and when it is in receipt of further justification for the request.

SO ORDERED this 5d day of April 2006.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge