

Office of the Attorney General
**Douglas B. Moylan**
Attorney General of Guam
Civil Division
The Justice Building
287 West O'Brien Drive
Hagåtña, Guam 96910 • USA
(671) 475-3324 • (671) 472-2493 (Fax)
www.guamattorneygeneral.com • guamattorneygeneral@hotmail

FILED
DISTRICT COURT OF GUAM
APR -7 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM
## HAGÅTÑA, GUAM

| | |
|---|---|
| HENRY S. DACANAY and LAURA LYNN DACANAY, <br><br>　　　　　Plaintiffs, <br><br>　vs. <br><br>GOVERNMENT OF GUAM, <br><br>　　　　　Defendant. | CIVIL CASE NO. 05-00017 <br><br> **MOTION FOR RECONSIDERATION OF DENIAL OF MOTION TO WITHDRAW AND MOTION TO CONTINUE ACTION PENDING SUBSTITUTION OF COUNSEL** |

Joseph A. Guthrie, attorney of record for the Government of Guam in the above-entitled action, moves the Court for Reconsideration of its denial of its March 23, 2006 Motion to Withdraw in the above-captioned case, and for a continuance of the dates set forth in the Scheduling Order until Alternate Counsel can be obtained by the Government of Guam.

The Motion for Reconsideration is made on the grounds that the Court in denying the Attorney General's March 23, 2006 Motion to Withdraw in the above-captioned case failed to consider material facts of which the Court may take judicial notice, as further set forth in the accompanying Memorandum.

Joseph A. Guthrie further moves the Court for an Order continuing indefinitely the dates set forth in the Scheduling Order of the above-entitled action, until such time as the Government retains Alternate Counsel.

This motion to continue the dates in the scheduling order until Alternate Counsel is sought on the ground that if Joseph A. Guthrie is granted leave to withdraw his appearance as Attorney of Record for the defendant in this action, defendant will need a reasonable period of time in which to retain new counsel; that the new counsel will need a reasonable time in which to become familiar with the facts, issues, and proceedings in, and to properly prepare for the continued proceedings of this action; and that it is not possible defendant to retain new counsel, and for such counsel to become familiar with the facts, issues and proceedings in this action and to properly prepare defendants case unless there is some continuance of the dates set forth in the Scheduling Order.

Dated this 6th day of April, 2006.

OFFICE OF THE ATTORNEY GENERAL
**Douglas B. Moylan, Attorney General**

*/s/ Joseph A. Guthrie*
JOSEPH A. GUTHRIE
Deputy Attorney General
Solicitors Division