# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| Henry S. Dacanay, et al., | Case No. 1:05-cv-00017 |
| Plaintiffs, | |
| vs. | |
| Government of Guam, | **CERTIFICATE OF SERVICE** |
| Defendant. | |

The following office(s)/individual(s) acknowledged receipt of the Order denying motion to withdraw as counsel filed April 5, 2006, on the dates indicated below:

| | |
|---|---|
| Steven A. Zamsky | Office of the Attorney General |
| April 6, 2006 | April 6, 2006 |

I, Virginia T. Kilgore, declare under the penalty of perjury that on the above listed date(s) the:

Order denying motion to withdraw as counsel filed April 5, 2006

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: April 10, 2006        /s/ Virginia T. Kilgore
                                          Deputy Clerk