Steven Zamsky, Esq.
Zamsky Law Firm
PMB 231
275-G Farenholt Ave.
Tamuning, Guam 96913
Telephone: (671) 686-3054
Facsimile: (671) 649-5829

Michael L. Kelly, Esq.
Robert M. Churella, Esq,
KIRTLAND & PACKARD LLP
2361 Rosecrans Ave.
4th Floor
El Segundo, CA 90245

Attorney for Plaintiffs Henry S. Dacanay
and Laura Lynn Dacanay
and all others similarly situated

**FILED**
DISTRICT COURT OF GUAM
APR 11 2006
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT
OF GUAM

| | |
|---|---|
| HENRY S. DACANAY and LAURA LYNN DACANAY, <br><br> Plaintiffs, <br><br> v. <br><br> GOVERNMENT OF GUAM, <br><br> Defendant. | Case No. CV 05-00017 <br><br> PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR RECONSIDERATION |

On March 23, 2006, the Office of the Attorney General of Guam (the "Attorney General") filed a motion to withdraw as counsel for the defendant Government of Guam. At the hearing on this motion, on March 24, 2006, the Court ruled that it was unwilling to grant the motion to withdraw unless the Governor expressed his unwillingness to be represented by the Office of the Attorney General, and substitute counsel was appointed.

Neither condition has come to pass. No new facts or argument has been presented. The Attorney General simply repeats his prior factually unsubstantiated argument, which the Court has previously found insufficient.

**ORIGINAL**

///
///

It is obvious at this point in time that the Governor <u>desires</u> to have the Attorney General continue to represent the Government of Guam in the instant matter. To the extent that there was ever a "conflict of interest" in this or any other matter, the Governor has waived it. The taxpayer class plaintiffs in the instant matter have a right to have a prompt consideration of their claims. They have timely filed their Motion for Class Certification, and respectfully request that this litigation proceed on the scheduling order presently in place.

Respetively submitted April 10, 2006.

*[signature]*

Steven A. Zamsky
ZAMSKY LAW FIRM

Plaintiff's Opposition to Defendant's Motion for Reconsideration    Page 2 of 2