

Office of the Attorney General
Douglas B. Moylan
Attorney General of Guam
Solicitors Division
The Justice Building
287 West O'Brien Drive
Hagåtña, Guam 96910 • USA
(671) 475-3324 • (671) 472-2493 (Fax)
www.guamattorneygeneral.com • guamattorneygeneral@hotmail.com

**Attorneys for the Government of Guam**

**FILED**
DISTRICT COURT OF GUAM
APR 12 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| HENRY S. DACANAY and LAURA LYNN DACANAY,<br><br>    Plaintiffs,<br><br>vs.<br><br>GOVERNMENT OF GUAM,<br><br>    Defendant. | CIVIL CASE NO. 05-00017<br><br>**DECLARATION OF SERVICE** |

**I, FRANCISCO M. SANTOS**, declare:

I am an employee of the Attorney General's Office, over the age of eighteen, and not a party in interest in the above-entitled case. I served a copy of the **1) Motion for Reconsideration of Denial of Motion to Withdraw and Motion to Continue Action Pending Substitution of Counsel, and 2) Memorandum in Support of Motion for Reconsideration of Denial of Motion to Withdraw and Motion to Continue Action Pending Substitution of Counsel** by delivering to:

Page 1
*Declaration of Service*
District Court Civil Case No. 05-00017

| | NAME | WHERE SERVED | DATE & TIME |
|---|---|---|---|
| 1 | | | |
| 2 | Shannon Taitano | Office of the Governor Adelup; GU | 04/07/06; 10:47am |
| 3 | | | |
| 4 | Arthuro Ilagan | Department of Revenue & Tax Tiyan, GU | 04/07/06; 11:20am |
| 5 | | | |
| 6 | Steve Zamsky | Enacia Condo #6 Tamuning, GU | 04/07/06; 1:01pm |

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 10th day of April, 2006.

FRANCISCO M. SANTOS
Process Officer

Page 2
*Declaration of Service*
District Court Civil Case No. 05-00017