Steven Zamsky, Esq.
Zamsky Law Firm
PMB 231
275-G Farenholt Ave.
Tamuning, Guam 96913
Telephone: (671) 686-3054
Facsimile: (671) 649-5829

Michael L. Kelly, Esq.
Robert M. Churella, Esq,
KIRTLAND & PACKARD LLP
2361 Rosecrans Ave.
4th Floor
El Segundo, CA 90245

Attorney for Plaintiffs Henry S. Dacanay
and Laura Lynn Dacanay
and all others similarly situated

**FILED**
DISTRICT COURT OF GUAM
APR 12 2006
MARY L.M. MORAN
CLERK OF COURT

## UNITED STATES DISTRICT COURT
## TERRITORY OF GUAM

| | |
|---|---|
| HENRY S. DACANAY and LAURA LYNN DACANAY, <br><br> Plaintiffs, <br><br> v. <br><br> GOVERNMENT OF GUAM, <br><br> Defendant. | Case No. CV 05-00017 <br><br> STIPULATION FOR EXTENTION OF TIME |

Plaintiff and Defendant do hereby stipulate to extending the time set for in the Amended Scheduling Order by at least thirty days as set forth in the Proposed Second Amended Scheduling Order as filed herewith.

The reason for this request is that the hearing for the Motion for Class Certification is set for 3 days after the existing trial date and the first available trial date for a visiting Judge in late July, 2006.

Respectively submitted April 12, 2006.

_____
Steven A. Zamsky
ZAMSKY LAW FIRM

_____
Joseph A. Guthrie
Office of the Attorney General