FILED
DISTRICT COURT OF GUAM
APR 13 2006
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

HENRY S. DACANAY and
LAURA LYNN DACANAY,

Plaintiffs,

vs.

GOVERNMENT OF GUAM,

Defendant.

Civil Case No. 05-00017

ORDER

On March 30, 2006, the Plaintiffs filed a Motion for Class Certification and Appointment of Class Counsel. (Docket No. 54.) On the same date, the Plaintiffs notified the Court that the parties were unable to agree on a hearing date, however, the Plaintiffs requested that their motion be set for hearing on June 9, 2006. Because the parties have been unable to agree on a date, and based on the Court's trial schedule, the hearing on said motion shall be held on June 28, 2006, at 9:30 a.m. before the Honorable Wm. Fremming Nielsen, United States Senior District Judge from the Eastern District of Washington. Accordingly, the Defendant shall file a response to said motion no later than May 16, 2006, and the Plaintiffs shall file a reply brief no later than May 30, 2006.

On April 12, 2006, the parties entered into a Stipulation (Docket No. 66) requesting that June 6, 2006 trial date and all associated pretrial deadlines established in the Scheduling Order (Docket No. 30) be extended based on the pending motion for class certification. For good cause shown, the Court hereby amends the Scheduling Order to vacate the June 6th trial date and all

associated pretrial dates. Because the nature of this action will materially change if the motion for class certification is granted, the Court will decline to set a new trial date at this time. Instead, the parties are directed to prepare and submit a proposed amended scheduling order within 15 days following the district judge's ruling on the motion for class certification. The Court declines to execute the proposed Second [sic] Amended Scheduling Order submitted by the parties and directs the Clerk of Court to return said pleadings to the parties forthwith.

SO ORDERED this 13th day of April 2006.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge