# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| Henry S. Dacanay, et al., | Case No. 1:05-cv-00017 |
| Plaintiffs, | |
| vs. | |
| Government of Guam, | **CERTIFICATE OF SERVICE** |
| Defendants. | |

The following office(s)/individual(s) acknowledged receipt of the Order Denying Motion for Reconsideration and Motion to Continue, Order re Hearing on Motion for Class Certification and Appointment of Class Counsel, and Notice of Entry, filed April 13, 2006, on the dates indicated below:

| | |
|---|---|
| Zamsky Law Firm | Office of the Attorney General-Solicitors Division |
| April 14, 2006 | April 14, 2006 |

I, Renee M. Martinez, declare under the penalty of perjury that on the above listed date(s) the:

Order Denying Motion for Reconsideration and Motion to Continue, Order re Hearing on Motion for Class Certification and Appointment of Class Counsel, and Notice of Entry, filed April 13, 2006

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: April 17, 2006                         /s/ Renee M. Martinez
                                             Deputy Clerk