SHANNON J. TAITANO, ESQ.
OFFICE OF THE GOVERNOR OF GUAM
Ricardo J. Bordallo Governor's Complex
Adelup, Guam 96910
Telephone: (671) 472-8931
Facsimile: (671) 477-6666

ARTHUR B. CLARK, ESQ.
DANIEL M. BENJAMIN, ESQ.
MATTHEW BORDEN, ESQ.
CALVO & CLARK, LLP
Attorneys at Law
655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96913
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

Attorneys for *Felix P. Camacho, Governor of Guam*

FILED
DISTRICT COURT OF GUAM
APR 17 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF GUAM

| | |
|---|---|
| HENRY S. DACANAY and LAURA LYNN DACANAY,<br><br>Plaintiffs,<br><br>vs.<br><br>GOVERNMENT OF GUAM,<br><br>Defendant. | Civil Case No. CIV05-00017<br><br>**RESPONSE OF THE GOVERNOR OF GUAM, AS AUTHORIZED REPRESENTATIVE OF THE GOVERNMENT OF GUAM, TO THE MOTION BY THE ATTORNEY GENERAL OF GUAM FOR RECONSIDERATION OF HIS REQUEST TO WITHDRAW FROM THIS PROCEEDING** |

ORIGINAL

## POSITION OF THE GOVERNOR OF GUAM

The Governor of Guam, as the lawful representative of the Government of Guam in this action, respectfully submits this brief through his conflicts counsel in response to the motion filed by the Attorney General of Guam requesting reconsideration of the Court's previous denial of his motion to withdraw as counsel for the Government of Guam.

The Governor does not believe the Attorney General has acted properly in unilaterally seeking to withdraw without the Governor's consent. But at this juncture, with trial approaching and a class certification motion pending, the Attorney General's actions are creating a risk of irreparable harm to the Government. The Governor thus has lost faith in the ability and willingness of the Attorney General to protect the Government's interests in this case.

Accordingly, the Governor respectfully asks that the Attorney General be removed from this case, that the Governor's counsel be designated as counsel for the Government, and that all pending matters be stayed for a period of 30 days. This stay is necessary so that the Governor's counsel has the opportunity to fully review the record of this complex putative class action in order to avoid any prejudice to the Government as a result of the Attorney General's withdrawal, which also raises uncertainty as to the adequacy of the Government's earlier legal representation in this matter.

A. **To Protect the Interests of the Government of Guam, the Governor Asks that the Court Grant the Motion so that the Governor Can Exercise His Right to Utilize Independent Counsel**

Because this case concerns the Guam Territorial Income Tax, the Governor of Guam is the lawful authorized representative of the government of Guam in this matter. *See Santos v. Camacho*, Dist. Ct. of Guam Civil Case No. 04-00006 (March 10, 2006 Order re: Objections to Magistrate Order of September 19, 2005), at 8-9 (the "*Santos* Order"); *see id.* at 9 ("the Governor is the proper representative of the Government of Guam in this proceeding"). As the lawful representative of the government of Guam, the Governor has the right to control the representation of the Government. *Id.*

The Governor does not believe that the Attorney General acted properly in seeking to unilaterally withdraw from this case. *See* Guam R. Prof. Cond. 1.4 (duty to communicate with client), and 1.16(b)(1) (duty to withdraw in manner that does not prejudice client)).

Notwithstanding the impropriety of how this issue was raised, the Governor has a responsibility to act in the best interest of the Government of Guam. This is a case with serious potential consequences for the Government, as the plaintiffs are attempting to create a class action involving millions of dollars in alleged claims. Despite the gravity of these issues, the Attorney General has not consulted his client about this case, instead insisting on withdrawing without obtaining his client's approval.

Under *Santos*, the Governor has a fundamental right to replace the Attorney General in any tax litigation consistent with the Governor's power to set policy in such actions. *Santos* Order at 11 ("as a matter of law, the Governor has authority over the enforcement of tax matters, and thus, may dictate the litigation strategy in this matter"). Accordingly, the Governor respectfully believes that the actions taken by the Attorney General, combined with the serious nature of this case, necessitates replacement of the Attorney General as counsel in this case.

In taking this position, the Governor in no way waives his right to insist that the Attorney General carry out his appointed duties to represent the Government in other tax litigation (except where the Governor instructs him otherwise, or there is a conflict of interest that has not been or cannot be waived). But, for the foregoing reasons, the Governor asks that the Attorney General be permitted to withdraw and that the Governor's counsel, denoted on the caption page of this brief, be permitted to substitute in as counsel for the Defendant Government of Guam.

### B. The Governor Asks that the Court Enter a Short Stay and Extension of Pending Matters to Protect the Government from Irreparable Harm

Because of the extreme risk of prejudice to the Government created by the Attorney General's sudden withdrawal in the midst of proceedings on a motion for class certification and with trial approaching, the Governor respectfully requests that this case be stayed and all pending matters be held in abeyance for 30 days to provide the Government's new counsel with an opportunity to review this matter. The Governor believes that this request is strongly supported by the risk of irrevocable harm to the Government's defense absent a stay, and the strong public interest in ensuring that the Government receive an adequate defense in a case with significant potential liability for the Government (and thus Guam taxpayers). Such a short delay should not

cause any material prejudice to plaintiffs, who are suing for monetary damages and are not alleging any new specific harm that might occur to them in the interim.

Dated this 17th day of April, 2006.

OFFICE OF THE GOVERNOR OF GUAM
CALVO & CLARK, LLP
Attorneys at Law
Attorneys for *Felix P. Camacho, Governor of Guam*

By: /s/ Arthur B. Clark
**ARTHUR B. CLARK**