SHANNON J. TAITANO, ESQ.
OFFICE OF THE GOVERNOR OF GUAM
Ricardo J. Bordallo Governor's Complex
Adelup, Guam 96910
Telephone: (671) 472-8931
Facsimile: (671) 477-6666

ARTHUR B. CLARK, ESQ.
DANIEL M. BENJAMIN, ESQ.
MATTHEW BORDEN, ESQ.
CALVO & CLARK, LLP
Attorneys at Law
655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96913
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

Attorneys for *Felix P. Camacho, Governor of Guam*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF GUAM

| | |
|---|---|
| HENRY S. DACANAY and LAURA LYNN DACANAY,<br><br>Plaintiffs,<br><br>vs.<br><br>GOVERNMENT OF GUAM,<br><br>Defendant. | Civil Case No. CIV05-00017<br><br>**CERTIFICATE OF SERVICE** |

The undersigned hereby certifies that a true and correct copy of the following:

**RESPONSE OF THE GOVERNOR OF GUAM, AS AUTHORIZED REPRESENTATIVE OF THE GOVERNMENT OF GUAM, TO THE MOTION BY THE ATTORNEY GENERAL OF GUAM FOR RECONSIDERATION OF HIS REQUEST TO WITHDRAW FROM THIS PROCEEDING**

was caused to be served via Hand Delivery on the 17th day of April, 2006, to the following:

>Steven A. Zamsky, Esq.
>**ZAMSKY LAW FIRM**
>Suite 805, GCIC Building
>414 West Soledad Avenue
>Hagåtña, Guam 96910

>**OFFICE OF THE ATTORNEY GENERAL OF GUAM**
>247 West O'Brien Drive
>Hagåtña, Guam 96910

Dated this 17th day of April, 2006.

>OFFICE OF THE GOVERNOR OF GUAM
>CALVO & CLARK, LLP
>Attorneys at Law
>Attorneys for *Felix P. Camacho, Governor of Guam*
>
>By: /s/ Arthur B. Clark
>    **ARTHUR B. CLARK**

*CIVIL CASE NO. 05-00017*
{G0010919.DOC;1}

1