Steven Zamsky, Esq.
ZAMSKY LAW FIRM
PMB 231
275-G Farenholt Avenue
Tamuning, Guam 96913
Telephone: (671) 686-3054
Facsimile: (671) 649-5829

Michael L. Kelly, Esq. - State Bar No. 82063
Robert M. Churella, Esq. - State Bar No. 73319
KIRTLAND & PACKARD LLP
2361 Rosecrans Ave.
4th Floor
El Segundo, CA 90245

Attorney for Plaintiffs Henry S. Dacanay
and Laura Lynn Dacanay
and all others similarly situated

FILED
DISTRICT COURT OF GUAM
APR 1 9 2006
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT

## TERRITORY OF GUAM

| | |
|---|---|
| HENRY S. DACANAY and LAURA LYNN DACANAY,<br><br>Plaintiffs,<br><br>v.<br><br>GOVERNMENT OF GUAM,<br><br>Defendant. | Case No. CV 05-00017<br><br>**PLAINTIFFS' OBJECTION TO THE GOVERNOR OF GUAM'S RESPONSE TO MOTION BY ATTORNEY GENERAL TO WITHDRAW** |

On March 23, 2006, the Office of the Attorney General of Guam filed a Motion to withdraw as counsel for defendant Government of Guam. On March 24, 2006, this Court denied the Motion, but indicated that the Motion might be reconsidered if the Attorney General submitted further justification.

On April 7, 2006, the Attorney General filed a Motion for Reconsideration, but submitted no new justification, and on April 13, 2006, this Court denied the Motion for Reconsideration.

Now, on April 17, 2006, the Office of the Governor of Guam has filed an untimely "Response" to the already denied Motion for Reconsideration, which is, in effect, either a

02078-00001  0106242.01

ORIGINAL

new Motion to Disqualify the Attorney General or a Motion to Substitute Counsel, without giving the proper Notice to Plaintiffs to allow them to file a timely Opposition. This is especially serious, as the "Response" seeks relief not sought by the Attorney General's Motion for Reconsideration, namely a further 30 day stay of this proceeding.

If the Court is going to consider this "Response", Plaintiffs oppose the request for a further stay. The Motion for Class Certification is set to be heard on June 28, 2006, over two months from now, and the Opposition to the Motion is due on May 15, 2006, four weeks from now. There are no other matters on calendar.

The Motion for Class Certification is not so complex that it would take the Governor's new counsel four weeks to review and prepare an Opposition. The motion is based on well settled law and clear statutes, and depends factually on only a handful of Interrogatory Responses that show 1) the length of time that the Government of Guam failed to comply with several provisions of the Internal Revenue Code made applicable to Guam by the Organic Act, 2) the number of taxpayers who paid taxes due to the Government of Guam's non-compliance with those statutes, and 3) the amounts of taxes those taxpayers improperly paid after the Government of Guam's non-compliance with those statutes. Those facts, which were provided in verified Interrogatory Responses, cannot now be disputed. The only questions to be resolved are whether those facts meet the requirements of Rule 23 for class certification, and whether Plaintiffs and their counsel are the appropriate class representatives and counsel to present those claims.

Because four weeks should be more than adequate time for any counsel to prepare an Opposition, Plaintiffs oppose any further delay in these proceedings.

Respectfully submitted this 19th day of April 2006.

ZAMSKY LAW FIRM

By: _____
STEVEN ZAMSKY
Attorney for Plaintiffs, Henry S. Dacanay
and Laura Lynn Dacanay
and all others similarly situated