

ORIGINAL

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| HENRY S. DACANAY and<br>LAURA LYNN DACANAY,<br><br>Plaintiffs,<br><br>vs.<br><br>GOVERNMENT OF GUAM,<br><br>Defendant. | Civil Case No. 05-00017<br><br>**ORDER**<br>Granting Motion to Reconsider,<br>Granting Substitution of Counsel and<br>Granting Request for 30-Day Continuance |

On March 23, 2006, the Office of the Attorney General of Guam (the "Attorney General") filed a motion to withdraw as counsel for the defendant Government of Guam. (Docket No. 47.) On April 5, 2006, the Court denied the motion to withdraw, but indicated that it may reconsider said ruling if and when the Attorney General presented further justification for its request. (Order, Docket No. 60.)

On April 7, 2006, the Attorney General filed a Motion for Reconsideration and Motion to Continue Action Pending Substitution of Counsel (Docket No. 61). On April 13, 2006, the Court denied said motions. (Order, Docket No. 67.)

On April 17, 2006, the Governor of Guam filed a "Response" (Docket No. 71) to the Attorney General' motion for reconsideration. Therein, the Governor stated that he "has lost faith in the ability and willingness of the Attorney General to protect the Government's interests in this case." (Id. at 1.) Accordingly, the Governor requested that the Attorney General be removed from this case and replaced with the Governor's conflicts counsel. Additionally, the

Governor requested that all pending matters be stayed for a period of 30 days to enable his new counsel to fully review the record herein.

On April 19, 2006, the Plaintiffs filed an Objection to the Governor's Response. (Docket No. 73.) The Plaintiffs asserted that the Governor's Response was untimely and objected to the request to stay these proceedings for 30 days. The Plaintiffs stated that the only matter pending herein was their Motion for Class Certification and Appointment of Class Counsel, with a deadline for oppositions thereto to be filed by May 15, 2006, and a hearing scheduled for June 28, 2006. The Plaintiffs claimed that because the case was not so complex, the Governor's new counsel has adequate time to respond to their motion.

On April 24, 2006, the Governor filed a response to the Plaintiffs' Objection. (Docket No. 74.) The Governor stated that he had concerns with how the Attorney General defended (or failed to defend) this case. The Governor also stated that a short stay would allow his new counsel to review the complete file and determine whether further discovery is needed in order to respond to the Plaintiffs' motion.

Having reviewed the above pleadings, the Court now GRANTS the Attorney General's Motion to Reconsider the denial of his motion to withdraw as counsel for the Government of Guam. The Attorney General is hereby relieved of his representation of the Government of Guam in this case.

Having allowed the Attorney General to withdraw, the court finds it appropriate to grant the Governor's request to substitute Shannon J. J. Taitano, Esq. and Calvo & Clark, LPP as the new counsel of record for the Government of Guam. See Santos v. Camacho, Civil Case No. 04-00006, Order, March 10, 2006 (Docket No. 285). The court further finds that the Plaintiffs do not oppose the substitution.

Additionally, while the Court has the discretion to control the scheduling of motions and trials, said discretion is always guided by fairness and reason. See U.S. v. Doe, 627 F.2d 181, 183-84 (9th Cir. 1980). The Governor's concerns about the course of this litigation appear legitimate, and a short continuance will not materially prejudice the Plaintiffs herein. Accordingly, the Court grants the request for a 30-day continuance. The Court's Order issued on

April 13, 2006, that set forth the briefing schedule for the Plaintiffs' Motion for Class Certification and Appointment of Class Counsel is hereby amended as follows:

- The Defendant shall file a response to said motion no later than June 16, 2006.
- The Plaintiffs shall file a reply brief no later than June 30, 2006.
- The hearing on said motion shall be held on Tuesday, August 1, 2006, at 1:30 p.m. before the Honorable James Ware, United States District Judge for the Northern District of California.

SO ORDERED this 25th day of April 2006.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge