Steven Zamsky, Esq.
ZAMSKY LAW FIRM
PMB 231
275-G Farenholt Avenue
Tamuning, Guam 96913
Telephone: (671) 686-3054
Facsimile: (671) 649-5829

Michael L. Kelly, Esq. - State Bar No. 82063
Robert M. Churella, Esq. - State Bar No. 73319
KIRTLAND & PACKARD LLP
2361 Rosecrans Ave.
4th Floor
El Segundo, CA 90245

Attorney for Plaintiffs Henry S. Dacanay
and Laura Lynn Dacanay
and all others similarly situated

**FILED**
DISTRICT COURT OF GUAM
APR 26 2006
MARY L.M. MORAN
CLERK OF COURT

## UNITED STATES DISTRICT COURT

## TERRITORY OF GUAM

HENRY S. DACANAY and LAURA LYNN DACANAY,

    Plaintiffs,

v.

GOVERNMENT OF GUAM,

    Defendant.

Case No. CV 05-00017

**PLAINTIFFS' OBJECTION TO THE GOVERNOR OF GUAM'S RESPONSE TO PLAINTIFFS' OBJECTION TO THE GOVERNOR'S APRIL 17 FILING**

    Despite all of the paperwork that has recently been submitted to the court on this matter, **there is currently no pending motion before the court**.

    On March 23, 2006, the Office of the Attorney General of Guam filed a Motion to withdraw as counsel for defendant Government of Guam. On March 24, 2006, this Court denied the Motion, but indicated that the Motion might be reconsidered if the Attorney General submitted further justification.

    On April 7, 2006, the Attorney General filed a Motion for Reconsideration, but submitted no new justification, and on April 13, 2006, this Court denied the Motion for Reconsideration.

02078-00001 106507.1

ORIGINAL

Later, on April 17, 2006, the Office of the Governor of Guam filed an untimely "Response" to the already denied Motion for Reconsideration, which, in effect, constituted either a new Motion to Disqualify the Attorney General or a Motion to Substitute Counsel, without giving the proper Notice to Plaintiffs to allow them to file a timely Opposition. The failure to give proper Notice to Plaintiffs was especially serious, as the "Response" sought additional relief not sought by the Attorney General's Motion for Reconsideration, namely a further 30 day stay of this proceeding. On April 19, 2006, Plaintiffs filed an objection to the Governor of Guam's Response.

Now, On April 24, 2006, the Office of the Governor of Guam has filed yet another untimely "Response" to the already denied Motion for Reconsideration. In effect, counsel who are not of record in this case are responding to a filing that is no longer before the court. If the Governor of Guam wishes to substitute counsel in this case, he has every right to follow the proper procedures in order to do so.

However, if the Court is going to consider this additional "Response", Plaintiffs again oppose the request for a further stay. As stated previously, the Motion for Class Certification is set to be heard on June 28, 2006, over two months from now, and the Opposition to the Motion is due on May 15, 2006, three weeks from now. There are no other matters on calendar.

Any further stay of these matters would cause great prejudice to the Plaintiffs in this case. The Government of Guam has wrongfully taken millions of dollars from the citizens of Guam without statutorily required due process. The aggrieved taxpayers in Guam are entitled to swift resolution of their claims, and any delay in this case will only serve to increase the financial harm they have already suffered as a result of defendant's actions.

Even more troubling is the Governor of Guam's representations in his recent "Response" papers that his concerns over some of his attorney's past tactical decisions in this case might have any after-the-fact effect on, or involvement in, the present matters before the court. Contrary to any such representations, the Governor of Guam has no

right to re-litigate any issues already decided in this case simply because he is concerned with the adequacy of his counsel's earlier representation. The Governor of Guam has repeatedly made such unfounded suggestions in his recent papers, but he has supported them with no authority, because there is none.

Respectfully submitted this 26th day of April 2006.

ZAMSKY LAW FIRM

By: /s/ Steven Zamsky
STEVEN ZAMSKY

Attorney for Plaintiffs, Henry S. Dacanay
and Laura Lynn Dacanay
and all others similarly situated