# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| Henry S. Dacanay, et al., | Case No. 1:05-cv-00017 |
| Plaintiffs, | |
| vs. | |
| Government of Guam, | **CERTIFICATE OF SERVICE** |
| Defendant. | |

The following office(s)/individual(s) acknowledged receipt of the Order Granting Motion to Reconsider, Granting Substitution of Counsel, and Granting Request for 30-Day Continuance filed April 25, 2006, on the dates indicated below:

| Zamsky Law Firm | Office Of The Attorney General | Calvo and Clark | Office of the Governor |
|---|---|---|---|
| April 27, 2006 | April 27, 2006 | April 27, 2006 | April 27, 2006 |

I, Renee M. Martinez, declare under the penalty of perjury that on the above listed date(s) the:

Order Granting Motion to Reconsider, Granting Substitution of Counsel, and Granting Request for 30-Day Continuance

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: April 27, 2006     /s/ Renee M. Martinez
                             Deputy Clerk