SHANNON J. TAITANO, ESQ.
OFFICE OF THE GOVERNOR OF GUAM
Ricardo J. Bordallo Governor's Complex
Adelup, Guam 96910
Telephone: (671) 472-8931
Facsimile: (671) 477-6666

EDUARDO A. CALVO, ESQ.
DANIEL M. BENJAMIN, ESQ.
CALVO & CLARK, LLP
Attorneys at Law
655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96913
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

Attorneys for *the Government of Guam*

FILED
DISTRICT COURT OF GUAM
JUN 16 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF GUAM

| | |
|---|---|
| HENRY S. DACANAY and LAURA LYNN DACANAY,<br><br>Plaintiffs,<br><br>vs.<br><br>GOVERNMENT OF GUAM,<br><br>Defendant. | Civil Case No. CIV05-00017<br><br>**DEFENDANT'S MOTION FOR LEAVE TO FILE OPPOSITION TO MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL IN EXCESS OF TWENTY PAGES** |

## MOTION FOR LEAVE TO EXCEED TWENTY PAGES

Defendant the Government of Guam, through its counsel, Calvo & Clark, LLP, respectfully moves this Court for leave to file The Government of Guam's Opposition to Motion for Class Certification and Appointment of Class Counsel in excess of twenty (20) pages, pursuant to District Court of Guam Local Court Rule LR 7.1(g). This motion is supported by the following Memorandum of Points and Authorities, the documents and pleadings on file, and such other further evidence as would please the Court to allow for submission.

## MEMORANDUM OF POINTS AND AUTHORITIES

On March 30, 2006, Plaintiffs filed a Motion for Leave to File a Motion for Class Certification and Appointment of Class Counsel in Excess of Twenty Pages. In that motion for leave, Plaintiffs argued that "the intricate and technical nature of the tax and administrative issues involved in the motion for class certification and appointment of class counsel require a developed analysis which strains the ability to contain them within twenty pages." (Mot. at 2.) Plaintiffs also argued that the complex factual background of this case further necessitated a motion in excess of twenty pages. This Court granted the Plaintiffs' motion for leave and Plaintiffs subsequently submitted a motion for class certification that was 25 pages in length. (*See* Court's March 31, 2006 Order Granting Leave to File a Motion in Excess of Twenty Pages; *see also* Plaintiffs' March 30, 2006 Motion for Class Certification and Appointment of Class Counsel.)

For the same reasons articulated by the Plaintiffs in their motion for leave, Defendant respectfully seeks permission to file with this Court a memorandum not to exceed 25 pages in length in opposition to Plaintiffs' motion for class certification and appointment of class counsel. A memorandum of this length is necessary to fully address the issues raised by Plaintiffs.

Dated this 16th day of June, 2006.

OFFICE OF THE GOVERNOR OF GUAM
CALVO & CLARK, LLP
Attorneys at Law
Attorneys for *Felix P. Camacho, Governor of Guam*

By: _____
DANIEL M. BENJAMIN