1  **SHANNON J. TAITANO, ESQ.**
   **OFFICE OF THE GOVERNOR OF GUAM**
2  Ricardo J. Bordallo Governor's Complex
3  Adelup, Guam 96910
   Telephone:    (671) 472-8931
4  Facsimile:    (671) 477-6666

5  **EDUARDO A. CALVO, ESQ.**
   **DANIEL M. BENJAMIN, ESQ.**
6  **CALVO & CLARK, LLP**
7  Attorneys at Law
   655 South Marine Corps Drive, Suite 202
8  Tamuning, Guam 96913
   Telephone:    (671) 646-9355
9  Facsimile:    (671) 646-9403

10 *Attorneys for Government of Guam*

11

12              IN THE UNITED STATES DISTRICT COURT
                        DISTRICT OF GUAM
13

14 HENRY S. DACANAY and LAURA LYNN          Civil Case No. CIV05-00017
   DACANAY,
15
                        Plaintiffs,         **DECLARATION OF PAUL J. PABLO**
16                                          **IN SUPPORT OF THE**
                                            **GOVERNMENT OF GUAM'S**
17          vs.                             **OPPOSITION TO MOTION FOR**
                                            **CLASS CERTIFICATION AND**
18 GOVERNMENT OF GUAM,                      **APPOINTMENT OF CLASS**
                                            **COUNSEL**
19                      Defendant.

20

21

22

23

24

25

26

27

28

**FILED**
DISTRICT COURT OF GUAM
JUN 16 2006
MARY L.M. MORAN
CLERK OF COURT

ORIGINAL

I, Paul J. Pablo, hereby declare and state and state as follows:

1. I make the following declaration on personal knowledge, and if called to testify I could and would testify competently hereto.

### Background

2. I am the Tax Enforcement Administrator at the Government of Guam's Department of Revenue & Taxation ("DRT"). My responsibilities include supervision of both the Examination Branch and the Collections Branch at DRT, and I am familiar with the procedures used by both branches and the files maintained by both branches.

3. The Examination Branch is the branch of DRT that typically conducts audits of a taxpayer's income tax returns under the Guam Territorial Income Tax (the "GTIT"). This branch proposes any deficiency in the amount that a taxpayer owed to the Government of Guam where the taxpayer failed to report the correct amount owed (which is then assessed by the Accounting Branch). Among other duties, the Examination Branch issues "Notices of Deficiency" under 26 U.S.C. § 6213(a) where required by law.

4. Cases are assigned to the Collections Branch where outstanding taxes have been "assessed," but not paid. Among other duties, the Collections Branch issues "Notices of Intent to Levy" under 26 U.S.C. § 6331 and "Notices of Liens" under 26 U.S.C. § 6321.

5. An "assessment" of income taxes under the GTIT can occur in one of several ways. If a taxpayer states that they owe taxes on their tax return, and DRT accepts and processes the return without referring it to the Examination Branch, then those taxes are "assessed" at that stage. If an income tax return is referred to the Examination Branch, that branch conducts an audit. If it determines that the taxpayer owes additional amounts, the taxpayer can execute a Form 4549 agreeing to the result of the audit (this is sometimes called an "agreed case"). The tax is then "assessed" after this stage. However, if the taxpayer disputes the result, the case is subject to DRT's administrative appeals process and the tax is not "assessed" until DRT issues a "Notice of Deficiency" pursuant to 26 U.S.C. §§ 6211, 6212, and 6213 (this is sometimes called an "unagreed case").

6. With the assistance of DRT staff under my supervision, I have personally reviewed the relevant tax files of the plaintiffs in this action, Henry S. Dacanay and Laura Lynn Dacanay (the

*CIVIL CASE NO. 05-00017*

1

"Dacanays"). The Dacanays have brought suit seeking refunds of portions of their 1998 and 1999 GTIT tax payments. However, to understand what has occurred in their case, it was necessary to review not only the files as to their 1998 and 1999 GTIT tax returns, but also several other returns.

7.     As necessary to respond to this lawsuit, I have attached to this declaration true and correct copies of relevant documents from the Dacanays' tax files at DRT. I note that the documents have been redacted to remove the Dacanays' Social Security numbers and other personal information (such as addresses).

### The 1997 Tax Return and the BRQ Offsets

8.     On April 15, 1998, the Dacanays filed a joint tax return for 1997 reporting that a refund of $4,384.00 was owed to them. A true and correct copy of that return is attached as Exhibit "A" hereto. When DRT processed the Dacanays' 1997 tax return, it determined that the Dacanays were owed $4,525.00 (an increase of $141.00 above the refund already claimed). A true and correct copy of the notice regarding this adjustment is attached as Exhibit "C" hereto. DRT further determined that the Dacanays were owed $633.11 in interest. Thus, the total amount owed to the Dacanays for tax year 1997 was determined to be $5,158.11.

9.     Pursuant to 11 G.C.A. § 26102(b)(12) and 26 U.S.C. § 6402(a), amounts owed to taxpayers are subject to offsets for amounts taxpayers owe to the Government of Guam. At the time, the Dacanays owed the Government of Guam $1949.42 in Gross Receipts Tax ("GRT") for the period of June 1998 to September 1999 based upon Form BRQ's for this period. (Form BRQ is used for the quarterly reporting of GRT. Mr. Dacanay owed GRT for certain rental income earned during the relevant period).

10.     Thus, on or about March 14, 2000, DRT offset the amount owed to the Dacanays for tax year 1997 against the amount owed for the GRT. A true and correct copy of the notice of this offset is attached as Exhibit "D" hereto.

11.     The Dacanays then were issued Check No. 1120233 in the amount of $3,238.69, refunding to them the remaining amount owed for tax year 1997. A true and correct copy of the printout from DRT's computer system recording the issuance of the check and its number is attached as Exhibit "E" hereto.

## The 1998 Tax Return and Its Audit

12.    On April 15, 1999, the Dacanays filed a joint tax return for 1998 reporting that a refund of $2,808.00 was owed to them. A true and correct copy of that return is attached as Exhibit "B" hereto.

13.    On or about March 31, 2000, the Dacanays' 1998 tax return was selected for an audit and routed to the Examination Branch. The "History Sheet" maintained by the Examiner, Revenue Agent Renato T. Hallera, indicates that initially there were some delays scheduling the audit based on the Dacanays' schedule, such that the audit was not conducted until 2002. A true and correct copy of the relevant page of that History Sheet is attached as Exhibit "F" hereto.

14.    On August 4, 2000, the Dacanays filed an amended joint return for tax year 1998. A true and correct copy of that return is attached as Exhibit "N" hereto.

15.    On April 10, 2002, the Dacanays executed a "Consent to Extend the Time to Assess Tax" extending the time to assess their 1998 income taxes to December 31, 2003. A true and correct copy of that return is attached as Exhibit "P" hereto.

16.    On or about June 3, 2002, the audit of the Dacanays' 1998 tax year return (as amended) was completed as an "agreed case." This means that the Dacanays chose to execute a Form 4549. The agreed result of the audit was that the Dacanays owed taxes for tax year 1998 of $5,715.00 and a penalty of $1,143.00 under 26 U.S.C. § 6662(d). A true and correct copy of the signed Form 4549 is attached hereto as Exhibit "Q."

17.    On July 24, 2002, the Dacanays were informed by letter that the changes in identified in the Form 4549 for tax year 1998 had been reviewed by DRT and that those changes had been made. A true and correct copy of this letter is attached hereto as Exhibit "R."

18.    Because the Dacanays chose to execute a Form 4549, the Dacanays 1998 GTIT taxes due were assessed on August 8, 2002. *See* Exhibit T, *infra*, recording the date of assessment.

## The 1999 Tax Return & Its Failure to Include Payment

19.    Back on April 14, 2000, the Dacanays had filed a joint tax return for 1999 reporting that they owed the Government of Guam $1,795.00. A true and correct copy of that return is attached as Exhibit "G" hereto.

20.     Accompanying that return was a letter from Ms. Dacanay asking that DRT offset the Dacanays' 1999 tax liability with the tax refunds claimed for tax years 1997 and 1998. However, this was not possible. As noted, the remaining amount owed to the Dacanays for tax year 1997 (after GRT offsets) already had been refunded, and tax year 1998 had been selected for an audit. A true and correct copy of Ms. Dacanays' letter is attached as Exhibit "H" hereto.

21.     On or about June 28, 2000, DRT processed the Dacanays' 1999 tax return and assessed the amount due. *See* Exhibit M, *infra* (recording the date of assessment).

**The Collections Process**

22.     On June 30, 2000, DRT sent the Dacanays a First Notice (Form TY53) regarding their need to pay their assessed 1999 GTIT taxes under 26 U.S.C. § 6601(e)(2).

23.     On July 21, 2000, the Dacanays' tax year 1999 case was labeled a delinquent account and referred to the Collections Branch. That same date, a Second Notice (Form TY69) was sent to the Dacanays. A true and correct copy of the Form TY69 is attached hereto as Exhibit "M." Standard DRT procedure at the time was that the Second Notice would be accompanied by IRS Publication 1. A true and correct copy of Publication No. 1 as it appeared at the time and as it would have been sent to the Dacanays is attached hereto as Exhibit S.

24.     On July 28, 2000, the Dacanays' tax year 1999 case was assigned to Collections Officer Anthony ("Tony") Guerrero of the Collections Branch.

25.     On October 2, 2000, DRT sent to the Dacanays by certified mail a "Notice of Intent to Levy" for tax year 1999 pursuant to 26 U.S.C. § 6303(a). (This "Notice of Intent to Levy" is also sometimes referred to as a "Final Notice" or Form L1058). A true and correct copy of the "Notice of Intent to Levy" for tax year 1999 is attached hereto as Exhibit "O." Standard DRT procedure at the time was that the "Notice of Intent to Levy" would be accompanied by IRS Publication 594 and DRT Publication 1660. True and correct copies of IRS Publication 594 & DRT Publication 1660 as they appeared at the time and as they would have been sent to the Dacanays are attached hereto as Exhibit K and L, respectively.

26.     DRT never enforced the levy for tax year 1999 (*i.e.*, the Dacanays' assets and wages were never levied).

27.    On January 16, 2003, DRT sent the Dacanays a First Notice (Form TY53) regarding their need to pay their assessed 1998 GTIT taxes under 26 U.S.C. § 6601(e)(2).

28.    On February 6, 2003, the Dacanays' tax year 1998 case was labeled a delinquent account and referred to the Collections Branch. That same date, a Second Notice (Form TY69) was sent to the Dacanays. Attached as Exhibit "T" is a true and correct copy of a Taxpayer Delinquent Account Notice (Form TY69) sent to the Dacanays on February 6, 2003. Standard DRT procedure at the time was that the Second Notice would be accompanied by IRS Publication 1. A true and correct copy of Publication No. 1 as it appeared at the time and as it would have been sent to the Dacanays is attached hereto as Exhibit S.

29.    On February 21, 2003, the Dacanays' tax year 1998 case also was assigned to Mr. Guerrero of the Collections Branch.

30.    On February 24, 2003, the Dacanays made a voluntary payment of $10,238.15 for various taxes owed. The "Field Receipts" for this payment indicate that of this amount, $4,677.57 was paid for BRQ's owed by the Dacanays for the period from December 2001 to December 2002. The remainder of this amount, $5,560.58, was paid to the Dacanays' 1998 assessed GTIT tax year liability based upon the Form 4549 "agreed" examination result. True and correct copies of the Field Receipts are attached as Exhibits "U."

31.    After this payment, this left a balance due by the Dacanays for tax year 1998 of $1,297.42. The Dacanays also continued to owe the full amount due for tax year 1999, having made no payment for that year.

32.    I am aware of the allegation made on paragraph 60 of the Dacanays' amended complaint in this action that their February 24, 2003 payment applied to tax years 1998 and 1999. Based upon the records of DRT, including the Field Receipts cited, this is inaccurate. The payment of that date solely applied to the BRQ's and as a partial payment of tax year 1998. It never applied to tax year 1999. *See* Exhibit U.

33.    On or about March 20, 2003, DRT sent to the Dacanays by certified mail a "Notice of Intent to Levy" for tax year 1998 pursuant to 26 U.S.C. § 6303(a). (This "Notice of Intent to Levy" is also sometimes referred to as a "Final Notice" or Form L1058). Attached as Exhibit "V" is a true and correct copy of the "Notice of Intent to Levy" sent to the Dacanays on March

20, 2003. Standard DRT procedure at the time was that the "Notice of Intent to Levy" would be accompanied by IRS Publication 594 and DRT Publication 1660. True and correct copies of IRS Publication 594 & DRT Publication 1660 as they appeared at the time and as they would have been sent to the Dacanays are attached hereto as Exhibit K and L, respectively.

34.     As with the levy for tax year 1999, DRT never enforced the levy for tax year 1998 (*i.e.*, the Dacanays' assets and wages were never levied).

35.     On or about March 25, 2003, DRT recorded a Guam federal tax lien for tax years 1998 and 1999, and (based on standard DRT procedures) mailed a copy to the Dacanays. Attached as Exhibit "W" is a true and correct copy of the lien. DRT records do not indicate that the mailed copy of the lien was returned as undeliverable, and on that basis it appears that the Dacanays received a copy of the lien. The "Notices of Intent to Levy" (Exhibits "O" and "V" hereto) had provided prior notice to the Dacanays of the intent to file the lien.

### The 1998 & 1999 Tax Year Amounts Due Are Satisfied by Offset

36.     Although at the time it appeared the Dacanays still owed DRT money, it was soon determined that there were available funds with which to offset the remaining balance for tax year 1998, as well as the entire balance for 1999 (which had yet to be paid at all).

37.     Back on June 8, 2000, DRT had approved an amnesty for the Dacanays' June 1998 to September 1999 BRQ's. This meant that (after further processing), the Dacanays would eventually receive a refund or offset of the BRQ's previously satisfied by the offset of the 1997 taxes. A true and correct copy of the approved application for amnesty is attached as Exhibit "I" hereto. On or about June 21, 2000, a "Notice of Adjustment" (Form 1331) was prepared as to BRQ's to abate interest and penalties as per the approved amnesty. A true and correct copy of the notice is attached as Exhibit "J" hereto.

38.     Moreover, on February 24, 2003, the Dacanays filed amended BRQ's for March 1998 to June 1999, March 2000, June 2000, March 2001, and June 2001. This also created the possibility of further offsets.

39.     According to DRT records, on or about April 4, 2003, Ms. Dacanay came into DRT and met with Mr. Guerrero. She stated that the amended BRQ's that had been filed on February 24, 2003 would show an overpayment by the Dacanays sufficient to satisfy the remaining income

taxes owed for tax years 1998 and 1999. However, only the Business Privilege Tax Branch ("BPTB") of DRT (which is separate from the Examination and Collection Branches) can process amended BRQ's. Thus, Mr. Guerrero referred Ms. Dacanay to the Supervisor of BPTB, Janice Benavente. Ms. Benavente then called Mr. Guerrero, asking that he hold off on the collection and release the tax lien because the amended BRQ returns would be enough to offset the amounts owed in assessed GTIT taxes for tax years 1998 and 1999. Attached as Exhibit "Y" is a true and correct copy of the "Investigation History" recording these facts.

40.     That same day (April 4, 2003), DRT released the tax lien that had been put in place only ten days earlier. Attached as Exhibit "X" is a true and correct copy of the recorded release of the lien. No money was ever collected from the Dacanays based upon this lien.

41.     On or about December 21, 2005, the BRQ offset/ original 1997 offset was processed and used to satisfy all remaining obligations by the Dacanays for assessed GTIT taxes for tax year 1998 and 1999, and a "Notice of Adjustment" was sent to the Dacanays. A true and correct copy of this notice is attached as Exhibit "Z." With the offset having been made, the Dacanays' collection accounts for tax years 1997 and 1998 were closed.

## Conclusion

42.     In summary:

    a.  The Dacanays were never sent a "Notice of Deficiency" in tax year 1998 because they executed a Form 4549;

    b.  The Dacanays were never sent a "Notice of Deficiency" in tax year 1999 because they had noted the amount due on their tax return;

    c.  The only payment ever made by the Dacanays for tax year 1998 was on February 24, 2003, prior to any "Notice of Intent to Levy" or "Notice of Lien" issuing for that tax year (the remainder owed for tax year 1998 having later been satisfied by an offset);

    d.  The Dacanays never made any payment for tax year 1999, either before or after any "Notice of Intent to Levy" or "Notice of Lien" issued for that tax year (the entire amount owed for tax year 1999 having later been satisfied by an offset);

    e.  DRT never levied against the Dacanays for tax year 1998 or 1999; and

f. DRT voluntarily released the lien placed against the Dacanays ten days after it was placed and DRT never collected any money under it.

I declare under penalty of perjury under the laws of the United States and the Territory of Guam that the foregoing is true and correct. Executed on this 16th day of June, 2006 in Tamuning, Guam.

PAUL J. PABLO

# EXHIBIT A

Form **1040**

Department of the Treasury — Internal Revenue Service

**U.S. Individual Income Tax Return** **1997** (99) IRS use only – Do not write or staple in this space.

590054

OMB No. 1545-0074

For the year Jan 1 - Dec 31, 1997, or other tax year beginning _____, 1997, ending _____, 19__

| | |
|---|---|
| **Label** (See Instructions.) | Your First Name: Henry  MI: S  Last Name: Dacanay — Your Social Security No. |
| | If a Joint Return, Spouse's First Name: Laura-Lynn  MI: V  Last Name: Dacanay — Spouse's Social Security No. |
| **Use the IRS label. Otherwise, please print or type.** | Home Address (number and street). If You Have a P.O. Box, See Instructions.  P.O. Box |
| | City, Town or Post Office. If You Have a Foreign Address, See Instructions.  GMF, Guam — For help finding line instructions, see instructions in the booklet. |

**Presidential Election Campaign** (See Instructions.)

Do you want $3 to go to this fund? . . . . . . . . . . . . . . . . . . . . Yes [ ] No [X]

If a joint return, does your spouse want $3 to go to this fund? . . . . . Yes [ ] No [X]

Note: Checking 'Yes' will not change your tax or reduce your refund.

**Filing Status**

Check only one box.

1. [ ] Single
2. [X] Married filing joint return (even if only one had income)
3. [ ] Married filing separate return. Enter spouse's SSN above and full name here. ►
4. [ ] Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here . . . . ►
5. [ ] Qualifying widow(er) with dependent child (year spouse died ► 19__). (See instructions.)

**Exemptions**

6a [X] Yourself. If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

b [X] Spouse

c Dependents:

| (1) First name     Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) No. of months lived in your home in 1997 |
|---|---|---|---|
| M██████ ██ ████as | ████████ | Daughter | 12 |

If more than six dependents, see instructions.

| No. of boxes checked on 6a and 6b | 2 |
|---|---|
| No. of your children on 6c who: • lived with you | 1 |
| • did not live with you due to divorce or separation (see instructions) | |
| Dependents on line 6c not entered above | |
| Add numbers entered on lines above ► | 3 |

d Total number of exemptions claimed . . . . . . . . . . . . . . . . . . . . . . . . . . .

**Income**

Attach Copy B of your Forms W-2, W-2G, & 1099-R here.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| | | |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 . . . . . . . . . . . . . . . . . | 7 | 94,329. |
| 8a | Taxable interest. Attach Schedule B if required . . . . . . . . . . . . . . . . | 8a | 707. |
| b | Tax-exempt interest. Do not include on line 8a . . . . . . . . . . | 8b | |
| 9 | Dividends. Attach Schedule B if required . . . . . . . . . . . . . . . . . . . . | 9 | 201. |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see instructions) . | 10 | |
| 11 | Alimony received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ . . . . . . . . . . . . . | 12 | -15,810. |
| 13 | Capital gain or (loss). Attach Schedule D . . . . . . . . . . . . . . . . . . . | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 . . . . . . . . . . . . . . . . . . . | 14 | |
| 15a | Total IRA distributions . . . . 15a | b Taxable amount (see instrs). . | 15b | |
| 16a | Total pensions and annuities . 16a | b Taxable amount (see instrs). . | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E . | 17 | -2,454. |
| 18 | Farm income or (loss). Attach Schedule F . . . . . . . . . . . . . . . . . . . | 18 | |
| 19 | Unemployment compensation . . . . . . . . . . . . . . . . . . . . . . . . . . | 19 | |
| 20a | Social security benefits . . . . 20a | b Taxable amount (see instrs). . | 20b | |
| 21 | Other income. List type and amount — see instructions   Form 1099-MISC. 150. | 21 | 150. |
| 22 | Add the amounts in the far right column for lines 7 - 21. This is your **total income** . . . . . . . ► | 22 | 77,123. |

**Adjusted Gross Income**

If line 32 is under $29,290 (under $9,770 if a child did not live with you), see EIC instructions.

| | | |
|---|---|---|
| 23 | IRA deduction (see instructions) . . . . . . . . | 23 | |
| 24 | Medical savings account deduction. Attach Form 8853 . | 24 | |
| 25 | Moving expenses. Attach Form 3903 or 3903-F . . . | 25 | |
| 26 | One-half of self-employment tax. Attach Schedule SE . . | 26 | |
| 27 | Self-employed health insurance deduction (see instructions) . | 27 | |
| 28 | Keogh and self-employed SEP and SIMPLE plans . . | 28 | |
| 29 | Penalty on early withdrawal of savings . . . . . . . | 29 | |
| 30a | Alimony paid. b Recipient's SSN . . . ► | 30a | |
| 31 | Add lines 23 - 30a . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ► | 31 | |
| 32 | Subtract line 31 from line 22. This is your **adjusted gross income** . . . . . . . . . . . ► | 32 | 77,123. |

BAA **For Privacy Act and Paperwork Reduction Act Notice, see instructions.**

FDIA0112 10/24/97

Form **1040** (1997)

| | | | |
|---|---|---|---|
| **Tax Computation** | 33 Amount from line 32 (adjusted gross income) . . . . . . . . . . . . . . . . . . . . . . . . . . | 33 | 77,123. |

34a Check if: ☐ You were 65/older,    ☐ Blind;    ☐ Spouse was 65/older,    ☐ Blind

Add the number of boxes checked above and enter the total here . . . . . . . . . . ► 34a ☐

b If you are married filing separately and your spouse itemizes deductions
or you were a dual-status alien, see instructions and check here . . . . . . . . . . . . . ► 34b ☐

35 Enter the larger of your:
- Itemized deductions from Schedule A, line 28, Or
- Standard deduction shown below for your filing status. But see the instructions if you checked any box on line 34a or 34b or someone can claim you as a dependent.
  - Single — $4,150 • Married filing jointly or Qualifying widow(er) — $6,900
  - Head of household — $6,050 • Married filing separately — $3,450

| | | |
|---|---|---|
| | 35 | 22,881. |
| 36 Subtract line 35 from line 33 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 36 | 54,242. |
| 37 If line 33 is $90,900 or less, multiply $2,650 by the total number of exemptions claimed on line 6d. If line 33 is over $90,900, see the worksheet in the instructions for the amount to enter . . . . . . . . . . . . . | 37 | 7,950. |
| 38 Taxable income. Subtract line 37 from line 36. If line 37 is more than line 36, enter -0- . . . . . ► | 38 | 46,292. |
| 39 Tax. See instrs. Check if any tax from  a ☐ Form(s) 8814  b ☐ Form 4972 . . . . . . . . . ► | 39 | 7,601. |

*If you want the IRS to figure your tax, see instructions.*

**Credits**

| | | | |
|---|---|---|---|
| 40 Credit for child and dependent care expenses. Attach Form 2441 . . . . . | 40 | | |
| 41 Credit for the elderly or the disabled. Attach Sch R . . . . . . . . | 41 | | |
| 42 Adoption credit. Attach Form 8839 . . . . . . . . . . . . . . | 42 | | |
| 43 Foreign tax credit. Attach Form 1116 . . . . . . . . . . . . . | 43 | | |
| 44 Other. Check if from . . . a ☐ Form 3800  b ☐ Form 8396<br>c ☐ Form 8801  d ☐ Form (specify) . . . . . | 44 | | |
| 45 Add lines 40 through 44 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 45 | | |
| 46 Subtract line 45 from line 39. If line 45 is more than line 39, enter -0- . . . . . . . . . . . . ► | 46 | | 7,601. |

**Other Taxes**

| | | | |
|---|---|---|---|
| 47 Self-employment tax. Attach Schedule SE . . . . . . . . . . . . . . . . . . . . . . . . . | 47 | | |
| 48 Alternative minimum tax. Attach Form 6251 . . . . . . . . . . . . . . . . . . . . . . . . | 48 | | 0. |
| 49 SS and Medicare tax on tip income not reported to employer. Attach Form 4137 . . . . . . . . . | 49 | | 99. |
| 50 Tax on qualified retirement plans (including IRAs) and MSAs. Attach Form 5329 if required . . . . . | 50 | | |
| 51 Advance earned income credit payments from Form(s) W-2 . . . . . . . . . . . . . . . . . . | 51 | | |
| 52 Household employment taxes. Attach Schedule H . . . . . . . . . . . . . . . . . . . . . . | 52 | | |
| 53 Add lns 46 - 52. This is your total tax . . . . . . . . . . . . . . . . . . . . . . . . . ► | 53 | | 7,700. |

**Payments**

*Attach Forms W-2, W-2G, and 1099-R to page 1.*

| | | | |
|---|---|---|---|
| 54 Federal income tax withheld from Forms W-2 and 1099 . . . . | 54 | 12,084. | |
| 55 1997 estimated tax payments and amount applied from 1996 return . . . | 55 | | |
| 56a Earned income credit. Attach Schedule EIC if you have a qualifying child. b Nontaxable earned income: amount . . ► _____ and type . . ► _____ | 56a | | |
| 57 Amount paid with Form 4868 (request for extension) . . . . . | 57 | | |
| 58 Excess social security and RRTA tax withheld (see instrs) . . . . | 58 | | |
| 59 Other payments. Check if from . . . . . a ☐ Form 2439<br>b ☐ Form 4136 | 59 | | |
| 60 Add lines 54, 55, 56a, 57, 58, and 59. These are your total payments . . . . . . . . . . . . ► | 60 | | 12,084. |

**Refund**

*Have it directly deposited! See instructions and fill in 62b, 62c, and 62d.*

| | | | |
|---|---|---|---|
| 61 If line 60 is more than line 53, subtract line 53 from line 60. This is the amount you Overpaid . . . . . ► | 61 | | 4,384. |
| 62a Amount of line 61 you want Refunded to You . . . . . . . . . . . . . . . c Type: ☐ Checking  ☐ Savings | 62a | | 4,384. |

► b Routing number . . _____
► d Account number . . _____

63 Amount of line 61 you want Applied to Your 1998 Estimated Tax . . . . . ► | 63 |

**Amount You Owe**

| | | |
|---|---|---|
| 64 If line 53 is more than line 60, subtract line 60 from line 53. This is the Amount You Owe. For details on how to pay, see instructions . . . . . . . . . . . . . . . . . . ► | 64 | |
| 65 Estimated tax penalty. Also include on line 64 . . . . . | 65 | |

**Sign Here**

*Keep a copy of this return for your records.*

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your Signature | Date | Your Occupation: Instructor |
|---|---|---|
| Spouse's Signature. If a joint return, BOTH Must Sign | 4/15/98 | Spouse's Occupation: Manager |

**Paid Preparer's Use Only**

| Preparer's Signature | | Date | Check if self-employed ☐ | Preparer's Social Security No. |
|---|---|---|---|---|
| Firm's Name (or yours if self-employed) and Address ► | Self-prepared | | EIN | ZIP Code |

FDIA0112  11/05/97

Form 1040 (1997)

**Schedule A**
(Form 1040)

Department of the Treasury
Internal Revenue Service    (99)

Name(s) shown on Form 1040

**Itemized Deductions**

► Attach to Form 1040.
► See Instructions for Schedule A (Form 1040).

OMB No. 1545-0074

**1997**

07

Your Social Security Number

Henry S & Laura-Lynn V Dacanay

| | | | | |
|---|---|---|---|---|
| **Medical and Dental Expenses** | Caution: *Do not include expenses reimbursed or paid by others.* | | | |
| | 1 Medical and dental expenses (see instructions)............ | 1 | 1,560. | |
| | 2 Enter amount from Form 1040, line 33 .... | 2 | 77,123. | |
| | 3 Multiply line 2 above by 7.5% (.075)................. | 3 | 5,784. | |
| | 4 Subtract line 3 from line 1. If line 3 is more than line 1, enter -0-... | | | 4 | 0. |
| **Taxes You Paid** | 5 State and local income taxes................... | 5 | 2,942. | |
| | 6 Real estate taxes (see instructions)............... | 6 | 913. | |
| (See instructions.) | 7 Personal property taxes.................. | 7 | | |
| | 8 Other taxes. List type and amount ► | 8 | | |
| | 9 Add lines 5 through 8 ................... | | | 9 | 3,855. |
| **Interest You Paid** | 10 Home mortgage interest and points reported to you on Form 1098 ..... | 10 | 14,681. | |
| | 11 Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see instructions and show that person's name, identifying number, and address ► | | | |
| (See instructions.) | | | | |
| | | 11 | | |
| Note: Personal interest is not deductible. | 12 Points not reported to you on Form 1098. See instructions for special rules..... | 12 | | |
| | 13 Investment interest. Attach Form 4952 if required. (See instructions.)................. | 13 | | |
| | 14 Add lines 10 through 13................... | | | 14 | 14,681. |
| **Gifts to Charity** | 15 Gifts by cash or check. If you made any gift of $250 or more, see instructions........... | 15 | 3,895. | |
| If you made a gift and got a benefit for it, see instructions. | 16 Other than by cash or check. If any gift of $250 or more, see instructions. You Must attach Form 8283 if over $500......... | 16 | 450. | |
| | 17 Carryover from prior year.................. | 17 | | |
| | 18 Add lines 15 through 17.................. | | | 18 | 4,345. |
| **Casualty and Theft Losses** | 19 Casualty or theft loss(es). Attach Form 4684. (See instructions.)...... | | | 19 | |
| **Job Expenses and Most Other Miscellaneous Deductions** | 20 Unreimbursed employee expenses – job travel, union dues, job education, etc. You Must attach Form 2106 or 2106-EZ if required (See instructions.) ► | 20 | | |
| | 21 Tax preparation fees................... | 21 | | |
| | 22 Other expenses – investment, safe deposit box, etc. List type and amount ► Miscellaneous Expenses _____ 89. | 22 | 89. | |
| (See instructions for expenses to deduct here.) | 23 Add lines 20 through 22.................. | 23 | 89. | |
| | 24 Enter amount from Form 1040, line 33 .... | 24 | 77,123. | |
| | 25 Multiply line 24 above by 2% (.02)............... | 25 | 1,542. | |
| | 26 Subtract line 25 from line 23. If line 25 is more than line 23, enter -0- .... | | | 26 | 0. |
| **Other Miscellaneous Deductions** | 27 Other – from list in the instructions. List type and amount ► | | | 27 | |
| **Total Itemized Deductions** | 28 Is Form 1040, line 33, over $121,200 (over $60,600 if married filing separately)? | | | | |
| | No. Your deduction is not limited. Add the amounts in the far right column for lines 4 through 27. Also, enter on Form 1040, line 35, the larger of this amount or your standard deduction. | | ► | 28 | 22,881. |
| | Yes. Your deduction may be limited. See instructions for the amount to enter. | | | | |

BAA For Paperwork Reduction Act Notice, see separate instructions.

FDIA0301  10/27/97

Schedule A (Form 1040) 1997

Schedule A & B (Form 1040) 1997          OMB No. 1545-0074

Name(s) Shown on Form 1040. Do Not Enter Name and Social Security Number if Shown on Schedule A.          Your Social Security Number

Henry S & Laura-Lynn V Dacanay

## Schedule B — Interest and Dividend Income          08

| | | | Amount |
|---|---|---|---|
| **Part I Interest Income**<br><br>(See instructions.)<br><br>Note: If you received a Form 1099-INT, Form 1099-OID, or substitute statement from a brokerage firm, list the firm's name as the payer and enter the total interest shown on that form. | **Note:** If you had over $400 in taxable interest income, you must also complete Part III. | | |
| | 1 List name of payer. If any interest is from a seller-financed mortgage and the buyer used the property as a personal residence, see the instructions and list this interest first. Also, show that buyer's social security number and address . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | | |
| | First Hawaiian Bank | | 42.61 |
| | First Hawaiian Bank | | 40.81 |
| | First Hawaiian Bank | | 7.67 |
| | Bank of Guam | | 10.41 |
| | Bank of Guam | | 29.92 |
| | Navmar Federal Credit Union | | 10.71 |
| | Navmar Federal Credit Union | 1 | 564.86 |
| | GovGuam Federal Credit Union | | |
| | 2 Add the amounts on line 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2 | 706.99 |
| | 3 Excludable interest on series EE U.S. savings bonds issued after 1989 from Form 8815, line 14. You must attach Form 8815 to Form 1040 . . . . . . . . . . . . . . . . . . . . . . . ▶ | 3 | |
| | 4 Subtract line 3 from line 2. Enter the result here and on Form 1040, line 8a . . . . . . ▶ | 4 | 706.99 |

| | | | Amount |
|---|---|---|---|
| **Part II Dividend Income**<br><br>(See instructions.)<br><br>Note: If you received a Form 1099-DIV, or substitute statement from a brokerage firm, list the firm's name as the payer and enter the total dividends shown on that form. | **Note:** If you had over $400 in gross dividends and/or other distributions on stock, you must also complete Part III. | | |
| | 5 List name of payer. Include gross dividends and/or other distributions on stock here. Any capital gain distributions and nontaxable distributions will be deducted on lines 7 and 8 . . . . . ▶ | | 136.01 |
| | Bancorp Hawaii, Inc. | | 64.50 |
| | Bank of Guam | 5 | |
| | 6 Add the amounts on line 5 . . . . . . . . . . . . . . . . . . . . . . | 6 | 200.51 |
| | 7 Capital gain distributions. Enter here and on Schedule D . . . . . . | 7 | |
| | 8 Nontaxable distributions. (See the instructions for Form 1040, line 9.) . . . . . | 8 | |
| | 9 Add lines 7 and 8 . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 9 | |
| | 10 Subtract line 9 from line 6. Enter the result here and on Form 1040, line 9 . . . . . . . . . . . | 10 | 200.51 |

| | | Yes | No |
|---|---|---|---|
| **Part III Foreign Accounts and Trusts**<br><br>(See instructions.) | You must complete this part if you (a) had over $400 of interest or dividends; (b) had a foreign account; or (c) received a distribution from, or were a grantor of, or a transferor to, a foreign trust. | | |
| | 11a At any time during 1997, did you have an interest in or a signature or other authority over a financial account in a foreign country, such as a bank account, securities account, or other financial account? See instructions for exceptions and filing requirements for Form TD F 90-22.1 . . . . . . . . . . . . . . . . . . . . . . . | | X |
| | b If 'Yes,' enter the name of the foreign country . . . . ▶ | | |
| | 12 During 1997, did you receive a distribution from, or were you the grantor of, or transferor to, a foreign trust? If 'Yes,' you may have to file Form 3520 or 926. See instructions . . . . . . . . . . . . . . . . . . . . . . | | X |

Schedule B (Form 1040) 1997

BAA For Paperwork Reduction Act Notice, see Form 1040 instructions.          FDIA0401 10/27/97

# SCHEDULE C (Form 1040)

**Profit or Loss from Business**
(Sole Proprietorship)

▶ Partnerships, joint ventures, etc., must file Form 1065.
▶ Attach to Form 1040 or Form 1041. ▶ See Instructions for Schedule C (Form 1040).

Department of the Treasury
Internal Revenue Service (99)

OMB No. 1545-0074

**1997**

09

**Name of Proprietor**

Henry S Dacanay

**Social Security Number (SSN)**

**A** Principal Business or Profession, Including Product or Service (see Instructions)

Service: Canopy Rentals

**B** Enter Principal Business Code (see instr)
▶ 7773

**C** Business Name. If No Separate Business Name, Leave Blank.

3D Rentals

**D** Employer ID No. (EIN), If Any

**E** Business Addr (include suite or room no.) ▶ P.O. Box 2____
City, Town or P.O. State, & ZIP Code          GMF, Guam 96921

**F** Accounting method: (1) [X] Cash (2) ☐ Accrual (3) ☐ Other (specify) ▶

**G** Did you 'materially participate' in the operation of this business during 1997? If 'No,' see instructions for limit on losses ........ [X] Yes ☐ No

**H** If you started or acquired this business during 1997, check here ...................................

## Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. Caution: If this income was reported to you on Form W-2 and the 'Statutory employee' box on that form was checked, see the Instructions and check here .......... ▶ ☐ | 1 | 26,444. |
| 2 | Returns and allowances ....................................... | 3 | 26,444. |
| 3 | Subtract line 2 from line 1 ........................................ | 4 | |
| 4 | Cost of goods sold (from line 42 on page 2) ............................ | | |
| 5 | Gross profit. Subtract line 4 from line 3 .............................. | 5 | 26,444. |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund ............. ▶ | 6 | |
| 7 | Gross income. Add lines 5 and 6 ....................................... ▶ | 7 | 26,444. |

## Expenses. Enter expenses for business use of your home only on line 30.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8 | Advertising ............... | 8 | 513. | 19 | Pension and profit-sharing plans ....... | 19 | |
| 9 | Bad debts from sales or services (see Instructions) .... | 9 | 0. | 20 | Rent or lease (see instructions): | | |
| | | | | a | Vehicles, machinery, and equipment .......... | 20a | 360. |
| 10 | Car and truck expenses (see instrs) .. | 10 | 9,747. | b | Other business property .............. | 20b | |
| 11 | Commissions and fees ....... | 11 | | 21 | Repairs and maintenance (see instrs) . | 21 | 46. |
| 12 | Depletion ............... | 12 | | 22 | Supplies (not included in Part III) ....... | 22 | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see Instructions) . | 13 | 14,833. | 23 | Taxes and licenses ................ | 23 | 1,189. |
| | | | | 24 | Travel, meals, and entertainment: | | |
| | | | | a | Travel .................. | 24a | 3,158. |
| 14 | Employee benefit programs (other than on line 19) ...... | 14 | 65. | b | Meals and entertainment ........ | 2,712. | |
| 15 | Insurance (other than health) .. | 15 | 0. | c | Enter 50% of line 24b subject to limitations (see instrs) . | 1,356. | |
| 16 | Interest: | | | d | Subtract line 24c from line 24b ........ | 24d | 1,356. |
| a | Mortgage (paid to banks, etc) ...... | 16a | | 25 | Utilities ........................... | 25 | 1,564. |
| b | Other ................ | 16b | | 26 | Wages (less employment credits) ...... | 26 | |
| 17 | Legal and professional services .... | 17 | | 27 | Other expenses (from line 48 on page 2) ... ▶ | 27 | 7,720. |
| 18 | Office expense ............. | 18 | 90. | | | | |
| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27 in columns ...... ▶ | | | | | 28 | 40,641. |

| | | | |
|---|---|---|---|
| 29 | Tentative profit (loss). Subtract line 28 from line 7 ...................................... | 29 | -14,197. |
| 30 | Expenses for business use of your home. Attach Form 8829 ................................ | 30 | 1,613. |
| 31 | Net profit or (loss). Subtract line 30 from line 29. | | |
| | • If a profit, enter on Form 1040, line 12, and also on Schedule SE, line 2 (statutory employees, see instructions). Estates and trusts, enter on Form 1041, line 3 | | |
| | • If a loss, you must go on to line 32. | 31 | -15,810. |
| 32 | If you have a loss, check the box that describes your investment in this activity (see instructions). | | |
| | • If you checked 32a, enter the loss on Form 1040, line 12, and also on Schedule SE, line 2 (statutory employees, see instructions). Estates and trusts, enter on Form 1041, line 3 ............ | 32a [X] | All investment is at risk. |
| | • If you checked 32b, you must attach Form 6198 ...................................... | 32b ☐ | Some investment is not at risk. |

**BAA  For Paperwork Reduction Act Notice, see Form 1040 instructions.**

Schedule C (Form 1040) 1997

FDIZ0112  07/25/97

**Cost of Goods Sold** (See Instructions)

33  Method(s) used to value closing inventory:  a  [X] Cost  b [ ] Lower of cost or market  c [ ] Other (attach explanation)

34  Was there any change in determining quantities, costs, or valuations between opening and closing inventory? . . . . . . . . . . . [ ] Yes  [X] No
    If 'Yes,' attach explanation.

| | |
|---|---|
| 35  Inventory at beginning of year. If different from last year's closing inventory, attach explanation. . . . . . . . . . . . . . . . . | 35 |
| 36  Purchases less cost of items withdrawn for personal use. . . . . . . . . . . . | 36 |
| 37  Cost of labor. Do not include salary paid to yourself. . . . . . . . . . . . . . . | 37 |
| 38  Materials and supplies . . . . . . . . . . . . . . . . . . . . . . . . . | 38 |
| 39  Other costs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 39 |
| 40  Add lines 35 through 39 . . . . . . . . . . . . . . . . . . . . . . . . | 40 |
| 41  Inventory at end of year. . . . . . . . . . . . . . . . . . . . . . . . | 41 |
| 42  Cost of goods sold. Subtract line 41 from line 40. Enter the result here and on page 1, line 4. . . . . . . . . . . . | 42 |

**Information on Your Vehicle.** Complete this part Only if you are claiming car or truck expenses on line 10 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file.

43  When did you place your vehicle in service for business purposes? (month, day, year)  ▶ _ _ _ _ _ _ _ _ _ _ _ _ .

44  Of the total number of miles you drove your vehicle during 1997, enter the number of miles you used your vehicle for:

a Business _ _ _ _ _ _ _ _ _ _ _ _    b Commuting _ _ _ _ _ _ _ _ _ _ _ _    c Other _ _ _ _ _ _ _ _ _ _ _ _

45  Do you (or your spouse) have another vehicle available for personal use? . . . . . . . . . . . . . . . . . . . . . . . . . [ ] Yes  [ ] No

46  Was your vehicle available for use during off-duty hours? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [ ] Yes  [ ] No

47a Do you have evidence to support your deduction? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [ ] Yes  [ ] No

  b If 'Yes,' is the evidence written? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [ ] Yes  [ ] No

**Other Expenses.** List below business expenses not included on lines 8 - 26 or line 30.

| | |
|---|---:|
| Shipping Costs _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | 305.17 |
| PO Box Rental _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | 20.00 |
| _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | |
| _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | |
| _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | |
| _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | |
| _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | |
| _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | |
| See Line 48 Other Expenses | 7,394.72 |
| 48  Total other expenses. Enter here and on page 1, line 27. . . . . . . . . . . . . . . . . . . . . . . . . . 48 | 7,720. |

FDIZ0112  07/25/97




# Supplemental Income and Loss
(From rental real estate, royalties, partnerships,
S corporations, estates, trusts, REMICs, etc)
► Attach to Form 1040 or Form 1041.
► See Instructions for Schedule E (Form 1040).

OMB No. 1545-0074

**1997**

13

Name(s) Shown on Return

Henry S & Laura-Lynn V Dacanay

Your Social Security Number

## Income or Loss from Rental Real Estate and Royalties   Note: Report income and expenses from your business of renting personal property on Schedule C or C-EZ. Report farm rental income or loss from Form 4835 on page 2, line 39.

| 1 | Show the kind and location of each rental real estate property: | | | | 2 | For each rental real estate property listed on line 1, did you or your family use it during the tax year for personal purposes for more than the greater of: • 14 days, or • 10% of the total days rented at fair rental value? (See instructions.) | | Yes | No |
|---|---|---|---|---|---|---|---|---|---|
| A | 4-unit apartment | | | | A | | | | X |
| B | Condominium | | | | B | | | | X |
| C | | | | | C | | | | |

| | | | | Properties | | | Totals (Add columns A, B, and C.) | |
|---|---|---|---|---|---|---|---|---|
| | | | A | B | C | | | |
| **Income:** | | | | | | | | |
| 3 | Rents received . . . . . . . . . . . . . | 3 | 32,000. | 13,200. | | 3 | | 45,200. |
| 4 | Royalties received . . . . . . . . . . . | 4 | | | | 4 | | |
| **Expenses:** | | | | | | | | |
| 5 | Advertising . . . . . . . . . . . . . . | 5 | | | | | | |
| 6 | Auto and travel (see instructions) . . . . . | 6 | | | | | | |
| 7 | Cleaning and maintenance . . . . . . . . | 7 | 1,112. | | | | | |
| 8 | Commissions . . . . . . . . . . . . . | 8 | | | | | | |
| 9 | Insurance . . . . . . . . . . . . . . | 9 | 835. | | | | | |
| 10 | Legal and other professional fees | 10 | | | | | | |
| 11 | Management fees . . . . . . . . . . . | 11 | | | | | | |
| 12 | Mortgage interest paid to banks, etc (see instructions). . . . . | 12 | 13,926. | 7,490. | | 12 | | 21,416. |
| 13 | Other interest . . . . . . . . . . . . | 13 | | | | | | |
| 14 | Repairs . . . . . . . . . . . . . . . | 14 | 12,818. | | | | | |
| 15 | Supplies . . . . . . . . . . . . . . . | 15 | | | | | | |
| 16 | Taxes. . . . . . . . . . . . . . . . | 16 | 1,296. | 528. | | | | |
| 17 | Utilities . . . . . . . . . . . . . . . | 17 | | | | | | |
| 18 | Other ▶ Real Property Tax | 18 | 366. | 502. | | | | |
| | Business Licesne | | 25. | 5. | | | | |
| | Common Area Fees | | | 2,100. | | | | |
| | Bank Charges | | | | | | | |
| 19 | Add lines 5 through 18 . . . . . . . . . | 19 | 30,378. | 10,625. | | 19 | | 41,003. |
| 20 | Depreciation expense or depletion (see instructions). . . . . | 20 | 2,084. | 4,567. | | 20 | | 6,651. |
| 21 | Total expenses. Add lines 19 and 20 . . . | 21 | 32,462. | 15,192. | | | | |
| 22 | Income or (loss) from rental real estate or royalty properties. Subtract line 21 from line 3 (rents) or line 4 (royalties). If the result is a (loss), see instructions to find out if you must file Form 8198 . . . | 22 | -462. | -1,992. | | | | |
| 23 | Deductible rental real estate loss. Caution: Your rental real estate loss on line 22 may be limited. See instructions to find out if you must file Form 8582. Real estate professionals must complete line 42 on page 2 . . . | 23 | -462. | -1,992. | | 24 | | |
| 24 | Income. Add positive amounts shown on line 22. Do not include any losses . . . . . . . . . . . . . . . . . . . . . . . . | | | | | | 24 | |
| 25 | Losses. Add royalty losses from line 22 and rental real estate losses from line 23. Enter total losses here . . . . . . | | | | | | 25 | -2,454. |
| 26 | Total rental real estate and royalty income or (loss). Combine lines 24 and 25. Enter the result here. If Parts II, III, IV, and line 39 on page 2 do not apply to you, also enter this amount on Form 1040, line 17. Otherwise, include this amount in the total on line 40 on page 2 . . . . . . . . . . . . . . . . . . . . . . . | | | | | | 26 | -2,454. |

Schedule E (Form 1040) 1997

BAA For Paperwork Reduction Act Notice, see Form 1040 Instructions.

FDIZ2301   09/09/97



Form **4137**

Department of the Treasury
Internal Revenue Service

**Social Security and Medicare Tax
on Unreported Tip Income**

► See Instructions.
► Attach to Form 1040.

OMB No. 1545-0059

**1997**

24

Social Security Number
~~[redacted]~~

Name of Person Who Received Tips (as shown on Form 1040). If Married, Complete a Separate Form 4137 for Each Spouse with Unreported Tips.

Laura-Lynn V Dacanay

Name(s) of Employer(s) to Whom You Were Required to, but Did Not, Report Your Tips:

---

| | | |
|---|---|---|
| 1 Total cash and charge tips you received in 1997. . . . . . . . . . . . . . . . . . . . . . . | **1** | 1,284. |
| 2 Total cash and charge tips you reported to your employer in 1997 . . . . . . . . . . . . . . . . . . . | **2** | |
| 3 Subtract line 2 from line 1. This amount is income you must include in the total on Form 1040, line 7. . . . . . . | **3** | 1,284. |
| 4 Cash and charge tips you received but did not report to your employer because the total was less than $20 in a calendar month. . . . | **4** | |
| 5 Unreported tips subject to Medicare tax. Subtract line 4 from line 3. Enter here and on line 2 of Schedule U below. | **5** | 1,284. |
| 6 Maximum amount of wages (including tips) subject to social security tax. . . . . . . . | **6** | 65,400. |
| 7 Total social security wages and social security tips (total of boxes 3 and 7 on Form(s) W-2) or railroad retirement (tier 1) compensation . . . . . . . . . . . | **7** | 55,886. |
| 8 Subtract line 7 from line 6. If line 7 is more than line 6, enter -0- here and on line 9 and go to line 11 . . . . . . . . . | **8** | 9,514. |
| 9 Unreported tips subject to social security tax. Compare the amounts on lines 5 and 8 above. Enter the smaller of the two amounts here and on line 1 of Schedule U below. If you received tips as a federal, state, or local government employee, see instructions . . . . . . . . . . . . . . . | **9** | 1,284. |
| 10 Multiply line 9 by .062. . . . . . . . . . . . . . . . . . . . . . | **10** | 80. |
| 11 Multiply line 5 by .0145. . . . . . . . . . . . . . . . . . . . . . | **11** | 19. |
| 12 Add lines 10 and 11. Enter the result here and on Form 1040, line 49. . . . . . . . . . . . ► | **12** | 99. |

Form 4137 (1997)

---

- - - - - - - - - - - - - - - - - - **Do Not Detach** - - - - - - - - - - - - - - - - - - - - - -

**Schedule U**
(Form 1040)

Department of the Treasury
Internal Revenue Service

**U.S. Schedule of Unreported Tip Income
For crediting to your social security record**

**1997**

Note: *The amounts you report below are for your social security record. This record is used to figure any benefits, based on your earnings, payable to you and your dependents or your survivors. Fill in each item accurately and completely.*

Print or Type Name of Person Who Received Tip Income (as shown on Form 1040)

Laura-Lynn V Dacanay

Social Security Number
~~[redacted]~~

| Address (number and street, or P.O. box if mail is not delivered to your home) | Apartment No. | Occupation |
|---|---|---|
| P.O. Box ~~[redacted]~~ | | Manager |

| City, Town or Post Office | State | ZIP Code |
|---|---|---|
| GMF, Guam | | 96921 |

| | | |
|---|---|---|
| 1 Unreported tips subject to social security tax. Enter the amount from line 9 (Form 4137) above. . . . . . . . . . . ► | **1** | 1,284. |
| 2 Unreported tips subject to Medicare tax. Enter the amount from line 5 (Form 4137) above. . . . . . . . . . . . ► | **2** | 1,284. |

Please do not write in this space

DLN—

**BAA** For Paperwork Reduction Act Notice, see separate instructions.

FDIA4001 11/05/97



**Form 8829**

Department of the Treasury
Internal Revenue Service    (99)

## Expenses for Business Use of Your Home

► File only with Schedule C (Form 1040).
Use a separate Form 8829 for each home you used for business during the year.
► See separate instructions.

OMB No. 1545-1266

**1997**

66

Name(s) of Proprietor(s)

Henry S Dacanay

Your Social Security Number

Service: Canopy Rentals

### Part I — Part of Your Home Used for Business

| | | |
|---|---|---|
| 1 | Area used regularly and exclusively for business, regularly for day care, or for storage of inventory or product samples. See instructions .................................................. | **1** | 600 |
| 2 | Total area of home .................................................. | **2** | 3,200 |
| 3 | Divide line 1 by line 2. Enter the result as a percentage .................................................. | **3** | 18.75% |

• For day-care facilities not used exclusively for business, also complete lines 4 - 6.
• All others, skip lines 4 - 6 and enter the amount from line 3 on line 7.

| | | |
|---|---|---|
| 4 | Multiply days used for day care during year by hours used per day ........... | **4** | hr |
| 5 | Total hours available for use during the year (365 days x 24 hours). See instructions ........ | **5** | 8,760hr |
| 6 | Divide line 4 by line 5. Enter the result as a decimal amount .......... | **6** | |
| 7 | Business percentage. For day-care facilities not used exclusively for business, multiply line 6 by line 3 (enter the result as a percentage). All others, enter the amount from line 3 ........................................ ► | **7** | 18.75% |

### Part II — Figure Your Allowable Deduction

| | | |
|---|---|---|
| 8 | Enter the amount from Schedule C, line 29, plus any net gain or (loss) derived from the business use of your home and shown on Schedule D or Form 4797. If more than one place of business, see instructions ........ | **8** | -14,197. |

See instrs for columns (a) & (b) before completing lines 9-20.

| | | (a) Direct expenses | (b) Indirect expenses | | |
|---|---|---|---|---|---|
| 9 | Casualty losses. See instructions ............ | 9 | | | | |
| 10 | Deductible mortgage interest. See instructions ..... | 10 | | 8,100. | | |
| 11 | Real estate taxes. See instructions ........... | 11 | | 504. | | |
| 12 | Add lines 9, 10, and 11 .................... | 12 | | 8,604. | | |
| 13 | Multiply line 12, column (b) by line 7 ........... | 13 | | 1,613. | | |
| 14 | Add line 12, column (a) and line 13 ........... | | | | **14** | 1,613. |
| 15 | Subtract line 14 from line 8. If zero or less, enter -0- ...... | | | | **15** | 0. |
| 16 | Excess mortgage interest. See instructions ....... | 16 | | | | |
| 17 | Insurance ............................. | 17 | | 1,867. | | |
| 18 | Repairs and maintenance ................. | 18 | | | | |
| 19 | Utilities .............................. | 19 | | 3,600. | | |
| 20 | Other expenses. See instructions ............ | 20 | | | | |
| 21 | Add lines 16 through 20 .................. | 21 | | 5,467. | | |
| 22 | Multiply line 21, column (b) by line 7 ........... | | 22 | 1,025. | | |
| 23 | Carryover of operating expenses from 1996 Form 8829, line 41 .............. | | 23 | 8,523. | | |
| 24 | Add line 21 in column (a), line 22, and line 23 ................................. | | | | **24** | 9,548. |
| 25 | Allowable operating expenses. Enter the smaller of line 15 or line 24 ................... | | | | **25** | 0. |
| 26 | Limit on excess casualty losses and depreciation. Subtract line 25 from line 15 ............ | | | | **26** | 0. |
| 27 | Excess casualty losses. See instructions .......... | | 27 | | | |
| 28 | Depreciation of your home from Part III below ...................... | | 28 | 1,149. | | |
| 29 | Carryover of excess casualty losses and depreciation from 1996 Form 8829, line 42 .......... | | 29 | 3,000. | | |
| 30 | Add lines 27 through 29 ............................................... | | | | **30** | 4,149. |
| 31 | Allowable excess casualty losses and depreciation. Enter the smaller of line 26 or line 30 .......... | | | | **31** | 0. |
| 32 | Add lines 14, 25, and 31 ............................................... | | | | **32** | 1,613. |
| 33 | Casualty loss portion, if any, from lines 14 and 31. Carry amount to Form 4684, Section B ........ | | | | **33** | |
| 34 | Allowable expenses for business use of your home. Subtract line 33 from line 32. Enter here and on Schedule C, line 30. If your home was used for more than one business, see instructions ............ ► | | | | **34** | 1,613. |

### Part III — Depreciation of Your Home

| | | |
|---|---|---|
| 35 | Enter the smaller of your home's adjusted basis or its fair market value. See instructions ............ | **35** | 220,000. |
| 36 | Value of land included on line 35 ............................................... | **36** | 0. |
| 37 | Basis of building. Subtract line 36 from line 35 ................................. | **37** | 220,000. |
| 38 | Business basis of building. Multiply line 37 by line 7 ............................. | **38** | 41,250. |
| 39 | Depreciation percentage. See instructions ......................................... | **39** | 2.5641% |
| 40 | Depreciation allowable. Multiply line 38 by line 39. Enter here and on line 28. See instructions ....... See Attached.. | **40** | 1,149. |

### Part IV — Carryover of Unallowed Expenses to 1998

| | | |
|---|---|---|
| 41 | Operating expenses. Subtract line 25 from line 24. If less than zero, enter -0- .................... | **41.** | 9,548. |
| 42 | Excess casualty losses and depreciation. Subtract line 31 from line 30. If less than zero, enter -0- ...... | **42.** | 4,149. |

BAA  For Paperwork Reduction Act Notice, see separate instructions.    FDIA6901 10/22/97    Form 8829 (1997)

| Form **4562** | **Depreciation and Amortization** <br> **(Including Information on Listed Property)** <br> ► See Instructions. <br> ► Attach this form to your return. | | OMB No. 1545-0172 <br> **1997** <br> 67 |
|---|---|---|---|
| Department of the Treasury <br> Internal Revenue Service (99) | | | Identifying Number |
| Name(s) Shown on Return <br> Henry S & Laura-Lynn V Dacanay | Business or Activity to Which This Form Relates <br> Sch C Service: Canopy Rentals | | |

### Part I — Election to Expense Certain Tangible Property (Section 179)
(Note: If you have any 'listed property,' complete Part V before you complete Part I.)

| | | | |
|---|---|---|---|
| 1 | Maximum dollar limitation. If an enterprise zone business, see instructions . . . . . . . . . . . . . . . . . . . . . | 1 | $18,000. |
| 2 | Total cost of section 179 property placed in service. See instructions . . . . . . . . . . . . . . . . . . . . . . . . | 2 | 4,950. |
| 3 | Threshold cost of section 179 property before reduction in limitation . . . . . . . . . . . . . . . . . . . . . . . . | 3 | $200,000. |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0-. . . . . . . . . . . . . . . . . . . . | 4 | 0. |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions . . . . . . . . . . . . . . . | 5 | 18,000. |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost | |
|---|---|---|---|---|
| | Barney | 4,950. | 4,950. | |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter amount from line 27 . . . . . . . . . . . . . . . . . . . . . . . | 7 | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 . . . . . . . . . . . . . . | 8 | 4,950. |
| 9 | Tentative deduction. Enter the smaller of line 5 or line 8 . . . . . . . . . . . . . . . . . . . . . . . . | 9 | 4,950. |
| 10 | Carryover of disallowed deduction from 1996. See instructions . . . . . . . . . . . . . . . . . . . | 10 | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instrs) . . . . . . | 11 | 18,000. |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 . . . . . . . . . | 12 | 4,950. |
| 13 | Carryover of disallowed deduction to 1998. Add lines 9 and 10, less line 12 . . . . . . . ► | 13 | 0. | |

**Note:** Do not use Part II or Part III below for listed property (automobiles, certain other vehicles, cellular telephones, certain computers, or property used for entertainment, recreation, or amusement). Instead, use Part V for listed property.

### Part II — MACRS Depreciation for Assets Placed in Service Only During Your 1997 Tax Year
(Do Not Include Listed Property)

#### Section A — General Asset Account Election

| | | |
|---|---|---|
| 14 | If you are making the election under section 168(i)(4) to group any assets placed in service during the tax year into one or more general asset accounts, check this box. See instructions . . . . . . . . . . . . . . . . ► ☐ | |

#### Section B — General Depreciation System (GDS) (See instructions)

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only — see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 15a 3-year property . . . . . . . . | | | | | | |
| b 5-year property . . . . . . . | | | | | | |
| c 7-year property . . . . . . . | | | | | | |
| d 10-year property . . . . . . . | | | | | | |
| e 15-year property . . . . . . . | | | | | | |
| f 20-year property . . . . . . . | | | | | | |
| g 25-year property . . . . . . . | | | 25 yrs | | S/L | |
| h Residential rental property . . . . . . | | | 27.5 yrs | MM | S/L | |
| | | | 27.5 yrs | MM | S/L | |
| i Nonresidential real property . . . . . . | 10/01/97 | 17,000. | 39 yrs | MM | S/L | 91. |
| | | | | MM | S/L | |

#### Section C — Alternative Depreciation System (ADS) (See instructions)

| | | | | | | |
|---|---|---|---|---|---|---|
| 16a Class life . . . . . . . . . . | | | | | S/L | |
| b 12-year . . . . . . . . . . | | | 12 yrs | | S/L | |
| c 40-year . . . . . . . . . . | | | 40 yrs | MM | S/L | |

### Part III — Other Depreciation (Do Not Include Listed Property) (See instructions)

| | | | |
|---|---|---|---|
| 17 | GDS and ADS deductions for assets placed in service in tax years beginning before 1997 . . . . . . . . . . . . . | 17 | 4,076. |
| 18 | Property subject to section 168(f)(1) election . . . . . . . . . . . . . . . . . . . . . . . . . . | 18 | |
| 19 | ACRS and other depreciation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 19 | |

### Part IV — Summary (See instructions)

| | | | |
|---|---|---|---|
| 20 | Listed property. Enter amount from line 26 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 20 | 6,865. |
| 21 | Total. Add deductions on line 12, lines 15 and 16 in column (g), and lines 17 through 20. Enter here and on the appropriate lines of your return. Partnerships and S corporations — see instructions . . . . . . . . . . | 21 | 15,982. |
| 22 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs . . . . . . . . . . . . . . . . . | 22 | |

BAA For Paperwork Reduction Act Notice, see the separate instructions.   FDIZ0812  10/20/97   Form 4562 (1997)



Form 4562 (1997)   Henry S & Laura-Lynn V Dacanay

Page 2

**Listed Property — Automobiles, Certain Other Vehicles, Cellular Telephones, Certain Computers, and Property Used for Entertainment, Recreation, or Amusement**

Note: For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete only 23a, 23b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

## Section A — Depreciation and Other Information (Caution: See instructions for limits for passenger automobiles.)

23a Do you have evidence to support the business/investment use claimed? . . . . . . . [X] Yes [ ] No  23b If 'Yes,' is the evidence written? . . . . . [X] Yes [ ] No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| **24 Property used more than 50% in a qualified business use (see instructions):** | | | | | | | | |
| 1987 Ford Bronco | 08/01/96 | 100.00 | 12,285. | 12,285. | 5.00 | SL/HY | 2,457. | |
| Ford F-150 | 12/15/95 | 100.00 | 8,800. | 8,800. | 5.00 | SL/HY | 1,951. | |
| 1987 Ford Bronco | 08/01/96 | 100.00 | 12,285. | 12,285. | 5.00 | SL/HY | 2,457. | |
| **25 Property used 50% or less in a qualified business use (see instructions):** | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

26 Add amounts in column (h). Enter the total here and on line 20, page 1. . . . . . . . . . . . . . . . . . . . . . . . . . **26** | 6,865.

27 Add amounts in column (i). Enter the total here and on line 7, page 1. . . . . . . . . . . . . . . . . . . . . . . . . . . . . **27** |

## Section B — Information On Use of Vehicles

Complete this section for vehicles used by a sole proprietor, partner, or other 'more than 5% owner,' or related person.
If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle 1 | | (b) Vehicle 2 | | (c) Vehicle 3 | | (d) Vehicle 4 | | (e) Vehicle 5 | | (f) Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 28 Total business/investment miles driven during the year (Do not include commuting miles). . . . . . . | 9,360 | | 750 | | | | | | | | | |
| 29 Total commuting miles driven during the year. . . . . . | | | | | | | | | | | | |
| 30 Total other personal (noncommuting) miles driven. . . . . . . . . . . . . . . . . | 0 | | 0 | | | | | | | | | |
| 31 Total miles driven during the year. Add lines 28 through 30. . . . . . . . . | 9,360 | | 750 | | | | | | | | | |
| | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 32 Was the vehicle available for personal use during off-duty hours?. . . . . . . . . . . . . . . | X | | X | | | | | | | | | |
| 33 Was the vehicle used primarily by a more than 5% owner or related person?. . . . . . . . | X | | X | | | | | | | | | |
| 34 Is another vehicle available for personal use?. . . . . . . . . . . . . . . . | X | | X | | | | | | | | | |

## Section C — Questions for Employers Who Provide Vehicles for Use by Their Employees

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who are not more than 5% owners or related persons.

| | Yes | No |
|---|---|---|
| 35 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees?. . . . . . . . . . . . . . . | | |
| 36 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See instructions for vehicles used by corporate officers, directors, or 1% or more owners. . . . . . . . . . . . . . . . | | |
| 37 Do you treat all use of vehicles by employees as personal use?. . . . . . . . . . . . . . . . . . . . . . | | |
| 38 Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received?. . . . . . . . . . . . . . . . . . . . . . | | |
| 39 Do you meet the requirements concerning qualified automobile demonstration use? See instructions. . . . . . . . . . | | |

Note: If your answer to 35, 36, 37, 38, or 39 is 'Yes,' you need not complete Section B for the covered vehicles.

## Amortization

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code Section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| **40 Amortization of costs that begins during your 1997 tax year:** | | | | | |
| | | | | | |
| | | | | | |
| 41 Amortization of costs that began before 1997. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **41** | | | | | |
| 42 Total. Enter here and on 'Other Deductions' or 'Other Expenses' line of your return. . . . . . . . . . . . . . . . . **42** | | | | | |

FDIZ0812  10/20/97




**Employee Name:** Laura Dacanay

**Loan Number:** 

**Taxpayer ID Nbr:** ███████

### Statement of Imputed Compensation and Interest Expense Determined Under Internal Revenue Code Section 7872

**Explanation**

The above referenced taxpayer has derived income from an imputed transfer under IRC Section 7872 and claims a deduction for an amount of interest expense imputed under IRC Section 7872.

Lender:  First Hawaiian Creditcorp, Inc.
TIN: 99-0161518
1314 S. King Street, 2nd Floor
Honolulu, HI 96814

Interest expense imputed under IRC Section 7872      $ 1,284.20

Compensation imputed under IRC Section 7872      $ 1,284.20

**Computation Method:**

Imputed interest expense and compensation have been computed under the "30/360" per year convention.

Computations were made as follows:

Interest Expense @ Below Market Rate    X    Average Federal Rate    -    Interest Expense @ Below Market Rate    =    Interest Differential*

*Imputed Compensation and Imputed Interest Expense

Case 1:05-cv-00017    Document 81    Filed 06/16/2006    Page 23 of 23

## Form W-2GU (Top)

| a Control number | OMB NO. 1545-0008 | 1 Wages, tips, other compensation | 2 Guam income tax withheld |
|---|---|---|---|
| 0000020800 | | 54405.41 | 7694.22 |
| b Employer's identification number | | 3 Social security wages | 4 Social security tax withheld |
| 99-0161518 | | 55885.58 | 3464.91 |
| c Employer's name, address, and ZIP code | | 5 Medicare wages and tips | 6 Medicare tax withheld |
| FIRST HAWAIIAN CREDITCORP, INC | | 55885.58 | 810.34 |
| P. O. BOX 661 | | 7 Social security tips | 8 Benefits included in box 1 |
| HONOLULU    HI 96808 | | | TGT       1264.20 |
| d Employee's social security number | | 9 Advance EIC payment | 10 |
| | | | |
| e Employee's name, address, and ZIP code | | 11 Nonqualified plans | 12 |
| LAURA-LYNN V. DACANAY | | | |
| P.O. | | 13 See instructions on box b 1460.17 | 14 Other |
| GMF, GU 96921 | | | |
| | | 15 Statutory employee ☐ | Pension plan ☒ | Deferred compensation ☒ |

**Form W-2GU** Guam Wage and Tax Statement   **1997**

Dept. of the Treasury - Internal Revenue Service

This information is being furnished to the Guam Department of Revenue and Taxation.

Copy B. To be filed with Employee's Guam tax return

## Form W-2GU (Bottom)

| a Control number | OMB No. 1545-0008 | 1 Wages, tips, other compensation | 2 Guam income tax withheld |
|---|---|---|---|
| L000012691 | | 40404.64 | 4631.59 |
| b Employer's identification number | | 3 Social security wages | 4 Social security tax withheld |
| 98-0040312 | | 0.00 | 0.00 |
| c Employer's name, address, and ZIP code | | 5 Medicare wages and tips | 6 Medicare tax withheld |
| GUAM COMMUNITY COLLEGE | | 0.00 | 0.00 |
| B O BOX 23069 | | 7 Social security tips | 8 Benefits included in box 1 |
| GMF, BARRIGADA, GU 96921 | | 0.00 | 0.00 |
| BARRIGADA | | | |
| $2 REISSUE $2 | | 9 Advance EIC payment | 10 |
| d Employee's social security number | | 0.00 | 5.55 |
| e Employee's name, address, and ZIP code | | 11 Nonqualified plans | 12 |
| HENRY S. DACANAY | | 0.00 | |
| | | 13 See instructions on back of Copy C | 14 Other |
| POB | | | |
| BARRIGADA | | | |
| GU   96921 | | | |
| (GOV GUAM RETIREMENT) | | | |
| | | 15 Statutory employee ☐ | Pension plan ☐ | Hshld. emp. ☐ | Subtotal ☐ | Deferred compensation ☐ |

Department of the Treasury—Internal Revenue Service

**Form W-2GU** Guam Wage and Tax Statement   **1997**

This information is being furnished to the Guam Department of Revenue and Taxation.

Copy B—To be filed with employee's Guam tax return

# EXHIBIT B


EXHIBIT 8

530597

Department of the Treasury — Internal Revenue Service

Form **1040**   U.S. Individual Income Tax Return   **1998**   (99)   IRS use only — Do not write or staple in this space.

For the year Jan 1-Dec 31, 1998, or other tax year beginning ____, 1998, ending ____, 19____   OMB No. 1545-0074

| Label (See Instructions.) | Your First Name: Henry   MI: B   Last Name: Dacanay | Your Social Security Number |
|---|---|---|

If a Joint Return, Spouse's First Name: Laura-Lynn   MI: V   Last Name: Dacanay   Spouse's Social Security Number

Home Address (number and street). If You Have a P.O. Box, See Instructions.   Apartment No.

P.O. Box ____

▲ **Important!** ▲
You **must** enter your social security number(s) above.

City, Town or Post Office. If You Have a Foreign Address, See Instructions.   State: GU   ZIP Code: 96921
GMF, Guam

Presidential Election Campaign (See Instructions.)

Do you want $3 to go to this fund? . . . . . . . . . . . . . . . .   Yes ☐  No ☒
If a joint return, does your spouse want $3 to go to this fund? . . . . . . . . . . . . . . . .   Yes ☐  No ☒

Note: Checking "Yes" will not change your tax or reduce your refund.

**Filing Status**

Check only one box.

1 ☐ Single
2 ☒ Married filing joint return (even if only one had income)
3 ☐ Married filing separate return. Enter spouse's SSN above & full name here . . . . . ▶
4 ☐ Head of household (with qualifying person). (See Instructions.) If the qualifying person is a child but not your dependent, enter this child's name here . . . ▶
5 ☐ Qualifying widow(er) with dependent child (year spouse died ▶ 19____). (See Instructions.)

**Exemptions**

6a ☒ Yourself. If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a. . . . . . . . . . . . . . . . . . . . . .   No. of boxes checked on 6a and 6b . . . **2**

b ☒ Spouse . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

c Dependents:

| (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see instructions) |
|---|---|---|---|
| | | Daughter | |

No. of your children on 6c who: • lived with you . . . **1** • did not live with you due to divorce or separation (see instructions) . . .

Dependents on 6c not entered above . . .

If more than two dependents, see Instructions.

d Total number of exemptions claimed . . . . . . . . . . . . . . . . . . .   Add numbers entered on lines above ▶ **3**

**Income**

Attach Copy B of your Forms W-2, W-2G, and 1099-R here.

If you did not get a W-2, see Instructions.

Enclose, but do not staple, any payment. Also, please use Form 1040-V.

| | | |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 . . . . . . . . . . | **7** | 105,614. |
| 8a | Taxable interest. Attach Schedule B if required . . . . . . . . . | **8a** | 430. |
| 8b | Tax-exempt interest. Do not include on line 8a . . . | 8b | |
| 9 | Ordinary dividends. Attach Schedule B if required . . . . . . . . . | **9** | 206. |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see instructions) | 10 | |
| 11 | Alimony received . . . . . . . . . . . . . . . . . | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ . . . . . | 12 | -22,349. |
| 13 | Capital gain or (loss). Attach Schedule D . . . . . . . . . | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 . . . . . . . . | 14 | -2,371. |
| 15a | Total IRA distributions . . . 15a | b Taxable amount (see instrs) | 15b | |
| 16a | Total pensions & annuities . 16a | b Taxable amount (see instrs) | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | -1,852. |
| 18 | Farm income or (loss). Attach Schedule F . . . . . . . . . | 18 | |
| 19 | Unemployment compensation . . . . . . . . . . . . | 19 | |
| 20a | Social security benefits . . . 20a | b Taxable amount (see instrs) | 20b | |
| 21 | Other income. List type & amount — see instrs | 21 | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | **22** | 79,676. |

**Adjusted Gross Income**

If line 33 is under $30,095 (under $10,030 if a child did not live with you), see EIC at the instructions.

| | | |
|---|---|---|
| 23 | IRA deduction (see instructions) . . . . . . . . | 23 | |
| 24 | Student loan interest deduction (see instructions) . . . . . | 24 | |
| 25 | Medical savings account deduction. Attach Form 8853 . . . . | 25 | |
| 26 | Moving expenses. Attach Form 3903 . . . . . . . . | 26 | |
| 27 | One-half of self-employment tax. Attach Schedule SE . . . | 27 | |
| 28 | Self-employed health insurance deduction (see instructions) . . | 28 | |
| 29 | Keogh and self-employed SEP and SIMPLE plans . . . . . | 29 | |
| 30 | Penalty on early withdrawal of savings . . . . . . . . | 30 | |
| 31a | Alimony paid. b Recipient's SSN . . . ▶ | 31a | |
| 32 | Add lines 23 through 31a . . . . . . . . . . . . | 32 | |
| 33 | Subtract line 32 from line 22. This is your **adjusted gross income** . . . . . . . ▶ | **33** | 79,676. |

BAA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see Instructions.   FDIA0112 11/02/98   Form **1040** (1998)

Form 1040 (1998)   Henry S & Laura-Lynn V Dacanay   34

**Tax and Credits**

34 Amount from line 33 (adjusted gross income) . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 34 |

35a Check if:  ☐ You were 65/older;  ☐ Blind;  ☐ Spouse was 65/older,  ☐ Blind.
Add the number of boxes checked above and enter the total here ► | 35a |

b If you are married filing separately and your spouse itemizes deductions
or you were a dual-status alien, see instructions and check here ► | 35b | ☐

**Standard Deduction for Most People**

Single: $4,250

Head of household: $6,250

Married filing jointly or Qualifying widow(er): $7,100

Married filing separately: $3,550

36 Enter the larger of your itemized deductions from Schedule A, line 28, Or
standard deduction shown on the left. But see instructions to find your standard
deduction if you checked any box on line 35a or 35b or if someone can claim
you as a dependent. | 36 | 20,190.

37 Subtract line 36 from line 34 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 37 | 59,486.

38 If line 34 is $93,400 or less, multiply $2,700 by the total number of exemptions claimed on line 6d. If line 34
is over $93,400, see the worksheet in the instructions for the amount to enter. | 38 | 8,100.

39 Taxable income. Subtract line 38 from line 37. If line 38 is more than line 37, enter -0-. . . | 39 | 51,386.

40 Tax. See instructions. Check if any tax from  a ☐ Form(s) 8814  b ☐ Form 4972 . . . . ► | 40 | 8,880.

41 Credit for child and dependent care expenses. Attach Form 2441. | 41 |

42 Credit for the elderly or the disabled. Attach Schedule R. . . . . . . . . | 42 |

43 Child tax credit (see instructions). . . . . . . . . . . . . . . . . | 43 |

44 Education credits. Attach Form 8863. . . . . . . . . . . . . . . . | 44 |

45 Adoption credit. Attach Form 8839 . . . . . . . . . . . . . . . . | 45 |

46 Foreign tax credit. Attach Form 1116 if required. . . . . . . . . . . | 46 |

47 Other. Check if from . . . a ☐ Form 3800  b ☐ Form 8396
c ☐ Form 8801  d ☐ Form (specify) | 47 |

48 Add lines 41 through 47. These are your total credits. . . . . . . . . . . . . . . . . . . ► | 48 |

49 Subtract line 48 from line 40. If line 48 is more than line 40, enter -0-. . . . . . . . . . . . | 49 | 8,880.

**Other Taxes**

50 Self-employment tax. Attach Schedule SE . . . . . . . . . . . . . . . . . . . . . . . . | 50 |

51 Alternative minimum tax. Attach Form 6251 . . . . . . . . . . . . . . . . . . . . . . . . | 51 | 413.

52 Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 . . | 52 |

53 Tax on IRAs, other retirement plans, and MSAs. Attach Form 5329 if required. . . . . . . . | 53 |

54 Advance earned income credit payments from Form(s) W-2 . . . . . . . . . . . . . . . . | 54 |

55 Household employment taxes. Attach Schedule H. . . . . . . . . . . . . . . . . . . . ► | 55 |

56 Add lines 49-55. This is your total tax. . . . . . . . . . . . . . . . . . . . . . . . . ► | 56 | 9,293.

**Payments**

Attach Forms W-2 and W-2G to page 1. Also attach Form 1099-R if tax was withheld.

57 Federal income tax withheld from Forms W-2 and 1099 . . . . . | 57 | 12,101.

58 1998 estimated tax payments and amount applied from 1997 return. . | 58 |

59a Earned income credit. Attach Schedule EIC if you have a qualifying child.

b Nontaxable earned income: amount . . ►
and type . . ► | 59a |

60 Additional child tax credit. Attach Form 8812. . . . . . . . . . | 60 |

61 Amount paid with Form 4868 (request for extension). . . . . . . | 61 |

62 Excess social security and RRTA tax withheld (see instrs) . . . . | 62 |

63 Other payments. Check if from . . a ☐ Form 2439
b ☐ Form 4136. . . . . . . . . | 63 |

64 Add lines 57, 58, 59a, and 60 through 63. These are your
total payments. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ► | 64 | 12,101.

**Refund**

Have it directly deposited! See instructions and fill in 66b, 66c, and 66d.

65 If line 64 is more than line 56, subtract line 56 from line 64. This is the amount you Overpaid. . . | 65 | 2,808.

66a Amount of line 65 you want Refunded to You. . . . . . . . . . . . . . . . . . . . . . ► | 66a | 2,808.

► b Routing number. . . . . . . . . . . . . . . ► c Type: ☐ Checking ☐ Savings

► d Account number. . . . . . . . . . . . . . . ► | 67 |

67 Amount of line 65 you want Applied to Your 1999 Estimated Tax ►

**Amount You Owe**

68 If line 56 is more than line 64, subtract line 64 from line 56. This is the Amount You
Owe. For details on how to pay, see instructions . . . . . . . . . . . . . . . . . . . . ► | 68 |

69 Estimated tax penalty. Also include on line 68 . . . . . . . . . . | 69 |

**Sign Here**

Joint return? See instructions.

Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature _____ Date 4/15/99  Your Occupation: Instructor

Spouse's signature. If a joint return, Both must sign. _____ Date 4/15/99  Spouse's Occupation: Manager

Daytime Telephone Number (optional)

Preparer's Social Security No.

**Paid Preparer's Use Only**

Preparer's Signature ►

Firm's Name (or yours if self-employed) and Address ►  Self-prepared

☐ Check if self-employed

EIN

ZIP Code

Form 1040 (1998)

FDIA0112  11/11/98

**Schedule A**
(Form 1040)

**Itemized Deductions**

► Attach to Form 1040.
► See Instructions for Schedule A (Form 1040).

Department of the Treasury
Internal Revenue Service    (99)

Your Social Security Number

Name(s) Shown on Form 1040

Henry S & Laura-Lynn V Dacanay

| | | | | | |
|---|---|---|---|---|---|
| **Medical and Dental Expenses** | Caution: *Do not include expenses reimbursed or paid by others.* | | | | |
| | 1 Medical and dental expenses (see instructions) | 1 | 2,055. | | |
| | 2 Enter amount from Form 1040, line 34 ... **2** | 79,676. | | | |
| | 3 Multiply line 2 above by 7.5% (.075) | 3 | 5,976. | | |
| | 4 Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | | | 4 | 0. |
| **Taxes You Paid** (See instructions.) | 5 State and local income taxes | 5 | | | |
| | 6 Real estate taxes (see instructions) | 6 | 504. | | |
| | 7 Personal property taxes | 7 | | | |
| | 8 Other taxes. List type and amount ► | 8 | | | |
| | 9 Add lines 5 through 8 | | | 9 | 504. |
| **Interest You Paid** (See instructions.) **Note: Personal interest is not deductible.** | 10 Home mortgage interest and points reported to you on Form 1098 | 10 | 17,812. | | |
| | 11 Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see instructions and show that person's name, identifying number, and address ► | | | | |
| | | 11 | | | |
| | 12 Points not reported to you on Form 1098. See instructions for special rules | 12 | | | |
| | 13 Investment interest. Attach Form 4952 if required. (See instructions.) | 13 | | | |
| | 14 Add lines 10 through 13 | | | 14 | 17,812. |
| **Gifts to Charity** If you made a gift and got a benefit for it, see instructions. | 15 Gifts by cash or check. If you made any gift of $250 or more, see instructions | 15 | 1,674. | | |
| | 16 Other than by cash or check. If any gift of $250 or more, see instructions. You Must attach Form 8283 if over $500 | 16 | 200. | | |
| | 17 Carryover from prior year | 17 | | | |
| | 18 Add lines 15 through 17 | | | 18 | 1,874. |
| **Casualty and Theft Losses** | 19 Casualty or theft loss(es). Attach Form 4684. (See instructions.) | | | 19 | |
| **Job Expenses and Most Other Miscellaneous Deductions** (See instructions for expenses to deduct here.) | 20 Unreimbursed employee expenses — job travel, union dues, job education, etc. You Must attach Form 2106 or 2106-EZ if required (See instructions.) ► | 20 | | | |
| | 21 Tax preparation fees | 21 | | | |
| | 22 Other expenses — investment, safe deposit box, etc. List type and amount ► Miscellaneous Expenses 89. | 22 | 89. | | |
| | 23 Add lines 20 through 22 | 23 | 89. | | |
| | 24 Enter amount from Form 1040, line 34 ... **24** 79,676. | | | | |
| | 25 Multiply line 24 above by 2% (.02) | 25 | 1,594. | | |
| | 26 Subtract line 25 from line 23. If line 25 is more than line 23, enter -0- | | | 26 | 0. |
| **Other Miscellaneous Deductions** | 27 Other — from list in the instructions. List type and amount ► | | | 27 | |
| **Total Itemized Deductions** | 28 Is Form 1040, line 34, over $124,500 (over $62,250 if married filing separately)? | | | | |
| | No. Your deduction is not limited. Add the amounts in the far right column for lines 4 through 27. Also, enter on Form 1040, line 36, the larger of this amount or your standard deduction. | | | ► 28 | 20,190. |
| | Yes. Your deduction may be limited. See instructions for the amount to enter. | | | | |

BAA For Paperwork Reduction Act Notice, see separate instructions.

FDIA0301 05/27/98

Schedule A (Form 1040) 1998

Schedule A & B (Form 1040) 1998     OMB No. 1545-0074

Name(s) Shown on Form 1040. Do Not Enter Name and Social Security Number if Shown on Schedule A.

Your Social Security Number

Henry S & Laura-Lynn V Dacanay

## Schedule B — Interest and Ordinary Dividends     08

**Part I Interest**

(See instructions.)

Note: If you received a Form 1099-INT, Form 1099-OID, or substitute statement from a brokerage firm, list the firm's name as the payer and enter the total interest shown on that form.

Note: If you had over $400 in taxable interest income, you must also complete Part III.

1 List name of payer. If any interest is from a seller-financed mortgage and the buyer used the property as a personal residence, see the instructions and list this interest first. Also, show that buyer's social security number and address. ▶

| | Amount |
|---|---|
| First Hawaiian Bank | 68.32 |
| First Hawaiian Bank | 48.31 |
| Bank of Guam | 50.22 |
| Navmar Federal Credit Union | 17.38 |
| GovGuam Federal Credit Union | 245.65 |

2 Add the amounts on line 1.    **2**    429.88

3 Excludable interest on series EE U.S. savings bonds issued after 1989 from Form 8815, line 14. You must attach Form 8815 to Form 1040    ▶ **3**

4 Subtract line 3 from line 2. Enter the result here and on Form 1040, line 8a.    **4**    429.88

**Part II Ordinary Dividends**

(See instructions.)

Note: If you received a Form 1099-DIV, or substitute statement from a brokerage firm, list the firm's name as the payer and enter the ordinary dividends shown on that form.

Note: If you had over $400 in ordinary dividends, you must also complete Part III.

5 List name of payer. Include only ordinary dividends. Report any capital gain distributions on Schedule D, line 13 ▶

| | Amount |
|---|---|
| Bancorp Hawaii, Inc. | 146.94 |
| Bank of Guam | 57.00 |

6 Add the amounts on line 5. Enter the total here and on Form 1040, line 9.    ▶ **6**    203.94

**Part III Foreign Accounts and Trusts**

(See instructions.)

You must complete this part if you (a) had over $400 of interest or ordinary dividends; (b) had a foreign account; or (c) received a distribution from, or were a grantor of, or a transferor to, a foreign trust.

| | Yes | No |
|---|---|---|
| 7a At any time during 1998, did you have an interest in or a signature or other authority over a financial account in a foreign country, such as a bank account, securities account, or other financial account? See instructions for exceptions and filing requirements for Form TD F 90-22.1. | | X |
| b If 'yes,' enter the name of the foreign country. ▶ | | |
| 8 During 1998, did you receive a distribution from, or were you the grantor of, or transferor to, a foreign trust? If 'yes,' you may have to file Form 3520. See instructions | | X |

BAA For Paperwork Reduction Act Notice, see Form 1040 instructions.    FDIA0401 10/80/98    Schedule B (Form 1040) 1998

# Profit or Loss from Business
(Sole Proprietorship)

**SCHEDULE C** (Form 1040)

**1998**
09

► Partnerships, joint ventures, etc., must file Form 1065 or Form 1065-B.
► Attach to Form 1040 or Form 1041.  ► See Instructions for Schedule C (Form 1040).

Department of the Treasury
Internal Revenue Service    (99)

Name of Proprietor — Social Security Number (SSN)

**Henry S Dacanay**

A Principal Business or Profession, including Product or Service (see Instructions)

**Service: Canopy Rentals**

B Enter New Code from Instructions
► 999999

C Business Name. If No Separate Business Name, Leave Blank.

**3D Rentals**

D Employer ID Number (EIN), If Any

E Business Address (include suite or room no.) ► **P.O. Box 2____**
City, Town or Post Office, State, & ZIP Code   **GMF, Guam, GU 96921**

F Accounting method:  (1) [X] Cash  (2) ☐ Accrual  (3) ☐ Other (specify) ►

G Did you 'materially participate' in the operation of this business during 1998? If 'No,' see instructions for limit on losses ....  [X] Yes ☐ No

H If you started or acquired this business during 1998, check here ............ ►

## Income

| | | |
|---|---|---:|
| 1 Gross receipts or sales. Caution: If this income was reported to you on Form W-2 and the 'Statutory employee' box on that form was checked, see the Instructions and check here ..... ►☐ | 1 | 63,970. |
| 2 Returns and allowances ................................................ | 2 | |
| 3 Subtract line 2 from line 1 ............................................. | 3 | 63,970. |
| 4 Cost of goods sold (from line 42 on page 2) ............................ | 4 | |
| 5 Gross profit. Subtract line 4 from line 3 ................................ | 5 | 63,970. |
| 6 Other income, including federal and state gasoline or fuel tax credit or refund ........ | 6 | |
| 7 Gross income. Add lines 5 and 6 ............................ ► | 7 | 63,970. |

## Expenses. Enter expenses for business use of your home only on line 30.

| | | | | | |
|---|---:|---|---|---|---:|
| 8 Advertising ............ | 8 | 0. | 19 Pension and profit-sharing plans ...... | 19 | |
| 9 Bad debts from sales or services (see instructions) .... | 9 | 375. | 20 Rent or lease (see instructions): | | |
| 10 Car and truck expenses (see instrs) ... | 10 | 12,643. | a Vehicles, machinery, and equipment .... | 20a | 0. |
| 11 Commissions and fees ....... | 11 | | b Other business property .......... | 20b | |
| 12 Depletion ............ | 12 | | 21 Repairs and maintenance ......... | 21 | 2,852. |
| 13 Depreciation and section 179 expense deduction (not included in Part III) (see instructions) .... | 13 | 27,455. | 22 Supplies (not included in Part III) ..... | 22 | 1,045. |
| | | | 23 Taxes and licenses ............ | 23 | 25. |
| | | | 24 Travel, meals, and entertainment: | | |
| 14 Employee benefit programs (other than on line 19) .... | 14 | 3,011. | a Travel ................. | 24a | 5,126. |
| 15 Insurance (other than health) ... | 15 | 0. | b Meals and entertainment ...... | | 1,892. |
| 16 Interest: | | | c Enter 50% of line 24b subject to limitations (see instructions) ..... | | 473. |
| a Mortgage (paid to banks, etc.) ..... | 16a | | | | |
| b Other ............ | 16b | | d Subtract line 24c from line 24b ...... | 24d | 1,419. |
| 17 Legal & professional services ... | 17 | | 25 Utilities ................ | 25 | |
| | | | 26 Wages (less employment credits) ..... | 26 | |
| 18 Office expense ......... | 18 | 3,212. | 27 Other expenses (from line 48 on page 2) ... ► | 27 | 20,359. |
| | | | | 28 | 77,522. |

| | | |
|---|---|---:|
| 28 Total expenses before expenses for business use of home. Add lines 8 through 27 in columns ► | 28 | 77,522. |
| 29 Tentative profit (loss). Subtract line 28 from line 7 .................... | 29 | -13,552. |
| 30 Expenses for business use of your home. Attach Form 8829 ............... | 30 | 8,797. |
| 31 Net profit or (loss). Subtract line 30 from line 29. | | |
| • If a profit, enter on Form 1040, line 12, and also on Schedule SE, line 2 (statutory employees, see instructions). Estates and trusts, enter on Form 1041, line 3. | 31 | -22,349. |
| • If a loss, you must go on to line 32. | | |
| 32 If you have a loss, check the box that describes your investment in this activity (see instructions). | | |
| • If you checked 32a, enter the loss on Form 1040, line 12, and also on Schedule SE, line 2 (statutory employees, see instructions). Estates and trusts, enter on Form 1041, line 3. | 32a [X] All investment is at risk. | |
| • If you checked 32b, you must attach Form 6198. | 32b ☐ Some investment is not at risk. | |

**BAA** For Paperwork Reduction Act Notice, see Form 1040 Instructions.

Schedule C (Form 1040) 1998

FDIZ0112 10/28/98

Schedule C (Form 1040) 1998    Henry S Dacanay

## Cost of Goods Sold (See Instructions)

33 Method(s) used to value closing inventory:    a [X] Cost    b [ ] Lower of cost or market    c [ ] Other (attach explanation)

34 Was there any change in determining quantities, costs, or valuations between opening and closing inventory? ......... [ ] Yes [X] No
If 'Yes,' attach explanation

| | | |
|---|---|---|
| 35 Inventory at beginning of year. If different from last year's closing inventory, attach explanation . . . . . . . | 35 | |
| 36 Purchases less cost of items withdrawn for personal use . . . . . . . | 36 | |
| 37 Cost of labor. Do not include any amounts paid to yourself . . . . . . | 37 | |
| 38 Materials and supplies . . . . . . . | 38 | |
| 39 Other costs . . . . . . . | 39 | |
| 40 Add lines 35 through 39 . . . . . . . | 40 | |
| 41 Inventory at end of year . . . . . . . | 41 | |
| 42 Cost of goods sold. Subtract line 41 from line 40. Enter the result here and on page 1, line 4 . . . . . | 42 | |

## Information on Your Vehicle. Complete this part Only if you are claiming car or truck expenses on line 10 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file.

43 When did you place your vehicle in service for business purposes? (month, day, year)    ▶ _ _ _ _ _ _ _ _ _

44 Of the total number of miles you drove your vehicle during 1998, enter the number of miles you used your vehicle for:
a Business _ _ _ _ _ _ _ _ _    b Commuting _ _ _ _ _ _ _ _ _    c Other _ _ _ _ _ _ _ _ _

45 Do you (or your spouse) have another vehicle available for personal use? . . . . . . . . . . . . . . . [ ] Yes [ ] No

46 Was your vehicle available for use during off-duty hours? . . . . . . . . . . . . . . . [ ] Yes [ ] No

47a Do you have evidence to support your deduction? . . . . . . . . . . . . . . . [ ] Yes [ ] No

b If 'Yes,' is the evidence written? . . . . . . . . . . . . . . . [ ] Yes [ ] No

## Other Expenses. List below business expenses not included on lines 8 - 26 or line 30.

| | |
|---|---|
| | 4,473. |
| Shipping Costs | 419. |
| Bank Charges | 1,005. |
| Subscriptions | 14,462. |
| Misc | |
| | |
| | |
| | |
| | |
| | |
| 48 | 20,359. |

48 Total other expenses. Enter here and on page 1, line 27 . . . . . . . . . . . . . . .

**Supplemental Income and Loss**
(From rental real estate, royalties, partnerships,
S corporations, estates, trusts, REMICs, etc)
► Attach to Form 1040 or Form 1041.
► See Instructions for Schedule E (Form 1040).

OMB No. 1545-0074

**1998**

13

Your Social Security Number

Henry S & Laura-Lynn V Dacanay

**Part I  Income or Loss from Rental Real Estate and Royalties**   Note: Report income and expenses from your business of renting personal property on Schedule C or C-EZ. Report farm rental income or loss from Form 4835 on page 2, line 39.

| 1 | Show the kind and location of each rental real estate property: | | 2 | For each rental real estate property listed on line 1, did you or your family use it during the tax year for personal purposes for more than the greater of: | | Yes | No |
|---|---|---|---|---|---|---|---|
| A | 4-unit apartment | | | | A | | X |
| B | Condominium | | | ● 14 days, or | B | | X |
| C | | | | ● 10% of the total days rented at fair rental value? (See Instructions.) | C | | |

|  | | | Properties | | | Totals |
|---|---|---|---|---|---|---|
| **Income:** | | A | B | C | | (Add columns A, B, and C.) |
| 3 | Rents received | 3 | 18,203. | 13,200. | | 3 | 31,403. |
| 4 | Royalties received | 4 | | | | 4 | |
| **Expenses:** | | | | | | |
| 5 | Advertising | 5 | | | | | |
| 6 | Auto and travel (see Instructions) | 6 | | | | | |
| 7 | Cleaning and maintenance | 7 | 322. | | | | |
| 8 | Commissions | 8 | | | | | |
| 9 | Insurance | 9 | 835. | | | | |
| 10 | Legal and other professional fees | 10 | | | | | |
| 11 | Management fees | 11 | | | | | |
| 12 | Mortgage interest paid to banks, etc (see Instructions) | 12 | 12,355. | 6,757. | | 12 | 19,112. |
| 13 | Other interest | 13 | | | | | |
| 14 | Repairs | 14 | 3,279. | | | | |
| 15 | Supplies | 15 | | | | | |
| 16 | Taxes | 16 | 366. | 0. | | | |
| 17 | Utilities | 17 | | | | | |
| 18 | Other ► Real Property Tax | 18 | 0. | 502. | | | |
| | Business License | | 5. | 25. | | | |
| | Common Area Fees | | | 2,100. | | | |
| | Bank Charges | | | | | | |
| 19 | Add lines 5 through 18 | 19 | 17,162. | 9,384. | | 19 | 26,546. |
| 20 | Depreciation expense or depletion (see Instructions) | 20 | 2,142. | 4,567. | | 20 | 6,709. |
| 21 | Total expenses. Add lines 19 and 20 | 21 | 19,304. | 13,951. | | | |
| 22 | Income or (loss) from rental real estate or royalty properties. Subtract line 21 from line 3 (rents) or line 4 (royalties). If the result is a (loss), see Instructions to find out if you must file Form 6198 | 22 | -1,101. | -751. | | | |
| 23 | Deductible rental real estate loss. Caution: Your rental real estate loss on line 22 may be limited. See Instructions to find out if you must file Form 8582. Real estate professionals must complete line 42 on page 2 | 23 | -1,101. | -751. | | 24 | |
| 24 | Income. Add positive amounts shown on line 22. Do not include any losses | | | | | 25 | |
| 25 | Losses. Add royalty losses from line 22 and rental real estate losses from line 23. Enter total losses here | | | | | 25 | -1,852. |
| 26 | Total rental real estate and royalty income or (loss). Combine lines 24 and 25. Enter the result here. If Parts II, III, IV, and line 39 on page 2 do not apply to you, also enter this amount on Form 1040, line 17. Otherwise, include this amount in the total on line 40 on page 2 | | | | | 26 | -1,852. |

**BAA  For Paperwork Reduction Act Notice, see Form 1040 Instructions.**

FDIZ2301  08/20/98

Schedule E (Form 1040) 1998

Form **4137**

# Social Security and Medicare Tax
## on Unreported Tip Income

**1998**

► See Instructions.
► Attach to Form 1040.

Department of the Treasury
Internal Revenue Service

Social Security Number
24

Name of Person Who Received Tips (as shown on Form 1040). If Married, Complete a Separate Form 4137 for Each Spouse with Unreported Tips.

**Laura-Lynn V Dacanay**

Name(s) of Employer(s) to Whom You Were Required to, but Did Not, Report Your Tips:

| | | |
|---|---|---|
| 1 | Total cash and charge tips you received in 1998. See Instructions | 1 | 5,400. |
| 2 | Total cash and charge tips you reported to your employer in 1998. | 2 | |
| 3 | Subtract line 2 from line 1. This amount is income you must include in the total on Form 1040, line 7 | 3 | 5,400. |
| 4 | Cash and charge tips you received but did not report to your employer because the total was less than $20 in a calendar month. See instructions | 4 | |
| 5 | Unreported tips subject to Medicare tax. Subtract line 4 from line 3. Enter here and on line 2 of Schedule U below | 5 | 5,400. |
| 6 | Maximum amount of wages (including tips) subject to social security tax | 6 | 68,400. |
| 7 | Total social security wages and social security tips (total of boxes 3 and 7 on Form(s) W-2) or railroad retirement (tier 1) compensation | 7 | 58,142. |
| 8 | Subtract line 7 from line 6. If line 7 is more than line 6, enter -0- here and on line 9 and go to line 11 | 8 | 10,258. |
| 9 | Unreported tips subject to social security tax. Compare the amounts on lines 5 and 8 above. Enter the smaller of the two amounts here and on line 1 of Schedule U below. If you received tips as a federal, state, or local government employee, see instructions | 9 | 5,400. |
| 10 | Multiply line 9 by .062 | 10 | 335. |
| 11 | Multiply line 5 by .0145 | 11 | 78. |
| 12 | Add lines 10 and 11. Enter the result here and on Form 1040, line 52 | 12 | 413. |

Form 4137 (1998)

- - - - - - - - - - - - - - - - Do Not Detach - - - - - - - - - - - - - - - -

**Schedule U**
(Form 1040)

# U.S. Schedule of Unreported Tip Income
## For crediting to your social security record

**1998**

Department of the Treasury
Internal Revenue Service

**Note:** The amounts you report below are for your social security record. This record is used to figure any benefits, based on your earnings, payable to you and your dependents or your survivors. Fill in each item accurately and completely.

Social Security Number

Print or Type Name of Person Who Received Tip Income (as shown on Form 1040)

**Laura-Lynn V Dacanay**

Address (number and street, or P.O. box if mail is not delivered to your home)          Apartment No.          Occupation
                                                                                                              **Manager**

**P.O. BOX** ▮▮▮▮

City, Town or Post Office                                                           State   ZIP Code
                                                                                     **GU    96921**

**GMF, Guam**

| | | |
|---|---|---|
| 1 | Unreported tips subject to social security tax. Enter the amount from line 9 (Form 4137) above | ► 1 | 5,400. |
| 2 | Unreported tips subject to Medicare tax. Enter the amount from line 5 (Form 4137) above | ► 2 | 5,400. |

Please do not write in this space

DLN—

BAA  For Paperwork Reduction Act Notice, see separate Instructions.

FDIA4001  08/28/98

# Form 4797

## Sales of Business Property
(Also Involuntary Conversions and Recapture Amounts
Under Sections 179 and 280F(b)(2))
► Attach to your tax return. ► See separate instructions.

### 1998

Department of the Treasury
Internal Revenue Service (99)

Name(s) shown on return

**Benry S & Laura-Lynn V Dacanay**

Identifying Number

1 Enter here the gross proceeds from the sale or exchange of real estate reported to you for 1998 on Form(s) 1099-S (or a substitute statement) that you will be including on line 2, 10, or 20 . . . . . . . . . . . . . . . . . | 1 |

## Sales or Exchanges of Property Used in a Trade or Business and Involuntary Conversions from Other Than Casualty or Theft — Property Held More Than 1 Year

| 2 (a) Description of property | (b) Date acquired (mo, day, yr) | (c) Date sold (mo, day, yr) | (d) Gross sales price | (e) Depreciation allowed or allowable since acquisition | (f) Cost or other basis, plus improvements and expense of sale | (g) Gain or (Loss) Subtract (f) from the sum of (d) and (e) | (h) 28% Rate Gain or (Loss) * see instructions below |
|---|---|---|---|---|---|---|---|
| 1987 Ford Bronco | 08/01/96 | 10/01/98 | 5,000. | 4,914. | 12,285. | -2,371. | |
| | | | | | | | |
| | | | | | | | |

| | | |
|---|---|---|
| 3 Gain, if any, from Form 4684, line 38 . . . . . . . . . . . . . . . . . . . . . | 3 | |
| 4 Section 1231 gain from installment sales from Form 6252, line 26 or 37 . . . . . . . . . . . | 4 | |
| 5 Section 1231 gain or (loss) from like-kind exchanges from Form 8824 . . . . . . . . . . . | 5 | |
| 6 Gain, if any, from line 32, from other than casualty or theft . . . . . . . . . . . . . . | 6 | |
| 7 Combine lines 2 through 6 in columns (g) and (h). Enter gain or (loss) here, and on the appropriate line as follows: | 7 | -2,371. |

Partnerships — Report the gain or (loss) following the instructions for Form 1065, Schedule K, line 6. Skip lines 8, 9, 11, and 12 below.

S corporations — Report the gain or (loss) following the instructions for Form 1120S, Schedule K, lines 5 and 6. Skip lines 8, 9, 11, and 12 below, unless line 7, column (g) is a gain and the S corporation is subject to the capital gains tax.

All others — If line 7, column (g) is zero or a loss, enter that amount on line 11 below and skip lines 8 and 9. If line 7, column (g) is a gain and you did not have any prior year section 1231 losses, or they were recaptured in an earlier year, enter the gain or (loss) in each column as a long-term capital gain or (loss) on Schedule D and skip lines 8, 9, and 12 below.

| | | |
|---|---|---|
| 8 Nonrecaptured net section 1231 losses from prior years (see instructions) . . . . . . . . . . | 8 | |
| 9 Subtract line 8 from line 7. For column (g) only, if the result is zero or less, enter -0-. Enter here and on the appropriate line(s) as follows (see instructions) . . . . . . . . . . . . . . . . . . | 9 | |

S corporations — Enter only the gain from line 7, column (g) on line 12 below. If line 9, column (g) is more than zero, enter the amount from line 8, column (g) on line 12 below, and enter the gain or (loss) from line 9 as a long-term capital gain or (loss) on Schedule D.

* Corporations (other than S corporations) should not complete column (h). Partnerships and S corporations must complete column (h). All others must complete column (h) only if line 7, column (g), is a gain. Use column (h) only to report pre-1998 28% rate gain (or loss) from a 1997-98 fiscal year partnership or S corporation.

## Ordinary Gains and Losses

10 Ordinary gains and losses not included on lines 11 through 17 (include property held 1 year or less):

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |

| | | |
|---|---|---|
| 11 Loss, if any, from line 7, column (g) . . . . . . . . . . . . . . . . . . . . . | 11 | -2,371. |
| 12 Gain, if any, from line 7, column (g) or amount from line 8, column (g) if applicable . . . . . . | 12 | |
| 13 Gain, if any, from line 31 . . . . . . . . . . . . . . . . . . . . . . . . | 13 | |
| 14 Net gain or (loss) from Form 4684, lines 31 and 38a . . . . . . . . . . . . . . . | 14 | |
| 15 Ordinary gain from installment sales from Form 6252, line 25 or 36 . . . . . . . . . . . | 15 | |
| 16 Ordinary gain or (loss) from like-kind exchanges from Form 8824 . . . . . . . . . . . . | 16 | |
| 17 Recapture of section 179 expense deduction for partners and S corporation shareholders from property dispositions by partnerships and S corporations (see instructions) . . . . . . . . | 17 | |
| 18 Combine lines 10 through 17 in column (g). Enter gain or (loss) here, and on the appropriate line as follows: | 18 | -2,371. |

a For all except individual returns: Enter the gain or (loss) from line 18 on the return being filed.

b For individual returns:

| | | |
|---|---|---|
| (1) If the loss on line 11 includes a loss from Form 4684, line 35, column (b)(ii), enter that part of the loss here. Enter the part of the loss from income-producing property on Schedule A (Form 1040), line 27, and the part of the loss from property used as an employee on Schedule A (Form 1040), line 22. Identify as from 'Form 4797, line 18b(1).' See instructions . . . . . . . . . . . . . . . . . . . . . . | 18 b (1) | |
| (2) Redetermine the gain or (loss) on line 18, excluding the loss, if any, on line 18b(1). Enter here and on Form 1040, line 14 . . . . . . . . . . . . . . . . . . . . . | 18 b (2) | -2,371. |

BAA For Paperwork Reduction Act Notice, see separate instructions.
FDIZ1001 10/21/98

Form 4797 (1998)

# Form 8829

**Expenses for Business Use of Your Home**

▶ File only with Schedule C (Form 1040).
Use a separate Form 8829 for each home you used for business during the year.
▶ See separate instructions.

**1998**
66

Department of the Treasury
Internal Revenue Service (99)

Your Social Security Number

Name(s) of Proprietor(s)

Henry S Dacanay                          Service: Canopy Rentals

## Part of Your Home Used for Business

| | | |
|---|---|---|
| 1 | Area used regularly and exclusively for business, regularly for day care, or for storage of inventory or product samples. See instructions. ..................... | 1 | 600 |
| 2 | Total area of home. ..................... | 2 | 3,200 |
| 3 | Divide line 1 by line 2. Enter the result as a percentage. ..................... | 3 | 18.75% |

• For day-care facilities not used exclusively for business, also complete lines 4 - 6.
• All others, skip lines 4 - 6 and enter the amount from line 3 on line 7.

| | | | |
|---|---|---|---|
| 4 | Multiply days used for day care during year by hours used per day. .......... | 4 | hr |
| 5 | Total hours available for use during the year (365 days x 24 hours). See instructions. | 5 | 8,760 hr |
| 6 | Divide line 4 by line 5. Enter the result as a decimal amount. ..... | 6 | |
| 7 | Business percentage. For day-care facilities not used exclusively for business, multiply line 6 by line 3 (enter the result as a percentage). All others, enter the amount from line 3 ▶ | 7 | 18.75% |

## Figure Your Allowable Deduction

| | | | |
|---|---|---|---|
| 8 | Enter the amount from Schedule C, line 29, plus any net gain or (loss) derived from the business use of your home and shown on Schedule D or Form 4797. If more than one place of business, see instructions ..... | 8 | -13,552. |

See instrs for columns (a) & (b) before completing lines 9-20.

| | | (a) Direct expenses | (b) Indirect expenses | | |
|---|---|---|---|---|---|
| 9 | Casualty losses. See instructions. .......... | 9 | | | |
| 10 | Deductible mortgage interest. See instructions .... | 10 | 8,293. | | |
| 11 | Real estate taxes. See instructions. .......... | 11 | 504. | | |
| 12 | Add lines 9, 10, and 11 ............. | 12 | 8,797. | | |
| 13 | Multiply line 12, column (b) by line 7 ............. | | | 13 | |
| 14 | Add line 12, column (a) and line 13. ......... | | | 14 | 8,797. |
| 15 | Subtract line 14 from line 8. If zero or less, enter -0- ... | | | 15 | 0. |
| 16 | Excess mortgage interest. See instructions. ...... | 16 | | | |
| 17 | Insurance. .......... | 17 | 1,774. | | |
| 18 | Repairs and maintenance. .......... | 18 | | | |
| 19 | Utilities ......... | 19 | 1,800. | | |
| 20 | Other expenses. See instructions. .......... | 20 | | | |
| 21 | Add lines 16 through 20. ............. | 21 | 3,574. | | |
| 22 | Multiply line 21, column (b) by line 7 ............. | | | 22 | |
| 23 | Carryover of operating expenses from 1997 Form 8829, line 41. ............. | | | 23 | 9,548. |
| 24 | Add line 21 in column (a), line 22, and line 23. ............. | | | 24 | 13,122. |
| 25 | Allowable operating expenses. Enter the smaller of line 15 or line 24. ............. | | | 25 | 0. |
| 26 | Limit on excess casualty losses and depreciation. Subtract line 25 from line 15. ............. | | | 26 | 0. |
| 27 | Excess casualty losses. See instructions. ...... | 27 | | | |
| 28 | Depreciation of your home from Part III below. ...... | 28 | 1,494. | | |
| 29 | Carryover of excess casualty losses and depreciation from 1997 Form 8829, line 42. ...... | 29 | 4,149. | | |
| 30 | Add lines 27 through 29. ............. | | | 30 | 5,643. |
| 31 | Allowable excess casualty losses and depreciation. Enter the smaller of line 26 or line 30. ............. | | | 31 | 0. |
| 32 | Add lines 14, 25, and 31. ............. | | | 32 | 8,797. |
| 33 | Casualty loss portion, if any, from lines 14 and 31. Carry amount to Form 4684, Section B. ............. | | | 33 | |
| 34 | Allowable expenses for business use of your home. Subtract line 33 from line 32. Enter here and on Schedule C, line 30. If your home was used for more than one business, see instructions ▶ | | | 34 | 8,797. |

## Depreciation of Your Home

| | | | |
|---|---|---|---|
| 35 | Enter the smaller of your home's adjusted basis or its fair market value. See instructions. | 35 | 220,000. |
| 36 | Value of land included on line 35. | 36 | 0. |
| 37 | Basis of building. Subtract line 36 from line 35. | 37 | 220,000. |
| 38 | Business basis of building. Multiply line 37 by line 7. | 38 | 41,250. |
| 39 | Depreciation percentage. See instructions | 39 | 2.5641% |
| 40 | Depreciation allowable. Multiply line 38 by line 39. Enter here and on line 28. See instructions. ........ See Attached. | 40 | 1,494. |

## Carryover of Unallowed Expenses to 1999

| | | | |
|---|---|---|---|
| 41 | Operating expenses. Subtract line 25 from line 24. If less than zero, enter -0-. ..................... | 41 | 13,122. |
| 42 | Excess casualty losses and depreciation. Subtract line 31 from line 30. If less than zero, enter -0-. .......... | 42 | 5,643. |

BAA   For Paperwork Reduction Act Notice, see separate instructions.

FDIA8901 09/10/98

Form 8829 (1998)

Form **4562**

Department of the Treasury
Internal Revenue Service (99)

### Depreciation and Amortization
### (Including Information on Listed Property)
► See instructions.
► Attach this form to your return.

OMB No. 1545-0172

**1998**

67

Name(s) Shown on Return: Henry S & Laura-Lynn V Dacanay

Business or Activity to Which This Form Relates: Sch C Service: Canopy Rentals

Identifying Number:

### Election to Expense Certain Tangible Property (Section 179)
(Note: *If you have any "listed property," complete Part V before you complete Part I.*)

| | | | | |
|---|---|---|---|---|
| 1 | Maximum dollar limitation. If an enterprise zone business, see instructions | 1 | | $18,500. |
| 2 | Total cost of Section 179 property placed in service. See instructions | 2 | | 43,085. |
| 3 | Threshold cost of Section 179 property before reduction in limitation | 3 | | $200,000. |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 | | 0. |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | 5 | | 18,500. |

| 6 (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|
| T-Rex Air Inflatable | 4,300. | 4,300. |
| See Additional section 179 property | | 14,200. |

| | | | | |
|---|---|---|---|---|
| 7 | Listed property. Enter amount from line 27 | 7 | | |
| 8 | Total elected cost of Section 179 property. Add amounts in column (c), lines 6 and 7 | 8 | | 18,500. |
| 9 | Tentative deduction. Enter the smaller of line 5 or line 8 | 9 | | 18,500. |
| 10 | Carryover of disallowed deduction from 1997. See instructions | 10 | | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instrs) | 11 | | 18,500. |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | 12 | | 18,500. |
| 13 | Carryover of disallowed deduction to 1999. Add lines 9 and 10, less line 12 ► | 13 | 0. | |

Note: *Do not use Part II or Part III below for listed property (automobiles, certain other vehicles, cellular telephones, certain computers, or property used for entertainment, recreation, or amusement). Instead, use Part V for listed property.*

### MACRS Depreciation for Assets Placed in Service Only During Your 1998 Tax Year
(Do Not Include Listed Property)

**Section A — General Asset Account Election**

14 If you are making the election under Section 168(i)(4) to group any assets placed in service during the tax year into one or more general asset accounts, check this box. See instructions ► ☐

**Section B — General Depreciation System (GDS) (See instructions)**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only — see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 15a 3-year property | | | | | | |
| b 5-year property | | 24,585. | 7.0 yrs | HQ | 200DB | 2,601. |
| c 7-year property | | | | | | |
| d 10-year property | | | | | | |
| e 15-year property | | | | | | |
| f 20-year property | | | 25 yrs | | S/L | |
| g 25-year property | | | 27.5 yrs | MM | S/L | |
| h Residential rental property | | | 27.5 yrs | MM | S/L | |
| i Nonresidential real property | | | 39 yrs | MM | S/L | |
| | | | | MM | S/L | |

**Section C — Alternative Depreciation System (ADS) (See instructions)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 16a Class life | | | | | S/L | |
| b 12-year | | | 12 yrs | | S/L | |
| c 40-year | | | 40 yrs | MM | S/L | |

### Other Depreciation (Do Not Include Listed Property) (See instructions)

| | | | | |
|---|---|---|---|---|
| 17 | GDS and ADS deductions for assets placed in service in tax years beginning before 1998 | 17 | | 2,211. |
| 18 | Property subject to Section 168(f)(1) election | 18 | | |
| 19 | ACRS and other depreciation | 19 | | |

### Summary (See instructions)

| | | | | |
|---|---|---|---|---|
| 20 | Listed property. Enter amount from line 26 | 20 | | 5,637. |
| 21 | Total. Add deductions on line 12, lines 15 and 16 in column (g), and lines 17 through 20. Enter here and on the appropriate lines of your return. Partnerships and S corporations — see instructions | 21 | | 28,949. |
| 22 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to Section 263A costs | 22 | | |

BAA For Paperwork Reduction Act Notice, see the separate instructions.

FDIZ0812 07/29/98

Form **4562** (1998)

Case 1:05-cv-00017    Document 81-2    Filed 06/16/2006    Page 12 of 21

Form 4562 (1998)  Henry S & Laura-Lynn V Dacanay

## Listed Property — Automobiles, Certain Other Vehicles, Cellular Telephones, Certain Computers, and Property Used for Entertainment, Recreation, or Amusement

Note: For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete only 23a, 23b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

### Section A — Depreciation and Other Information (Caution: See instructions for limits for passenger automobiles.)

| 23a Do you have evidence to support the business/investment use claimed? | X Yes | No | 23b If 'Yes,' is the evidence written? | | | | X Yes | No |

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/Convention | (h) Depreciation deduction | (i) Elected Section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 24 Property used more than 50% in a qualified business use (see instructions): | | | | | | | | |
| Ford F-150 | 12/15/95 | 100.00 | 8,800. | 8,800. | 5.00 | SL/HY | 1,952. | |
| 1987 Ford Bronco | 08/01/96 | 100.00 | 12,285. | 12,285. | 5.00 | SL/HY | 1,228. | |
| 1987 Ford Bronco | 08/01/96 | 100.00 | 12,285. | 12,285. | 5.00 | SL/HY | 2,457. | |
| 25 Property used 50% or less in a qualified business use (see instructions): | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | 26 | 5,637. |

26 Add amounts in column (h). Enter the total here and on line 20, page 1 .......................... 26

27 Add amounts in column (i). Enter the total here and on line 7, page 1 .......................... 27

### Section B — Information on Use of Vehicles

Complete this section for vehicles used by a sole proprietor, partner, or other 'more than 5% owner,' or related person.
If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle 1 | (b) Vehicle 2 | (c) Vehicle 3 | (d) Vehicle 4 | (e) Vehicle 5 | (f) Vehicle 6 |
|---|---|---|---|---|---|---|
| 28 Total business/investment miles driven during the year (Do not include commuting miles) ....... | 10,498 | 0 | | | | |
| 29 Total commuting miles driven during the year ..... | 0 | | | | | |
| 30 Total other personal (noncommuting) miles driven .......... | 0 | 0 | | | | |
| 31 Total miles driven during the year. Add lines 28 through 30. ............ | 10,498 | 0 | | | | |

| | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 32 Was the vehicle available for personal use during off-duty hours? ........... | X | | | X | | | | | | | | |
| 33 Was the vehicle used primarily by a more than 5% owner or related person? ........ | X | | | X | | | | | | | | |
| 34 Is another vehicle available for personal use? ........... | X | | | X | | | | | | | | |

### Section C — Questions for Employers Who Provide Vehicles for Use by Their Employees

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who are not more than 5% owners or related persons.

| | Yes | No |
|---|---|---|
| 35 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? ............................................. | | |
| 36 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See instructions for vehicles used by corporate officers, directors, or 1% or more owners. ......... | | |
| 37 Do you treat all use of vehicles by employees as personal use? ............................. | | |
| 38 Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? ...................................... | | |
| 39 Do you meet the requirements concerning qualified automobile demonstration use? See instructions. ..... | | |
| Note: If your answer to 35, 36, 37, 38, or 39 is 'Yes,' you need not complete Section B for the covered vehicles. | | |

### Amortization

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code Section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 40 Amortization of costs that begins during your 1998 tax year: | | | | | |
| | | | | | |
| 41 Amortization of costs that began before 1998. ........................................ | | | | 41 | |
| 42 Total. Enter here and on 'Other Deductions' or 'Other Expenses' line of your return .............. | | | | 42 | |

FDIZ0812  07/23/98

Form **4562**

Department of the Treasury
Internal Revenue Service (99)

### Depreciation and Amortization
### (Including Information on Listed Property)
► See instructions.
► Attach this form to your return.

OMB No. 1545-0172

**1998**

67

Name(s) Shown on Return

Henry S & Laura-Lynn V Dacanay

Business or Activity to Which This Form Relates

Sch E 4-unit apartment

Identifying Number

**Part I — Election to Expense Certain Tangible Property (Section 179)**
(Note: If you have any 'listed property,' complete Part V before you complete Part I.)

| | | | | |
|---|---|---|---|---|
| 1 | Maximum dollar limitation. If an enterprise zone business, see instructions | 1 | $18,500. | |
| 2 | Total cost of Section 179 property placed in service. See instructions | 2 | | |
| 3 | Threshold cost of Section 179 property before reduction in limitation | 3 | $200,000. | |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 | | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | 5 | | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter amount from line 27 | 7 | |
| 8 | Total elected cost of Section 179 property. Add amounts in column (c), lines 6 and 7 | 8 | |
| 9 | Tentative deduction. Enter the smaller of line 5 or line 8 | 9 | |
| 10 | Carryover of disallowed deduction from 1997. See instructions | 10 | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instrs) | 11 | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | 12 | |
| 13 | Carryover of disallowed deduction to 1999. Add lines 9 and 10, less line 12 ► | 13 | |

Note: Do not use Part II or Part III below for listed property (automobiles, certain other vehicles, cellular telephones, certain computers, or property used for entertainment, recreation, or amusement). Instead, use Part V for listed property.

**Part II — MACRS Depreciation for Assets Placed in Service Only During Your 1998 Tax Year**
(Do Not Include Listed Property)

#### Section A — General Asset Account Election

14 If you are making the election under Section 168(i)(4) to group any assets placed in service during the tax year into one or more general asset accounts, check this box. See instructions ► ☐

#### Section B — General Depreciation System (GDS) (See Instructions)

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only — see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 15 a 3-year property | | | | | | |
| b 5-year property | | 537. | 7.0 yrs | HO | 200DB | 58. |
| c 7-year property | | | | | | |
| d 10-year property | | | | | | |
| e 15-year property | | | | | | |
| f 20-year property | | | 25 yrs | | S/L | |
| g 25-year property | | | 27.5 yrs | MM | S/L | |
| h Residential rental property | | | 27.5 yrs | MM | S/L | |
| i Nonresidential real property | | | 39 yrs | MM | S/L | |
| | | | | MM | S/L | |

#### Section C — Alternative Depreciation System (ADS) (See Instructions)

| | | | | | | |
|---|---|---|---|---|---|---|
| 16 a Class life | | | | | S/L | |
| b 12-year | | | 12 yrs | | S/L | |
| c 40-year | | | 40 yrs | MM | S/L | |

**Part III — Other Depreciation (Do Not Include Listed Property) (See Instructions)**

| | | | |
|---|---|---|---|
| 17 | GDS and ADS deductions for assets placed in service in tax years beginning before 1998 | 17 | 2,084. |
| 18 | Property subject to Section 168(f)(1) election | 18 | |
| 19 | ACRS and other depreciation | 19 | |

**Part IV — Summary (See Instructions)**

| | | | |
|---|---|---|---|
| 20 | Listed property. Enter amount from line 26 | 20 | |
| 21 | Total. Add deductions on line 12, lines 15 and 16 in column (g), and lines 17 through 20. Enter here and on the appropriate lines of your return. Partnerships and S corporations — see instructions | 21 | 2,142. |
| 22 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to Section 263A costs | 22 | |

FDIZ0612  07/22/98

BAA For Paperwork Reduction Act Notice, see the separate instructions.

Form **4562** (1998)

Form 4562 (1998)  Henry S & Laura-Lynn V Dacanay

## Part V Listed Property — Automobiles, Certain Other Vehicles, Cellular Telephones, Certain Computers, and Property Used for Entertainment, Recreation, or Amusement

Note: For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete only 23a, 23b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

### Section A — Depreciation and Other Information (Caution: See instructions for limits for passenger automobiles.)

| 23 a Do you have evidence to support the business/investment use claimed? | | | | Yes | | No | 23b If 'Yes,' is the evidence written? | | | Yes | No |
|---|---|---|---|---|---|---|---|---|---|---|---|

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/Convention | (h) Depreciation deduction | (i) Elected Section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 24 Property used more than 50% in a qualified business use (see instructions): | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 25 Property used 50% or less in a qualified business use (see instructions): | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

26 Add amounts in column (h). Enter the total here and on line 20, page 1 . . . . . . . . . . . . . . . . . . 26

27 Add amounts in column (i). Enter the total here and on line 7, page 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27

### Section B — Information on Use of Vehicles

Complete this section for vehicles used by a sole proprietor, partner, or other 'more than 5% owner,' or related person.
If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle 1 | (b) Vehicle 2 | (c) Vehicle 3 | (d) Vehicle 4 | (e) Vehicle 5 | (f) Vehicle 6 |
|---|---|---|---|---|---|---|
| 28 Total business/investment miles driven during the year (Do not include commuting miles) . . . . . . . | | | | | | |
| 29 Total commuting miles driven during the year . . . . . . | | | | | | |
| 30 Total other personal (noncommuting) miles driven . . . . . . . . . . . . . . . . | | | | | | |
| 31 Total miles driven during the year. Add lines 28 through 30. . . . . . . . . . . . . | | | | | | |

| | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 32 Was the vehicle available for personal use during off-duty hours? . . . . . . . . . . | | | | | | | | | | | | |
| 33 Was the vehicle used primarily by a more than 5% owner or related person? . . . . . . . . | | | | | | | | | | | | |
| 34 Is another vehicle available for personal use? . . . . . . . . . . . | | | | | | | | | | | | |

### Section C — Questions for Employers Who Provide Vehicles for Use by Their Employees

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who are not more than 5% owners or related persons.

| | | Yes | No |
|---|---|---|---|
| 35 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| 36 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See instructions for vehicles used by corporate officers, directors, or 1% or more owners. . . . . . . . . . . . | | | |
| 37 Do you treat all use of vehicles by employees as personal use? . . . . . . . . . . . . . . . . | | | |
| 38 Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? . . . . . . . . . . . . . . . . . . . | | | |
| 39 Do you meet the requirements concerning qualified automobile demonstration use? See instructions . . . . . . . . . . . | | | |

Note: If your answer to 35, 36, 37, 38, or 39 is 'Yes,' you need not complete Section B for the covered vehicles.

## Part VI Amortization

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code Section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 40 Amortization of costs that begins during your 1998 tax year: | | | | | |
| | | | | | |
| | | | | | |
| 41 Amortization of costs that began before 1998 . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41 | | | | | |
| 42 Total. Enter here and on 'Other Deductions' or 'Other Expenses' line of your return . . . . . . . . . . . . . . . 42 | | | | | |

FDIZ0812  07/23/98



Form **8582**

Department of the Treasury
Internal Revenue Service

**Passive Activity Loss Limitations**

FORM NOT REQUIRED TO BE FILED

▶ See separate Instructions.
▶ Attach to Form 1040 or Form 1041.

OMB No. 1545-1008

**1998**

68

Name(s) Shown on Return

**Henry S & Laura-Lynn V Dacanay**

Identifying Number

### 1998 Passive Activity Loss

*Caution: See the Instructions for Worksheets 1 and 2 before completing Part I.*

**Rental Real Estate Activities with Active Participation** (For the definition of active participation see Active Participation in a Rental Real Estate Activity in the instructions.)

| | | |
|---|---|---|
| 1a Activities with net income (enter the amount from Worksheet 1, column (a)) ...... **1a** | 0. | |
| b Activities with net loss (enter the amount from Worksheet 1, column (b)) ........ **1b** | -1,852. | |
| c Prior year unallowed losses (enter the amount from Worksheet 1, column (c)) ..... **1c** | | |
| d Combine lines 1a, 1b, and 1c .................................................. | **1d** | -1,852. |

**All Other Passive Activities**

| | | |
|---|---|---|
| 2 a Activities with net income (enter the amount from Worksheet 2, column (a)) ...... **2a** | | |
| b Activities with net loss (enter the amount from Worksheet 2, column (b)) ........ **2b** | | |
| c Prior year unallowed losses (enter the amount from Worksheet 2, column (c)) ..... **2c** | | |
| d Combine lines 2a, 2b, and 2c .................................................. | **2d** | |

3  Combine lines 1d and 2d. If the result is net income or zero, all losses are allowed, including any prior year unallowed losses entered on line 1c or 2c. Do not complete Form 8582. Take the losses to the form or schedule you normally report them on.
If this line and line 1d are losses, go to line 4. Otherwise, enter -0- on line 9 and go to line 10 ........ **3** | **-1,852.**

### Special Allowance for Rental Real Estate with Active Participation

*Note: Enter all numbers in Part II as positive amounts. See the instructions for examples.*

| | | | |
|---|---|---|---|
| 4 Enter the smaller of the loss on line 1d or the loss on line 3 ...................... | | **4** | **1,852.** |
| 5 Enter $150,000. If married filing separately, see the instructions ............. **5** | 150,000. | | |
| 6 Enter modified adjusted gross income, but not less than zero (see the instructions). ........ **6** | 81,528. | | |
| *Note: If line 6 is equal to or greater than line 5, skip lines 7 and 8, enter -0- on line 9, and then go to line 10. Otherwise, go to line 7.* | | | |
| 7 Subtract line 6 from line 5 ........ **7** | 68,472. | | |
| 8 Multiply line 7 by 50% (.5). Do not enter more than $25,000. If married filing separately, see instructions. ..................................... | | **8** | 25,000. |
| 9 Enter the smaller of line 4 or line 8. ..................................... | | **9** | 1,852. |

### Total Losses Allowed

| | | | |
|---|---|---|---|
| 10 Add the income, if any, on lines 1a and 2a and enter the total ...................... | | **10** | 0. |
| 11 Total losses allowed from all passive activities for 1998. Add lines 9 and 10. See the instructions to find out how to report the losses on your tax return. ................................ | | **11** | 1,852. |

Form **8582** (1998)

**BAA** For Paperwork Reduction Act Notice, see separate instructions.

FDIZ1801 07/13/98

# Form 8829 Worksheet

1998

| Name(s) of Proprietor(s) | Your SSN |
|---|---|
| Henry S Dacanay | ▮▮▮▮▮ |

Business name . . . . . . Service: Canopy Rentals
P.O. Box ▮▮▮▮

## Part I – Calculation of Line 7

*Calculation for Form 8829, line 7 when one area of the home was used exclusively for day care and another area of the home was used only partly for day care:*

| | | | |
|---|---|---|---|
| 1 | Area used exclusively for day care . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1 | |
| 2 | Total area of home. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2 | |
| 3 | Business % for area used exclusively for day care. Divide Line 1 by line 2 . . . . . . | 3 | % |
| 4 | Area used only partly for day care. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 4 | |
| 5 | Divide line 4 by line 2. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 5 | % |
| 6 | Multiply days used for day care during year by hours used per day. . . . . . . . . . . . | 6 | hr |
| 7 | Total hours available for use during the year (365 x 24 hours) . . . . . . . . . . . . . . | 7 | hr |
| 8 | Divide line 6 by line 7. Enter result as a decimal amount . . . . . . . . . . . . . . . . . . | 8 | |
| 9 | Business % for area used only partly for day care. Multiply line 8 by line 5. . . . . . . | 9 | % |
| 10 | Total business percentage. Add line 3 and line 9. . . . . . . . . . . . . . . . . . . . . . . . . | 10 | % |

## Part II – Calculation of Line 8

*Calculation for Form 8829, line 8 when part of gross income is from a place of business other than your home:*

| | | | |
|---|---|---|---|
| 1 | Gross income from Schedule C, line 7. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1 | 63,970. |
| 2 | Percent of gross income from business use of home reported on Schedule C. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2 | 100.00 % |
| 3 | Gross income from business use of home. Multiply line 1 by line 2. . . . . . . . . . . | 3 | 63,970. |
| 4 | Gain from business use of your home shown on Schedule D or Form 4797. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 4 | |
| 5 | Gross income from Schedules C, D, and Form 4797. Add lines 3 and 4 . . . . . . . . | 5 | 63,970. |
| 6 | Total expenses from Schedule C, line 28. . . . . . . . . . . . . . . . . . . . . . . . . . . . | 6 | 77,522. |
| 7 | If there is more than one home office for this business, enter the amount of expenses from line 6 allocable to this home office. *Enter the expenses as a positive number.* | 7 | |
| 8 | Any losses from this business shown on Schedule D or Form 4797. *Enter the losses as a positive number* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 8 | |
| 9 | Line 5 less lines 6 or 7, and 8. Carries to Form 8829, line 8 . . . . . . . . . . . . . . . | 9 | -13,552. |

## Part III – Calculation of Line 40

| | | | |
|---|---|---|---|
| 1 | Depreciation attributable to business use of home. . . . . . . . . . . . . . . . . . . . . . . | 1 | 1,058. |
| 2 | Depreciation for additions and improvements attributable to business use of home . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2 | 436. |
| 3 | Total allowable depreciation. Add lines 10 and 11. Carries to Form 8829, line 40 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3 | 1,494. |

Form 4562, line 6
Additional section 179 property

| (a) Description of property | (b) Cost (bus use only) | (c) Elected cost |
|---|---|---|
| Bungee Run | 4,300. | 4,300. |
| Tweety Air Inflatable | 7,800. | 7,800. |
| Winnie Air Inflatable | 4,950. | 2,100. |
| Total | | 14,200. |

Henry S & Laura-Lynn V Dacanay
P.O. Box ▓▓▓▓▓
GMF, Guam, GU 96921

## 1998 U. S. INDIVIDUAL INCOME TAX RETURN SUMMARY

| | | |
|---|---|---|
| Adjusted Gross Income | $ | 79,676 |
| Taxable Income | $ | 51,386 |
| Total Tax | $ | 9,293 |
| Total Payments | $ | 12,101 |
| Refund | $ | 2,808 |
| Effective Tax Rate | | 18.08 % |

## INSTRUCTIONS FOR MAILING YOUR RETURN

Your federal Form 1040 shows a refund of $2,808.
Please mail your return to the following IRS address postmarked by
Thursday, April 15, 1999.

Dept of Revenue & Taxation, Government of Guam
P. O. Box 23607
GMF, GU 96921
(Nonpermanent residents: mail your return to
Internal Revenue Service, Philadelphia, PA 19255-0215)

Be sure to sign and date your return and include the proper amount
of postage on the envelope.

KEEP THIS PAGE FOR YOUR RECORDS -- DO NOT MAIL.



| 1 Wages, tips, other comp. | 2 GU income tax withheld |
|---|---|
| 26,925.11 | 3,493.79 |
| 3 Social security wages | 4 Social security tax withheld |
| 28,465.41 | 1,764.86 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 28,465.41 | 412.75 |

c Employer's name, address, and ZIP code
First Hawaiian Bank
P.O. Box 3200
Honolulu, HI 96847

| b Employer's ID number | d Employer's SSA number |
|---|---|
| 99-8034327 | |
| 7 Social Security tips | 8 Benefits included in box 1 |
| | 2,780.00 |

| 9 Advance EIC payment | 10 |
|---|---|
| 11 Nonqualified plans | 13 |

| 12 See instrs. on back of Copy C | 14 Other |
|---|---|
| D      769.34 | |

| 15 Stat Emp | | Pension plan | Hshld emp | Subtotal | Deferred comp |
|---|---|---|---|---|---|
| | | X | | | X |

e Employee's name
LAURA-LYNN V DACANAY
P.O. BOX
GMF, GU    96921

f Employee's address and ZIP code



| 1 Wages, tips, other comp. | 2 GU income tax withheld |
|---|---|
| 28,873.16 | 3,168.45 |
| 3 Social security wages | 4 Social security tax withheld |
| 29,677.16 | 1,839.98 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 29,677.16 | 430.32 |

c Employer's name, address, and ZIP code
First Hawaiian Creditcorp
999 Bishop Street 8th Floor
Honolulu, HI 96813

| b Employer's ID number | d Employer's SSA number |
|---|---|
| 99-0161518 | |
| 7 Social Security tips | 8 Benefits included in box 1 |
| | 2,780.00 |

| 9 Advance EIC payment | 10 |
|---|---|
| 11 Nonqualified plans | 13 |

| 12 See instrs. on back of Copy C | 14 Other |
|---|---|
| D      803.98 | |

| 15 Stat Emp | | Pension plan | Hshld emp | Subtotal | Deferred comp |
|---|---|---|---|---|---|
| | | X | | | X |

e Employee's name
LAURA-LYNN V DACANAY
PO BOX
GMF, GU    96921

f Employee's address and ZIP code

| a Control number 0000012691 | OMB No. 1545-0008 | | |
|---|---|---|---|
| b Employer's identification number 98-0040312 | | 1 Wages, tips, other compensation 44416.00 | 2 Guam income tax withheld 5438.99 |
| c Employer's name, address, and ZIP code GUAM COMMUNITY COLLEGE P O BOX 23069 GMF BARRIGADA, GU 96921 ******************** #2 REISSUE #2 | | 3 Social security wages 0.00 | 4 Social security tax withheld 0.00 |
| | | 5 Medicare wages and tips 11827.20 | 6 Medicare tax withheld 171.49 |
| | | 7 Social security tips 0.00 | 8 Benefits included in box 1 0.00 |
| d Employee's social security number ▓▓▓▓▓ | | 9 Advance EIC payment 0.00 | 10 0.00 |
| e Employee's name, address, and ZIP code HENRY S. DACANAY POB ▓▓▓ BARRIGADA GU 96921 | | 11 Nonqualified plans 0.00 | 12 |
| | | 13 See instructions on back of Copy C | 14 Other |
| | | 15 Statutory employee ☐  Pension plan ☐ | Hshld. emp. ☐  Subtotal ☐  Deferred compensation ☐ |

Department of the Treasury—Internal Revenue Service

**W-2GU** Guam Wage and Tax Statement  **1998**

Copy B—To be filed with employee's Guam tax return

* This information is being furnished to the Guam Department of Revenue and Taxation.

# EXHIBIT C

Department of Revenue and Taxation
Government of Guam
P.O. Box 23607
Barrigada, Guam  96921

HENRY S DACANAY
LAURA LYNN V DACANAY
PO BOX █████

GMF            GU  96921-0000

Notice Date:  3/09/2000
DLN:  19980590054
TIN:  ████████
Tax Form:  1040
Tax Period:  12/31/1997

1040 Individual Income Tax Return

While checking the arithmetic on your return for the above tax period,
we made the corrections shown below.  You may want to check your figures
against ours,

| | | | |
|---|---|---|---|
| Total income .................... | $.00 | | |
| Less total deductions ............ | $.00 | | |
| Taxable income ................................ | | $.00 | |
| Credits ................................ | | | $.00 |
| Total tax ................................ | | | $.00 |
| | | | |
| Estimated tax payment and | $.00 | | |
| Overpayments from previous year ............ | $.00 | | |
| Other credits and payments ................ | $.00 | | |
| Federal income tax withheld ................ | $.00 | | |
| Amount paid with return..................... | | $.00 | |
| Total payments ................................ | | | $.00 |
| Underpayment penalty amount ...................... | | | $.00 |
| Amount to be refunded if you owe no other taxes ... | | $4,525.00 | |
| Amount to be applied to next year's tax .......... | | | $.00 |

A refund will be sent to you for your net overpayment unless you owe other
taxes.  If you do owe other taxes we may apply all or part of this amount
against those taxes.  No action is required of you.  If you believe this
notice is not correct, you may write us.  If you write, be sure to attach
the bottom part of this notice.

YOUR MEDICARE SHOULD BE FILED TO THE INTERNAL REVENUE
SERVICE IN PA.

Notice Code: ARIRFN

HENRY S DACANAY
LAURA LYNN V DACANAY
PO BOX █████

GMF            GU  96921-0000

Notice Date:  3/09/2000
Document Locator Number:  19980590054
Taxpayer Identifying Number:  ████████
Tax Form:  1040
Tax Period:  12/31/1997

# EXHIBIT D

Department of Revenue and Taxation
Government of Guam
P.O. Box 23607
Barrigada, Guam 96921

| | |
|---|---|
| Notice Date: | 3/14/00 |
| Document Locator Number: | 19980590054 |
| Taxpayer Identifying Number: | ███████ |
| Spouse Identifying Number: | |
| Tax Form: | 1040 |
| Tax Period: | 12/31/1997 |

DACANAY HENRY S
DACANAY LAURA LYNN V
PO BOX ████
GMF, GU 96921-0000

### Offset of Overpayment Notice

We have retained all or part of the overpayment on the tax return identified
above in full or partial satisfaction of the following:

TAX ACCOUNTS RECEIVABLE

| A/R type | Tax type | Tax period | Offset amt |
|---|---|---|---|
| PENALTY | BRQ | 6/ /98 | 247.18 |
| PENALTY | BRQ | 6/ /98 | 46.98 |
| PENALTY | BRQ | 6/ /98 | 29.76 |
| PENALTY | BRQ | 9/ /98 | 254.94 |
| PENALTY | BRQ | 9/ /98 | 60.53 |
| PENALTY | BRQ | 12/ /98 | 371.97 |
| PENALTY | BRQ | 12/ /98 | 66.49 |
| PENALTY | BRQ | 3/ /99 | 305.11 |
| PENALTY | BRQ | 3/ /99 | 36.83 |
| PENALTY | BRQ | 6/ /99 | 377.67 |
| PENALTY | BRQ | 6/ /99 | 28.73 |
| PENALTY | BRQ | 9/ /99 | 123.23 |

SUMMARY

| | |
|---|---|
| Before offsets | |
| Refunded amount on return . . . . . . . . . | 4,525.00 |
| Interest . . . . . . . . . . . . . . . | 663.11 |
| Offsets | |
| A/R offset . . . . . . . . . . . . . . | 1,949.42 |
| After offsets | |
| Balance of refund . . . . . . . . . . . . | 3,238.69 |

A check for the balance of your overpayment will be issued and mailed to you.
If you have any questions regarding the above, you should contact the Income
Tax Assistance and Processing Branch (ITAPB) at the address above.

Sincerely,

Joseph T. Duenas
Director

By: Corinne P. Perez
Acting Supervisor Inccome Tax
Assistance and Processing Branch

# EXHIBIT E

# Display Individual Return Master Record

197

```
Due date . . . . . . . :    4 15 1998
Due amount on return. :              .00
Amount paid w/return. :              .00
Underpayment penalty. :              .00      Undistributed Int  :              .00
A/R referral date . . :                       Interest on refund :           663.11
Refund assigned to  . :         4,525.00      Refund check number:          1120233
Refund amt on return. :              .00      Refund check date  :        3 14 2000
Previous refunded amt :              .00      Refund check stat  :        3 14 2000
Amount for next year. :                       Last offset date . :
                                                    *Debtors
Penalty deduction . . :              .00                                     .00
A/R deduction . . . . :         1,949.42                                     .00
*Debtor deduction . . :              .00                                     .00
Total deductions  . . :         1,949.42                                     .00
Innocent spouse amt . :              .00
Refund check amount . :         3,238.69                                More ....
Refund check status . : C   CMP - outstanding
```
F3=Exit              F12=Cancel

# EXHIBIT F

# HISTORY SHEET

| Taxpayer's Name and Address | Type of Tax | | Period(s) |
|---|---|---|---|
| Henry and Laura L. Dacanay | 1040 | | 1998 |
| P.O. Box | DBA: | | ACCT#: |
| Gmf. Guam, 96921 | Examiner: R. Hallera | | Date Assigned: 9/7/00 |
| | Transferred to: | | Reassigned: |
| | Transferred to: | | Reassigned: |
| | Representative or Contact Person | | POA |
| | | | Date Submitted |

| Home | Business phone | | | |
|---|---|---|---|
| Work Phone (H) | Contact# | FAX#: | |
| Work Phone (W) | | | |

| | | Items Requested | Submitted | Yes | No |
|---|---|---|---|---|---|

| Date | Action Taken |
|---|---|
| 9/7/00 | Case assigned |
| 9/11/00 | Taxpayer called inquiring about her return, verified ID. With last 4 SSN, and zip. advised that return was selected for audit. advised of issues, TP siad will gather and call when ready. |
| 3/16/01 | Taxpayer Services Administrator, Pual Terlaje called inquiring about return. Called Paul, TP was in office, Paul Personally knows TP, again advised her of issues and again TP said will gather documents and call. Advised TP will send notice. |
| 3/20/01 | Sent 1st mtg letter. |
| 4/11/01 | MR CAME IN. ADVISED OF RIGHTS AND OF ISSUES. REQUESTED FROM TP. RECEIPTS AND/OR CANCELLED CKS. TP WILL BRING IN. |
| 5/17/01 | TP DROPPED OFF RCS. MENTIONED THAT COMP. PROGRAM MESSED UP! WRONG FIGURES. |
| 3/21/02 | CALLED TP TO SCHEDULE APPT - 3/25 @ 3:30. |
| 3/25/02 | TP-MRS CAME IN, RAN THRU ADJUSTMENTS - TP HAS ADDITIONAL DEDUCTIONS WILL PUT TOGETHER, BRING IN MONDAY. |
| 4/5/02 | CALLED TP - HAS STUFF. JUST NO TIME - MRS AGREES TO SEP2- BY "Y3- WILL DROP TODAY. |
| 4/10/02 | TP dropped signed 4549- forward to Director. |
| 4/16/02 | - got SSN from Director's office. |
| 5/1/02 | TPR MRS CAME IN W/ PAUL TERLAJE, TPS ADMINISTRATOR. ADVISED TP STILL WORKING ON DOCS. PROBLEM W/ DEP & FREIGHT. WILL COME BACK BY 6/1. |

# EXHIBIT G

**Form 1040**  Department of the Treasury – Internal Revenue Service

**U.S. Individual Income Tax Return** **1999** (99) IRS use only – Do not write or staple in this space.

For the year Jan 1-Dec 31, 1999, or other tax year beginning _____ 1999, ending _____    OMB No. 1545-0074

| Label (See Instructions.) | Your First Name | | Last Name | | Your Social Security Number |
|---|---|---|---|---|---|
| | Henry | S | Dacanay | | |
| Use the IRS label. Otherwise, please print or type. | If a Joint Return, Spouse's First Name | | Last Name | | Spouse's Social Security Number |
| | Laura-Lynn | V | Dacanay | | |
| | Home Address (number and street). If You Have a P.O. Box, See Instructions. | | | Apartment No. | ▲ **Important!** ▲ |
| | P.O. Box | | | | You must enter your social security number(s) above. |
| | City, Town or Post Office. If You Have a Foreign Address, See Instructions. | | State | ZIP Code | |
| | Barrigada | | Gu | 96921-6613 | |

**Presidential Election Campaign** (See Instructions.)

Do you want $3 to go to this fund? . . . . . . . . . . . . . . . . . . . . .  Yes  No

If a joint return, does your spouse want $3 to go to this fund? . . . . . . .    Note: Checking "Yes" will not change your tax or reduce your refund.

**Filing Status**

Check only one box.

1. ☐ Single
2. ☒ Married filing joint return (even if only one had income)
3. ☐ Married filing separate return. Enter spouse's SSN above and full name here ▶
4. ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) with dependent child (year spouse died ▶ 19___). (See instructions.)

**Exemptions**

6a. ☒ Yourself. If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a. . . . . . . . . . . . . . .

No. of boxes checked on 6a and 6b: **2**

b. ☒ Spouse . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

No. of your children on 6c who: **1**

c. Dependents:

| (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see instructions) |
|---|---|---|---|
| ▄▄▄▄▄▄▄ | | Daughter | |

If more than six dependents, see instructions.

Dependents on 6c not entered above _____

Add numbers entered on lines above ▶ **3**

d. Total number of exemptions claimed . . . . . . . . . . . . . . . . . . . . . . . .

**Income**

Attach Copy B of your Forms W-2 and W-2G here. Also attach Form(s) 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not staple, any payment. Also, please use Form 1040-V.

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 . . . . . . . . . | **7** | 101,412. |
| 8a | Taxable interest. Attach Schedule B if required . . . . . . . . | **8a** | 524. |
| 8b | Tax-exempt interest. Do not include on line 8a . . . | **8b** | |
| 9 | Ordinary dividends. Attach Schedule B if required . . . . . . . | **9** | 217. |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see instructions) . . . . | **10** | |
| 11 | Alimony received . . . . . . . . . . . . . . . . . . . . | **11** | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ . . . . . . | **12** | -4,009. |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here . . ▶ ☐ | **13** | |
| 14 | Other gains or (losses). Attach Form 4797 . . . . . . . . . | **14** | |
| 15a | Total IRA distributions . . . | 15a | b Taxable amount (see instrs) | **15b** | |
| 16a | Total pensions & annuities . . | 16a | b Taxable amount (see instrs) | **16b** | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E . . . | **17** | -4,674. |
| 18 | Farm income or (loss). Attach Schedule F . . . . . . . . . | **18** | |
| 19 | Unemployment compensation . . . . . . . . . . . . . | **19** | |
| 20a | Social security benefits . . . | 20a | b Taxable amount (see instrs) | **20b** | |
| 21 | Other income. List type & amount (see instrs) | **21** | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your total income ▶ | **22** | 92,670. |

**Adjusted Gross Income**

| | | | |
|---|---|---|---|
| 23 | IRA deduction (see instructions) . . . . . . . . . | 23 | |
| 24 | Student loan interest deduction (see instructions) . . . . | 24 | |
| 25 | Medical savings account deduction. Attach Form 8853 . . . | 25 | |
| 26 | Moving expenses. Attach Form 3903 . . . . . . . . | 26 | |
| 27 | One-half of self-employment tax. Attach Schedule SE . . . | 27 | |
| 28 | Self-employed health insurance deduction (see instructions) . | 28 | |
| 29 | Keogh and self-employed SEP and SIMPLE plans . . . . . | 29 | |
| 30 | Penalty on early withdrawal of savings . . . . . . . . | 30 | |
| 31a | Alimony paid  b Recipient's SSN . ▶ | 31a | |
| 32 | Add lines 23 through 31a . . . . . . . . . . . . . . . . . . . ▶ | **32** | |
| 33 | Subtract line 32 from line 22. This is your adjusted gross income . . . . . . ▶ | **33** | 92,670. |

BAA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.    FDIA0112 11/16/99    Form 1040 (1999)

| | | |
|---|---|---|
| **Tax and Credits** | 34 Amount from line 33 (adjusted gross income) | 34 | 92,670. |

35a Check if: ☐ You were 65/older, ☐ Blind; ☐ Spouse was 65/older, ☐ Blind.
Add the number of boxes checked above and enter the total here ▶ 35a ☐

**Standard Deduction for Most People**

b If you are married filing separately and your spouse itemizes deductions or you were a dual-status alien, see instructions and check here ▶ 35b ☐

36 Enter your itemized deductions from Schedule A, line 28. Or standard deduction shown on the left. But see instructions to find your standard deduction if you checked any box on line 35a or 35b or if someone can claim you as a dependent ... 36   8,347.

37 Subtract line 36 from line 34 ... 37   84,323.

**Single:** $4,300

**Head of household:** $6,350

38 If line 34 is $94,975 or less, multiply $2,750 by the total number of exemptions claimed on line 6d. If line 34 is over $94,975, see the worksheet in the instructions for the amount to enter ... 38   8,250.

39 Taxable income. Subtract line 38 from line 37. If line 38 is more than line 37, enter -0- ... 39   76,073.

**Married filing jointly or Qualifying widow(er):** $7,200

40 Tax (see instrs). Check if any tax is from a ☐ Form(s) 8814 b ☐ Form 4972 ... 40   15,705.

41 Credit for child and dependent care expenses. Attach Form 2441 . 41

**Married filing separately:** $3,600

42 Credit for the elderly or the disabled. Attach Schedule R ... 42

43 Child tax credit (see instructions) ... 43

44 Education credits. Attach Form 8863 ... 44

45 Adoption credit. Attach Form 8839 ... 45

46 Foreign tax credit. Attach Form 1116 if required ... 46

47 Other. Check if from ... a ☐ Form 3800 b ☐ Form 8396
c ☐ Form 8801 d ☐ Form (specify) 47

48 Add lines 41 through 47. These are your total credits ... ▶ 48   15,705.

49 Subtract line 48 from line 40. If line 48 is more than line 40, enter -0- ... ▶ 49   15,705.

| **Other Taxes** | |
|---|---|

50 Self-employment tax. Attach Schedule SE ... 50

51 Alternative minimum tax. Attach Form 6251 ... 51

52 Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 ... 52

53 Tax on IRAs, other retirement plans, and MSAs. Attach Form 5329 if required ... 53

54 Advance earned income credit payments from Form(s) W-2 ... 54

55 Household employment taxes. Attach Schedule H ... 55

56 Add lines 49-55. This is your total tax ... ▶ 56   15,705.

| **Payments** | |
|---|---|

57 Federal income tax withheld from Forms W-2 and 1099. 57   13,910.

58 1999 estimated tax payments and amount applied from 1998 return . 58

59a Earned income credit. Attach Schedule EIC if you have a qualifying child.

b Nontaxable earned income: amount . . ▶ _____
and type ▶ _____ 59a

60 Additional child tax credit. Attach Form 8812 ... 60

61 Amount paid with request for extension to file (see instructions) 61

62 Excess social security and RRTA tax withheld (see instrs) ... 62

63 Other payments. Check if from ... ☐ Form 2439
b ☐ Form 4136 63

64 Add lines 57, 58, 59a, and 60 through 63. These are your total payments ... ▶ 64   13,910.

| **Refund** Have it directly deposited. See instructions and fill in 66b, 66c, and 66d. | |
|---|---|

65 If line 64 is more than line 56, subtract line 56 from line 64. This is the amount you Overpaid ... 65

66a Amount of line 65 you want Refunded to You ... ▶ 66a

▶ b Routing number _____ ▶ c Type: ☐ Checking ☐ Savings

▶ d Account number _____

67 Amount of line 65 you want Applied to Year 2000 Estimated Tax ... 67

| **Amount You Owe** | |
|---|---|

68 If line 56 is more than line 64, subtract line 64 from line 56. This is the Amount You Owe. For details on how to pay, see instructions ... ▶ 68   1,795.

69 Estimated tax penalty. Also include on line 68 ... 69

| **Sign Here** Joint return? See instructions. Keep a copy for your records. | |
|---|---|

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature _____ Date 4/11/00   Your Occupation Instructor   Daytime Telephone Number (optional)

Spouse's signature. If a joint return, both must sign. _____ Date 4/11/00   Spouse's Occupation Manager

| **Paid Preparer's Use Only** | |
|---|---|

Preparer's signature _____ Date _____ Check if self-employed ☐   Preparer's SSN or PTIN _____

Firm's name (or yours if self-employed) and Address ▶   Self-prepared   EIN _____   ZIP Code _____

FDIA0112 12/15/99     Form 1040 (1999)

# Schedule A
(Form 1040)

## Itemized Deductions

Department of the Treasury
Internal Revenue Service (99)

▶ Attach to Form 1040.
▶ See Instructions for Schedule A (Form 1040).

Your Social Security Number

Name(s) Shown on Form 1040

Henry S & Laura-Lynn V Dacanay

| | | | | | |
|---|---|---|---|---|---|
| **Medical and Dental Expenses** | | Caution: Do not include expenses reimbursed or paid by others. | | | |
| | 1 | Medical and dental expenses (see instructions) | 1 | 2,545. | |
| | 2 | Enter amount from Form 1040, line 34 · · · **2** · 92,570. | | | |
| | 3 | Multiply line 2 above by 7.5% (.075) | 3 | 6,950. | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | | 4 | 0. |
| **Taxes You Paid** | 5 | State and local income taxes | 5 | 286. | |
| | 6 | Real estate taxes (see instructions) | 6 | | |
| (See Instructions.) | 7 | Personal property taxes | 7 | | |
| | 8 | Other taxes. List type and amount ▶ | 8 | | |
| | 9 | Add lines 5 through 8 | | 9 | 286. |
| **Interest You Paid** | 10 | Home mortgage interest and points reported to you on Form 1098 | 10 | 7,434. | |
| | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see instructions and show that person's name, identifying number, and address ▶ | | | |
| (See Instructions.) | | _____ | | | |
| | | _____ | 11 | | |
| **Note: Personal interest is not deductible.** | 12 | Points not reported to you on Form 1098. See instructions for special rules | 12 | | |
| | 13 | Investment interest. Attach Form 4952 if required. | 13 | | |
| | | (See instructions.) | | | |
| | 14 | Add lines 10 through 13 | | 14 | 7,434. |
| **Gifts to Charity** | 15 | Gifts by cash or check. If you made any gift of $250 or more, see instructions | 15 | 627. | |
| If you made a gift and got a benefit for it, see instructions. | 16 | Other than by cash or check. If any gift of $250 or more, see instructions. You MUST attach Form 8283 if over $500 | 16 | | |
| | 17 | Carryover from prior year | 17 | | |
| | 18 | Add lines 15 through 17 | | 18 | 627. |
| **Casualty and Theft Losses** | 19 | Casualty or theft loss(es). Attach Form 4684. (See Instructions.) | | 19 | |
| **Job Expenses and Most Other Miscellaneous Deductions** | 20 | Unreimbursed employee expenses — job travel, union dues, job education, etc. You MUST attach Form 2106 or 2106-EZ if required. (See instructions.) ▶ | 20 | | |
| | 21 | Tax preparation fees | 21 | | |
| | 22 | Other expenses — investment, safe deposit box, etc. List type and amount ▶ | 22 | | |
| (See instructions for expenses to deduct here.) | 23 | Add lines 20 through 22 | 23 | | |
| | 24 | Enter amount from Form 1040, line 34 · · · **24** | | | |
| | 25 | Multiply line 24 above by 2% (.02) | 25 | | |
| | 26 | Subtract line 25 from line 23. If line 25 is more than line 23, enter -0- | | 26 | |
| **Other Miscellaneous Deductions** | 27 | Other — from list in the instructions. List type and amount ▶ | | 27 | |
| **Total Itemized Deductions** | 28 | Is Form 1040, line 34, over $126,600 (over $63,300 if married filing separately)? | | | |
| | | [X] No. Your deduction is not limited. Add the amounts in the far right column for lines 4 through 27. Also, enter this amount on Form 1040, line 36. ▶ | | 28 | 8,347. |
| | | [ ] Yes. Your deduction may be limited. See Instructions for the amount to enter. | | | |

BAA For Paperwork Reduction Act Notice, see separate instructions.

FDIA0301  10/27/99

Schedule A (Form 1040) 1999

Schedule A & B (Form 1040) 1999

Name(s) shown on Form 1040. Do Not Enter Name and Social Security Number if shown on Schedule A.

OMB No. 1545-0074

Page 2

Your Social Security Number

Henry S & Laura-Lynn V Dacanay

## Schedule B – Interest and Ordinary Dividends

08

### Part I
### Interest

(See Instructions for Form 1040, line 8a.)

Note: If you received a Form 1099-INT, Form 1099-OID, or substitute statement from a brokerage firm, list the firm's name as the payer and enter the total interest shown on that form.

**Note:** If you had over $400 in taxable interest income, you must also complete Part III.

| | | Amount |
|---|---|---|
| 1 | List name of payer. If any interest is from a seller-financed mortgage and the buyer used the property as a personal residence, see the instructions and list this interest first. Also, show that buyer's social security number and address ......................▶ | |
| | Bank of Guam | 28.36 |
| | NavMar Federal Credit Union | 28.80 |
| | First Hawaiian Bank | 62.80 |
| | First Hawaiian Bank | 27.99 |
| | First Hawaiian Bank | 0.93 |
| | First Hawaiian Bank | 11.74 |
| | First Hawaiian Bank | 12.66 |
| | Gov Guam Credit Union | 350.51 |
| 2 | Add the amounts on line 1 .......................................... | 523.79 |
| 3 | Excludable interest on series EE and I U.S. savings bonds issued after 1989 from Form 8815, line 14. You Must attach Form 8815 .......................... | |
| 4 | Subtract line 3 from line 2. Enter the result here and on Form 1040, line 8a ... | 523.79 |

### Part II
### Ordinary Dividends

(See Instructions for Form 1040, line 8a.)

Note: If you received a Form 1099-DIV, or substitute statement from a brokerage firm, list the firm's name as the payer and enter the ordinary dividends shown on that form.

**Note:** If you had over $400 in ordinary dividends, you must also complete Part III.

| | | Amount |
|---|---|---|
| 5 | List name of payer. Include only ordinary dividends. If you received any capital gain distributions, see the instructions for Form 1040, line 13. ....▶ | |
| | Pacific Century Financial Corporation | 156.89 |
| | Bank of Guam | 60.00 |
| 6 | Add the amounts on line 5. Enter the total here and on Form 1040, line 9 ...........▶ | 216.89 |

### Part III
### Foreign Accounts and Trusts

(See Instructions.)

You must complete this part if you (a) had over $400 of interest or ordinary dividends; or (b) had a foreign account; or (c) received a distribution from, or were a grantor of, or a transferor to, a foreign trust.

| | | Yes | No |
|---|---|---|---|
| 7a | At any time during 1999, did you have an interest in or a signature or other authority over a financial account in a foreign country, such as a bank account, securities account, or other financial account? See instructions for exceptions and filing requirements for Form TD F 90-22.1. ........................ | | X |
| b | If 'Yes,' enter the name of the foreign country... ▶ | | |
| 8 | During 1999, did you receive a distribution from, or were you the grantor of, or transferor to, a foreign trust? If 'Yes,' you may have to file Form 3520. See instructions. ...................... | | X |

BAA  For Paperwork Reduction Act Notice, see Form 1040 instructions.

FDIA0401  10/13/99

Schedule B (Form 1040) 1999

# SCHEDULE C
## (Form 1040)

Department of the Treasury
Internal Revenue Service (99)

### Profit or Loss from Business
### (Sole Proprietorship)

► Partnerships, joint ventures, etc., must file Form 1065 or Form 1065-B.
► Attach to Form 1040 or Form 1041.   ► See Instructions for Schedule C (Form 1040).

OMB No. 1545-0074

# 1999

09

**Name of Proprietor**
Henry S & Laura-Lynn V Dacanay

Social Security Number (SSN)
999999

**A** Principal Business or Profession, Including Product or Service (see instructions)
Service:Party Rentals-inflatable,Canopies,etc.

**B** Enter Code from Instructions
► 999999

**C** Business Name. If No Separate Business Name, Leave Blank.
3D Rentals

**D** Employer ID Number (EIN), If Any
91-1957150

**E** Business Address (include suite or room no.) ►P.O. Box
City, Town or Post Office, State, & ZIP Code   ►Barrigada, GU 96921-6613

**F** Accounting method:   (1) [X] Cash   (2) [ ] Accrual   (3) [ ] Other (specify) ►

**G** Did you 'materially participate' in the operation of this business during 1999? If 'No,' see instructions for limit on losses...... [X] Yes [ ] No

**H** If you started or acquired this business during 1999, check here.......► [ ]

## Part I   Income

| | | |
|---|---|---|
| 1 Gross receipts or sales. Caution: If this income was reported to you on Form W-2 and the 'Statutory employee' box on that form was checked, see the instructions and check here.......► [ ] | 1 | 127,574. |
| 2 Returns and allowances | 2 | 763. |
| 3 Subtract line 2 from line 1 | 3 | 126,811. |
| 4 Cost of goods sold (from line 42 on page 2) | 4 | |
| 5 Gross profit. Subtract line 4 from line 3 | 5 | 126,811. |
| 6 Other income, including federal and state gasoline or fuel tax credit or refund | 6 | |
| 7 Gross income. Add lines 5 and 6 ►| 7 | 126,811. |

## Part II   Expenses. Enter expenses for business use of your home only on line 30.

| | | | | | |
|---|---|---|---|---|---|
| 8 Advertising | 8 | 9,513. | 19 Pension and profit-sharing plans | 19 | |
| 9 Bad debts from sales or services (see instructions) | 9 | 0. | 20 Rent or lease (see instructions): | | |
| 10 Car and truck expenses (see instrs) | 10 | 11,219. | a Vehicles, machinery, and equipment | 20a | 2,394. |
| 11 Commissions and fees | 11 | | b Other business property | 20b | |
| 12 Depletion | 12 | | 21 Repairs and maintenance | 21 | 815. |
| 13 Depreciation and Section 179 expense deduction (not included in Part III) (see instructions) | 13 | 28,840. | 22 Supplies (not included in Part III) | 22 | 5,424. |
| | | | 23 Taxes and licenses | 23 | 6,804. |
| 14 Employee benefit programs (other than on line 19) | 14 | 10,160. | 24 Travel, meals, and entertainment: | | |
| 15 Insurance (other than health) | 15 | 2,200. | a Travel | 24a | 4,792. |
| 16 Interest | | | b Meals and entertainment | 1,514. | |
| a Mortgage (paid to banks, etc) | 16a | | c Enter nondeductible amount included on line 24b (see instructions) | 757. | |
| b Other | 16b | 4,819. | d Subtract line 24c from line 24b | 24d | 757. |
| 17 Legal & professional services | 17 | | 25 Utilities | 25 | 5,475. |
| 18 Office expense | 18 | 5,464. | 26 Wages (less employment credits) | 26 | 15,964. |
| | | | 27 Other expenses (from line 48 on page 2) ►| 27 | 6,234. |
| 28 Total expenses before expenses for business use of home. Add lines 8 through 27 in columns | 28 | 120,474. |
| 29 Tentative profit (loss). Subtract line 28 from line 7 | 29 | 6,337. |
| 30 Expenses for business use of your home. Attach Form 8829 | 30 | 11,146. |
| 31 Net profit or (loss). Subtract line 30 from line 29. | | |

• If a profit, enter on Form 1040, line 12, and also on Schedule SE, line 2 (statutory employees, see instructions). Estates and trusts, enter on Form 1041, line 3.

• If a loss, you must go on to line 32.

| | | |
|---|---|---|
| 31 | | -4,809. |

**32** If you have a loss, check the box that describes your investment in this activity (see instructions).

• If you checked 32a, enter the loss on Form 1040, line 12, and also on Schedule SE, line 2 (statutory employees, see instructions). Estates and trusts, enter on Form 1041, line 3.

• If you checked 32b, you must attach Form 6198.

32a [X] All investment is at risk.
32b [ ] Some investment is not at risk.

BAA For Paperwork Reduction Act Notice, see Form 1040 instructions.

Schedule C (Form 1040) 1999

FDIZ0112 10/21/99

**Part III  Cost of Goods Sold (see instructions)**

33  Method(s) used to value closing inventory:  a ☐ Cost  b ☐ Lower of cost or market  c ☐ Other (attach explanation)

34  Was there any change in determining quantities, costs, or valuations between opening and closing inventory?  ☐ Yes ☐ No
If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| | | |
|---|---|---|
| 35  Inventory at beginning of year. If different from last year's closing inventory, attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 35 | |
| 36  Purchases less cost of items withdrawn for personal use . . . . . . . . . . . . . . . . . . . . | 36 | |
| 37  Cost of labor. Do not include any amounts paid to yourself . . . . . . . . . . . . . . . . . . . | 37 | |
| 38  Materials and supplies . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 38 | |
| 39  Other costs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 39 | |
| 40  Add lines 35 through 39 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 40 | |
| 41  Inventory at end of year . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 41 | |
| 42  Cost of goods sold. Subtract line 41 from line 40. Enter the result here and on page 1, line 4 . . . . . . . . . | 42 | |

**Part IV  Information on Your Vehicle.** Complete this part Only if you are claiming car or truck expenses on line 10 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file.

43  When did you place your vehicle in service for business purposes? (month, day, year)  ▶ _ _ _ _ _ _ _ _ _ _ _

44  Of the total number of miles you drove your vehicle during 1999, enter the number of miles you used your vehicle for:
a Business _ _ _ _ _ _ _ _ _ _ _  b Commuting _ _ _ _ _ _ _ _ _ _ _  c Other _ _ _ _ _ _ _ _ _ _ _

45  Do you (or your spouse) have another vehicle available for personal use? . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☐ No

46  Was your vehicle available for use during off-duty hours? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☐ No

47a  Do you have evidence to support your deduction? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☐ No

b If "Yes," is the evidence written? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☐ No

**Part V  Other Expenses.** List below business expenses not included on lines 8 – 26 or line 30.

| | |
|---|---|
| | 5,053. |
| Freight | 97. |
| Postage | 728. |
| Subscriptions | 356. |
| Bank Charges | |
| | |
| | |
| | |
| | |
| 48  Total other expenses. Enter here and on page 1, line 27 . . . . . . . . . . . . . . . . . . . . . . . . . . . | 48  6,234. |

FDIZ9112  09.01.99

186

**SCHEDULE E**
(Form 1040)

Department of the Treasury
Internal Revenue Service    (99)

## Supplemental Income and Loss

(From rental real estate, royalties, partnerships,
S corporations, estates, trusts, REMICs, etc)
► Attach to Form 1040 or Form 1041.
► See Instructions for Schedule E (Form 1040).

OMB No. 1545-0074

## 1999

13

Your Social Security Number

Name(s) shown on Return

Henry S & Laura-Lynn V Dacanay

**Part I** Income or Loss from Rental Real Estate and Royalties  Note: *Report income and expenses from your business of renting personal property on Schedule C or C-EZ. Report farm rental income or loss from Form 4835 on page 2, line 39.*

| 1 Show the kind and location of each rental real estate property: | | | | 2 For each rental real estate property listed on line 1, did you or your family use it during the tax year for personal purposes for more than the greater of: | | Yes | No |
|---|---|---|---|---|---|---|---|
| A | Condo Rental | | | | A | | X |
| B | 4-Unit Apartment | | | • 14 days, or • 10% of the total days rented at fair rental value? (See Instructions.) | B | | X |
| C | | | | | | | |

|  | | | Properties | | | Totals (Add columns A, B, and C) |
|---|---|---|---|---|---|---|
| | | | A | B | C | |
| **Income:** | | | | | | |
| 3 Rents received | 3 | | 12,100. | 22,100. | | 3    34,200. |
| 4 Royalties received | 4 | | | | | 4 |
| **Expenses:** | | | | | | |
| 5 Advertising | 5 | | | | | |
| 6 Auto and travel (see instructions) | 6 | | | | | |
| 7 Cleaning and maintenance | 7 | | | | | |
| 8 Commissions | 8 | | | 835. | | |
| 9 Insurance | 9 | | | | | |
| 10 Legal and other professional fees | 10 | | | | | |
| 11 Management fees | 11 | | | | | |
| 12 Mortgage interest paid to banks, etc (see instructions) | 12 | | 6,567. | 10,823. | | 12    17,490. |
| 13 Other interest | 13 | | | | | |
| 14 Repairs | 14 | | 2,100. | 7,208. | | |
| 15 Supplies | 15 | | | | | |
| 16 Taxes | 16 | | 526. | 366. | | |
| 17 Utilities | 17 | | 2,921. | | | |
| 18 Other ► Common Area Fee Trash Collection/Tippin Fees | 18 | | | 182. | | |
| 19 Add lines 5 through 18 | 19 | | 12,214. | 19,414. | | 19    31,628. |
| 20 Depreciation expense or depletion (see Instructions) | 20 | | 4,583. | 2,663. | | 20    7,246. |
| 21 Total expenses. Add lines 19 and 20 | 21 | | 16,797. | 22,077. | | |
| 22 Income or (loss) from rental real estate or royalty properties. Subtract line 21 from line 3 (rents) or line 4 (royalties). If the result is a (loss), see instructions to find out if you must file Form 6198. | 22 | | -4,697. | 23. | | |
| 23 Deductible rental real estate loss. Caution: Your rental real estate loss on line 22 may be limited. See instructions to find out if you must file Form 8582. Real estate professionals must complete line 42 on page 2 | 23 | | -4,697. | | | 24    23. |
| 24 Income. Add positive amounts shown on line 22. Do not include any losses | | | | | | 25    -4,697. |
| 25 Losses. Add royalty losses from line 22 and rental real estate losses from line 23. Enter total losses here | | | | | | |
| 26 Total rental real estate and royalty income or (loss). Combine lines 24 and 25. Enter the result here. If Parts II, III, IV, and line 39 on page 2 do not apply to you, also enter this amount on Form 1040, line 17. Otherwise, include this amount in the total on line 40 on page 2 | NPA | | | -4,674. | | 26    -4,674. |

BAA For Paperwork Reduction Act Notice, see Form 1040 Instructions.                FDIZ2301  10/27/99                Schedule E (Form 1040) 1999

**Henry S & Laura-Lynn V Dacanay**

Note: If you report amounts from farming or fishing on Schedule E, you must enter your gross income from those activities on line 41 below.
Real estate professionals must complete line 42 below.

## Income or Loss from Partnerships and S Corporations

Note: If you report a loss from an at-risk activity, you must check either column (e) or (f) on line 27 to describe your investment in the activity.
See instructions. If you check column (f), you must attach Form 6198.

| 27 | (a) Name | (b) Enter P for partnership; S for S Corporation | (c) Check if foreign partnership | (d) Employer Identification number | Investment at Risk? | |
|---|---|---|---|---|---|---|
| | | | | | (e) All is at risk | (f) Some is not at risk |
| A | | | | | | |
| B | | | | | | |
| C | | | | | | |
| D | | | | | | |
| E | | | | | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | | |
|---|---|---|---|---|---|
| | (g) Passive loss allowed (attach Form 8582 if required) | (h) Passive income from Schedule K-1 | (i) Nonpassive loss from Schedule K-1 | (j) Section 179 expense deduction from Form 4562 | (k) Nonpassive income from Schedule K-1 |
| A | | | | | |
| B | | | | | |
| C | | | | | |
| D | | | | | |
| E | | | | | |

28 a Totals . . . . . . . . . .

b Totals . . . . . . . . . .

| 29 | Add columns (h) and (k) of line 28a . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 29 | |
| 30 | Add columns (g), (i), and (j) of line 28b . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 30 | |
| 31 | Total partnership and S corporation income or (loss). Combine lines 29 and 30. Enter the result here and include in the total on line 40 below . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 31 | |

## Income or Loss from Estates and Trusts

| 32 | (a) Name | (b) Employer ID no. |
|---|---|---|
| A | | |
| B | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | |
|---|---|---|---|---|
| | (c) Passive deduction or loss allowed (attach Form 8582 if required) | (d) Passive income from Schedule K-1 | (e) Deduction or loss from Schedule K-1 | (f) Other income from Schedule K-1 |
| A | | | | |
| B | | | | |

33 a Totals . . . . . . . . . .

b Totals . . . . . . . . . .

| 34 | Add columns (d) and (f) of line 33a . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 34 | |
| 35 | Add columns (c) and (e) of line 33b . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 35 | |
| 36 | Total estate and trust income or (loss). Combine lines 34 and 35. Enter the result here and include in the total on line 40 below . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 36 | |

## Income or Loss from Real Estate Mortgage Investment Conduits (REMICs) — Residual Holder

| 37 | (a) Name | (b) Employer identification number | (c) Excess inclusion from Schedules Q, line 2c (see instructions) | (d) Taxable income (net loss) from Schedules Q, line 1b | (e) Income from Schedules Q, line 3b |
|---|---|---|---|---|---|
| | | | | | |

| 38 | Combine columns (d) and (e) only. Enter the result here and include in the total on line 40 below . . . . . . | 38 | |

## Summary

| 39 | Net farm rental income or (loss) from Form 4835. Also, complete line 41 below . . . . | 39 | |
| 40 | Total income or (loss). Combine lines 26, 31, 36, 38, and 39. Enter the result here and on Form 1040, line 17. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ► | 40 | -4,674. |
| 41 | Reconciliation of Farming and Fishing Income: Enter your gross farming and fishing income reported on Form 4835, line 7; Schedule K-1 (Form 1065), line 15b; Schedule K-1 (Form 1120S), line 23; and Schedule K-1 (Form 1041), line 14 (see instructions). | 41 | |
| 42 | Reconciliation for Real Estate Professionals. If you were a real estate professional (see instructions), enter the net income or (loss) you reported anywhere on Form 1040 from all rental real estate activities in which you materially participated under the passive activity loss rules. | 42 | -4,674. |

BAA

FDIZ2002 11/27/00

Schedule E (Form 1040) 1999

188

Form **8829**

**Expenses for Business Use of Your Home**
► File only with Schedule C (Form 1040).
Use a separate Form 8829 for each home you used for business during the year.
► See separate instructions.

OMB No. 1545-1266

**1999**

**86**

Department of the Treasury
Internal Revenue Service (99)

Your Social Security Number

Name(s) of Proprietor(s): Henry S & Laura-Lynn V Dacanay    Service:Party Rentals-Inflatable,Canopies,etc.

**Part I — Part of Your Home Used for Business**

| | | | |
|---|---|---|---|
| 1 | Area used regularly and exclusively for business, regularly for day care, or for storage of inventory or product samples. See instructions. | 1 | 800 |
| 2 | Total area of home. | 2 | 3,200 |
| 3 | Divide line 1 by line 2. Enter the result as a percentage. | 3 | 25.00% |
| | • For day-care facilities not used exclusively for business, also complete lines 4 - 6. | | |
| | • All others, skip lines 4 - 6 and enter the amount from line 3 on line 7. | | |
| 4 | Multiply days used for day care during year by hours used per day. | 4 | hr |
| 5 | Total hours available for use during the year (365 days x 24 hours). See instructions. | 5 | 8,760 hr |
| 6 | Divide line 4 by line 5. Enter the result as a decimal amount. | 6 | |
| 7 | Business percentage. For day-care facilities not used exclusively for business, multiply line 6 by line 3 (enter the result as a percentage). All others, enter the amount from line 3 | 7 | 25.00% |

**Part II — Figure Your Allowable Deduction**

| | | | |
|---|---|---|---|
| 8 | Enter the amount from Schedule C, line 29, plus any net gain or (loss) derived from the business use of your home and shown on Schedule D or Form 4797. If more than one place of business, see instructions | 8 | 11,146. |

See instructions for columns (a) & (b) before completing lines 9–20.

| | | (a) Direct expenses | (b) Indirect expenses | | |
|---|---|---|---|---|---|
| 9 | Casualty losses. See instructions. | 9 | | | |
| 10 | Deductible mortgage interest. See instructions. | 10 | | 9,912. | |
| 11 | Real estate taxes. See instructions. | 11 | | 382. | |
| 12 | Add lines 9, 10, and 11. | 12 | | 10,294. | |
| 13 | Multiply line 12, column (b) by line 7. | | 13 | 2,574. | |
| 14 | Add line 12, column (a) and line 13. | | | 14 | 2,574. |
| 15 | Subtract line 14 from line 8. If zero or less, enter -0-. | | | 15 | 8,572. |
| 16 | Excess mortgage interest. See instructions. | 16 | | | |
| 17 | Insurance. | 17 | | 1,774. | |
| 18 | Repairs and maintenance. | 18 | | | |
| 19 | Utilities. | 19 | | 2,666. | |
| 20 | Other expenses. See instructions. | 20 | | 4,440. | |
| 21 | Add lines 16 through 20. | 21 | | 1,110. | |
| 22 | Multiply line 21, column (b) by line 7. | | 22 | 13,122. | |
| 23 | Carryover of operating expenses from 1998 Form 8829, line 41. | | 23 | | |
| 24 | Add line 21 in column (a), line 22, and line 23. | | | 24 | 14,232. |
| 25 | Allowable operating expenses. Enter the smaller of line 15 or line 24. | | | 25 | 8,572. |
| 26 | Limit on excess casualty losses and depreciation. Subtract line 25 from line 15. | | | 26 | 0. |
| 27 | Excess casualty losses. See instructions. | | 27 | | |
| 28 | Depreciation of your home from Part III below. | | 28 | 1,857. | |
| 29 | Carryover of excess casualty losses and depreciation from 1998 Form 8829, line 42. | | 29 | 5,643. | |
| 30 | Add lines 27 through 29. | | | 30 | 7,500. |
| 31 | Allowable excess casualty losses and depreciation. Enter the smaller of line 26 or line 30. | | | 31 | 0. |
| 32 | Add lines 14, 25, and 31. | | | 32 | 11,146. |
| 33 | Casualty loss portion, if any, from lines 14 and 31. Carry amount to Form 4684, Section B. | | | 33 | |
| 34 | Allowable expenses for business use of your home. Subtract line 33 from line 32. Enter here and on Schedule C, line 30. If your home was used for more than one business, see instructions | 34 | | | 11,146. |

**Part III — Depreciation of Your Home**

| | | | |
|---|---|---|---|
| 35 | Enter the smaller of your home's adjusted basis or its fair market value. See instructions. | 35 | 220,000. |
| 36 | Value of land included on line 35. | 36 | 0. |
| 37 | Basis of building. Subtract line 36 from line 35. | 37 | 220,000. |
| 38 | Business basis of building. Multiply line 37 by line 7. | 38 | 55,000. |
| 39 | Depreciation percentage. See instructions. | 39 | 2.5641% |
| 40 | Depreciation allowable. Multiply line 38 by line 39. Enter here and on line 28 above. See instructions .... **See Attached.** | 40 | 1,857. |

**Part IV — Carryover of Unallowed Expenses to 2000**

| | | | |
|---|---|---|---|
| 41 | Operating expenses. Subtract line 25 from line 24. If less than zero, enter -0-. | 41 | 5,660. |
| 42 | Excess casualty losses and depreciation. Subtract line 31 from line 30. If less than zero, enter -0-. | 42 | 7,500. |

BAA **For Paperwork Reduction Act Notice, see separate instructions.**    FDIA0001 11/16/99    Form **8829** (1999)

Form **4562**

Department of the Treasury
Internal Revenue Service    (99)

**Depreciation and Amortization**
**(Including Information on Listed Property)**
► See Instructions.
► Attach this form to your return.

OMB No. 1545-0172

**1999**
67

Name(s) shown on return

Henry S & Laura-Lynn V Dacanay

Business or Activity to Which This Form Relates

Sch C Service-Party Rentals-Inflatable,Canopies,etc

Identifying Number

### Part I  Election to Expense Certain Tangible Property (Section 179)
(Note: *If you have any listed property,* complete Part V *before you complete Part I.*)

| | | | | |
|---|---|---|---|---|
| 1 | Maximum dollar limitation. If an enterprise zone business, see instructions . . . . . . . . . . . . . . . . . . . . . . . . . | 1 | | $19,000. |
| 2 | Total cost of Section 179 property placed in service. See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2 | | 31,084. |
| 3 | Threshold cost of Section 179 property before reduction in limitation . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3 | | $200,000. |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- . . . . . . . . . . . . . . . . . . . . . . . | 4 | | 0. |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 5 | | 19,000. |

| | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| 6 | | 449. | 449. |
| | Tables | | 12,335. |
| | See Additional Section 179 Property Statement | | |

| | | | | |
|---|---|---|---|---|
| 7 | Listed property. Enter amount from line 27 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 7 | | |
| 8 | Total elected cost of Section 179 property. Add amounts in column (c), lines 6 and 7 . . . . . . . . . . . | 8 | | 12,784. |
| 9 | Tentative deduction. Enter the smaller of line 5 or line 8 . . . . . . . . . . . . . . . . . . . . . . . . . . | 9 | | 12,784. |
| 10 | Carryover of disallowed deduction from 1998. See instructions . . . . . . . . . . . . . . . . . . . . . . . | 10 | | 2,850. |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instrs) . . . . . | 11 | | 19,000. |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 . . . . . . . . . . . | 12 | | 15,634. |
| 13 | Carryover of disallowed deduction to 2000. Add lines 9 and 10, less line 12 . . . . . ► | 13 | 0. | |

Note: *Do not use Part II or Part III below for listed property (automobiles, certain other vehicles, cellular telephones, certain computers, or property used for entertainment, recreation, or amusement). Instead, use Part V for listed property.*

### Part II  MACRS Depreciation for Assets Placed in Service Only During Your 1999 Tax Year
(Do Not Include Listed Property)

**Section A — General Asset Account Election**

14  If you are making the election under Section 168(i)(4) to group any assets placed in service during the tax year into one or more general asset accounts, check this box. See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . ► ☐

**Section B — General Depreciation System (GDS) (See Instructions)**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only — see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 15a 3-year property . . . . . . . | | | | | | |
| b 5-year property . . . . . . . | | 12,000. | 5.0 yrs | HY | 200DB | 2,400. |
| c 7-year property . . . . . . . | | | | | | |
| d 10-year property . . . . . . . | | | | | | |
| e 15-year property . . . . . . . | | | | | | |
| f 20-year property . . . . . . . | | | 25 yrs | | S/L | |
| g 25-year property . . . . . . . | | | 27.5 yrs | MM | S/L | |
| h Residential rental property . . . . . . . | | | 27.5 yrs | MM | S/L | |
| i Nonresidential real property . . . . . . . | | | 39 yrs | MM | S/L | |
| | | | | MM | S/L | |

**Section C — Alternative Depreciation System (ADS) (See Instructions)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 16a Class life . . . . . . . | | | | | S/L | |
| b 12-year . . . . . . . | | | 12 yrs | | S/L | |
| c 40-year . . . . . . . | | | 40 yrs | MM | S/L | |

### Part III  Other Depreciation (Do Not Include Listed Property) (See Instructions)

| | | | | |
|---|---|---|---|---|
| 17 | GDS and ADS deductions for assets placed in service in tax years beginning before 1999 . . . . . . . . . . . | 17 | | 11,803. |
| 18 | Property subject to Section 168(f)(1) election . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 18 | | |
| 19 | ACRS and other depreciation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 19 | | |

### Part IV  Summary (See Instructions)

| | | | | |
|---|---|---|---|---|
| 20 | Listed property. Enter amount from line 26 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 20 | | 1,260. |
| 21 | Total. Add deductions on line 12, lines 15 and 16 in column (g), and lines 17 through 20. Enter here and on the appropriate lines of your return. Partnerships and S corporations — see instructions . . . . . . . . . . | 21 | | 30,697. |
| 22 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to Section 263A costs . . . . . . . . . . . . . . . . . . . | 22 | | |

BAA For Paperwork Reduction Act Notice, see instructions.          FDIZ0812  10/21/99          Form **4562** (1999)

**Listed Property — Automobiles, Certain Other Vehicles, Cellular Telephones, Certain Computers, and Property Used for Entertainment, Recreation, or Amusement**

Note: For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete only 23a, 23b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

**Section A — Depreciation and Other Information (Caution: See instructions for limits for passenger automobiles.)**

23 a Do you have evidence to support the business/investment use claimed? . . . . . . [X] Yes [ ] No  23b If 'Yes,' is the evidence written? . . . . [X] Yes [ ] No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/Convention | (h) Depreciation deduction | (i) Elected Section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 24 Property used more than 50% in a qualified business use (see instructions): | | | | | | | | |
| 91 Toyota | 01/01/99 | 100.00 | 3,500. | 3,500. | 5.00 | 200DB/HY | 700. | |
| 89 Toyota | 06/04/99 | 100.00 | 2,800. | 2,800. | 5.00 | 200DB/HY | 560. | |
| 25 Property used 50% or less in a qualified business use (see instructions): | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

26 Add amounts in column (h). Enter the total here and on line 20, page 1 . . . . . . . . . . . . . . . . . . . | 26 | 1,260. |
27 Add amounts in column (i). Enter the total here and on line 7, page 1 . . . . . . . . . . . . . . . . . . . | 27 | |

**Section B — Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other 'more than 5% owner,' or related person.
If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle 1 | (b) Vehicle 2 | (c) Vehicle 3 | (d) Vehicle 4 | (e) Vehicle 5 | (f) Vehicle 6 |
|---|---|---|---|---|---|---|
| 28 Total business/investment miles driven during the year (Do not include commuting miles — see instructions) | 10,498 | 3,000 | 6,500 | 4,200 | | |
| 29 Total commuting miles driven during the year . . . . . | | | | | | |
| 30 Total other personal (noncommuting) miles driven . . . . . . . . . . . . . . . . | 0 | 0 | 0 | 0 | | |
| 31 Total miles driven during the year. Add lines 28 through 30 . . . . . | 10,498 | 3,000 | 6,500 | 4,200 | | |

| | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 32 Was the vehicle available for personal use during off-duty hours? . . . . . . . . . . . | X | | X | | X | | X | | | | | |
| 33 Was the vehicle used primarily by a more than 5% owner or related person? . . . . . . . | | X | | X | | X | | X | | | | |
| 34 Is another vehicle available for personal use? . . . . . . . . . . . . . . . . | X | | X | | X | | X | | | | | |

**Section C — Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who are not more than 5% owners or related persons.

| | Yes | No |
|---|---|---|
| 35 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? . . . . . . . . . . . . . . . . | | |
| 36 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See instructions for vehicles used by corporate officers, directors, or 1% or more owners. . . . . . . . | | |
| 37 Do you treat all use of vehicles by employees as personal use? . . . . . . . . . . . . . . . . | | |
| 38 Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? . . . . . . . . . . . . . . . . | | |
| 39 Do you meet the requirements concerning qualified automobile demonstration use? See instructions . . . . . | | |
| Note: If your answer to 35, 36, 37, 38, or 39 is 'Yes,' you need not complete Section B for the covered vehicles. | | |

**Amortization**

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 40 Amortization of costs that begins during your 1999 tax year: | | | | | |
| | | | | | |
| | | | | | |
| 41 Amortization of costs that began before 1999 . . . . . . . . . . . . . | | | 41 | | |
| 42 Total. Enter here and on 'Other Deductions' or 'Other Expenses' line of your return . . . . . | | | 42 | | |

Form 4562 (1999)

| Name(s) of Proprietor(s) | Your SSN |
|---|---|
| Henry S & Laura-Lynn V Dacanay | ████████ |

Business name ...... Service:Party Rentals-inflatable,Canopies,etc.

## Part I — Calculation of Line 7

Calculation for Form 8829, line 7 when one area of the home was used exclusively for day care and another area of the home was used only partly for day care:

| | | | |
|---|---|---|---|
| 1 | Area used exclusively for day care . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1 | |
| 2 | Total area of home . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2 | |
| 3 | Business % for area used exclusively for day care. Divide Line 1 by line 2 . . . . . . | 3 | % |
| 4 | Area used only partly for day care . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 4 | |
| 5 | Divide line 4 by line 2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 5 | % |
| 6 | Multiply days used for day care during year by hours used per day . . . . . . . . . . . | 6 | hr |
| 7 | Total hours available for use during the year (365 x 24 hours) . . . . . . . . . . . . . . | 7 | hr |
| 8 | Divide line 6 by line 7. Enter result as a decimal amount . . . . . . . . . . . . . . . . . . | 8 | |
| 9 | Business % for area used only partly for day care. Multiply line 8 by line 5 . . . . . . | 9 | % |
| 10 | Total business percentage. Add line 3 and line 9 . . . . . . . . . . . . . . . . . . . . . . . . | 10 | % |

## Part II — Calculation of Line 8

Calculation for Form 8829, line 8 when part of gross income is from a place of business other than your home:

| | | | |
|---|---|---|---|
| 1 | Gross income from Schedule C, line 7 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1 | 126,811. |
| 2 | Percent of gross income from business use of home reported on Schedule C . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2 | 100.00 % |
| 3 | Gross income from business use of home. Multiply line 1 by line 2 . . . . . . . . . . . | 3 | 126,811. |
| 4 | Gain from business use of your home shown on Schedule D or Form 4797 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 4 | |
| 5 | Gross income from Schedules C, D, and Form 4797. Add lines 3 and 4 . . . . . . . . | 5 | 126,811. |
| 6 | Total expenses from Schedule C, line 28 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 6 | 120,474. |
| 7 | If there is more than one home office for this business, enter the amount of expenses from line 6 allocable to this home office. Enter the expenses as a positive number . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 7 | 115,665. |
| 8 | Any losses from this business shown on Schedule D or Form 4797. Enter the losses as a positive number . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 8 | |
| 9 | Line 5 less lines 6 or 7, and 8. Carries to Form 8829, line 8 . . . . . . . . . . . . . . . . | 9 | 11,146. |

## Part III — Calculation of Line 40

| | | | |
|---|---|---|---|
| 1 | Depreciation attributable to business use of home . . . . . . . . . . . . . . . . . . . . . . . | 1 | 1,410. |
| 2 | Depreciation for additions and improvements attributable to business use of home . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2 | 447. |
| 3 | Total allowable depreciation. Add lines 10 and 11. Carries to Form 8829, line 40 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3 | 1,857. |

Form 4562, line 6
Additional Section 179 Property Statement

| (a) Description of property | (b) Cost (bus use only) | (c) Elected cost |
|---|---|---|
| Tables | 650. | 650. |
| Canopies - Gray | 1,141. | 1,141. |
| Canopies - Gray | 980. | 980. |
| Canopies - Gray | 688. | 688. |
| Tables | 988. | 988. |
| FireTruck | 4,295. | 4,295. |
| WaterJets | 2,021. | 2,021. |
| Canopies | 1,572. | 1,572. |
| Total | | 12,335. |

Department of the Treasury — Internal Revenue Service

**1040** **U.S. Individual Income Tax Return** **1998** (99) IRS use only – Do not write or staple in this space.

For the year Jan 1-Dec 31, 1998, or other tax year beginning _____, 1998, ending _____, 19 ___ | OMB No. 1545-0074

**Label** (See Instructions.)

Your First Name: **Henry** M.I.: **S** Last Name: **Dacanay** — Your Social Security Number: ████████

If a Joint Return, Spouse's First Name: **Laura-Lynn** M.I.: **V** Last Name: **Dacanay** — Spouse's Social Security Number: ████████

Home Address (number and street). If You Have a P.O. Box, See Instructions. | Apartment No.

**P.O. Box** ████

City, Town or Post Office. If You Have a Foreign Address, See Instructions. | State: **GU** | ZIP Code: **96921**

▲ **Important!** ▲ You must enter your social security number(s) above.

**Presidential Election Campaign** (See Instructions.)

| | Yes | No | Note: Checking "Yes" will not change your tax or reduce your refund. |
Do you want $3 to go to this fund? ............ | | X |
If a joint return, does your spouse want $3 to go to this fund? ... | | X |

**Filing Status**

Check only one box.

1. ☐ Single
2. ☒ Married filing joint return (even if only one had income)
3. ☐ Married filing separate return. Enter spouse's SSN above & full name here ▶
4. ☐ Head of household (with qualifying person). (See Instructions.) If the qualifying person is a child but not your dependent, enter this child's name here ...
5. ☐ Qualifying widow(er) with dependent child (year spouse died ▶ 19 ___). (See Instructions.)

**Exemptions**

6a ☒ Yourself. If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a. ........................

| | No. of boxes checked on 6a and 6b | 2 |

b ☒ Spouse ..............

| | No. of your children on 6c who: | 1 |

c Dependents:

| (1) First name | Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see instructions) |
|---|---|---|---|---|
| ████████ | | | Daughter | |

If more than six dependents, see Instructions.

- lived with you
- did not live with you due to divorce or separation (see instructions)

Dependents on 6c not entered above ....

Add numbers entered on lines above ▶ | **3**

d Total number of exemptions claimed. ....................... 7 | **105,614.**

**Income**

Attach Copy B of your Forms W-2, W-2G, and 1099-R here.

If you did not get a W-2, see Instructions.

Enclose, but do not staple, any payment. Also, please use Form 1040-V.

| | | |
|---|---|---|
| 7 Wages, salaries, tips, etc. Attach Form W-2 ......................... | 7 | 430. |
| 8a Taxable interest. Attach Schedule B if required ................. 8a | 8a | |
| b Tax-exempt interest. Do not include on line 8a .......... | 8b | |
| 9 Ordinary dividends. Attach Schedule B if required ............. | 9 | 204. |
| 10 Taxable refunds, credits, or offsets of state and local income taxes (see instructions) | 10 | |
| 11 Alimony received ........................................ | 11 | |
| 12 Business income or (loss). Attach Schedule C or C-EZ ....... | 12 | -22,349. |
| 13 Capital gain or (loss). Attach Schedule D ................... | 13 | -2,371. |
| 14 Other gains or (losses). Attach Form 4797 ................. | 14 | |
| 15a Total IRA distributions ..... 15a | b Taxable amount (see instrs) | 15b | |
| 16a Total pensions & annuities ... 16a | b Taxable amount (see instrs) | 16b | |
| 17 Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E . | 17 | -1,852. |
| 18 Farm income or (loss). Attach Schedule F .................. | 18 | |
| 19 Unemployment compensation ............................ | 19 | |
| 20a Social security benefits ..... 20a | b Taxable amount (see instrs) | 20b | |
| 21 Other income. List type & amount – see instrs _____ | 21 | |
| 22 Add the amounts in the far right column for lines 7 through 21. This is your total income ▶ | 22 | 79,676. |

**Adjusted Gross Income**

If line 33 is under $30,095 (under $30,080 if a child did not live with you), see EIC in the Instructions.

| | | |
|---|---|---|
| 23 IRA deduction (see Instructions) ........... | 23 | |
| 24 Student loan interest deduction (see Instructions)........ | 24 | |
| 25 Medical savings account deduction. Attach Form 8853 .... | 25 | |
| 26 Moving expenses. Attach Form 3903 .......... | 26 | |
| 27 One-half of self-employment tax. Attach Schedule SE ..... | 27 | |
| 28 Self-employed health insurance deduction (see Instructions) | 28 | |
| 29 Keogh and self-employed SEP and SIMPLE plans ......... | 29 | |
| 30 Penalty on early withdrawal of savings .......... | 30 | |
| 31a Alimony paid b Recipient's SSN ▶ _____ | 31a | |
| 32 Add lines 23 through 31a. ............... | 32 | |
| 33 Subtract line 32 from line 22. This is your **adjusted gross income** ▶ | 33 | 79,676. |

BAA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions. FDIA0112 11/02/98 Form 1040 (1998)

Henry S & Laura-Lynn V Dacanay .......... | 34 | 79,676.

| | | | |
|---|---|---|---|
| 34 | Amount from line 33 (adjusted gross income) | 34 | 79,676. |
| 35a | Check if: ☐ You were 65/older, ☐ Blind; ☐ Spouse was 65/older, ☐ Blind. | | |
| | Add the number of boxes checked above and enter the total here ........ ► 35a ☐ | | |
| | b If you are married filing separately and your spouse itemizes deductions or you were a dual-status alien, see instructions and check here ......... ► 35b ☐ | | |
| 36 | Enter the larger of your itemized deductions from Schedule A, line 28, Or standard deduction shown on the left. But see instructions to find your standard deduction if you checked any box on line 35a or 35b or if someone can claim you as a dependent | 36 | 20,190. |
| 37 | Subtract line 36 from line 34 ........................ | 37 | 59,486. |
| 38 | If line 34 is $93,400 or less, multiply $2,700 by the total number of exemptions claimed on line 6d. If line 34 is over $93,400, see the worksheet in the instructions for the amount to enter. | 38 | 8,100. |
| 39 | Taxable income. Subtract line 38 from line 37. If line 38 is more than line 37, enter -0- ..... | 39 | 51,386. |
| 40 | Tax. See instructions. Check if any tax is from ☐ Form(s) 8814 b ☐ Form 4972 ► | 40 | 8,880. |
| 41 | Credit for child and dependent care expenses. Attach Form 2441 | 41 | |
| 42 | Credit for the elderly or the disabled. Attach Schedule R. | 42 | |
| 43 | Child tax credit (see instructions) ............ | 43 | |
| 44 | Education credits. Attach Form 8863 ........ | 44 | |
| 45 | Adoption credit. Attach Form 8839 ......... | 45 | |
| 46 | Foreign tax credit. Attach Form 1116 if required. | 46 | |
| 47 | Other. Check if from ☐ a ☐ Form 3800 b ☐ Form 8396 c ☐ Form 8801 d ☐ Form (specify) | 47 | |
| 48 | Add lines 41 through 47. These are your total credits . ► | 48 | 8,880. |
| 49 | Subtract line 48 from line 40. If line 48 is more than line 40, enter -0-. ........ | 49 | |
| 50 | Self-employment tax. Attach Schedule SE ....... | 50 | |
| 51 | Alternative minimum tax. Attach Form 6251 ........ | 51 | 413. |
| 52 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 52 | |
| 53 | Tax on IRAs, other retirement plans, and MSAs. Attach Form 5329 if required. | 53 | |
| 54 | Advance earned income credit payments from Form(s) W-2 | 54 | |
| 55 | Household employment taxes. Attach Schedule H ................. | 55 | |
| 56 | Add lines 49-55. This is your total tax. ► | 56 | 9,293. |
| 57 | Federal income tax withheld from Forms W-2 and 1099. | 57 | 12,101. |
| 58 | 1998 estimated tax payments and amount applied from 1997 return. | 58 | |
| 59a | Earned income credit. Attach Schedule EIC if you have a qualifying child. | 59a | |
| | b Nontaxable earned income: amount . ► and type . ► | | |
| 60 | Additional child tax credit. Attach Form 8812. | 60 | |
| 61 | Amount paid with Form 4868 (request for extension). | 61 | |
| 62 | Excess social security and RRTA tax withheld (see instrs) | 62 | |
| 63 | Other payments. Check if from ☐ a ☐ Form 2439 b ☐ Form 4136 | 63 | |
| 64 | Add lines 57, 58, 59a, and 60 through 63. These are your total payments ► | 64 | 12,101. |
| 65 | If line 64 is more than line 56, subtract line 56 from line 64. This is the amount you Overpaid. | 65 | 2,808. |
| 66a | Amount of line 65 you want Refunded to You. | 66a | 2,808. |
| | ► b Routing number: ____ ► c Type: ☐ Checking ☐ Savings | | |
| | ► d Account number: ____ | | |
| 67 | Amount of line 65 you want Applied to Your 1999 Estimated Tax ► | 67 | |
| 68 | If line 56 is more than line 64, subtract line 64 from line 56. This is the Amount You Owe. For details on how to pay, see instructions | 68 | |
| 69 | Estimated tax penalty. Also include on line 68 | 69 | |

**Tax and Credits**

Standard Deduction for Most People

Single: $4,250

Head of household: $6,250

Married filing jointly or Qualifying widow(er): $7,100

Married filing separately: $3,550

**Other Taxes**

**Payments**

Attach Forms W-2 and W-2G to page 1. Also attach Form 1099-R if tax was withheld.

**Refund**

Have it directly deposited! See instructions and fill in 66b, 66c, and 66d.

**Amount You Owe**

**Sign Here**

Joint return? See instructions.

Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your Signature — Date — Your Occupation: Instructor — Daytime Telephone Number (optional)

Spouse's Signature. If a Joint Return, Both Must Sign. — Date — Spouse's Occupation: Manager — Preparer's Social Security No.

**Paid Preparer's Use Only**

Preparer's Signature ► Self-prepared

Firm's Name (or yours if self-employed) and Address ►

Check if self-employed ☐   EIN   ZIP Code

Form 1040 (1998)

FDIA0112 11/12/98

April 14, 2000

TO WHOM IT MAY CONCERN:

I, Laura-Lynn Dacanay, SSN ███████ hereby request that my 1999 Income tax Liability of $1,795 be offset with my 1997 and 1998 tax refunds.

Respectfully submitted:

*Laura-Lynn Dacanay*

APR 14 2000
DEPT OF REV & ...
1998

Acknowleged by:

*Paul J. Terlaje*
Paul J. Terlaje
Acting Taxpayer Services Administrator

Copy B to be filed with employee's GU tax return.
Department of the Treasury - Internal Revenue Service
This information is being furnished to the GU Bureau of Internal Revenue.

| 1 Wages, tips, other comp | 2 GU income tax withheld |
|---|---|
| 61162.77 | 9252.47 |
| 3 Social security wages | 4 Social security tax withheld |
| 62920.80 | 3901.09 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 62920.80 | 912.35 |

c Employer's name, address, and ZIP code
First Hawaiian Bank
P.O. Box 3200
Honolulu, HI 96847

| b Employer's ID number | d Employee's SSA number |
|---|---|
| 99-0034327 | ▓▓▓▓▓▓ |
| 7 Social Security tips | 8 Benefits included in box 1 |
|  | 5400.00 |

| 9 Advance EIC payment | 10 |
|---|---|
|  | ▓▓▓▓ |

| 11 Nonqualified plans | 12 |
|---|---|
|  | ▓▓▓▓ |

13 See Instrs. on back of Copy C  14 Other
D  1758.03

| 15 A. Emp | Pension plan | Hshld emp | Subtotal | Deferred comp |
|---|---|---|---|---|
|  | X |  |  | X |

e Employee's name
LAURA-LYNN V DACANAY

P.O. BOX ▓▓▓▓
GMF. GU  96921

f Employee's address and ZIP code

19



| a Control Number 0000012691 | OMB No. 1545-0008 | 1 Wages, tips, other compensation 40249.66 | 2 Guam income tax withheld 4657.53 |
|---|---|---|---|
| b Employer Identification number 98-0040312 | | 3 Social security wages 0.00 | 4 Social security tax withheld 0.00 |
| c Employer's name, address and ZIP code GUAM COMMUNITY COLLEGE P O BOX 23069 BMF, BARRIGADA, GU 96921 ************ #2 RETIREE | | 5 Medicare wages and tips 40249.66 | 6 Medicare tax withheld 583.62 |
| | | 7 Social security tips 0.00 | 8 Benefits included in box 1 0.00 |
| d Employee's Social Security number | | 9 Advance EIC payment 0.00 | 10 |
| e Employee's name, address and ZIP code HENRY B. CLANAY POB BARRIGADA | | 11 Nonqualified plans 0.00 | 12 |
| | | 13 See instruction on back of Copy C | 14 Other |
| | | 15 Statutory employee · · · · Pension plan · · · · | Deferred compensation |

Department of the Treasury—Internal Revenue Service

This information is being furnished to the Guam Department of Revenue and Taxation

...and Tax **1999**
...Guam Tax Return

# EXHIBIT H

April 14, 2000

TO WHOM IT MAY CONCERN:

I, Laura-Lynn Dacanay, SSN ██████████, hereby request that my 1999 Income tax Liability of $1,795 be offset with my 1997 and 1998 tax refunds.

Respectfully submitted:

*[signature]*

Laura-Lynn Dacanay

Acknowledged by:

*[signature]*

Paul J. Terlaje
Acting Taxpayer Services Administrator

*[round date stamp]*
APR 14 2000
DEPT OF REV & TAX

# EXHIBIT I

# REVENUE AND TAXATION

**GOVERNMENT OF GUAM**     **Gubetnamenton Guåhan**

JOSEPH T. DUENAS, Director D.
CARL E. TORRES, Deputy D.
Segundo D.

ORIGINAL / DRAFT     CONTROL NO. 2471

## APPLICATION FOR TAX / BUSINESS LICENSING AMNESTY

**Name:**

*Henry S. Dacanay*

**Social Security No. / Employer Identificat**

████████████

**Mailing Address:**

*P.O. Box* ███████

*Barrigada, Guam 96921*

**Telephone No:**

███████████

**Tax Years/Periods**

*1998 - 1999*   IST - 4th qtr 98
    IST - 3rd qtr 99

**Type of Amnesty:** _____ GRT — _____

**Business
License Amnesty:** _____

I hereby request that I be granted tax/business licensing amnesty in accordance with the prog
adopted by the Director of Revenue and Taxation regarding tax/business license amnesty and unders
the terms and conditions set forth in the memorandum.

**APPROVED:**

*(signature)*

**SIGNATURE**

**JOSEPH T. DUENAS**
**Director**

Date: *6/8/00*

**SIGNATURE**

Date: *10/29/99*

# EXHIBIT J



Dipåttamenton Kontribusion yan Adu'ånå

**DEPARTMENT OF**

CARL T.C. GUTIERREZ, Governor Maga'låhi
MADELEIN ORDALLO, Lt. Governor Tiñente Gubetnadora

# REVENUE AND TAXATION

JOSEPH T. DUENAS, Director Direktot

**GOVERNMENT OF GUAM**   **Gubetnamenton Guåhan**

CB 0006-066

NOTICE OF ADJUSTMENT

| | |
|---|---|
| Date | 6/21/2000 |
| Action | ABATE #A99-2431 |
| A/C # | 90046 |
| Allowed $ | 1419.79 |

DACANAY, HENRY S.
PO BOX ████
BARRIGADA  GU
96921

Dear Taxpayer:

An examination of our records pertaining to your tax return Form BRQ filed for the
month/year  6/1998  9/1998 12/1998  3/1999 indicated assessment in excess of the amount due.

## COMPOSITION OF OVERASSESSMENT OR OVERPAYMENT

| | TAX | INTEREST | PENALTY |
|---|---|---|---|
| Tax Withheld from Wages | | | |
| Paid on Estimated Tax | | 404.44 | 1015.35 |
| Previous Assessments or Payments | | 404.44 | 1015.35 |
| Total Assessments or Payments | | | |
| Less:  Correct liability | | 404.44 | 1015.35 |
| Overpayment or Overassessment | | | |
| Previous refund, Abatement or Offset | | 404.44 | 1015.35 |
| Net Overpayment or Overassessment | | | |

## REASON(S) FOR ADJUSTMENTS

REFERENCE TO THE AMNESTY APPLICATION #A99-2431 APPROVED BY THE DIRECTOR
JOSEPH T. DUENAS, ON JUNE 8,2000 THE AMOUNT OF $1419.79 ON YOUR BRQ,LIABI-
LITIES, PERIODS JUNE 1998, SEPTEMBER 1998, DECEMBER 1998 AND MARCH 1999,
WILL BE ABATED.

PLEASE SEE ATTACHMENT FOR MORE INFORMATION.

## DISPOSITION OF OVERASSESSMENT OR OVERPAYMENT

| REFUNDED: | Tax | $ | | ABATED: | Tax | $ | |
|---|---|---|---|---|---|---|---|
| | Interest | | | | Interest | | 404.44 |
| | Penalty | | | | Penalty | | 1015.35 |
| | Total Refunded | $ | | | Total Abated | $ | 1419.79 |
| CREDITED: | Tax | $ | | OFFSET: | Tax | $ | |
| | Interest | | | | Interest | | |
| | Penalty | | | | Penalty | | |
| | Total Credited | $ | | | Total Offset | $ | |
| | DEBITED: | Adjusting Entry | $ | | | | |

| ACCOUNT | YEAR | DEBITED | CREDITED | |
|---|---|---|---|---|
| 90046 | 698 | | 323.92 | Prepared By: _Patricia B. Fejeran_ Date: 6/21/200 |
| 90046 | 998 | | 315.47 | PATRICIA B. FEJERAN (SDM) FOR CB17 |
| 90046 | 1298 | | 438.46 | Certified By: _Manuela Duenas_ Date: 6/21/ |
| 90046 | 399 | | 341.94 | MANUELA G. DUENAS |
| | | | | ACTING SUPERVISOR, COLLECTION BRANCH |

Case 1:05-cv-00017   Document 81-4   Filed 06/16/2006   Page 6 of 19

Post Office Box 23607, Guam Main Facility, Guam 96921 • Tel. / Telifon: (671) 475-1801/1785-89 • Fax Faks: (671) 472-2643

# EXHIBIT K

**IRS Mission:**

Provide America's taxpayers top quality service by helping them understand and meet their tax responsibilities and by applying the tax law with integrity and fairness to all.

*What You Should Know About*

# The IRS Collection Process

*Keep this publication for future reference*          **Publication 594**

*We usually send this publication to taxpayers along with a final bill for taxes they owe. If you owe the tax shown on the bill we sent you, please arrange to pay it immediately. If you believe the bill is incorrect, call us now so that we may correct the mistake. We urge you to settle your tax account now so that we don't have to take any further action to collect the taxes you owe.*

This publication tells you the steps the Internal Revenue Service (IRS) may take to collect overdue taxes. It also includes a summary of your rights and responsibilities concerning paying your federal taxes.

Inside you will find a number of titles of IRS forms and publications that apply to the various situations discussed. For a complete list of these documents, see page 12. For copies of these documents, please call us, write to us, visit your local library or IRS office, or contact us at our web site. See the next page for the phone numbers and addresses that you'll need. Please contact us right away; we will work with you to solve your tax problem.

Please note that the information in this document applies to all taxpayers — for example, individuals who owe income tax and employers who owe employment tax. Special rules that apply only to employers are in separate sections at the end.

This document is for information only. Although it discusses the legal authority that allows the IRS to collect taxes, it is not a precise and technical analysis of the law.



Department of the Treasury
Internal Revenue Service

Publication 594 (Rev. 1–2000)
Catalog Number 46596B

---

*en español*

Existe una versión de esta publicación en español, la Publicación 594S, que puede obtener en la oficina local del Servicio de Impuestos Internos.

# What's inside. . .

**Important Information You Should Know ...... 4**

If you disagree with our decisions ............................. 4

If you want someone to represent you ........................ 4

Other items to note ................................................. 4

**What to Do When You Owe Taxes ................... 5**

Pay your taxes — or tell us why you can't ................ 5

If you cannot pay all that you owe now,
there's still something you can do ......................... 5

Set up an installment agreement ............................... 6

Apply for an Offer in Compromise ........................... 6

Temporarily delay the collection process .................. 6

**About IRS Collection Actions ........................... 7**

Liens ..................................................................... 7

Releasing a lien ................................................... 7

Lein payoff amount ............................................... 7

Applying for a discharge of a lien ........................ 8

Making the IRS lien secondary .............................. 8

Withdrawing liens ................................................. 8

Appealing the filing of a lien ............................... 8

Levies ..................................................................... 8

Levying your wages or your bank account ............... 9

Filing a claim for reimbursement .......................... 9

Releasing a levy .................................................. 9

Releasing your property ....................................... 9

Returning levied property ..................................... 10

Selling your property ........................................... 10

Redeeming your real estate ................................... 10

**Employment Taxes for Employers ............. 11**

Assessing the trust fund recovery penalty ............. 11

Figuring the penalty amount ................................. 12

Appealing the decision ......................................... 12

□ **Boxed highlights**

What if you believe your bill is wrong? ...................... 4

There is a special program to help you
with tax problems that cannot be resolved .................. 5

Some property cannot be levied or seized .................. 10

Especially for employers ....................................... 11

We offer you a number of free publications
and forms .............................................................. 12

## Do you have questions or need help right away? Call us. We're here to help you.

**For tax information and help:**

Call the number on the bill you received
or call us toll free at:

1–800–829–1040
1–800–829–4059 / TDD

**For tax forms and publications:**

1–800–829–3676
1–800–829–4059 / TDD

**Internet: http://www.irs.ustreas.gov**

FTP — ftp.irs.ustreas.gov

Telnet — iris.irs.ustreas.gov

You'll find answers to frequently
asked tax questions, tax forms online,
searchable publications, hot tax issues
and news, and help through e-mail.

**If you prefer to write to us. . .**

Enclose a copy of your tax bill.
Print your name, Social Security
number or taxpayer identification
number, and the tax form and period
shown on your bill. Write to us at the
address shown on your tax bill.

**You can also visit your nearest
IRS office.**

You'll find the exact address in
your local phone book under
U.S. Government.

# What to Do When You Receive a Bill from the IRS



You receive a tax bill in the mail

**If it is correct...**

Pay the full amount now

or

**If it is not correct...**

Gather supporting documents and any records that can help us correct the error

**Contact us right away**

Call
1-800-829-1040

Visit your local IRS office

Write to us at the address on your bill

**You have several payment options**

Pay the full amount now
See page 3

Pay in monthly installments
See page 5

Apply for an Offer in Compromise
See page 6

STOP

Seek a temporary delay
See page 6

## Avoid Having Overdue Taxes Next Year

▾ If you owe taxes because not enough money was withheld from your wages, claim a lower number of withholding allowances on your W-4 form. See Publication 919, *Is My Withholding Correct?*

▾ If you are self-employed and owe tax, increase your estimated tax payments. See Publication 505, *Tax Withholding and Estimated Tax*.

▾ If you are an employer, see Publication 15, *Circular E, Employer's Tax Guide*.

Case 1:05-cv-00017    Document 81-4    Filed 06/16/2006    Page 10 of 19

# Important Information You Should Know

By law, you have the right to be treated professionally, fairly, promptly, and courteously by IRS employees. Among other things, you have the right to:

- ▸ disagree with your tax bill,

- ▸ meet with an IRS manager if you disagree with the IRS employee who handles your tax case,

- ▸ appeal most IRS collection actions,

- ▸ transfer your case to a different IRS office,

- ▸ be represented by someone when dealing with IRS matters, and

- ▸ receive a receipt for any payment you make.

For details about your rights, see Publication 1, *Your Rights as a Taxpayer*. You received a copy of it with your first bill.

## If you disagree with our decisions. . .

If you disagree with the decision of an IRS employee at any time during the collection process, you can ask that employee's manager to review your case.

When you ask for a review, the employee will refer you to a manager. The manager will either speak with you then or will return your call by the next work day.

If you disagree with the manager's decision, you have the right to file an appeal under the Collection Appeals Program. This program enables you to appeal most collection actions we may take, including filing a lien, placing a levy on your wages or bank account, or seizing your property. See Publication 1660, *Collection Appeal Rights* for more information.

## If you want someone to represent you. . .

When dealing with the IRS, you may choose to represent yourself, or you may have an attorney, a certified public accountant, an enrolled agent, or any person enrolled to practice before the IRS represent you. For example, you may want your tax preparer to respond to a tax bill that you believe is incorrect.

If your representative appears without you, he or she must file a Form 2848, *Power of Attorney and Declaration of Representative*, or Form 8821, *Tax Information Authorization*, before being allowed to receive or inspect confidential material.

## Other Items to note. . .

- ▸ **The IRS can share your tax information —** By law, the IRS can share your tax information with city and state tax agencies and, in some cases, with the Department of Justice, other federal agencies, and people you authorize. We can also share it with certain foreign governments under tax treaty provisions.

- ▸ **We may contact a third party —** The law allows us to contact someone else, such as neighbors, banks, employers, or employees, to investigate your case.

- ▸ **If you are involved in bankruptcy proceedings —** Contact your local IRS office. While the proceeding may not eliminate your tax debt, it may temporarily stop IRS enforcement action from collecting a debt related to the bankruptcy.

- ▸ **Spousal defenses —** In some cases, you may not be liable for taxes, interest, and penalties on a joint income tax return. Contact your local IRS office for more information.

---

### What if you believe your bill is wrong?

If you believe your bill is wrong, let us know as soon as possible. Call the number on your bill, write to the IRS office that sent you the bill, call 1–800–829–1040, or visit your local IRS office, if you prefer.

To help us correct the problem, gather a copy of the bill along with copies of any records, tax returns, and canceled checks, etc., that will help us understand why you believe your bill is wrong.

If you write to us, tell us why you believe your bill is wrong. With your letter, include copies of all the documents you gathered to explain your case. Please do not send original documents. If we find you are correct, we will adjust your account and, if necessary, send you a corrected bill.

---

# What to Do When You Owe Taxes

## Pay Your Taxes — or Tell Us Why You Can't

When you file your tax return, we check to see if the math is accurate and if you have paid the correct amount. If you have not paid all you owe, we send a bill called a *Notice of Tax Due and Demand for Payment*. (You may have already received it if your tax return or your payment was incorrect.) The bill includes the taxes, plus penalties and interest. We encourage you to pay your bill by check or money order as quickly as possible.

If you have received a bill for unpaid taxes, you should pay the entire amount — or tell us right away why you cannot. Call the office that sent you the bill. There are several different ways that you can pay.

If you do not pay the taxes you owe and if you make no effort to pay them, we can ask you to take action to pay your taxes, such as selling or mortgaging any assets you have or getting a loan. If you still make no effort to pay your bill or to work out a payment plan, we may also take more serious action, such as seizing your bank account, levying your wages, or taking your other income or assets. (See pages 7–10 for more information about liens and levies.)

## If you cannot pay all that you owe now, there's still something you can do. . .

If you cannot pay all your taxes now, pay as much as you can. By paying now, you reduce the amount of interest and penalty you will owe. Then, immediately call, write, or visit the nearest IRS office to explain your situation.

After you explain your problem, we may ask you to fill out a *Collection Information Statement* to help us compare your monthly income with your expenses and to figure out the amount you can pay. We can then help you work out a payment plan that fits your problem. Based on your situation, we will work with you to consider several different ways to pay what you owe:

- ▶ You may be able to make monthly payments through an installment agreement,

- ▶ You may be able to apply for an Offer in Compromise, or

- ▶ You may qualify for a temporary delay or your case may be considered a significant hardship.

## There is a special program to help you with tax problems that cannot be resolved through normal IRS channels. . .

The Taxpayer Advocate Service is an IRS program that provides an independent system to assure that tax problems, which have not been resolved through normal channels, are promptly and fairly handled. Each state and service center has at least one local Taxpayer Advocate, who is independent of the local IRS office and reports directly to the National Taxpayer Advocate. The Taxpayer Advocate can help if:

- ▶ You are suffering, or are about to suffer, a significant hardship

- ▶ You are facing an immediate threat of adverse action

- ▶ You will incur significant cost (including fees for professional representation)

- ▶ You will suffer irreparable injury or long-term adverse impact

- ▶ You have experienced a delay of more than 30 days to resolve the issue

- ▶ You have not received a response or resolution by the date promised; or

- ▶ All established systems or procedures have failed to operate as intended to resolve the problem or dispute.

## You may apply for Taxpayer Advocate assistance by:

- ▶ Completing Form 911, *Application For Taxpayer Assistance Order* (ATAO)

- ▶ Completing a written request for assistance (if Form 911 is not available), or

- ▶ Requesting an IRS Employee complete a Form 911 on your behalf (in person or over the phone).

- ▶ Send (or FAX) Form 911 to your local Taxpayer Advocate. Refer to Publication 1546, *The Taxpayer Advocate Service of the IRS*, for your local Taxpayer Advocate address, phone and FAX number.

Case 1:05-cv-00017    Document 81-4    Filed 06/16/2006    Page 12 of 19

## Set Up an Installment Agreement

Installment agreements allow the full payment of your debt in smaller, more manageable amounts. Installment agreements generally require equal monthly payments. The amount of your installment payment will be based on the amount you owe and your ability to pay that amount within the time available to the IRS to collect the tax debt from you. An installment agreement is a reasonable payment option for some taxpayers.

You should be aware, however, that an installment agreement is more costly to you than paying all the taxes you owe now and may be more costly than borrowing funds to pay the amount you owe. Why? Because the IRS charges interest and penalties on the tax you owe, and charges interest on the unpaid penalties and interest that have been charged to your tax account. So, while you are making payments on your tax debt through an installment agreement, IRS continues to charge interest and penalties on the unpaid portion of that debt. The interest rate on a bank loan or cash advance on your credit card may be lower than the combination of penalties and interest that IRS charges.

You should know about another cost associated with an installment agreement: To set up your installment agreement, we will charge you a $43 user fee.

If you would like to pay off your tax debt through an installment agreement and. . .

> ▶ **You owe less $10,000 or less in tax,** just call the number on your bill to set up your plan now. We'll tell you what you have to do to begin today.

> ▶ **You owe more than $10,000 in tax,** we may still be able to set up an installment agreement for you, but you may have to fill out a *Collection Information Statement.*

Even though you agree to an installment agreement, we may still file a *Notice of Federal Tax Lien* to secure the government's interest until you make a final payment. (See *Liens* on page 7.) However, we cannot levy against your property while your request for an installment agreement is being considered, while your agreement is in effect, for 30 days after your request for an installment agreement has been rejected, or for any period while an appeal of the rejection is being evaluated by the IRS.

If you do arrange for an installment agreement, you can pay with personal or business checks, money orders, or certified funds; payroll deductions that your employer takes from your salary and regularly sends to the IRS; or electronic transfers from your bank account or other similar means.

Your agreement is based on your financial situation. If a change in your financial situation makes it necessary to change your agreement, we will send you a letter 30 days before we change your plan. *If you have an installment agreement, you must pay on time. If you cannot, tell us immediately.*

## Apply for an Offer In Compromise

The Internal Revenue Service (IRS) may accept an offer in compromise to settle unpaid tax accounts for less than the full amount of the balance due. This applies to all taxes, including any interest, penalties, or additional amounts arising under the Internal Revenue laws.

The IRS may legally compromise a tax liability for one of the following reasons:

> ▶ *Doubt as to liability* — there is doubt as to whether or not the assessed tax is correct.

> ▶ *Doubt as to collectibility* — there is doubt that you could ever pay the full amount of the tax owed. In these cases, the total amount you owe must be greater than the sum of your assets and future income.

> ▶ *Promote effective tax administration* — there is no doubt that the assessed tax is correct and no doubt that the amount owed could be collected, but you have an economic hardship or other special circumstances which may allow the IRS to accept less than the total balance due.

You may submit an offer in compromise by completing Form 656, *Offer in Compromise.* If you are basing your offer on doubt as to collectibility or promotion of effective tax administration, you must also submit Form 433A, *Collection Information Statement for Individuals* (see Publication 1854, *How to Prepare a Collection Information Statement* (Form 433A)), or Form 433B, *Collection Information Statement for Businesses.*

## Temporarily Delay the Collection Process

If we determine that you cannot pay any of your tax debt, we may temporarily delay collection until your financial condition improves. You should know that if we do delay collecting from you, your debt will increase because penalties and interest are charged until you pay the full amount. During a temporary delay, we will again review your ability to pay. We may also file a *Notice of Federal Tax Lien* (see page 7) to protect the government's interest in your assets.

Case 1:05-cv-00017     Document 81-4     Filed 06/16/2006     Page 13 of 19

# About IRS Collection Actions

Before we take any action explained in this section, we will contact you to give you a chance to voluntarily pay what you owe. But if you do not pay your taxes in full and do not contact us to let us know why you cannot pay or why you disagree with our decision to take enforcement action, the law requires us to take action. We may:

- ▸ **File a lien** against your property (Make a legal claim to your property as security or payment for your tax debt) *(See the information below).*

- ▸ **Serve a levy** on your property or salary (Legally seize your property to satisfy a tax debt) *(See page 8).*

- ▸ **Assess a trust fund recovery penalty,** for employment taxes *(See page 11).*

These *enforced collection actions* are the means by which we can enforce the *Notice and Demand for Tax Payment.* On the following pages, we explain these collection actions and the rules that govern them.

## Liens

Liens give us a legal claim to your property as security or payment for your tax debt. A *Notice of Federal Tax Lien* may be filed only after:

- ▸ We assess the liability;

- ▸ We send you a *Notice and Demand for Payment* — a bill that tells you how much you owe in taxes; and

- ▸ You neglect or refuse to fully pay the debt within 10 days after we notify you about it.

Once these requirements are met, a lien is created for the amount of your tax debt. By filing this notice, your creditors are publicly notified that we have a claim against all your property, including property you acquire after the lien was filed.

The lien attaches to all your property (such as your house or car) and to all your rights to property (such as your accounts receivable, if you are an employer).

⚠️ **Caution** Once a lien is filed, your credit rating may be harmed. You may not be able to get a loan to buy a house or a car, get a new credit card, or sign a lease.

## Releasing a lien

We will issue a *Release of the Notice of Federal Tax Lien:*

- ▸ Within 30 days after you satisfy the tax due (including interest and other additions) by paying the debt or by having it adjusted, or

- ▸ Within 30 days after we accept a bond that you submit, guaranteeing payment of the debt.

In addition, you must pay all fees that a state or other jurisdiction charges you to file and release the lien. These fees will be added to the amount you owe. See Publication 1450, *Request for Release of Federal Tax Lien.*

Usually 10 years after a tax is assessed, a lien releases automatically if we have not filed it again. If we knowingly or negligently do not release a *Notice of Federal Tax Lien* when it should be released, you may sue the federal government, but not IRS employees, for damages.

## Lien payoff amount

The full amount of your lien will remain a matter of public record until it is paid in full. However, at any time you may request an updated lien payoff amount to show the remaining balance due. An IRS employee (either over the toll-free customer service telephone line, or at a walk-in counter service site, or your local IRS lien desk) can issue you a letter with the current amount due in order to release a lien.

Case 1:05-cv-00017    Document 81-4    Filed 06/16/2006    Page 14 of 19

## Applying for a discharge of a federal tax lien

If you are giving up ownership of property, such as when you sell your home, you may apply for a *Certificate of Discharge*. Each application for a discharge of a tax lien releases the effects of the lien against one piece of property. Note that when certain conditions exist, a third party may also request a *Certificate of Discharge*. If you're selling your primary residence, you may apply for a taxpayer relocation expense allowance. Certain conditions and limitations apply. See Publication 783, *Instructions on How to Apply for a Certificate of Discharge of Property from the Federal Tax Lien*.

## Making the IRS lien secondary to another lien

In some cases, a federal tax lien can be made secondary to another lien. That process is called subordination. See Publication 784, *How to Prepare Application for Certificate of Subordination of Federal Tax Lien*.

## Withdrawing liens

By law, a filed notice of tax lien can be withdrawn if:

- the notice was filed too soon or not according to IRS procedures,

- you entered into an installment agreement to pay the debt on the notice of lien (unless the agreement provides otherwise),

- withdrawal will speed collecting the tax, or

- withdrawal would be in your best interest (as determined by the Taxpayer Advocate) and the best interest of the government.

We will give you a copy of the withdrawal and, if you write to us, we will send a copy to other institutions you name.

## Appealing the filing of a lien

The law requires us to notify you in writing within 5 business days after the filing of a lien. We may give you this notice in person, leave it at your home or your usual place of business, or send it by certified or registered mail to your last known address. You may ask an IRS manager to review your case or you may file an appeal with the IRS Office of Appeals. You must file your appeal within 30 days of the date of the notice. Some of the issues you may discuss include:

- You paid all you owed before we filed the lien,

- We assessed the tax and filed the lien when you were in bankruptcy and subject to the automatic stay during bankruptcy,

- We made a procedural error in an assessment,

- The time to collect the tax (called the statute of limitations) expired before we filed the lien,

- You did not have an opportunity to dispute the assessed liability,

- You wish to discuss the collection options, or

- You wish to make spousal defenses.

At the conclusion of your appeal, the IRS Office of Appeals will issue a determination. That determination may support the continued existence of the filed federal tax lien or it may determine that the lien should be released or withdrawn. You will have a 30-day period, starting with the date of the determination, to bring a suit to contest the determination. See Publication 1660, *Collection Appeal Rights*, for more information.

# Levies

A levy is a legal seizure of your property to satisfy a tax debt. Levies are different from liens. A lien is a claim *used as security* for the tax debt, while a levy actually *takes the property* to satisfy the tax debt.

If you do not pay your taxes (or make arrangements to settle your debt), the IRS may seize and sell any type of real or personal property that you own or have an interest in. For instance,

- We could seize and sell property that you hold (such as your car, boat, or house), or

- We could levy property that is yours but is held by someone else (such as your wages, retirement accounts, dividends, bank accounts, licenses, rental income, accounts receivables, the cash value of your life insurance, or commissions).

We usually levy only after these three requirements are met:

- We assessed the tax and sent you a *Notice and Demand for Payment*,

- You neglected or refused to pay the tax, and

We sent you a *Final Notice of Intent to Levy* and a *Notice of Right to Hearing* (levy notice) at least 30 days before the levy. We may give you this notice in person, leave it at your home or your usual place of business, or send it to your last known address by certified mail, return receipt requested.

If your property is levied or seized, contact the IRS employee who took the action. You may also ask an IRS manager to review your case, or you may file an appeal with the IRS Office of Appeals. You must file your appeal within 30 days of the date of the *Final Notice of Intent to Levy* and a *Notice of Right to Hearing*. Some of the issues you may discuss include:

- You paid all you owed before we sent the levy notice,

- We assessed the tax and sent the levy notice when you were in bankruptcy and subject to the automatic stay during bankruptcy,

- We made a procedural error in an assessment,

- The time to collect the tax (called the statute of limitations) expired before we sent the levy notice,

- You did not have an opportunity to dispute the assessed liability,

- You wish to discuss the collection options, or

- You wish to make spousal defenses.

At the conclusion of your appeal, the IRS Office of Appeals will issue a determination. That determination may support the levy action or it may determine that the levy should be released. You will have a 30-day period, starting with the date of determination to bring a suit to contest the determination. See Publication 1660, *Collection Appeal Rights*, for more information.

### Levying your wages or your bank account

If we levy your salary or wages, the levy will end when:

- The levy is released,

- You pay your tax debt, or

- The time expires for legally collecting the tax.

If we levy your bank account, for 21 days your bank must hold funds you have on deposit — up to the amount

you owe. This period allows you time to solve any problems from the levy or to make other arrangements to pay. After 21 days, the bank must send the money, plus interest if it applies, to the IRS.

To discuss your case, call the IRS employee whose name is shown on the *Notice of Levy*.

### Filing a claim for reimbursement when we made a mistake in levying your account

If you paid bank charges because of a mistake we made when we levied your account, you may be entitled to a reimbursement. To be reimbursed, you must file a claim with us within 1 year after your bank charged you the fee. Use Form 8546, *Claim for Reimbursement of Bank Charges Incurred Due to Erroneous Service Levy or Misplaced Payment Check.*

### Releasing a levy

We must release your levy if any of the following occur:

- You pay the tax, penalty, and interest you owe.

- We discover that the time for collection ended (the *statute of limitations*) before the levy was served.

- You provide documentation proving that releasing the levy will help us collect the tax.

- You have, or are about to enter into, an approved, current installment agreement, unless the agreement says the levy does not have to be released.

- We determine that the levy is creating a significant economic hardship for you.

- The expense of selling the property would be more than the tax debt.

### Releasing your property

Before the sale date, we may release the property if:

- You pay the amount of the government's interest in the property,

- You enter into an escrow arrangement,

- You furnish an acceptable bond,

- You make an acceptable agreement for paying the tax, or

- The expense of selling your property would be more than the tax debt.

-9-

## Returning levied property

We can consider returning levied property if:

- We levy before we send you the 2 required notices or before your time for responding to them has passed (10 days for the *Notice and Demand*; 30 days for the *Notice of Intent to Levy* and the *Notice of Right to Hearing*).

- It was determined that we did not follow our own procedures.

- We agree to let you pay in installments, but we still levy, and the agreement does not say that we can do so.

- Returning the property will help you pay your taxes.

- Returning the property is in your best interest and the government's.

## Selling your property

After your property is seized, we must usually wait 60 days before we sell it. We will post a public notice of a pending sale, usually in local newspapers or flyers. We will deliver the original notice of sale to you or send it to you by certified mail.

After placing the notice, we must wait at least 10 days before conducting the sale, unless the property is perishable and must be sold immediately.

Before the sale, we will compute a *minimum bid price*. This bid is usually 80% or more of the forced sale value of the property, after subtracting any liens.

If you disagree with this price, you can appeal it. Ask that the price be computed again by either an IRS or private appraiser.

You may also ask that we sell the seized property within 60 days. For information about how to do so, call the IRS employee who made the seizure. We will grant your request, unless it is in the government's best interest to keep the property. We will send you a letter telling you of our decision about your request. After the sale, we first use the proceeds to pay the expenses of the levy and sale. Then we use any remaining amount to pay the tax bill.

- *If the proceeds of the sale are less than the total of the tax bill and the expenses of levy and sale,* you will still have to pay the unpaid tax.

- *If the proceeds of the sale are more than the total of the tax bill and the expenses of the levy and sale,* we will notify you about the surplus money and will tell you how to ask for a refund. However, if someone, such as a mortgagee or other lienholder, makes a claim that is superior to yours, we will pay that claim before we refund any money to you.

## Redeeming your real estate

You (or anyone with an interest in the property) may redeem your real estate within 180 days after the sale. You must pay the purchaser the amount paid for the property, plus interest at 20% annually.

---

### Some property cannot be levied or seized

By law, some property cannot be levied or seized. We may not seize any of your property when the expense of selling the property would be more than the tax debt. In addition, we may not seize or levy your property on the day you attend a collection interview because of a summons.

Other items we may not levy or seize include:

- School books and certain clothing;
- Fuel, provisions, furniture, and personal effects for a household, totaling $6,250;
- Books and tools you use in your trade, business, or profession, totaling $3,125;
- Unemployment benefits;
- Undelivered mail;
- Certain annuity and pension benefits;
- Certain service-connected disability payments;
- Workmen's compensation;
- Salary, wages, or income included in a judgment for court-ordered child support payments;
- Certain public assistance payments;
- A minimum weekly exemption for wages, salary, and other income.

Use Publication 1494, *Table of Figuring Amount Exempt from Levy on Wages, Salary and Other Income* (Forms 668-W(c)(DO)and 668-W(c)), to determine the amount of earned income exempt from levy.

---

# Employment Taxes for Employers

To encourage prompt payment of withheld income and employment taxes, including Social Security taxes, railroad retirement taxes, or collected excise taxes, Congress passed a law that provides for the trust fund recovery penalty. (These taxes are called *trust fund taxes* because you actually hold the employee's money in trust until you make a federal tax deposit in that amount.)

If we plan to assess you for the trust fund recovery penalty, we will send you a letter stating that you are the *responsible* person. You have 60 days after you receive our letter to appeal our proposal. If you do not respond to our letter, we will assess the penalty against you and send you a *Notice and Demand for Payment*. Also, we can apply this penalty whether or not you are out of business.

A responsible person is a person or group of people who has the duty to perform and the power to direct the collecting, accounting, and paying of trust fund taxes. This person may be:

- an officer or an employee of a corporation,
- a member or employee of a partnership,
- a corporate director or shareholder,
- a member of a board of trustees of a nonprofit organization, or
- another person with authority and control over funds to direct their disbursement.

## Assessing the trust fund recovery penalty

We may assess the penalty against anyone:

- who is responsible for collecting or paying withheld income and employment taxes, or for paying collected excise taxes, and
- who willfully fails to collect or pay them.

For willfulness to exist, the responsible person must:

- Have known about the unpaid taxes, and
- Have used the funds to keep the business going or allowed available funds to be paid to other creditors.

## Especially for employers...

**Employment taxes are:**

- The amount you should withhold from your employees for both income and Social Security tax, plus

- The amount of Social Security tax you pay on behalf of each employee.



*If you ignore the federal tax deposit and filing requirements, the amount you owe can increase dramatically.*

If you do not pay your employment taxes on time, or if you were required to and did not include your payment with your return, we will charge you interest and penalties on any unpaid balance. We may charge you penalties of up to 15% of the amount not deposited, depending on how many days late you are.

If you do not pay withheld trust fund taxes, we may take additional collection action. We may require you to:

- File and pay your taxes monthly rather than quarterly, or

- Open a special bank account for the withheld amounts, under penalty of prosecution. See Form 8109, *Federal Tax Deposit Coupon* and Circular E, *Employer's Tax Guide*.

## Figuring the penalty amount

The amount of the penalty is equal to the unpaid balance of the trust fund tax. The penalty is computed based on:

- ▸ The unpaid income taxes withheld, plus

- ▸ The employee's portion of the withheld FICA taxes.

For collected taxes, the penalty is based on the unpaid amount of collected excise taxes.

 **Caution** Once we assert the penalty, we can take collection action against your personal assets. For instance, we can file a federal tax lien if you are the responsible person.

## Appealing the decision

You have the right to appeal our decision to recommend that you pay the trust fund recovery penalty amount.

See Publication 5, *Your Appeal Rights and How to Prepare a Protest if You Don't Agree*, for a clear outline of the appeals process.

---

## We offer you a number of free publications and forms...

These IRS forms and publications mentioned in this document give you more information about the various situations discussed. For copies of these documents, call us, write to us, visit your local library or IRS office, or contact us at our website at *www.irs.ustreas.gov*.

### Forms

- ▸ Form 433-F, *Collection Information Statement*

- ▸ Form 911, *Application for Taxpayer Assistance Order*

- ▸ Form 656, *Offer in Compromise*

- ▸ Form 2848, *Power of Attorney and Declaration of Representative*

- ▸ Form 8109, *Federal Tax Deposit Coupon*

- ▸ Form 8821, *Tax Information Authorization*

- ▸ Form 8546, *Claim for Reimbursement of Bank Charges Incurred Due to Erroneous Service Levy or Misplaced Payment Check*

### Publications

- ▸ Publication 1, *Your Rights as a Taxpayer*

- ▸ Publication 5, *Your Appeal Rights and How to Prepare a Protest if You Don't Agree*

- ▸ Publication 783, *Instructions on How to Apply for a Certificate of Discharge of Property from the Federal Tax Lien*

- ▸ Publication 784, *How to Prepare Application for Certificate of Subordination of Federal Tax Lien*

- ▸ Publication 919, *Is My Withholding Correct?*

- ▸ Publication 1450, *Request for Release of Federal Tax Lien*

- ▸ Publication 1494, *Table of Figuring Amount Exempt from Levy on Wages, Salary and Other Income*

- ▸ Publication 1546, *The Taxpayer Advocate Service of the IRS*

- ▸ Publication 1660, *Collection Appeal Rights*

- ▸ Circular E, *Employer's Tax Guide*

---

☆ U.S. GOVERNMENT PRINTING OFFICE: 1999-462-904

Case 1:05-cv-00017    Document 81-4    Filed 06/16/2006    Page 19 of 19

# EXHIBIT L

# GOVERNMENT OF GUAM
## DEPARTMENT OF REVENUE AND TAXATION
### P.O. BOX 23607 GMF, GUAM 96921
### COLLECTION BRANCH

## Collection Appeal Rights
### for Liens, Levies, Seizures & Installment Agreements

## Collection Issues You Can Appeal

**Notice of Guam Territorial Income Tax Lien-** You may appeal before or after the Department of Revenue and Taxation files a lien. You may also appeal denied request to withdraw Notice of Guam Territorial Income Tax Lien filing, and denied discharges, subordinations and non-attachments of liens.

**Notice of Levy-** You may appeal before or after the Department of Revenue and Taxation places a levy on your wages, bank accounts or other property.

**Seizure of Property-** You may appeal before or after the Department of Revenue and Taxation makes a seizure. However, if you request an appeal after the department makes a seizure, you must appeal to the Collection Supervisor within 10 days after the Notice of Seizure is provided to you at your home or business.

**Termination of Installment Agreement-** You may appeal when you are informed that the department intends to terminate your installment agreement.

## How to Appeal One of These Actions If Your Only Contact Has Been A Telephone Call

1. Call the department at the telephone number shown on your notice. Be prepared to explain which collection action (or actions) you disagree with and why you disagree. You must also offer your solution to your tax problem.

2. If you cannot reach an agreement with the employee, tell the employee that you want to appeal their decision. The employee must honor your request, and will refer your request to a manager. The manager will either speak with you then, or will return your call within 24 hours.

3. Explain the actions you disagree with to the manager who will make a decision on the case. If you do not accept the manager's decision, we will send your case to an Appeals Officer for review.

## How to Appeal One of These Actions If You Have Been Contacted By A Revenue Officer

1. If you disagree with the decision of the Revenue Officer, and wish to appeal, you must first request for a conference with the Collection Supervisor.

2. If you do not resolve your disagreement with the Collection Manager, you may request Appeals consideration by completing Form 9423, Collection Appeals Request.

3. On Form 9423, list the Collection actions you disagree with and explain the reasons why you disagree. You must also include your solution to resolve your tax problem. **YOUR REQUEST FOR AN APPEAL MUST BE RECEIVED BY THE COLLECTION OFFICE WITHIN 2 DAYS OF THE MANAGER CONFERENCE OR COLLECTION ACTION WILL RESUME.**

## What Will Happen When You Appeal Your Case

Normally, we will stop the collection action you disagree with until your appeal is settled, unless we have reason to believe that the collection of the amount owed is at risk.

## You May Have A Representative

You may represent yourself at your Appeals conference or you may be represented by an attorney, certified public accountant or a person enrolled to practice before the Department of Revenue and Taxation. If your representative appears without you, he or she just files a Form 2848, Power of Attorney, before receiving or inspecting confidential material.

## Decision On The Appeal

Once the Appeals Office makes a decision on your case, that decision is binding on both you and the department. This means that both you and the department are required to accept the decision and live up to its terms.

**NOTE:** False information, omitting pertinent information, or fraud will void the decision.

Publication 1660
09/99 rev.

# EXHIBIT M

DEPARTMENT OF REVENUE AND TAXATION
GOVERNMENT OF GUAM
P.O. BOX 23607
GMF, GUAM 96921

DACANAY HENRY S & LAURA-LYNN
P O BOX
GMF GU 96921

Reference
PRINCIPAL
INTEREST
PENALTY

Assessment
1795.00
32.95
26.92

Date of
This Notice: 7/21/2000
REVERSAL: 00-00-1040-0

If you find it necessary to
inquire about your account
please refer to this number ▼

CF NUMBER:
Assessment Date        6/28/2000
Tax/Form No.            1040/
TIN
Tax Period Ended: 12/31/1999
Loc. No.
No. Assigned  CBD  7/27/0

Adjustment or Credit

Balance Due
1795.00
32.95
26.92

TOTAL-DUE                1854.87

| Date | Nature of Remittance | Payment | TDA Balance | Penalty | Interest | OCF Action | Date |
|------|---------------------|---------|-------------|---------|----------|-----------|------|
| 1-25-06 | cold art | | 3,446.61 | 691.07 | 585.67 | | |
| 12/22/05 | abatement | 3,446.61 | -0- | -0- | -0- | | |

# EXHIBIT N

**Form 1040X** (Rev. November 1999)

Department of the Treasury—Internal Revenue Service

**Amended U.S. Individual Income Tax Return**

▶ See separate instructions.

OMB No. 1545-0091

0590197

This return is for calendar year ▶ _1998_, OR fiscal year ended ▶

Your first name and initial: HENRY  S.   Last name: DACANAY

If a joint return, spouse's first name and initial: LAURA-LYNN  V.   Last name: DACANAY

Home address (no. and street) or P.O. box if mail is not delivered to your home: P.O. BOX [redacted]   Apt. no.

City, town or post office, state, and ZIP code. If you have a foreign address, see page 2 of the instructions.
BARRIGADA, GUAM   96921

Your social security number: [redacted]
Spouse's social security number: [redacted]
Telephone number (optional): [redacted]

For Paperwork Reduction Act Notice, see page 8.

A If the name or address shown above is different from that shown on the original return, check here . . . . . ▶ ☐

B Has the original return been changed or audited by the IRS or have you been notified that it will be? . . . ☐ Yes ☐ No

C Filing status. Be sure to complete this line. Note. You cannot change from joint to separate returns after the due date.

On original return ▶ ☐ Single ☐ Married filing joint return ☐ Married filing separate return ☐ Head of household ☐ Qualifying widow(er)

On this return ▶ ☐ Single ☐ Married filing joint return ☐ Married filing separate return ☐ Head of household* ☐ Qualifying widow(er)

* If the qualifying person is a child but not your dependent, see page 2.

**USE PART II ON THE BACK TO EXPLAIN ANY CHANGES**

| Income and Deductions (see pages 2–5) | | A. Original amount or as previously adjusted (see page 2) | B. Net change—amount of increase or (decrease)—explain in Part II | C. Correct amount |
|---|---|---|---|---|
| 1 Adjusted gross income (see page 3) | 1 | 79,676 | -0- | 79,676 |
| 2 Itemized deductions or standard deduction (see page 3) | 2 | 20,190 | -0- | 20,190 |
| 3 Subtract line 2 from line 1 | 3 | 59,486 | -0- | 59,486 |
| 4 Exemptions. If changing, fill in Parts I and II on the back | 4 | 8,100 | -0- | 8,100 |
| 5 Taxable income. Subtract line 4 from line 3 | 5 | 51,386 | | 51,386 |
| 6 Tax (see page 4). Method used in col. C................... | 6 | 8,880 | | 8,880 - |
| 7 Credits (see page 4) | 7 | | | |
| 8 Subtract line 7 from line 6. Enter the result but not less than zero | 8 | 8,880 | | 8,880 - |
| 9 Other taxes (see page 4) | 9 | 413 | | 413 - |
| 10 Total tax. Add lines 8 and 9 | 10 | 9,293 - | | 9,293 - |
| 11 Federal income tax withheld and excess social security and RRTA tax withheld. If changing, see page 4 | 11 | 12,101 | 1,494 | 13,595 |
| 12 Estimated tax payments, including amount applied from prior year's return | 12 | | | |
| 13 Earned income credit | 13 | | | |
| 14 Additional child tax credit from Form 8812 | 14 | | | |
| 15 Credits from Form 4136 or Form 2439 | 15 | | | |
| 16 Amount paid with request for extension of time to file (see page 4) | 16 | | | |
| 17 Amount of tax paid with original return plus additional tax paid after return was filed | 17 | | | 13,595 - |
| 18 Total payments. Add lines 11 through 17 in column C | 18 | | | 13,595 - |

**Refund or Amount You Owe**

| | | | | |
|---|---|---|---|---|
| 19 Overpayment, if any, as shown on original return or as previously adjusted by the IRS | 19 | | | -2,808 - |
| 20 Subtract line 19 from line 18 (see page 5) | 20 | | | 10,787 - |
| 21 AMOUNT YOU OWE. If line 10, column C, is more than line 20, enter the difference and see page 5 | 21 | | | 1,494 |
| 22 If line 10, column C, is less than line 20, enter the difference | 22 | | | 1,494 |
| 23 Amount of line 22 you want REFUNDED TO YOU | 23 | | | |
| 24 Amount of line 22 you want APPLIED TO YOUR ESTIMATED TAX | 24 | | | |

RECEIVED AUG 04 2000 DEPT. OF REV. & TAX.

Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which the preparer has any knowledge.

**Sign Here** Joint return? See page 2. Keep a copy for your records.

Your signature _[signature]_  Date 7/17/00

Spouse's signature. If a joint return, BOTH must sign. _[signature]_  Date 7/17/00

**Paid Preparer's Use Only**

Preparer's signature ▶   Date   Check if self-employed ☐   Preparer's SSN or PTIN

Firm's name (or yours if self-employed) and address ▶   EIN   ZIP code

Cat. No. 11360L

Form **1040X** (Rev. 11-99)

**Part I  Exemptions.** See Form 1040 or 1040A instructions.

If you are not changing your exemptions, do not complete this part.
If claiming more exemptions, complete lines 25–31.
If claiming fewer exemptions, complete lines 25–30.

| | | A. Original number of exemptions reported or as previously adjusted | B. Net change | C. Correct number of exemptions |
|---|---|---|---|---|
| 25 | Yourself and spouse . . . . . . . . . . .  **25** | | | |
| | **Caution.** If your parents (or someone else) can claim you as a dependent (even if they chose not to), you cannot claim an exemption for yourself. | | | |
| 26 | Your dependent children who lived with you . .  **26** | | | |
| 27 | Your dependent children who did not live with you due to divorce or separation . . . . . . . . . . . . . . .  **27** | | | |
| 28 | Other dependents . . . . . . . . . . . .  **28** | | | |
| 29 | Total number of exemptions. Add lines 25 through 28 . . . . .  **29** | | | |
| 30 | Multiply the number of exemptions claimed on line 29 by the amount listed below for the tax year you are amending. Enter the result here and on line 4. **30** | | | |

| Tax year | Exemption amount | But see the instructions for line 4 on page 3 if the amount on line 1 is over: |
|---|---|---|
| 1999 | $2,750 | $94,975 |
| 1998 | 2,700 | 93,400 |
| 1997 | 2,650 | 90,900 |
| 1996 | 2,550 | 88,475 |

31  Dependents (children and other) not claimed on original (or adjusted) return:

Note. For tax years after 1997, do not complete column (e) below. For tax years before 1998, do not complete column (d) below.

| (a) First name    Last name | (b) Dependent's social security number. If born in the tax year you are amending, see page 5. | (c) Dependent's relationship to you | (d) ✓ if qualifying child for child tax credit (see page 6) | (e) No. of months lived in your home |
|---|---|---|---|---|
| | | | ☐ | |
| | | | ☐ | |
| | | | ☐ | |
| | | | ☐ | |
| | | | ☐ | |

No. of your children on line 31 who:
• lived with you . . . ▶ ☐
• did not live with you due to divorce or separation (see page 6). . ▶ ☐
Dependents on line 31 not entered above ▶ ☐

**Part II  Explanation of Changes to Income, Deductions, and Credits**

Enter the line number from the front of the form for each item you are changing and give the reason for each change. Attach only the supporting forms and schedules for the items changed. If you do not attach the required information, your Form 1040X may be returned. Be sure to include your name and social security number on any attachments.

If the change relates to a net operating loss carryback or a general business credit carryback, attach the schedule or form that shows the year in which the loss or credit occurred. See page 1 of the instructions. Also, check here . . . . . . ▶ ☐

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**Part III  Presidential Election Campaign Fund.** Checking below will not increase your tax or reduce your refund.

If you did not previously want $3 to go to the fund but now want to, check here . . . . . . . . . . . . . . . . ▶ ☐
If a joint return and your spouse did not previously want $3 to go to the fund but now wants to, check here . . . . . . ▶ ☐

Form **1040X** (Rev. 11-99)

Case 1:05-cv-00017    Document 81-5    Filed 06/16/2006    Page 9 of 15

Case 1:05-cv-00017    Document 81-5    Filed 06/16/2006    Page 10 of 15

**040**

Department of the Treasury — Internal Revenue Service

## U.S. Individual Income Tax Return 1998

For the year Jan 1–Dec 31, 1998, or other tax year beginning _____, 1998, ending _____, 19____

OMB No. 1545-0074

| | Your First Name | | Last Name |
|---|---|---|---|
| | Henry | S | Dacanay |
| If a Joint Return, Spouse's First Name | | Last Name | |
| | Laura-Lynn | V | Dacanay |

Home Address (number and street). If You Have a P.O. Box, See Instructions.

P.O. Box ____

City, Town or Post Office, State, and ZIP Code. If You Have a Foreign Address, See Instructions.

GMF, Guam    GU    96921

▲ **Important!** ▲
You must enter your social security number(s) above.

**Presidential Election Campaign**

Do you want $3 to go to this fund? .................................. Yes [ ] No [X]

If a joint return, does your spouse want $3 to go to this fund? ......... Yes [ ] No [X]

**Filing Status**

Check only one box.

1 [ ] Single
2 [X] Married filing joint return (even if only one had income)
3 [ ] Married filing separate return. Enter spouse's SSN above & full name here ....►
4 [ ] Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here ...►
5 [ ] Qualifying widow(er) with dependent child (year spouse died ►19___). (See instructions.)

**Exemptions**

6a [X] Yourself. If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a. ..... | No. of boxes checked on 6a and 6b ... | 2

b [X] Spouse ................................................ | No. of your children on 6c who: | 1

c Dependents:

| (1) First name    Last Name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see instrs) |
|---|---|---|---|
| | | Daughter | |
| | | | |
| | | | |

If more than six dependents, see instructions.

d Total number of exemptions claimed ................................. | 3

**Income**

Attach Copy B of your Forms W-2, W-2G, and 1099-R here.

If you did not get a W-2, see instructions.

Enclose, but do not staple, any payment. Also, please use Form 1040-V.

| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 105,614. |
| 8a | Taxable interest. Attach Schedule B if required | 8a | 430. |
| 8b | Tax-exempt interest. Do not include on line 8a. | 8b | |
| 9 | Ordinary dividends. Attach Schedule B if required | 9 | 204. |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see instructions) | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | -22,349. |
| 13 | Capital gain or (loss). Attach Schedule D | 13 | -2,371. |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | Total IRA distributions | 15a | b Taxable amount (see instrs) | 15b | |
| 16a | Total pensions & annuities | 16a | b Taxable amount (see instrs) | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | -1,852. |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits | 20a | b Taxable amount (see instrs) | 20b | |
| 21 | Other income. List type & amount — see instrs | 21 | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your total income ► | 22 | 79,676. |

**Adjusted Gross Income**

If line 33 is under $30,095 (under $10,030 if a child did not live with you), see EIC in the instructions.

| 23 | IRA deduction (see instructions) | 23 | |
| 24 | Student loan interest deduction (see instructions) | 24 | |
| 25 | Medical savings account deduction. Attach Form 8853 | 25 | |
| 26 | Moving expenses. Attach Form 3903 | 26 | |
| 27 | One-half of self-employment tax. Attach Schedule SE | 27 | |
| 28 | Self-employed health insurance deduction (see instructions) | 28 | |
| 29 | Keogh and self-employed SEP and SIMPLE plans | 29 | |
| 30 | Penalty on early withdrawal of savings | 30 | |
| 31a | Alimony paid. b Recipient's SSN ► | 31a | |
| 32 | Add lines 23 through 31a | 32 | |
| 33 | Subtract line 32 from line 22. This is your adjusted gross income ► | 33 | 79,676. |

BAA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.

FDIA0112 11/05/98

Form 1040 (1998)

| | | 1 Wages, tips, other compensation | 2 Guam income tax withheld |
|---|---|---|---|
| a Control number 00000012691 | OMB No. 1545-0008 | 44416.00 | 5438.99 |
| b Employer's identification number 98-0040312 | | 3 Social security wages 0.00 | 4 Social security tax withheld 0.00 |
| c Employer's name, address, and ZIP code GUAM COMMUNITY COLLEGE P O BOX 23069 GMF BARRIGADA, GU 96921 ***************** $2 REISSUE $2 | | 5 Medicare wages and tips 11827.20 | 6 Medicare tax withheld 171.49 |
| | | 7 Social security tips 0.00 | 8 Allocated tips 0.00 |
| d Employee's social security number | | 9 Advance EIC payment 0.00 | 10 Dependent care benefits 0.00 |
| e Employee's name, address, and ZIP code HENRY S. DACANAY POB BARRIGADA GU 96921 | | 11 Nonqualified plans 0.00 | 12 Benefits included in box 1 0.00 |
| | | 13 See instructions on back | 14 Other |
| | | 15 Statutory employee / Deceased / Pension plan / Legal rep. / Hshld. emp. / Subtotal / Deferred compensation | |

Form **W-2GU**

Guam
Wage and Tax
Statement

**1998**

Copy C—For EMPLOYEE'S RECORDS

Department of the Treasury–Internal Revenue Service

This information is being furnished to the Guam Department of Revenue and Taxation.

Year To Date Earnings | Year To Date Deductions

First Hawaiian CreditCorp
999 Bishop Street 9th Floor
Honolulu, HI 96813

20,677.16

1,800.00

430.00

7 Social Security tips: 2,700.00

13 See Instrs. on back: D  863.98

a Employee's name
LAURA-LYNN V DACANAY
PO BOX
GMF, GU  96921

A-051900-00001

FHCE-HDQ

Social Security No.:

Marital Status: Married

Exemptions/Allowances:
Federal: 1/0
Resident State: 1/0

LAURA-LYNN V DACANAY
PO BOX
GMF, GU  96921

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

W-2GU  Guam Wage and Tax Statement 1998
Copy C for employee's records.

---

First Hawaiian Bank
P.O. Box 3200
Honolulu, HI 96847

7 Social Security tips: 2,700.00

13 See Instrs. on back: D  769.34

a Employee's name
LAURA-LYNN V DACANAY
P.O. BOX
GMF, GU  96921

00089-A-020620

FHB-HDQ

Social Security No.:

Marital Status: Married

Exemptions/Allowances:
Federal: 1/0
Resident State: 1/0

LAURA-LYNN V DACANAY
P.O. BOX
GMF, GU  96921

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return a

July 26, 2000

Department of Revenue and Taxation
Attn: Paul Terlaje

Attached is the amended return for 1998. I found a W-2 for taxes paid that was not included in the original return filed. Please off-set these taxes due to us against the Gross Receipts Taxes filing due for 3D Rentals for the second quarter of 2000.

Thank you for your assistance in this matter.

Sincerely,



Lauri-Lynn Dicaamy

RECEIVED
AUG 0 4 2000
DEPT. OF REV. & TAX.
ITAPB

**W-2 Federal Filing Copy**

Form W-2 Wage and Tax Statement 1999

Copy B to be filed with employee's FEDERAL Income Tax Return.
Department of the Treasury - Internal Revenue Service
This information is being furnished to the IRS and appropriate State officials.

| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|
| | 1,495.80 |
| 3 Social security wages | 4 Social security tax withheld |
| 5 Medicare wages and tips | 6 Medicare tax withheld |

c Employer's name, address, and ZIP code
First Hawaiian Creditcorp
999 Bishop Street 8th Floor
Honolulu, HI 96813

| b Employer's ID number | d Employer's SSA number |
|---|---|
| 99-0161518 | |
| 7 Social Security tips | 8 Allocated tips |

| 9 Advance EIC payment | 10 Dependent care benefits |
|---|---|
| -1,039.98 | |
| 11 Nonqualified plans | 12 Benefits included in Box 1 |
| | 2,780.00 |
| 13 See Instrs. for Box 13 | 14 Other |
| D      803.98 | |

| 15 Stat Emp | Deceased | Pension plan | Legal rep. | Deferred comp |
|---|---|---|---|---|
| | | X | | X |

e Employee's name
LAURA-LYNN V DACAMAY

PO BOX ████
GMF, GU  ██721

f Employee's address and ZIP code

| 16 State | Employer's State ID No. | 17 State wages, tips, etc. |
|---|---|---|
| 18 State income tax | | 19 Name of locality |
| 20 Local wages, tips, etc. | | 21 Local income tax |

■ ■    ■ ■

## Form 1 (top)

| | |
|---|---|
| **a.** Tax/form corrected   Void   OMB No. 1545-0008 <br> 19 98 / W-2 .........   ☐ | |
| **b.** Employee's name, address, and ZIP code    ☐ Corrected Name | **e.** Employer's name, address, and ZIP code |
| Laura Lynn Dacanay <br> P.O. Box ▬▬▬ <br> GMF, GU 96921 | First Hawaiian Bank <br> P.O. Box 3200 <br> Honolulu, HI 96847 |

| d. Employee's correct SSN | e. Employer's SSA number | f. Employer's Federal EIN | g. Employer's state I.D. number |
|---|---|---|---|
| ▬▬▬▬ | 69- | 99-0161518 | |

h. Previously reported ☐ ☐ ☐ ☐ | Stat. emp. | De-ceased | Pension plan | Legal rep. | Corrected ▶ | Stat. emp. | De-ceased | Pension plan | Legal rep. | Def'd. comp. | Hshld. emp. | i. Employer's use

Complete h and/or i only if incorrect on the last form you filed. Show incorrect item here. ▶    k. Employee's incorrect SSN    l. Employee's name (as incorrectly shown on previous form)

| Form W-2 box | (a) As previously reported | (b) Correct information | (c) Increase (decrease) |
|---|---|---|---|
| 1 Wages, tips, other comp. | | | |
| 2 Federal income tax withheld | 1,493.80 | 0.00 | (1,493.80) |
| 3 Social security wages | | | |
| 4 Social security tax withheld | | | |
| 5 Medicare wages and tips | | | |
| 6 Medicare tax withheld | | | |
| 7 Social security tips | | | |
| 8 Allocated tips | | | |
| 9 EIC | (1,839.98) | 0.00 | 1,839.98 |
| 12 | 2,700.00 | 0.00 | (2,700.00) |
| ?? | 803.98 | 0.00 | ( 803.98) |
| 17 State wages, tips, etc. | | | |
| 18 State income tax | | | |
| 20 Local wages, tips, etc. | | | |
| 21 Local income tax | | | |

Copy B   To Be Filed With Employee's FEDERAL Tax Return <br> Department of the Treasury — Internal Revenue Service

Form W-2c (Rev. 7-97)    **Corrected Wage and Tax Statement**

## Form 2 (bottom)

| | |
|---|---|
| **a.** Tax/form corrected   Void   OMB No. 1545-0008 <br> 19 98 / W-2 GU ☐ | |
| **b.** Employee's name, address, and ZIP code    ☐ Corrected Name | **e.** Employer's name, address, and ZIP code |
| Laura Lynn Dacanay <br> P.O. Box ▬▬▬ <br> GMF, GU 96921 | First Hawaiian Creditcorp <br> P.O. Box 3200 <br> Honolulu, HI 96847 |

| d. Employee's correct SSN | e. Employer's SSA number | f. Employer's Federal EIN | g. Employer's state I.D. number |
|---|---|---|---|
| | 69- | 99-0161518 | |

h. Previously reported ☐ ☐ ☐ ☐ | Stat. emp. | De-ceased | Pension plan | Legal rep. | Corrected ▶ | Stat. emp. | De-ceased | Pension plan | Legal rep. | Def'd. comp. | Hshld. emp. | i. Employer's use

Complete h and/or i only if incorrect on the last form you filed. Show incorrect item here. ▶    k. Employee's incorrect SSN    l. Employee's name (as incorrectly shown on previous form)

| Form W-2 box | (a) As previously reported | (b) Correct information | (c) Increase (decrease) |
|---|---|---|---|
| 1 Wages, tips, other comp. | | | |
| 2 Federal income tax withheld | | | |
| 3 Social security wages | | | |
| 4 Social security tax withheld | | | |
| 5 Medicare wages and tips | | | |
| 6 Medicare tax withheld | | | |
| 7 Social security tips | | | |
| 8 Allocated tips | | | |
| 2 Guam Inc. Tax | 3,168.45 | 4,662.25 | 1,493.80 |
| 17 State wages, tips, etc. | | | |
| 18 State income tax | | | |
| 20 Local wages, tips, etc. | | | |
| 21 Local income tax | | | |

Copy B   To Be Filed With Employee's FEDERAL Tax Return <br> Department of the Treasury — Internal Revenue Service

Form W-2c (Rev. 7-97)    **Corrected Wage and Tax Statement**

228

# EXHIBIT O

ACANAY HENRY S & LAURA-LYNN
O BOX █████
MF GU 96921

| | | |
|---|---|---|
| Date of This Notice | : | 10/02/00 |
| Taxpayer Id No (TIN) | : | ████████ |
| Form  Type | : | 1040 |
| Tax Period | : | 12/31/99 |
| Balance (Prior Ntc) | : | 1,854.87 |
| Additional Penalty | : | 44.87 |
| Additional Interest | : | 42.43 |
| Ending Balance | : | 1,942.17 |
| Contact Phone Number: | | |

## FINAL NOTICE
## NOTICE OF INTENT TO LEVY AND NOTICE OF YOUR RIGHT TO A HEARING
### PLEASE RESPOND IMMEDIATELY

Our records still show an outstanding liability. We previously asked  you to pay this, but we still have not received your payment. This letter is your notice of our intent to levy under Guam Territorial Income Tax  Law (IRC) Section 6331 and your right to receive Appeals consideration under IRC Section 6330.

We may file a Notice of Guam Territorial Income Tax Lien at any time to protect the government's interest. A lien is a public notice to your creditors that the government has the right to your current assets, including any assets you acquire after we file the lien.

If you do not pay the amount you owe, make alternative arrangements to pay or request Appeals consideration within 30 days from the date of this letter. We may take your property, or rights to property, such as real estate, automobiles, business assets, bank accounts, wages, commissions, and other income. We have enclosed Publication 594 and Publication 1660 explaining your right to appeal.

To prevent collection action, please send your full payment today. Make your check or money order payable to the Treasurer of Guam. Write your social security number or employer identification number on your payment. Send your payment to P.O. Box 23607, GMF, GU 96921 ATTN: COLLECTIONS BRANCH.

If you have recently paid this tax or you cannot pay it, call us immediately at the telephone number shown at the top of this letter and let us know.

The unpaid amount from prior notices may include tax, penalties, and interest you still owe. It also includes any credits and payments we have received since we sent our last notice to you.

RO CODE : CB12

Sincerely,
JOSEPH T. DUENAS
Director of Revenue and Taxation

BY :

REVENUE OFFICER

# EXHIBIT P

| Form 872 (Rev. August 1988) | Department of Revenue & Taxation **Consent to Extend the Time to Assess Tax** | In Reply Refer To: |
| --- | --- | --- |
| | | SSN or EIN: |

In pursuance of the provisions of existing income tax laws enacted by Section 31 of the Organic Act of Guam,

**Henry S. and Laura-Lynn Dacanay**
*(Name(s))*

taxpayer(s) of _____ **P.O. Box ____, GMF, Barrigada Guam 96921**
*(Number, Street, City or Town, State, Zip Code)*

and the Director of Revenue and Taxation consent and agree to the following:

(1) The amount of any Guam _____ **Individual Income** _____ tax due on any return(s) made by
*(Kind of Tax)*

or for the above taxpayer(s) for the period(s) ended _____ **December 31, 1998**

may be assessed at any time on or before _____ **December 31, 2003** _____. However, if a notice of deficiency
*(Expiration date)*

in tax for any such period(s) is sent to the taxpayer(s) on or before that date, then the time for assessing the tax will be further extended by the number of days the assessment was previously prohibited, plus 60 days.

(2) This Agreement ends on the earlier of the above expiration date or the assessment date of an increase in the above tax that reflects the final determination of tax and the final administrative appeals consideration. An assessment for one period covered by this agreement will not end this agreement for any other period it covers. Some assessments do not reflect a final determination and appeals consideration and therefore will not terminate the agreement before the expiration date. Examples are assessments of: (a) tax under a partial agreement; (b) tax in jeopardy; (c)tax to correct mathematical or clerical errors; (d) tax reported on amended returns; and (e) advance payments. In addition, unassessed payments, such as amounts treated by the Department as cash bonds and advance payments not assessed by the Department will not terminate this agreement before the expiration date.

(3) The taxpayer(s) may file a claim for credit or refund and the Department may credit or refund the tax within six (6) months after this agreement ends.

**(SIGNATURE INSTRUCTIONS ARE ON THE BACK OF THIS FORM)**

MAKING THIS CONSENT WILL NOT DEPRIVE THE TAXPAYER(S) OF ANY APPEAL RIGHTS TO WHICH THEY WOULD OTHERWISE BE ENTITLED.

| | | |
| --- | --- | --- |
| YOUR SIGNATURE HERE | | 10 Apr 02 *(Date Signed)* |
| SPOUSE'S SIGNATURE | | 4/10/02 *(Date Signed)* |
| TAXPAYER'S REPRESENTATIVE SIGN HERE | | *(Date Signed)* |
| CORPORATE NAME | | |
| CORPORATE OFFICER(S) SIGN HERE | *(Title)* | *(Date Signed)* |
| | *(Title)* | *(Date Signed)* |
| | GEORGE V. CRUZ, DIRECTOR DEPARTMENT OF REVENUE & TAXATION | 4/10/02 *(Date Signed)* |

**Distribution:** Original - *Attach to Return*   Duplicate - *To Taxpayer*   Triplicate - *File*

Form 872

* DEPT. OF REVENUE & TAXATION * P.O. Box 23607, GMF, Guam 96921 * Tel: (671)475-1801 * Fax: (671)472-2643 *

# EXHIBIT Q

 

| Form 4549 | **Department of Revenue & Taxation** | Return Form No. |
|---|---|---|
| (Rev. 11-93) | **Income Tax Examination Changes** | 1040 |

| Name and Address of Taxpayers: | S.S. or E.I. Number | Filing Status |
|---|---|---|
| Henry and Laura-Lynn Dacanay | ~~████████~~ | MFJ |
| P.O. Box ████ | | |
| GMF, Guam 96921 | | |

| | Person With Whom Examination Changes Were Discussed | Name and Title Taxpayer |
|---|---|---|

| | | Year: 1998 | Year: | Year: |
|---|---|---|---|---|
| 1. Adjustments to Income | | | | |
| a. Schedule A - Real Estate Taxes | | $ 299.00 | | |
| b. Schedule A - Mortgage Interest Paid | | 10,576.00 | | |
| c. Schedule C - Adjustments (see 4549B) | | 25,973.00 | | |
| d. Other Gains and Losses | | 614.00 | | |
| e. 1/2 Self-Employment Tax Deduction | | (235.00) | | |
| f. | | | | |
| g. | | | | |
| h. | | | | |
| 2. Total Adjustments | | $ 37,227.00 | | |
| 3. Adjusted Gross or Taxable Income Shown on Return or as Previously Adjusted | | 51,386.00 | | |
| 4. Corrected Adjusted Gross or Taxable Income | | $ 88,613.00 | | |
| 5. Corrected Tax | | $ 19,310.00 | | |
| 6. Less Credits | a. | | | |
| | b. | | | |
| 7. Balance (Line 5 less lines 6a & 6b) | | $ 19,310.00 | | |
| 8. Plus Other Taxes | a. Social Security and Medicare | 0.00 | | |
| | b. | | | |
| 9. Total Corrected Tax Liability (Line 7 plus lines 8a & 8b) | | $ 19,310.00 | | |
| 10. Total Tax Shown on Return or as Previously Adjusted | | 9,293.00 | | |
| 11. Adjustments to EIC/Fuels Credit - increase (decrease) | | | | |
| 12. Deficiency-Increase in Tax or (Overassessment-Decrease in Tax) (Line 9 adjusted by lines 10 & 11) | | $ 10,017.00 | | |
| 13. Adjustments to Prepayment Credits - increase (decrease) | | 4,302.00 ✶ | | |
| 14. Balance Due or (Overpayment) - (Line 12 adjusted by line 13) Excluding Interest & Penalties | | $ 5,715.00 | | |
| 15. Penalties | a. Substantial Understatement   Sec 6662(d) | $ 1,143.00 | | |
| | b. | | | |
| 16. Prepayment on Balance Due    Check# | | | | |

Other Information

CTL              19,310.00
Less W/holding   (13,595.00)
Balance Tax Due    5,715.00

✶ INCREASED W/HOLDING DUE TO 1040X FILED 10/4/02

| Examiner's Signature | District | Date |
|---|---|---|
| Renato T. Hallera, Revenue Agent | GUAM | 9 JULY 2002 |

Consent to Assessment and Collection - I do not wish to exercise my appeal rights with the Department of Revenue and Taxation or to contest in the District Court of Guam the findings in this report. Therefore, I give my consent to the immediate assessment and collection of any increase in tax and penalties, and accept any decrease in tax and penalties shown above, plus any interest as provided by law. I understand that this report is subject to acceptance by the Director.

| | Signature of Taxpayer | Date |
|---|---|---|
| **NOTE:** If a joint return was filed, both taxpayers must sign. | Signature of Taxpayer | Date Dec 3, 2002 |
| By | Title | Date |

# EXHIBIT R





*Dipåttamenton Kontribusion yan Adu'ånå*

CARL T.C. GUTIERREZ, Governor / Maga'låhi
MADELEINE Z. BORDALLO, Lt. Governor / Tihente Gubetnadora

**DEPARTMENT OF**

# REVENUE AND TAXATION

**GOVERNMENT OF GUAM**     *Gubetnamenton Guåhan*

GEORGE V. CRUZ, Director
Direktot
JOHN P. CAMACHO, Acting
Deputy Director
Aktot Sigundo Direktot

JUL 2 4 2002

Henry & Laura-Lynn Dacanay
P.O. Box ███████
GMF, Guam 96921

Return Form Number:   1040

Tax Period(s) Ended:   1998

Examining Officer:   R. Hallera

Person to contact:   Veronica S. Quan

Contact Telephone No.: (671) 475-1801

Dear Henry & Laura-Lynn Dacanay:

An examination report showing changes to your tax return(s) identified above was discussed and left with you by the examiner. We have completed our review of the report and we have made the changes the examiner discussed with you.

If your overpaid your tax, a refund will be issued to you as soon as possible. If, however, you owe additional tax, we will bill you for the balance due less any advance payments you have made. Interest, if any, will be included in your refund or the balance you owe, whichever is applicable.

Thank you for your cooperation.

Sincerely,

GEORGE V. CRUZ

Veronica S. Quan
Supervisor, Examination Branch

Post Office Box 23607, Guam Main Facility, Guam 96921 • Tel. / Telifon: (671) 475-1801/1785-89 • Fax / Faks: (671) 472-2643

Case 1:03-cv-00017    Document 81-6    Filed 06/16/2006    Page 8 of 29

# EXHIBIT S



**IRS**

Department of the Treasury
Internal Revenue Service

**Publication 1**

(Rev. December 1996)

Catalog Number 64731W

www.irs.ustreas.gov

# Your Rights as a Taxpayer

*The first part of this publication explains some of your most important rights as a taxpayer. The second part explains the examination, appeal, collection, and refund processes.*

## THE IRS MISSION

*PROVIDE AMERICA'S TAXPAYERS TOP QUALITY SERVICE BY HELPING THEM UNDERSTAND AND MEET THEIR TAX RESPONSIBILITIES AND BY APPLYING THE TAX LAW WITH INTEGRITY AND FAIRNESS TO ALL.*

## Declaration of Taxpayer Rights

### I. Protection of Your Rights

IRS employees will explain and protect your rights as a taxpayer throughout your contact with us.

### II. Privacy and Confidentiality

The IRS will not disclose to anyone the information you give us, except as authorized by law. You have the right to know why we are asking you for information, how we will use it, and what happens if you do not provide requested information.

### III. Professional and Courteous Service

If you believe that an IRS employee has not treated you in a professional, fair, and courteous manner, you should tell that employee's supervisor. If the supervisor's response is not satisfactory, you should write to your IRS District Director or Service Center Director.

### IV. Representation

You may either represent yourself or, with proper written authorization, have someone else represent you in your place. Your representative must be a person allowed to practice before the IRS, such as an attorney, certified public accountant, or enrolled agent. If you are in an interview and ask to consult such a person, then we must stop and reschedule the interview in most cases.

You can have someone accompany you at an interview. You may make sound recordings of any meetings with our examination, appeal, or collection personnel, provided you tell us in writing 10 days before the meeting.

### V. Payment of Only the Correct Amount of Tax

You are responsible for paying only the correct amount of tax due under the law — no more, no less. If you cannot pay all of your tax when it is due, you may be able to make monthly installment payments.

### VI. Help With Unresolved Tax Problems

The National Taxpayer Advocate's Problem Resolution Program can help you if you have tried unsuccessfully to resolve a problem with the IRS. Your local Taxpayer Advocate can offer you special help if you have a significant hardship as a result of a tax problem. For more information, call toll-free 1–877–777–4778 (1–800–829–4059 for TTY/TDD users) or write to the Taxpayer Advocate at the IRS office that last contacted you.

### VII. Appeals and Judicial Review

If you disagree with us about the amount of your tax liability or certain collection actions, you have the right to ask the Appeals Office to review your case. You may also ask a court to review your case.

### VIII. Relief From Certain Penalties and Interest

The IRS will waive penalties when allowed by law if you can show you acted reasonably and in good faith or relied on the incorrect advice of an IRS employee. We will waive interest that is the result of certain errors or delays caused by an IRS employee.

# Examinations, Appeals, Collections, and Refunds

## Examinations (Audits)

We accept most taxpayer's returns as filed. If we inquire about your return or select it for examination, it does not suggest that you are dishonest. The inquiry or examination may or may not result in more tax. We may close your case without change; or, you may receive a refund.

The process of selecting a return for examination usually begins in one of two ways. First, we use computer programs to identify returns that may have incorrect amounts. These programs may be based on information returns, such as Forms 1099 and W-2, on studies of past examinations, or on certain issues identified by compliance projects. Second, we use information from outside sources that indicates that a return may have incorrect amounts. These sources may include newspapers, public records, and individuals. If we determine that the information is accurate and reliable, we may use it to select a return for examination.

Publication 556, *Examination of Returns, Appeal Rights, and Claims for Refund,* explains the rules and procedures that we follow in examinations. The following sections give an overview of how we conduct examinations.

### By Mail

We handle many examinations and inquiries by mail. We will send you a letter with either a request for more information or a reason why we believe a change to your return may be needed. You can respond by mail or you can request a personal interview with an examiner. If you mail us the requested information or provide an explanation, we may or may not agree with you, and we will explain the reasons for any changes. Please do not hesitate to write to us about anything you do not understand.

### By Interview

If we notify you that we will conduct your examination through a personal interview, or you request such an interview, you have the right to ask that the examination take place at a reasonable time and place that is convenient for both you and the IRS. If our examiner proposes any changes to your return, he or she will explain the reasons for the changes. If you do not

agree with these changes, you can meet with the examiner's supervisor.

### Repeat Examinations

If we examined your return for the same items in either of the 2 previous years and proposed no change to your tax liability, please contact us as soon as possible so we can see if we should discontinue the examination.

## Appeals

If you do not agree with the examiner's proposed changes, you can appeal them to the Appeals Office of IRS. Most differences can be settled without expensive and time-consuming court trials. Your appeal rights are explained in detail in both Publication 5, *Appeal Rights and Preparation of Protests for Unagreed Cases,* and Publication 556, *Examination of Returns, Appeal Rights, and Claims for Refund.*

If you do not wish to use the Appeals Office or disagree with its findings, you may be able to take your case to the U.S. Tax Court, U.S. Court of Federal Claims, or the U.S. District Court where you live. If you take your case to court, the IRS will have the burden of proving certain facts if you kept adequate records to show your tax liability, cooperated with the IRS, and meet certain other conditions. If the court agrees with you on most issues in your case, and finds that our position was largely unjustified, you may be able to recover some of your administrative and litigation costs. You will not be eligible to recover these costs unless you tried to resolve your case administratively, including going through the appeals system, and you gave us the information necessary to resolve the case.

## Collections

Publication 594, *The IRS Collection Process,* explains your rights and responsibilities regarding payment of federal taxes. It describes:

- What to do when you owe taxes. It describes what to do if you get a tax bill and what to do if you think your bill is wrong. It also covers making installment payments, delaying collection action, and submitting an offer in compromise.

- IRS collection actions. It covers liens, releasing a lien, levies, releasing a levy, seizures and sales, and release of property.

Publication 1660, *Collection Appeal Rights for Liens, Levies, Seizures, and Installment Agreement Terminations,* explains your collection appeal rights.

### Innocent Spouse Relief

Generally, both you and your spouse are responsible, jointly and individually, for paying the full amount of any tax, interest, or penalties due on your joint return. However, you may not have to pay the tax, interest, and penalties related to your spouse (or former spouse).

New tax law changes make it easier to qualify for innocent spouse relief and add two other ways for you to get relief. For more information, see Publication 971, *Innocent Spouse Relief,* and Form 8857, *Request for Innocent Spouse Relief (And Separation of Liability and Equitable Relief).*

## Refunds

You may file a claim for refund if you think you paid too much tax. You must generally file the claim within 3 years from the date you filed your original return or 2 years from the date you paid the tax, whichever is later. The law generally provides for interest on your refund if it is not paid within 45 days of the date you filed your return or claim for refund. Publication 556, *Examination of Returns, Appeal Rights, and Claims for Refund,* has more information on refunds.

## Tax Information

The IRS provides a great deal of free information. The following are sources for forms, publications, and additional information.

- **Tax Questions:** 1-800-829-1040 (1-800-829-4059 for TTY/TDD users)
- **Forms and Publications:** 1-800-829-3676 (1-800-829-4059 for TTY/TDD users)
- **Internet:** www.irs.ustreas.gov
- **TaxFax Service:** From your fax machine, dial 703-368-9694.
- **Small Business Ombudsman:** If you are a small business entity, you can participate in the regulatory process and comment on enforcement actions of IRS by calling 1-888-REG-FAIR.
- **Treasury Inspector General for Tax Administration:** If you want to confidentially report misconduct, waste, fraud, or abuse by an IRS employee, you can call 1-800-366-4484 (1-800-877-8339 for TTY/TDD users). You can remain anonymous.

# EXHIBIT T

DEPARTMENT OF REVENUE AND TAXATION
GOVERNMENT OF GUAM
P.O. BOX 23607
GMF, GUAM 96921

| DATE FILED | ITEM FEE | NOTICE OF LIEN NO. |
|---|---|---|
| RELEASE DATE | RELEASE NO. | |
| PAYROLL DED. | PAYMENT AGREEMENT | |

Date of
This Notice: 2/06/2003

REFERRAL: 03-04-4549-A

If you find it necessary to
inquire about your account
please refer to this number ▶

CP NUMBER:
Assessment Date    8/08/2002
Tax/Form No.       4549
TIN
Tax Period Ended:  12/31/1998
Loc. No.
Ro. Assigned       CB12

DACANAY HENRY S & LAURA-LYNN
P O BOX
BARRIGADA GU 96921-6613

| Reference | Assessment | Adjustment or Credit | Balance Due |
|---|---|---|---|
| PRINCIPAL | 5715.00 | | 5715.00 |
| INTEREST | 1719.09 | | 1719.09 |
| PENALTY | .00 | | .00 |

TOTAL-DUE    7434.09

| Date | Nature of Remittance | Payment | TDA Balance | Penalty | Interest | OCF Action | Date |
|---|---|---|---|---|---|---|---|
| 2/24/03 | FPI # DZK531 | 5560.58 | 1914.35 | | 40.84 | | |
| 1/25/04 | Qvld ass. | | 1997.78 | | 83.43 | | |
| 1/25/05 | Qvld ass | | 2091.14 | | 93.36 | | |
| 12/27/05 | 0f1/1331 | 2091.14 | -0- | | | | |

DEPARTMENT OF REVENUE AND TAXATION
GOVERNMENT OF GUAM

**TAXPAYER DELINQUENT ACCOUNT**

# EXHIBIT U

# FIELD RECEIPT

Case 1:05-cv-00017   Document 81-6   Filed 06/16/2006   Page 15 of 29

**TREASURER OF GUAM**
DEPARTMENT OF ADMINISTRATION
FINANCIAL MANAGEMENT DIVISION
P.O. BOX 884
HAGATNA, GUAM 96932

- ☐ USE TAX
- ☐ GRT
- ☐ EXCISE
- ☐ COLLECTION
- RETURNED CHECKS
- ☐ COLLECTION ON TAX REC
- ☐ 3100
- ☐ 4040
- ☐ 3941
- ☐ OTHERS

FOR REVENUE & TAX USE ONLY

(REQUIRED WHEN PAYMENT IS MADE BY CHECK)

PAYOR'S NAME:

SSN# OR EIN#

PAYMENT FOR CUSTOMER/TAXPAYER NAME: *Ducanom Hinas*

COLLECTION DATE: 2/24/03

TAXPAYER'S EIN/SSN:

| PAYMENT DESCRIPTION | REVENUE ACCT. NO. | AMOUNT |
|---|---|---|
|  | 3 |  |
| T.J. 1079.87 | 3 |  |
|  | 3 |  |
| TAX RECEIVABLE | 1 |  |

PERIOD COVERED: 0101  UA

METHOD OF PAYMENT (CASH, MONEY ORDER OR CHECK): Fne

TOTAL: 1079.87

NAME OF TREASURY AGENT (PRINT)

AGENCY TELEPHONE NO.

SIGNATURE AND TITLE OF TREASURY AGENT

**FY 02** 1274527

# FIELD RECEIPT

TREASURER OF GUAM
DEPARTMENT OF ADMINISTRATION
FINANCIAL MANAGEMENT DIVISION
P.O. BOX 884
HAGATNA, GUAM 96932

| | |
|---|---|
| ☐ USE TAX | ☐ 100 |
| ☐ GRT | ☐ 1040 |
| ☐ EXCISE | ☐ W1 |
| ☐ COLLECTION | ☐ OTHERS |
| ☐ RETURNED CHECKS | |
| ☐ COLLECTION ON TAX REC | |
| FOR REVENUE & TAX USE ONLY | |

(REQUIRED WHEN PAYMENT IS MADE BY CHECK)

PAYOR'S NAME:

SSN# OR EIN#

PAYMENT FOR CUSTOMER/TAXPAYER NAME: _Dve casna Hmej_

COLLECTION DATE: 3/24/02

TAXPAYER'S EIN/SSN: ▓▓▓▓

| PAYMENT DESCRIPTION | REVENUE ACCT. NO. | AMOUNT |
|---|---|---|
| | 3 | |
| _P.nt 47969_ | 3 | |
| _66.73_ | 3 | |
| | | |
| TAX RECEIVABLE | 1 | |

PERIOD COVERED: 6/02

METHOD OF PAYMENT (CASH, MONEY ORDER OR CHECK): _UA line_

TOTAL: 66.73

NAME OF TREASURY AGENT (PRINT)

AGENCY TELEPHONE NO.

SIGNATURE AND TITLE OF TREASURY AGENT

FY 02 1274528

# FIELD RECEIPT

**TREASURER OF GUAM**
DEPARTMENT OF ADMINISTRATION
FINANCIAL MANAGEMENT DIVISION
P.O. BOX 884
HAGATNA, GUAM 96932

☐ USE TAX ☐ 1130
☐ GRT ☐ 4000
☐ EXCISE ☐ W-3
☐ COLLECTION ☐ OTHERS
RETURNED CHECKS
☐ COLLECTION ON TAX REG
FOR REVENUE & TAX USE ONLY

(REQUIRED WHEN PAYMENT IS MADE BY CHECK)
PAYOR'S NAME: _____
SSN# OR EIN# _____

COLLECTION DATE
3/24/03

PAYMENT FOR CUSTOMER/TAXPAYER NAME
*Dorothy Henry*

TAXPAYER'S █████████

| PAYMENT DESCRIPTION | REVENUE ACCT. NO. | AMOUNT | |
|---|---|---|---|
| | 3 | | |
| *Pmt 1425 69* | 3 | | |
| | 3 | | |
| TAX RECEIVABLE | 1 | | |

PERIOD COVERED: *G/03 (A) T-11)*

METHOD OF PAYMENT (CASH, MONEY ORDER OR CHECK)

TOTAL $ *1425 69*

NAME OF TREASURY AGENT (PRINT)

AGENCY TELEPHONE NO.

SIGNATURE AND TITLE OF TREASURY AGENT

**FY 02 1274529**

# FIELD RECEIPT

**TREASURER OF GUAM**
DEPARTMENT OF ADMINISTRATION
FINANCIAL MANAGEMENT DIVISION
P.O. BOX 884
HAGATNA, GUAM 96932

| | |
|---|---|
| ☐ USE TAX | ☐ 4120 |
| ☐ BRT | ☐ 1040 |
| ☐ EXCISE | ☐ W-1 |
| ☐ COLLECTION | ☐ OTHERS |
| RETURNED CHECKS | |
| ☐ COLLECTION ON TAX REC. | |
| **FOR REVENUE & TAX USE ONLY** | |

(REQUIRED WHEN PAYMENT IS MADE BY CHECK)

PAYOR'S NAME:

SSN# OR EIN#

COLLECTION DATE: 5/29/03

PAYMENT FOR/CUSTOMER/TAXPAYER NAME: Anna Dorogan

TAXPAYER'S EIN/SSN:

| PAYMENT DESCRIPTION | REVENUE ACCT. NO. | AMOUNT |
|---|---|---|
| | 3 | |
| Pmt. 1595.29 | 3 | |
| | 3 | |
| | | |
| TAX RECEIVABLE | 1 | |

PERIOD COVERED: 12/02 - 4/18/03

METHOD OF PAYMENT (CASH, MONEY ORDER OR CHECK): TOTAL $ 1595.29

NAME OF TREASURY AGENT (PRINT):

AGENCY TELEPHONE NO.:

SIGNATURE AND TITLE OF TREASURY AGENT

**FY 02 1274530**

# FIELD RECEIPT

TREASURER OF GUAM
DEPARTMENT OF ADMINISTRATION
FINANCIAL MANAGEMENT DIVISION
P.O. BOX 884
HAGATNA, GUAM 96932

| | | |
|---|---|---|
| ☐ USE TAX | | |
| ☐ GRT | | |
| ☐ EXCISE | | |
| ☐ COLLECTION | | |
| RETURNED CHECKS | | OTHER |
| ☐ COLLECTION ON TAXES | | |
| FOR REVENUE & TAX USE ONLY | | |

(REQUIRED WHEN PAYMENT IS MADE BY CHECK)

PAYOR'S NAME:

SSN# OR EIN#

PAYMENT FOR CUSTOMER/TAXPAYER NAME:

COLLECTION DATE

TAXPAYER'S EIN/SSN

| PAYMENT DESCRIPTION | REVENUE ACCT. NO. | AMOUNT |
|---|---|---|
| | 3 | |
| Tax 5-5b0.58 | 3 | |
| | 3 | |
| TAX RECEIVABLE | 1 | |

PERIOD COVERED:

METHOD OF PAYMENT (CASH, MONEY ORDER OR CHECK)

TOTAL   537038

NAME OF TREASURY AGENT (PRINT)

AGENCY TELEPHONE NO.

SIGNATURE AND TITLE OF TREASURY AGENT

**FY 02** 1274531

# EXHIBIT V

DACANAY HENRY S & LAURA-LYNN
P O BOX █████
BARRIGADA GU 96921-6613

| | | |
|---|---|---|
| Date of This Notice : | 03/20/03 |
| Taxpayer Id No (TIN): | █████ |
| Form Type : | 4549 |
| Tax Period : | 12/31/98 |
| Balance (Prior Ntc) : | 1,914.35 |
| Additional Penalty : | .00 |
| Additional Interest : | 7.09 |
| Ending Balance : | 1,921.44 |
| Contact Phone Number: | 475-1851 |

### FINAL NOTICE
### NOTICE OF INTENT TO LEVY AND NOTICE OF YOUR RIGHT TO A HEARING
### PLEASE RESPOND IMMEDIATELY

Our records still show an outstanding liability. We previously asked you to pay this, but we still have not received your payment. This letter is your notice of our intent to levy under Guam Territorial Income Tax Law (IRC) Section 6331 and your right to receive Appeals consideration under IRC Section 6330.

We may file a Notice of Guam Territorial Income Tax Lien at any time to protect the government's interest. A lien is a public notice to your creditors that the government has the right to your current assets, including any assets you acquire after we file the lien.

If you do not pay the amount you owe, make alternative arrangements to pay or request Appeals consideration within 30 days from the date of this letter. We may take your property, or rights to property, such as real estate, automobiles, business assets, bank accounts, wages, commissions, and other income. We have enclosed Publication 594 and Publication 1660 explaining your right to appeal.

To prevent collection action, please send your full payment today. Make your check or money order payable to the Treasurer of Guam. Write your social security number or employer identification number on your payment. Send your payment to P.O. Box 23607, GMF, GU 96921 ATTN: COLLECTIONS BRANCH.

If you have recently paid this tax or you cannot pay it, call us immediately at the telephone number shown at the top of this letter and let us know.

The unpaid amount from prior notices may include tax, penalties, and interest you still owe. It also includes any credits and payments we have received since we sent our last notice to you.

RO CODE : CB12

Sincerely,

ARTEMIO B. ILAGAN
Acting Director

BY ANTHONY ░░░░░░░░░ 475-1865

_____
REVENUE OFFICER

# EXHIBIT W

EXHIBIT 4

| Form 668 | GOVERNMENT OF GUAM – DEPARTMENT OF REVENUE AND TAXATION |
|---|---|
| (Rev. June 93) | Notice of Guam Tax Lien Under Guam Territorial Income Tax Laws |

| | Lien Number | For Optional Use by Recording Office |
|---|---|---|
| As provided by sections 6321, 6322, and 6323 of the Internal Revenue Code (IRC), made applicable to the Guam Territorial Income Tax Laws (GTITL), by Title 48 U.S.C. section 1421(i), notice is given that taxes (including interest and penalties) have been assessed against the following-named taxpayer. Demand for payment of this liability has been made, but it remains unpaid. Therefore, there is a lien in favor of the Government of Guam on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue. | 030300043 | |

**NAME OF TAXPAYER:**
DACANAY HENRY S
DACANAY LAURA LYNN V

**RESIDENCE:**
P O BOX ▓▓▓▓
GMF, GU 96921

**IMPORTANT RELEASE INFORMATION** - With respect to each assessment listed below, unless notice of lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC Section 6325(a) made applicable to the GTITL by 48 U.S.C section 1421(i).

| Kind of Tax (a) | Tax Period Ended (b) | Identifying Number(s) (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/1999 | ▓▓▓▓▓▓▓ | 6/28/2000 | 7/28/2010 | 1,854.87 |
| 4549 | 12/1998 | ▓▓▓▓▓▓▓ | 8/08/2002 | 9/07/2012 | 1,914.35 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| Place of filing | – Department of Land Management | TOTAL | $ | 3,769.22 |
|---|---|---|---|---|
| | – District Court | | | |
| | – Insurance, Securities, Banking & Real Estate | | | |

This notice was prepared and signed at Department of Revenue and Taxation on this the 20th day of March, 2003.

ARTEMIO B. ILAGAN          ACTING DIRECTOR OF REVENUE AND TAXATION

By: _____
Maria D Mesa          SUPERVISOR, COLLECTION BRANCH

NOTE: Certificate of officer authorized by law to take acknowledgments is not essential to the validity of Notice of Guam Tax lien. Made applicable to GTITL by Rev. Rul. 1971-2 C.B. 409.

# EXHIBIT X

GOVERNMENT OF ~~~~ DEPARTMENT OF REVENUE ~~~ TAXATION
CERTIFICATE OF RELE~~~ OF GUAM TERRITORIAL INCO~~ ~X LIEN # __30300043__

Under Internal Revenue Laws as applicable to Guam under 48 USC 1421(i)
(To be used to release tax liens under Section 6325 I.R.C. of 1954)

| DIVISION OF GENERAL TAXES | RELEASE NUMBER<br>30300065<br>2003 APR -4 PM 12: 02 |
|---|---|

I hereby certify that as to the following named taxpayer the requirements of Section 6325, Internal Revenue Code of 1954, as applicable to Guam under 48 USCA 1421(i) have been satisfied with respect to the taxes enumerated below, together with all statutory additions provided by Section 6321, and that the lien for such taxes and statutory additions has thereby been released. The proper officer in the office where notice of Guam Territorial Income Tax lien was filed on 3/25/2003 is hereby authorized to make notation on his books to show the release of said lien insofar as the lien relates to the following taxes.

FILED
DISTRICT COURT OF GUAM
APR - 4 2003
MARY L. M. MORAN
CLERK OF COURT

NAME OF TAXPAYER: DACANAY HENRY S
                  DACANAY LAURA LYNN V
ADDRESS         : P O BOX ████
                  GMF, GU 96921

| Nature of Tax | Account Number | Year or Taxable Period | Assessment Date | Amount of Assessment |
|---|---|---|---|---|
| 1040 | ████ | 12/1999 | 6/28/2000 | 1,854.87 |
| 4549 | ████ | 12/1998 | 8/08/2002 | 1,914.35 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Island of Guam, Government of Guam
Department of Land Management Office of The Recorder
672465
File for record is Instrument No.
In the year 20 03 Month 04 Day 04 Time 11:13
DE-OFFICIO Receipt No.
Recording Fee
Deputy Recorder Jane F. Yamasaki

TOTAL . . .        3,769.22

WITNESS my hand at Tiyan, Guam on this 31st day of March, 2002.

| ACTING DIRECTOR OF REVENUE & TAXATION<br><br>ARTEMIO B. ILAGAN | BY (Signature)<br><br>Maria D Mesa | TITLE<br><br>SUPERVISOR COLLECTION BRANCH<br><br>c8/2 |
|---|---|---|

Form 668R
(Rev. Oct 2001)

# EXHIBIT Y

# Investigation History

**Name of ta** ████████████

| Date | Investigative Action Taken |
|------|---------------------------|
| 7/31/00 | Send FDN GRT |
| 10/2/00 | Send FDN 1999 1040 |
| 10/6/00 | Rec. Return Receipt Card signed Bay TP |
| 10/16/2000 | Hold Collection T/P filed amended return for both 1040 & GRT |
| 7/9/2002 | 4549 was signed & agreed by TP at audit |
| 8/8/2002 | 4549 assessed. |
| 2/6/2003 | TY 53 send crt |
| 2/1/03 | rec. TDA 4549 1998 review all TDA 1999 & GRT no change |
| 3/20/03 | Payment not made Send FDN 4549 |
| 3/25/03 | Lien Filed |
| 3/31/03 | rec. Cert. Rec. signed 3/28/03 mailed by Janice to hold Colla tum |
| 7/4/03 | T/P Laura Lynn came in inform me amended BPQ returns overpayment will offset all 1999 & 1998 4549 TD. Told TP to go to GRT and see Janae about the Amended Return. Janae told me to hold Collection Release Lien as per GRT amended Return |

# EXHIBIT Z

# DEPARTMENT OF
# REVENUE AND TAXATION

**GOVERNMENT OF GUAM**    Gubetnamenton Guåhan    CB/205-044

ARTEMIO B. ILAGAN, Director
Direktot

| | |
|---|---|
| Date | 12/20/2005 |
| Action | C/T ABATE & A/E |
| A/C # | ███████ |
| Allowed $ | 5232.75 |

### NOTICE OF ADJUSTMENT

DACANAY, HENRY S

PO BOX ███████
GMF GU 96921

ar Taxpayer:
examination of our records pertaining to your tax return Form 1040 filed for the
nth/year 12/1997 indicated assessment in excess of the amount due.

============================================================

### COMPOSITION OF OVERASSESSMENT OR OVERPAYMENT

| | TAX | INTEREST | PENALTY |
|---|---|---|---|
| x Withheld from Wages | | | |
| id on Estimated Tax | | | |
| evious Assessments or Payments | | | |
| tal Assessments or Payments | | | |
| ss:   Correct liability | | | |
| erpayment or Overassessment | | | |
| evious refund, Abatement or Offset | | | |
| t Overpayment or Overassessment | | | |

============================================================

### REASON(S) FOR ADJUSTMENTS

RANSFER PAYMENT MADE THROUGH OFFSET DATED 3/14/2000 FROM A 1997
OVERPAYMENT TO BRQ LIABILITIES TO 1998 AND 1999 INCOME TAX LIABILITIES.  ALSO TO
RQ ACCOUNTS WERE CLOSE THROUGH APPROVED AMNESTY #A99-2431.  ALSO TO
BATE OVERASSESSMENT ON INTEREST AND PENALTY.

POSTED
12/22/05

RECEIVED BY: AB03
INITIAL _____
DATE: _____
REV. AND TAX
ACCOUNTING BRANCH

============================================================

### DISPOSITION OF OVERASSESSMENT OR OVERPAYMENT

| REFUNDED: | | | ABATED: | | |
|---|---|---|---|---|---|
| Tax | $ | | Tax | $ | |
| Interest | | | Interest | | 2565.34 |
| Penalty | | | Penalty | | 717.99 |
| Total Refunded $ | | | Total Abated $ | | 3283.33 |
| CREDITED: Tax | $ | 1949.42 | OFFSET: Tax | $ | |
| Interest | | | Interest | | |
| Penalty | | | Penalty | | |
| Total Credited $ | | 1949.42 | Total Offset $ | | |

DEBITED: Adjusting Entry $    123.23

Prepared By: _____ Date: 12/01/05
ANTHONY C. GUERRERO

Certified By: _____ Date: 12/1/05
MARIA D. MESA
SUPERVISOR, COLLECTION BRANCH

============================================================

| ACCOUNT | YEAR | DEBITED | CREDITED |
|---|---|---|---|
| 90046 | 9909 | 123.23 | 154.42 |
| 586621751 | 1998 | | 1795.00 |
| 586621751 | 1999 | | 1936.72 |
| 586621751 | 1998 | | 628.62 |
| 586621751 | 1999 | | 717.99 |
| 586621751 | 1999 | | |

Post Office Box 23607, Guam Main Facility, Guam 96921 u Tel. / Telifon: (671) 475-1801/1785-89 u Fax / Faks: (671) 472-2643

Case 1:05-cv-00017    Document 81-6    Filed 06/16/2006    Page 29 of 29