SHANNON J. TAITANO, ESQ.
OFFICE OF THE GOVERNOR OF GUAM
Ricardo J. Bordallo Governor's Complex
Adelup, Guam 96910
Telephone: (671) 472-8931
Facsimile: (671) 477-6666

EDUARDO A. CALVO, ESQ.
DANIEL M. BENJAMIN, ESQ.
CALVO & CLARK, LLP
Attorneys at Law
655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96913
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

Attorneys for *the Government of Guam*

FILED
DISTRICT COURT OF GUAM

JUN 1 9 2006

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF GUAM

| | |
|---|---|
| HENRY S. DACANAY and LAURA LYNN DACANAY,<br><br>                  Plaintiffs,<br><br>vs.<br><br>GOVERNMENT OF GUAM,<br><br>                  Defendant. | Civil Case No. CIV05-00017<br><br>**ORDER GRANTING DEFENDANT LEAVE TO FILE OPPOSITION TO MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL IN EXCESS OF TWENTY PAGES** |

ORIGINAL

*CIVIL CASE NO. 05-00017*
{G0012952.DOC;1}

The motion of Defendant's Motion for Leave to File Opposition to Motion for Class Certification and Appointment of Class Counsel in Excess of Twenty Pages, having been brought before this Court, and good cause being shown,

IT IS HEREBY ORDERED that Defendant's Motion for Leave to File Opposition to Motion for Class Certification and Appointment of Class Counsel in Excess of Twenty Pages is GRANTED.

SO ORDERED this 19th day of June, 2006.

HONORABLE JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge, District Court of Guam

*CIVIL CASE NO. 05-00017*

1

{G0012952.DOC;1}