SHANNON J. TAITANO, ESQ.
OFFICE OF THE GOVERNOR OF GUAM
Ricardo J. Bordallo Governor's Complex
Adelup, Guam 96910
Telephone: (671) 472-8931
Facsimile: (671) 477-6666

EDUARDO A. CALVO, ESQ.
DANIEL M. BENJAMIN, ESQ.
CALVO & CLARK, LLP
Attorneys at Law
655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96913
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

Attorneys for *the Government of Guam*

FILED
DISTRICT COURT OF GUAM
JUN 21 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF GUAM

| | |
|---|---|
| HENRY S. DACANAY and LAURA LYNN DACANAY,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>GOVERNMENT OF GUAM,<br><br>　　　　　　Defendant. | Civil Case No. CIV05-00017<br><br>**CERTIFICATE OF SERVICE** |

ORIGINAL

The undersigned hereby certifies that a true and correct copy of the following:

1) The Government of Guam's Opposition to Motion for Class Certification and Appointment of Class Counsel

2) Declaration of Daniel M. Benjamin in Support of the Government of Guam's Opposition to Motion for Class Certification and Appointment of Class Counsel

3) Declaration of Paul J. Pablo in Support of the Government of Guam's Opposition to Motion for Class Certification and Appointment of Class Counsel

4) Defendant's Motion for Leave to File Opposition to Motion for Class Certification and Appointment of Class Counsel in Excess of Twenty Pages

5) [Proposed] Order Granting Defendant Leave to File Opposition to Motion for Class Certification and Appointment of Class Counsel in Excess of Twenty Pages

was caused to be served via electronic mail and U.S. Postal Service on the 16th day of June, 2006, to the following:

> Steven A. Zamsky, Esq.
> **ZAMSKY LAW FIRM**
> PMBN 231
> 255-G Farenholt Avenue
> Tamuning, Guam 96913
> e-mail: szamsky@kuentos.guam.net
>
> Michael L. Kelly, Esq.
> **KIRTLAND & PACKARD, LLP**
> 2361 Rosecrans Avenue, Fourth Floor
> El Segundo, California 90245
> e-mail: Michaellkelly@earthlink.net; and
> mlk@KirtlandPackard.com

Dated this 21st day of June, 2006.

>OFFICE OF THE GOVERNOR OF GUAM
>CALVO & CLARK, LLP
>Attorneys at Law
>Attorneys for *the Government of Guam*
>
>By: _____
>DANIEL M. BENJAMIN

*CIVIL CASE NO. 05-00017*
{G0013055.DOC;1}

1