SHANNON J. TAITANO, ESQ.
**OFFICE OF THE GOVERNOR OF GUAM**
Ricardo J. Bordallo Governor's Complex
Adelup, Guam 96910
Telephone: (671) 472-8931
Facsimile: (671) 477-6666

**EDUARDO A. CALVO, ESQ.**
**DANIEL M. BENJAMIN, ESQ.**
**CALVO & CLARK, LLP**
Attorneys at Law
655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96913
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

Attorneys for *the Government of Guam*

FILED
DISTRICT COURT OF GUAM
JUN 21 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF GUAM

| | |
|---|---|
| HENRY S. DACANAY and LAURA LYNN DACANAY,<br><br>Plaintiffs,<br><br>vs.<br><br>GOVERNMENT OF GUAM,<br><br>Defendant. | Civil Case No. CIV05-00017<br><br>**CERTIFICATE OF SERVICE** |

**ORIGINAL**

The undersigned hereby certifies that a true and correct copy of the following:

1) Notice of Motion and Motion for Leave to File Dispositive Motion; Memorandum of Points and Authorities in Support Thereof

2) Ex Parte Application Under L.R. 7.1(j)&(k) to Shorten Time on Motion for Leave to File Dispositive Motion

3) Certificate of Daniel M. Benjamin in Support of the Government of Guam's Ex Parte Application Under L.R. 7.1(j)&(k) to Shorten Time on Motion for Leave to File Dispositive Motion

4) [Proposed] Order Granting Leave to File Dispositive Motion

5) [Proposed] Order Granting Government of Guam's Ex Parte Application Under L.R. 7.1(j)&(k) to Shorten Time on Motion for Leave to File Dispositive Motion

was caused to be served via electronic mail and U.S. Postal Service on the 20th day of June, 2006, to the following:

> Steven A. Zamsky, Esq.
> **ZAMSKY LAW FIRM**
> PMBN 231
> 255-G Farenholt Avenue
> Tamuning, Guam 96913
> e-mail: szamsky@kuentos.guam.net
>
> Michael L. Kelly, Esq.
> **KIRTLAND & PACKARD, LLP**
> 2361 Rosecrans Avenue, Fourth Floor
> El Segundo, California 90245
> e-mail: Michaellkelly@earthlink.net; and
> mlk@KirtlandPackard.com

A copy was also served to Michael L. Kelly, Esq. via facsimile no. 310-536-1001 on the 20th day of June, 2006.

Dated this 21st day of June, 2006.

OFFICE OF THE GOVERNOR OF GUAM
CALVO & CLARK, LLP
Attorneys at Law
Attorneys for the Government of Guam

By: _____
DANIEL M. BENJAMIN

*CIVIL CASE NO. 05-00017*
{G0013056.DOC;1}