1  **SHANNON J. TAITANO, ESQ.**
   **OFFICE OF THE GOVERNOR OF GUAM**
2  Ricardo J. Bordallo Governor's Complex
   Adelup, Guam 96910
3  Telephone:    (671) 472-8931
4  Facsimile:    (671) 477-6666

5  **EDUARDO A. CALVO, ESQ.**
   **DANIEL M. BENJAMIN, ESQ.**
6  **CALVO & CLARK, LLP**
7  Attorneys at Law
   655 South Marine Corps Drive, Suite 202
8  Tamuning, Guam 96913
   Telephone:    (671) 646-9355
9  Facsimile:    (671) 646-9403

10 Attorneys for *the Government of Guam*

11

12                    IN THE UNITED STATES DISTRICT COURT
                              DISTRICT OF GUAM

13

14  HENRY S. DACANAY and LAURA LYNN         Civil Case No. CIV05-00017
    DACANAY,
15
                        Plaintiffs,
16
17          vs.                              **CERTIFICATE OF SERVICE**

18  GOVERNMENT OF GUAM,
19
                        Defendant.
20  ─────────────────────────────────

21

22

23

24

25

26

27

28

## ORIGINAL

FILED
DISTRICT COURT OF GUAM
JUN 21 2006
MARY L.M. MORAN
CLERK OF COURT

1  The undersigned hereby certifies that a true and correct copy of the following:

2  **Order Granting Defendant Leave to File Opposition to**
3  **Motion for Class Certification and Appointment of Class**
   **Counsel in Excess of Twenty Pages**

4  was caused to be served via electronic mail and U.S. Postal Service on the 20th day of June, 2006,

5  to the following:

6

7  Steven A. Zamsky, Esq.
   **ZAMSKY LAW FIRM**
8  PMBN 231
   255-G Farenholt Avenue
9  Tamuning, Guam 96913
   e-mail: szamsky@kuentos.guam.net
10

11  Michael L. Kelly, Esq.
   **KIRTLAND & PACKARD, LLP**
12  2361 Rosecrans Avenue, Fourth Floor
   El Segundo, California 90245
13  e-mail: Michaellkelly@earthlink.net; and
        mlk@KirtlandPackard.com
14

15  A copy was also served to Michael L. Kelly, Esq. via facsimile no. 310-536-1001 on the

16  20th day of June, 2006.

17  Dated this 21st day of June, 2006.

18                    OFFICE OF THE GOVERNOR OF GUAM
                      CALVO & CLARK, LLP
19                    Attorneys at Law
                      Attorneys for the Government of Guam
20

21                    By: _____

22                        DANIEL M. BENJAMIN

23

24

25

26

27

28

*CIVIL CASE NO. 05-00017*
{G0013082.DOC;1}                        1