Steven Zamsky, Esq.
Zamsky Law Firm
PMB 231
275-G Farenholt Ave.
Tamuning, Guam 96913
Telephone: (671) 686-3054
Facsimile: (671) 649-5829

Michael L. Kelly, Esq.
Robert M. Churella, Esq,
KIRTLAND & PACKARD LLP
2361 Rosecrans Ave.
4th Floor
El Segundo, CA 90245

Attorney for Plaintiffs Henry S. Dacanay
and Laura Lynn Dacanay
and all others similarly situated

FILED
DISTRICT COURT OF GUAM
JUN 22 2006
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT

TERRITORY OF GUAM

| | |
|---|---|
| HENRY S. DACANAY and LAURA LYNN DACANAY, <br><br> Plaintiffs, <br><br> v. <br><br> GOVERNMENT OF GUAM, <br><br> Defendant. | Case No. CV 05-00017 <br><br> PLAINTIFFS' RESPONSE TO DEFENDANT'S OBJECTION |

Plaintiffs hereby respond to the objection filed by Defendant.

Zamsky has paid the dues, which is all that is required of the bar. A copy of the receipt is attached hereto, dated Monday, June 19, 2006. The Bar has filed with the Supreme Court the necessary paperwork for the reinstatement to be issued and I am in formed that it is being processed. It could be issued as early as later today.

Page –2–

Plaintiffs' Response to

Defendant's Objection

In any event, Zamsky is still a member of the bar of this Court. Section GR 22.1 (c)(2) provide that notice must first be given and an opportunity to show cause. As noted the Order for Reinstatement is forthcoming.

Respectfully submitted,

June 22, 2006

ZAMSKY LAW FIRM

By: *[signature]*
STEVEN ZAMSKY
Attorneys for Plaintiffs, Henry S. Dacanay
and Laura Lynn Dacanay
and all others similarly situated

**GUAM BAR ASSOCIATION**
655 S. Marine Corps Drive, Suite 102
Tamuning, Guam 96913

**RECEIPT**  DATE 6/19/06  NO. 6752

RECEIVED FROM Steven Zamsky

ADDRESS Four Hundred Dollars Only     $ 400.00

FOR 2006 Bar Dues

| ACCOUNT | | | HOW PAID | | |
|---|---|---|---|---|---|
| AMT OF ACCOUNT | | | CASH | | |
| AMT PAID | 400 | 00 | CHECK | | |
| BALANCE DUE | | | MONEY ORDER | | |

BY [signature]

©2001 REDIFORM® 8L816