| | |
|---|---|
| SHANNON J. TAITANO, ESQ.<br>OFFICE OF THE GOVERNOR OF GUAM<br>Ricardo J. Bordallo Governor's Complex<br>Adelup, Guam 96910<br>Telephone: (671) 472-8931<br>Facsimile: (671) 477-6666<br><br>EDUARDO A. CALVO, ESQ.<br>DANIEL M. BENJAMIN, ESQ.<br>CALVO & CLARK, LLP<br>Attorneys at Law<br>655 South Marine Corps Drive, Suite 202<br>Tamuning, Guam 96913<br>Telephone: (671) 646-9355<br>Facsimile: (671) 646-9403 | **FILED**<br>DISTRICT COURT OF GUAM<br>JUN 23 2006<br>MARY L.M. MORAN<br>CLERK OF COURT |

Attorneys for *the Government of Guam*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF GUAM

| | |
|---|---|
| HENRY S. DACANAY and LAURA LYNN DACANAY,<br><br>Plaintiffs,<br><br>vs.<br><br>GOVERNMENT OF GUAM,<br><br>Defendant. | Civil Case No. CIV05-00017<br><br><br><br>**CERTIFICATE OF SERVICE** |

**ORIGINAL**

The undersigned hereby certifies that a true and correct copy of the following:

**Objection to Filing by Counsel Not In Good Standing**

was caused to be served via electronic mail and U.S. Postal Service on the 21st day of June, 2006, to the following:

    Steven A. Zamsky, Esq.
    **ZAMSKY LAW FIRM**
    PMBN 231
    275-G Farenholt Avenue
    Tamuning, Guam 96913
    e-mail: szamsky@kuentos.guam.net

    Michael L. Kelly, Esq.
    **KIRTLAND & PACKARD, LLP**
    2361 Rosecrans Avenue, Fourth Floor
    El Segundo, California 90245
    e-mail: Michaellkelly@earthlink.net; and
          mlk@KirtlandPackard.com

A copy was also served to Michael L. Kelly, Esq. via facsimile no. 310-536-1001 on the 21st day of June, 2006.

Dated this 23rd day of June, 2006.

    OFFICE OF THE GOVERNOR OF GUAM
    CALVO & CLARK, LLP
    Attorneys at Law
    Attorneys for *the Government of Guam*

    By: _____
         **DANIEL M. BENJAMIN**