# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| Henry S. Dacanay, et al., | Case No. 1:05-cv-00017 |
| Plaintiffs, | |
| vs. | |
| Government of Guam, | **CERTIFICATE OF SERVICE** |
| Defendant. | |

The following office(s)/individual(s) acknowledged receipt of the Order filed June 23, 2006, on the dates indicated below:

| | |
|---|---|
| Law Offices of Calvo and Clark | Zamsky Law Firm |
| June 23, 2006 | June 28, 2006 |

I, Renee M. Martinez, declare under the penalty of perjury that on the above listed date(s) the:

Order filed June 23, 2006

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: June 29, 2006              /s/ Renee M. Martinez
                                       Deputy Clerk