Steven Zamsky, Esq.
Zamsky Law Firm
PMB 231
275-G Farenholt Ave.
Tamuning, Guam 96913
Telephone: (671) 686-3054
Facsimile: (671) 649-5829

Michael L. Kelly, Esq.
Robert M. Churella, Esq,
KIRTLAND & PACKARD LLP
2361 Rosecrans Ave.
4th Floor
El Segundo, CA 90245

Attorney for Plaintiffs Henry S. Dacanay
and Laura Lynn Dacanay
and all others similarly situated

FILED
DISTRICT COURT OF GUAM
JUN 28 2006
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT
## TERRITORY OF GUAM

| | |
|---|---|
| HENRY S. DACANAY and LAURA LYNN DACANAY, <br><br> Plaintiffs, <br><br> v. <br><br> GOVERNMENT OF GUAM, <br><br> Defendant. | Case No. CV 05-00017 <br><br> DECLARATION OF STEVEN A. ZAMSKY |

Attached hereto is a true and correct copy of the Reinstatment Order issued by the Supreme Court of Guam.

Dated June 28, 2006.

ZAMSKY LAW FIRM

*[signature]*

STEVEN ZAMSKY
Attorneys for Plaintiffs, Henry S.
and Laura Lynn Dacanay
and all others similarly situated

# IN THE SUPREME COURT OF GUAM

In the Matter of:

STEVEN A. ZAMSKY,

for Removal from the Roll of Attorneys
of the Guam Bar.

**REINSTATEMENT ORDER**

This matter comes before the court pursuant to the Removal Order filed on June 13, 2006, removing Attorney **STEVEN A. ZAMSKY** from the roll of attorneys due to failure to timely pay Guam Bar Association dues for the calendar year 2006.

Based upon Attorney Zamsky's compliance with Rule 5 of the Rules for Discipline of Attorneys, payment of the appropriate fees to the Guam Bar and to the Supreme Court of Guam, and Guam Bar Association Rule 9, **STEVEN A. ZAMSKY** is hereby reinstated to the roll of attorneys as an active member of the Guam Bar.

**SO ORDERED**, this 27th day of June, 2006.

ROBERT J. TORRES
Chief Justice (Acting)

I do hereby certify that the foregoing is a full true and correct copy of the original on file in the office of the clerk of the Supreme Court of Guam

JUN 27 2006

By IMELDA B. DUENAS
Assistant Clerk of Court
Supreme Court of Guam