1 SHANNON J. TAITANO, ESQ.
OFFICE OF THE GOVERNOR OF GUAM
2 Ricardo J. Bordallo Governor's Complex
Adelup, Guam 96910
3 Telephone: (671) 472-8931
4 Facsimile: (671) 477-6666

5 EDUARDO A. CALVO, ESQ.
DANIEL M. BENJAMIN, ESQ.
6 CALVO & CLARK, LLP
7 Attorneys at Law
655 South Marine Corps Drive, Suite 202
8 Tamuning, Guam 96913
Telephone: (671) 646-9355
9 Facsimile: (671) 646-9403

10 Attorneys for *the Government of Guam*

FILED
DISTRICT COURT OF GUAM
JUN 3 0 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF GUAM

| | |
|---|---|
| HENRY S. DACANAY and LAURA LYNN DACANAY,<br><br>Plaintiffs,<br><br>vs.<br><br>GOVERNMENT OF GUAM,<br><br>Defendant. | CIVIL CASE NO. 05-00017<br><br>**NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS OR, IN THE ALTERNATIVE, SUMMARY JUDGMENT** |

## NOTICE OF MOTION AND MOTION

NOTICE IS HEREBY GIVEN that pursuant to the Court's Order of June 23, 2006, on Tuesday, August 1, 2006 at 1:30 p.m., Defendant Government of Guam will and hereby does respectfully move this Honorable Court for judgment on the pleadings under Fed. R. Civ. Proc. 12(c), or in the alternative, summary judgment under Fed. R. Civ. Proc. 56. This motion is supported by this motion and notice of motion, the accompanying memorandum of points and authorities, the declaration of Paul J. Pablo submitted in support hereof, the prior declaration of Paul J. Pablo submitted in support of Defendant's Opposition to class certification, such argument as counsel may present at the hearing hereon, and all other pleadings on file in this matter.

Dated this 30th day of June, 2006.

OFFICE OF THE GOVERNOR OF GUAM
CALVO & CLARK, LLP
Attorneys at Law
Attorneys for the Government of Guam

By: _____
DANIEL M. BENJAMIN