SHANNON J. TAITANO, ESQ.
OFFICE OF THE GOVERNOR OF GUAM
Ricardo J. Bordallo Governor's Complex
Adelup, Guam 96910
Telephone: (671) 472-8931
Facsimile: (671) 477-6666

EDUARDO A. CALVO, ESQ.
DANIEL M. BENJAMIN, ESQ.
CALVO & CLARK, LLP
Attorneys at Law
655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96913
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

*Attorneys for Government of Guam*

FILED
DISTRICT COURT OF GUAM
JUN 30 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF GUAM

| | |
|---|---|
| HENRY S. DACANAY and LAURA LYNN DACANAY,<br><br>Plaintiffs,<br><br>vs.<br><br>GOVERNMENT OF GUAM,<br><br>Defendant. | CIVIL CASE NO. 05-00017<br><br>**DECLARATION OF PAUL J. PABLO IN SUPPORT OF THE GOVERNMENT OF GUAM'S MOTION FOR JUDGMENT ON THE PLEADINGS OR, IN THE ALTERNATIVE, SUMMARY JUDGMENT** |

I, Paul J. Pablo, hereby declare and state as follows:

1. I make the following declaration on personal knowledge and if called to testify I could and would testify competently hereto.

2. I am the Tax Enforcement Administrator at the Government of Guam's Department of Revenue & Taxation ("DRT"). My responsibilities include supervision of both the Examination Branch and the Collections Branch at DRT, and I am familiar with the procedures used by DRT with regard to the Guam Territorial Income Tax (the "GTIT").

3. With the assistance of DRT staff under my supervision, I have personally reviewed the relevant tax files of the plaintiffs in this action, Henry S. Dacanay and Laura Lynn Dacanay (the "Dacanays"). I also have reviewed the original and amended complaint in this action.

4. The Dacanays have never filed an administrative claim with DRT for a refund of their 1998 or 1999 GTIT taxes raising any of the alleged grounds for refunds raised in the Dacanays' original and amended complaint in this action. Specifically, they have never filed an administrative claim requesting a refund on the basis that they did not receive a notice of deficiency, notice of intent to levy, or notice of lien, or that any such notice they received was deficient.

5. Irregardless of whether such a claim would be meritorious, I know of no procedure, policy, or practice at DRT that would have prevented the Dacanays from filing such a claim (though, if without merit or otherwise deficient, it would be rejected).

I declare under penalty of perjury under the laws of the United States and the Territory of Guam that the foregoing is true and correct.

Executed on this 29th day of June, 2006 in Tamuning, Guam.

_____
PAUL J. PABLO

*CIVIL CASE NO. 05-00017*
*{G0013330.DOC;1}*

1