FILED
DISTRICT COURT OF GUAM

JUN 3 0 2006

MARY L.M. MORAN
CLERK OF COURT

Steven Zamsky, Esq.
ZAMSKY LAW FIRM
PMB 231
275-G Farenholt Avenue
Tamuning, Guam 96913
Telephone: (671) 686-3054
Facsimile: (671) 649-5829

Michael L. Kelly, Esq. - State Bar No. 82063
Robert M. Churella, Esq. - State Bar No. 73319
KIRTLAND & PACKARD LLP
2361 Rosecrans Ave.
4th Floor
El Segundo, CA 90245

Attorneys for Plaintiffs Henry S. Dacanay
and Laura Lynn Dacanay
and all others similarly situated

# UNITED STATES DISTRICT COURT

## TERRITORY OF GUAM

| | |
|---|---|
| HENRY S. DACANAY and LAURA LYNN DACANAY,<br><br>        Plaintiffs,<br><br>        v.<br><br>GOVERNMENT OF GUAM,<br><br>        Defendant. | Case No. CV 05-00017<br><br>**PLAINTIFFS' MOTION FOR LEAVE TO FILE REPLY TO GOVERNMENT OF GUAM'S OPPOSITION TO MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL IN EXCESS OF TEN PAGES** |

## MOTION FOR LEAVE TO EXCEED TEN PAGES

Plaintiffs, Henry and Laura Dacanay, respectfully move this Court for leave to file the Plaintiffs' Reply to the Government of Guam's Opposition to Motion for Class Certification and Appointment of Class Counsel in excess of ten (10) pages, pursuant to District Court of Guam Local Rule, LR 7.1(g). This motion is supported by the Memorandum of Points and Authorities, the documents and pleadings on file, and such other evidence as the Court would consider.

## MEMORANDUM OF POINTS AND AUTHORITIES

On June 16, 2006, Defendant, the Government of Guam, filed a Motion for Leave

02078-00001 108330.1

LAW OFFICES
KIRTLAND & PACKARD LLP

to File Opposition to Certification and Appointment of Class Counsel in Excess of Twenty
Pages. The Court granted Defendant's motion for leave, and Defendant filed a 25 page
opposition motion. Defendant's 25 page opposition motion moved beyond the proper
scope of a class certification motion, and improperly included lengthy discussions of the
merits of affirmative defenses and other inappropriate subject matter, straining Plaintiffs'
ability to reply to all the issues presented by Defendant within ten pages.

In response to this 25 page opposition, Plaintiffs are respectfully requesting the
Court's permission to file a memorandum, not to exceed sixteen (16) pages in length, in
reply to Defendant's Opposition to the Motion for Class Certification and Appointment of
Class Counsel.

Dated: June 28, 2006

KIRTLAND & PACKARD LLP

By: _____
MICHAEL L. KELLY
Attorney for Plaintiffs, Henry S. Dacanay
and Laura Lynn Dacanay
and all others similarly situated

Dated: June 29, 2006

ZAMSKY LAW FIRM

By: _____
STEVEN ZAMSKY
Attorney for Plaintiffs, Henry S. Dacanay
and Laura Lynn Dacanay
and all others similarly situated

LAW OFFICES
KIRTLAND & PACKARD LLP

02078-00001 108330.1

-2-