Steven Zamsky, Esq.
ZAMSKY LAW FIRM
PMB 231
275-G Farenholt Avenue
Tamuning, Guam 96913
Telephone: (671) 686-3054
Facsimile: (671) 649-5829

Michael L. Kelly, Esq. - State Bar No. 82063
Robert M. Churella, Esq. - State Bar No. 73319
KIRTLAND & PACKARD LLP
2361 Rosecrans Ave.
4th Floor
El Segundo, CA 90245

Attorneys for Plaintiffs Henry S. Dacanay
and Laura Lynn Dacanay
and all others similarly situated

**FILED**
DISTRICT COURT OF GUAM
JUL - 3 2006
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT

## TERRITORY OF GUAM

| | |
|---|---|
| HENRY S. DACANAY and LAURA LYNN DACANAY,<br><br>Plaintiffs,<br><br>v.<br><br>GOVERNMENT OF GUAM,<br><br>Defendant. | Case No. CV 05-00017<br><br>ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE REPLY TO GOVERNMENT OF GUAM'S OPPOSITION TO MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL IN EXCESS OF TEN PAGES |

02078-00001 108333.1

[PROPOSED] ORDER GRANTING LEAVE FOR PLAINTIFFS TO FILE REPLY IN EXCESS OF 10 PAGES

The Plaintiffs' Motion for Leave to File Reply to Defendant's Opposition to Motion for Class Certification and Appointment of Class Counsel in Excess of Ten Pages, having being brought before this court, and good cause shown,

IT IS HEREBY ORDERED, that Plaintiffs' Motion for Leave to File Reply to Defendant's Opposition to Motion for Class Certification and Appointment of Class Counsel in Excess of Ten Pages is GRANTED, and that Plaintiffs are granted leave to file a Reply not to exceed 16 pages.

SO ORDERED this 3rd day of July, 2006.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge



RECEIVED
JUN 30 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

02078-00001 108333.1

-2-

[PROPOSED] ORDER GRANTING LEAVE FOR PLAINTIFFS TO FILE REPLY IN EXCESS OF 10 PAGES