SHANNON J. TAITANO, ESQ.
OFFICE OF THE GOVERNOR OF GUAM
Ricardo J. Bordallo Governor's Complex
Adelup, Guam 96910
Telephone: (671) 472-8931
Facsimile: (671) 477-6666

EDUARDO A. CALVO, ESQ.
JANALYNN C. DAMIAN, ESQ.
DANIEL M. BENJAMIN, ESQ.
CALVO & CLARK, LLP
Attorneys at Law
655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96913
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

Attorneys for *the Government of Guam*

**FILED**
DISTRICT COURT OF GUAM
JUL -7 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF GUAM

| | |
|---|---|
| HENRY S. DACANAY and LAURA LYNN DACANAY,<br><br>    Plaintiffs,<br><br>vs.<br><br>GOVERNMENT OF GUAM,<br><br>    Defendant. | CIVIL CASE NO. 05-00017<br><br>**CERTIFICATE OF SERVICE** |

**ORIGINAL**

The undersigned hereby certifies that a true and correct copy of the following:

1) **Notice Of Motion And Motion For Judgment On The Pleadings Or, In The Alternative, Summary Judgment**

2) **Memorandum Of Points And Authorities In Support Of The Government Of Guam's Motion For Judgment On The Pleadings Or, In The Alternative, Summary Judgment**

3) **Declaration Of Paul J. Pablo In Support Of The Government Of Guam's Motion For Judgment On The Pleadings Or, In The Alternative, Summary Judgment**

4) **[Proposed] Order Re: Government Of Guam's Motion For Judgment On The Pleadings Or, In The Alternative, Summary Judgment**

was caused to be served via electronic mail and U.S. Postal Service on the 30th day of June, 2006, to the following:

> Steven A. Zamsky, Esq.
> **ZAMSKY LAW FIRM**
> PMBN 231
> 275-G Farenholt Avenue
> Tamuning, Guam 96913
> e-mail: szamsky@kuentos.guam.net
>
> Michael L. Kelly, Esq.
> **KIRTLAND & PACKARD, LLP**
> 2361 Rosecrans Avenue, Fourth Floor
> El Segundo, California 90245
> e-mail: Michaellkelly@earthlink.net; and
> mlk@KirtlandPackard.com

Dated this 8th day of July, 2006.

> OFFICE OF THE GOVERNOR OF GUAM
> CALVO & CLARK, LLP
> Attorneys at Law
> Attorneys for *the Government of Guam*
>
> By: _____
> JANALYNN C. DAMIAN

*CIVIL CASE NO. 05-00017*
{G0013400.DOC;1}