Michael L. Kelly, Esq. - State Bar No. 82063
Robert M. Churella, Esq. - State Bar No. 73319
KIRTLAND & PACKARD LLP
2361 Rosecrans Ave.
4th Floor
El Segundo, CA 90245

Steven Zamsky, Esq.
ZAMSKY LAW FIRM
PMB 231
275-G Farenholt Avenue
Tamuning, Guam 96913
Telephone: (671) 686-3054
Facsimile: (671) 649-5829

Attorneys for Plaintiffs Henry S. Dacanay
and Laura Lynn Dacanay
and all others similarly situated

FILED
DISTRICT COURT OF GUAM
JUL 14 2006
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT

## TERRITORY OF GUAM

| | |
|---|---|
| HENRY S. DACANAY and LAURA LYNN DACANAY,<br><br>Plaintiffs,<br><br>v.<br><br>GOVERNMENT OF GUAM,<br><br>Defendant. | Case No. CV 05-00017<br><br>**DECLARATION OF STEVEN A. ZAMSKY IN SUPPORT OF PLAINTIFFS' OPPOSITION TO GOVERNMENT OF GUAM'S MOTION FOR JUDGMENT ON THE PLEADINGS OR, IN THE ALTERNATIVE, SUMMARY JUDGMENT** |

I, STEVEN A. ZAMSKY, do hereby declare as follows:

1. I am an attorney admitted to practice law in Guam.

2. I am an attorney of record for Plaintiffs Henry and Laura Lynn Dacanay.

3. I make this declaration in support of Plaintiffs' Opposition to the Government of Guam's Motion for Judgment on the Pleadings or, in the alternative, Summary Judgment.

4. On March 9, 2004, I took the deposition of Joseph Rios, Jr., the Administrator of Technical Research at the Department of Revenue and Taxation in Guam, in the matter of *Marangi v. Government of Guam*. True and correct copies of excerpts from the Joseph Rios deposition transcript are attached hereto as Exhibit "A."

5. On June 16, 2006, Defendant filed in this action the Declaration of Paul J. Pablo In Support Of The Government of Guam's Opposition to Motion For Class Certification And Appointment of Class Counsel. Attached as "Exhibit Z" to the Declaration of Paul J. Pablo was a "Notice of Adjustment" dated December 20, 2005. A true and correct copy of this "Notice of Adjustment" is attached hereto as Exhibit "B."

6. In October 2005, my firm caused to be served on counsel for Defendant Plaintiffs' Request for Production to Defendant's, Set No. 2. Request for Production No. 21 requested Defendant to produce, "Each and Every DOCUMENT that refers or relates to Henry S. Dacanay and Laura Lynn Dacanay, created after January 1, 1997."

7. In February 2006, Defendant served its "Second Response to Request for Production of Documents."

8. The Final Notice/Notice of Intent to Levy, dated March 20, 2003, as attached to Defendant's "Second Response to Request for Production of Documents", was a single page document. A true and correct copy of this Final Notice/Notice of Intent to Levy is attached hereto as Exhibit "C."

9. The Final Notice/Notice of Intent to Levy produced did not contain any IRS Publications.

10. Also produced in Defendant's "Second Response to Request for Production of Documents" was the "Notice of Guam Tax Lien" sent to Henry and Laura Dacanay dated March 25, 2003. A true and correct copy of this "Notice of Guam Tax Lien" is attached hereto as Exhibit "D."

I declare under the laws of the United States that the foregoing is true and that this Declaration was executed this 14 day of July 2006 at Tamuning, Guam.

STEVEN M. ZAMSKY

EXHIBIT A

```
 1  answers be accurate.
 2      A   Alright.
 3      Q   Your are employed by the Department
 4  of Revenue and Taxation?
 5      A   Right.
 6      Q   And your position is what?
 7      A   My legal position is, I am the
 8  Administrator Technical Reasearch, but
 9  currently I am detailed Deputy Tax
10  Commissioner.
11      Q   Did you have same legal position in
12  1998?
13      A   Yes.
14      Q   Did you attend college?
15      A   Yes.
16      Q   Where.
17      A   I attended at a University of Hawaii
18  in Manoa for about a year and then after
19  that I completed my studies here at
20  University of Guam. I received a
21  Bachelor's Degree in Accounting.
22      Q   When did you join the Department of
23  Revenue and Taxation?
24      A   It was December of 1980.
25      Q   Since 1980?
```

Pramila D. Sullivan
414 West Soledad Avenue, Suite 501 F
Hagatna, GU 96910
pramila@netpci.com   Phone 477-1389, Fax 477-1077, Cell 687-6600

-3-

Case 1:05-cv-00017    Document 108    Filed 07/14/2006    Page 4 of 14

1    A    Right.
2    Q    As a part of your position as the
3 Director of Technical Research if there is
4 a change in a law like by Congress, is it
5 part of your function to advise the
6 Director and other people in the Department
7 of that change?
8    A    Yes its part of our responsibility,
9 the technical research and appeal. However
10 we are significantly understaffed, I have
11 only two appeal officers over there and we
12 have a whole lot of responsibilities there,
13 so I don't know, do you want me to explain
14 our responsibilities there?
15   Q    Sure.
16   A    Our primary responsibility is to
17 hold informal hearings, cases that come
18 from the examination branch is our major
19 responsibility. Other duties are preparing
20 tax rulings, taxpayers send requests for
21 tax exempt status we respond to those, and
22 numerous correspondence from taxpayers and
23 also from in house personal. And I only
24 have two appeal officers there to do these
25 duties. We also conduct tax preparers'

Pramila D. Sullivan
414 West Soledad Avenue, Suite 501 F
Hagatna, GU 96910
pramila@netpci.com   Phone 477-1389, Fax 477-1077, Cell 687-6600

-4-

1  Q   The subpoena duces tecum also asked
2  for any memoranda within or without the
3  Department of Revenue and Taxation
4  concerning the 1998 Act. Have you brought
5  anything or there were none?
6  A   (No audible answer)
7  Q   As far as you know these three books
8  are the only thing within the Department
9  having to do with '98 act that is in
10 writing?
11 A   Within my office. I don't know out
12 of the whole Department, I am not sure.
13 Q   Is there any place in the Department
14 where something could be?
15 A   No, maybe some individual employee
16 may order something regarding the Tax
17 Reform Act of 1998, I am not sure.
18 Q   Did you have any discussion with
19 anybody as of yet 1998 Act passed
20 regarding it?
21 A   I don't recall.
22 Q   I am assuming I guess you were aware
23 in 1998 that the Act was passed?
24 A   Yes.
25 Q   Steve Cohen at the time was with the

Pramila D. Sullivan
414 West Soledad Avenue, Suite 501 F
Hagatna, GU 96910
pramila@netpci.com   Phone 477-1389, Fax 477-1077, Cell 687-6600

-5-

```
 1      Q    Yes.
 2      A    Yes.
 3      Q    Do you know that was probably
 4  established by 1998 Act?
 5      A    Do you mind if I take a look?
 6      Q    Take a look.
 7      (The witness reviews the book)
 8      A    When you say so then --
 9      Q    I can take a short cut if you want.
10  I will represent to you that Act did
11  establish a Collections Due Process Hearing
12  Procedure; do you have any reason to think
13  that is not right?
14      A    No.
15      Q    Was there anything done by the
16  Department to establish a Taxpayer
17  Advocate's position?
18      A    There wasn't.
19      Q    There was anything done by the
20  Department to establish a Collection Due
21  Process Hearing Procedure?
22      A    No, but the current procedure that
23  we have right now is if a taxpayer
24  disagrees with the revenue officer he can
25  always appeal to the supervisor of
```

Pramila D. Sullivan
414 West Soledad Avenue, Suite 501 F
Hagatna, GU 96910
pramila@netpci.com   Phone 477-1389, Fax 477-1077, Cell 687-6600

```
 1  Collections.  Now if a taxpayer disagrees
 2  with the supervisor he can always appeal to
 3  our office, the Research and Appeal Office.
 4       Q   There are particular time frames and
 5  other requirements established by the
 6  Collection Due Process Hearing Procedure
 7  within the Act.  Does the Department
 8  incorporate those?
 9       A   Okay, I wasn't part of the
10  Collections.  Again I told you I was just
11  detailed Deputy Tax Commissioner about two
12  weeks ago, I am not too sure as to if they
13  have adopted these procedures.
14       Q   Are there ever any discussion within
15  the Department about establishing the
16  Taxpayer Advocate position?
17       A   I don't believe so.
18       Q   In establishing a Collection Due
19  Process Hearing Procedure?
20       A   I don't believe so.
21       Q   Do you know why?
22       A   It could be with that Taxpayer
23  Advocate – it could be that we don't have
24  funds to create such program.  You know,
25  currently right now we are still under
```

Pramila D. Sullivan
414 West Soledad Avenue, Suite 501 F
Hagatna, GU 96910
pramila@netpci.com    Phone 477-1389, Fax 477-1077, Cell 687-6600

-7-

BLUEBIRD

EXHIBIT B




**DEPARTMENT OF**
# REVENUE AND TAXATION
**GOVERNMENT OF GUAM** Gubetnamenton Guåhan

CB 1205-04

NOTICE OF ADJUSTMENT | Date 12/20/2005
Action C/T ABATE & A/E
A/C #
Allowed $ 5232.75

DACANAY, HENRY S

PO BOX
GMF GU 96921

ar Taxpayer:
examination of our records pertaining to your tax return Form 1040 filed for the
nth/year 12/1997 indicated assessment in excess of the amount due.

### COMPOSITION OF OVERASSESSMENT OR OVERPAYMENT
TAX INTEREST PENALTY

- Withheld from Wages
- d on Estimated Tax
- evious Assessments or Payments
- ital Assessments or Payments
- ss: Correct liability
- erpayment or Overassessment
- evious refund, Abatement or Offset
- t Overpayment or Overassessment

### REASON(S) FOR ADJUSTMENTS
RANSFER PAYMENT MADE THROUGH OFFSET DATED 3/14/2000 FROM A 1997
RPAYMENT TO BRQ LIABILITIES TO 1998 AND 1999 INCOME TAX LIABILITIES.
RQ ACCOUNTS WERE CLOSE THROUGH APPROVED AMNESTY #A99-2431. ALSO TO
BATE OVERASSESSMENT ON INTEREST AND PENALTY.

RECEIVED BY: AB03
INITIAL
DATE: 12/22/05
REV. AND TAX
ACCOUNTING BRANCH

### DISPOSITION OF OVERASSESSMENT OR OVERPAYMENT

FUNDED: Tax $            ABATED: Tax $
Interest                    Interest       2565.34
Penalty                     Penalty         717.99
Total Refunded $            Total Abated $ 3283.33

CREDITED: Tax $ 1949.42     OFFSET: Tax $
Interest                    Interest
Penalty                     Penalty
Total Credited $ 1949.42    Total Offset $
DEBITED: Adjusting Entry $ 123.23

| ACCOUNT | YEAR | DEBITED | CREDITED |
|---|---|---|---|
| 90046 | 9909 | 123.23 | |
| 586621751 | 1998 | | 154.42 |
| 586621751 | 1999 | | 1795.00 |
| 586621751 | 1998 | | 1936.72 |
| 586621751 | 1999 | | 628.62 |
| 86621751 | 1999 | | 717.99 |

Prepared By: _____ Date: 12/21/05
ANTHONY C. GUERRERO

Certified By: _____ Date: 12/21/05
MARIA D. MESA
SUPERVISOR, COLLECTION BRANCH

Post Office Box 23607, Guam Main Facility, Guam 96921 • Tel./Telfon: (671) 475-1801/1785-89 • Fax/Faks: (671) 472-2643

— 8 —



**EXHIBIT C**



GOVERNMENT OF GUAM
Department of Revenue and Taxation
P.O. Box 23607
Barrigada, Guam 96921

NAY HENRY S & LAURA-LYNN
BOX ▮▮▮
IGADA GU 96921-▮▮▮

| | |
|---|---|
| Date of This Notice : | 03/20/03 |
| Taxpayer Id No (TIN): | ▮▮▮▮▮▮ |
| Form Type : | 4549 |
| Tax Period : | 12/31/98 |
| Balance (Prior Ntc) : | 1,914.35 |
| Additional Penalty : | .00 |
| Additional Interest : | 7.09 |
| Ending Balance : | 1,921.44 |
| Contact Phone Number: | 475-1851 |

**FINAL NOTICE**
**NOTICE OF INTENT TO LEVY AND NOTICE OF YOUR RIGHT TO A HEARING**
**PLEASE RESPOND IMMEDIATELY**

records still show an outstanding liability. We previously asked you to pay this, but
till have not received your payment. This letter is your notice of our intent to levy
r Guam Territorial Income Tax Law (IRC) Section 6331 and your right to receive Appeals
ideration under IRC Section 6330.

ay file a Notice of Guam Territorial Income Tax Lien at any time to protect the
rnment's interest. A lien is a public notice to your creditors that the government has
right to your current assets, including any assets you acquire after we file the lien.

ou do not pay the amount you owe, make alternative arrangements to pay or request Appeals
ideration within 30 days from the date of this letter. We may take your property, or
ts to property, such as real estate, automobiles, business assets, bank accounts,
s, commissions, and other income. We have enclosed Publication 594 and Publication
) explaining your right to appeal.

revent collection action, please send your full payment today. Make your check or money
r payable to the Treasurer of Guam. Write your social security number or employer
tification number on your payment. Send your payment to P.O. Box 23607, GMF, GU 96921
(: COLLECTIONS BRANCH.

ou have recently paid this tax or you cannot pay it, call us immediately at the telephone
er shown at the top of this letter and let us know.

unpaid amount from prior notices may include tax, penalties, and interest you still owe.
lso includes any credits and payments we have received since we sent our last notice to

ODE : CB12

Sincerely,

ARTEMIO B. ILAGAN
Acting Director

BY :

_____
REVENUE OFFICER

-9-

**EXHIBIT D**

| Form 668 | GOVERNMENT OF GUAM - DEPARTMENT OF REVENUE AND TAXATION |
| (Rev. June 93) | Notice of Guam Tax Lien Under Guam Territorial Income Tax Laws |

As provided by sections 6321, 6322, and 6323 of the Internal Revenue Code (IRC), made applicable to the Guam Territorial Income Tax Laws (GTITL), by Title 48 U.S.C. section 1421(i), notice is given that taxes (including interest and penalties) have been assessed against the following-named taxpayer. Demand for payment of this liability has been made, but it remains unpaid. Therefore, there is a lien in favor of the Government of Guam on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Lien Number: 030300043

For Optional Use by Recording Office



NAME OF TAXPAYER:
ACANAY HENRY S
ACANAY LAURA LYNN V

RESIDENCE:
PO BOX ▮▮▮▮
MF, GU 96921

IMPORTANT RELEASE INFORMATION - With respect to each assessment listed below, unless notice of lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC Section 6325(a) made applicable to the GTITL by 48 U.S.C section 1421(i).

| Kind of Tax (a) | Tax Period Ended (b) | Identifying Number(s) (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/1999 | ▮▮▮▮▮▮ | 6/28/2000 | 7/28/2010 | 1,854.87 |
| 4549 | 12/1998 | ▮▮▮▮▮▮ | 8/08/2002 | 9/07/2012 | 1,914.35 |

Place of filing – Department of Land Management
– District Court
– Insurance, Securities, Banking & Real Estate

TOTAL $ 3,769.22

This notice was prepared and signed at Department of Revenue and Taxation on this the 10th day of March, 2003.

ARTEMIO B. ILAGAN — ACTING DIRECTOR OF REVENUE AND TAXATION

By: Maria D Mesa — SUPERVISOR, COLLECTION BRANCH

NOTE: Certificate of officer authorized by law to take acknowledgments is not essential to the validity of Notice of Guam Tax lien. Made applicable to GTITL by Rev. Rul. 1971-2 C.B. 409.

-10-