AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ GUAM

**FILED**
DISTRICT COURT OF GUAM
JUL 19 2006
MARY L.M. MORAN
CLERK OF COURT

Henry S. Dacanay and Laura Lynn Dacanay

V.

Government of Guam

NOTICE

CASE NUMBER: CV-05-00017

| TYPE OF CASE: | | |
|---|---|---|
| | X CIVIL | ☐ CRIMINAL |

☐ TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| | DATE AND TIME |

TYPE OF PROCEEDING

**MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL**

X TAKE NOTICE that a proceeding in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | RESCHEDULED TO DATE AND TIME |
|---|---|---|
| **District Court of Guam** 4th Floor, U.S. Courthouse 520 West Soledad Avenue Hagatna, GU 96910 | Monday, August 1, 2006 at 1:30 p.m. | Tuesday, August 2, 2006 at 1:30 p.m. |

MARY L. M. MORAN, CLERK OF COURT
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

_[signature]_

July 19, 2006
DATE

(BY) DEPUTY CLERK

TO: Steven A. Zamsky, Esq.
Arthur B. Clark, Esq.
Shannon Taitano, Esq.

**ORIGINAL**