# UNITED STATES DISTRICT COURT OF GUAM
## DISTRICT OF GUAM

Henry S. Dacanay, et al.,

    Plaintiffs,

                V.

Government of Guam,

    Defendant.

**NOTICE**

CASE NUMBER: 1:05-cv-00017

[**X**] **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| District Court of Guam<br>4th Floor, U.S. Courthouse<br>520 W. Soledad Avenue<br>Hagatna, GU 96910 | 413 |
| | DATE AND TIME<br>Tuesday, August 2, 2006 at 1:30 p.m. |

TYPE OF PROCEEDING

**MOTION FOR JUDGMENT ON THE PLEADINGS, OR, IN THE ALTERNATIVE, SUMMARY JUDGMENT**

[ ] **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| | | |

MARY L.M. MORAN, CLERK OF COURT

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

July 20, 2006                              VIRGINIA T. KILGORE

DATE                                            /s/ (BY) DEPUTY CLERK

TO:  Steven A. Zamsky, Esq.
       Arthur B. Clark, Esq.
       Shannon Taitano, Esq.