SHANNON J. TAITANO, ESQ.
OFFICE OF THE GOVERNOR OF GUAM
Ricardo J. Bordallo Governor's Complex
Adelup, Guam 96910
Telephone: (671) 472-8931
Facsimile: (671) 477-6666

EDUARDO A. CALVO, ESQ.
JANALYNN C. DAMIAN, ESQ.
DANIEL M. BENJAMIN, ESQ.
CALVO & CLARK, LLP
Attorneys at Law
655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96913
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

Attorneys for *the Government of Guam*

FILED
DISTRICT COURT OF GUAM
JUL 24 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF GUAM

| | |
|---|---|
| HENRY S. DACANAY and LAURA LYNN DACANAY,<br><br>Plaintiffs,<br><br>vs.<br><br>GOVERNMENT OF GUAM,<br><br>Defendant. | CIVIL CASE NO. 05-00017<br><br><br>**CERTIFICATE OF SERVICE** |

**ORIGINAL**

*CIVIL CASE NO. 05-00017*

The undersigned hereby certifies that a true and correct copy of the following:

1) **Reply In Support Of The Government Of Guam's Motion For Judgment On The Pleadings Or, In The Alternative, Summary Judgment**

2) **Declaration Of Janalynn C. Damian In Support Of The Government Of Guam's Motion For Judgment On The Pleadings Or, In The Alternative, Summary Judgment**

was caused to be served via electronic mail and U.S. Postal Service on the 20th day of July, 2006, to the following:

    Steven A. Zamsky, Esq.
    **ZAMSKY LAW FIRM**
    PMBN 231
    275-G Farenholt Avenue
    Tamuning, Guam 96913
    e-mail: szamsky@kuentos.guam.net

    Michael L. Kelly, Esq.
    **KIRTLAND & PACKARD, LLP**
    2361 Rosecrans Avenue, Fourth Floor
    El Segundo, California 90245
    e-mail: Michaellkelly@earthlink.net; and
           mlk@KirtlandPackard.com

Dated this 24th day of July, 2006.

    OFFICE OF THE GOVERNOR OF GUAM
    CALVO & CLARK, LLP
    Attorneys at Law
    Attorneys for *the Government of Guam*

    By: /s/ Janalynn C. Damian
        JANALYNN C. DAMIAN

*CIVIL CASE NO. 05-00017*
{G0013824.DOC;1}

1