# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| Henry S. Dacanay, et al., | Case No. 1:05-cv-00017 |
| Plaintiffs, | |
| vs. | |
| Government of Guam, | **CERTIFICATE OF SERVICE** |
| Defendant. | |

The following office(s)/individual(s) acknowledged receipt of the Notice filed July 19, 2006, on the dates indicated below:

| Steven A. Zamsky | Law Offices of | Office of the Governor | Office of the |
|---|---|---|---|
| July 25, 2006 | Calvo and Clark | July 20, 2006 | Attorney General |
| | July 20, 2006 | | July 24, 2006 |

I, Virginia T. Kilgore, declare under the penalty of perjury that on the above listed date(s) the:

Notice filed July 19, 2006

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: July 26, 2006                    /s/ Virginia T. Kilgore
                                              Deputy Clerk