

**FILED**
DISTRICT COURT OF GUAM
AUG -2 2006
MARY L.M. MORAN
CLERK OF COURT

CASE NO.  CV-05-00017                             DATE: August 2, 2006

CAPTION: <u>DACANAY - vs - GOVERNMENT OF GUAM</u>
*****************************************************************************************************

HON. JAMES WARE, Designated Judge, Presiding          Law Clerk: Mindy LeVu
Official Court Reporter: Wanda Miles                  Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded: 1:31:39 - 2:53:06    CSO: J. McDonald / J. Lizama

*********************************** A P P E A R A N C E S ***********************************

COUNSEL FOR PLAINTIFF(s):                             COUNSEL FOR DEFENDANT(s):

MICHAEL KELLY                                         DANIEL BENJAMIN

STEVEN ZAMSKY                                         SHANNON TAITANO

*****************************************************************************************************

## PROCEEDINGS:

- MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL
- MOTION FOR JUDGMENT ON THE PLEADINGS, OR, IN THE ALTERNATIVE, SUMMARY JUDGMENT

( X ) MOTION (S) ARGUED BY    ( X ) PLAINTIFF    ( X ) DEFENDANT

(  ) MOTION(s)  ____Granted  ____Denied  ____Settled  ____Withdrawn  ____ Under Advisement

(  ) ORDER SUBMITTED  ____Approved  ____Disapproved

( X ) ORDER to be Prepared By: <u>Court</u>

(  ) MOTIONS CONTINUED TO: _____ at _____

NOTES:

<u>Plaintiff moved to amend the complaint and stated his reasons.  Defense argued his opposition.</u>

<u>The Court took all motions under advisement.</u>