FILED
DISTRICT COURT OF GUAM
AUG - 4 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| Henry S. Dacanay and Laura Lynn Dacanay, | Civil Case No. 05-00017 |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| Government of Guam, | |
| Defendant. | |

Pursuant to the Court's August 4, 2006 Order Granting Defendant's Motion for Summary Judgment; Denying Plaintiffs' Motion for Class Certification as moot, judgment is entered for Defendant Government of Guam, and against Plaintiffs Henry and Laura Dacanay.

Dated: August 4, 2006

JAMES WARE*
United States District Judge

*The Honorable James Ware, United States District Judge for Northern District of California, by designation.

**ORIGINAL**