# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

|  |  |
|---|---|
| Henry S. Dacanay, et al., | |
| Plaintiffs, | Case No. 1:05-cv-00017 |
| vs. | |
| Government of Guam, | **CERTIFICATE OF SERVICE** |
| Defendant. | |

The following office(s)/individual(s) acknowledged receipt of the *Order Granting Defendant's Motion for Summary Judgment; Denying Plaintiffs' Motion for Class Certification as Moot signed on 08/04/2006, Judgment signed on 08/4/2006, and Notice of Entry dated 08/07/2006* on the dates indicated below:

*Office of the Governor*
*August 8, 2006*

*Office of the Attorney General - Civil Division*
*August 8, 2006*

*Calvo and Clark*
*August 8, 2006*

*Steven Zamsky*
*August 8, 2006*

I, Rosita P. San Nicolas, declare under the penalty of perjury that on the above listed date(s) the:

*Order Granting Defendant's Motion for Summary Judgment; Denying Plaintiffs' Motion for Class Certification as Moot signed on 08/04/2006, Judgment signed on 08/4/2006, and Notice of Entry dated 08/07/2006.*

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: August 9, 2006

/s/ Rosita P. San Nicolas
Chief Deputy Clerk